# MEMORANDUM

---

TO:     Brian Rebecek

FROM:   John McBryde

DATE:   February 26, 2020

RE:     4:20-CV-161-A
        Winningham v. Graham, et al.


    I hereby recuse from the above-styled and numbered action pursuant to 28 U.S.C. § 455(a). Would you please cause the reassignment of this case to be made in compliance with Special Order No. 3-249.

*/s/ John McBryde*

JM/dt