ORIGINAL
CTJ
Case: 20-10347   Document: 00515388399   Page: 1   Date Filed: 04/20/2020
Case 4:20-cv-00161-O   Document 23   Filed 04/20/20   Page 1 of 3   PageID 503

FILED
April 20, 2020
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

'Federal Court'
at
'United States Court of Appeals for the Fifth Circuit'

| | |
|---|---|
| i , a man<br>        Prosecutor<br>v | Case No. 20-10347<br><br>District Case No 4:20-CV-161<br>  nature of case: claim<br><br>claim: trespass [assault, kidnapping, theft, false imprisonment, breach of trust, perjury, extortion, treason, sedition]<br><br>(verified) |
| Timothy C Graham, Euless Police<br>Edgar L. Hurtado, Police Supervisor<br>Michael R Collingwood, Euless Police<br>Michael Brown, Euless Chief of Police<br>Lacy Britton, Euless Magistrate<br>Stacy White, Coward Prosecutor<br>Echols-Kirksey, A, Euless Jailor<br>V Nilson, Euless Jailor<br>Linda Martin, Euless Mayor<br>Ken Paxton, Texas Attorney<br>    with the rank of general<br>Deer Park Cash Cow, LLC<br>John Mc Bryde, (bought and paid for)<br>    Clerk masquerading as a Judge<br>Erin Nealy Cox, US Attorney<br>Tarrant County Sheriff's Office<br>Sharen Wilson, Tarrant County DA<br>GLENN WINNINGHAM FEARN,<br>    cestui que trust<br>                    Wrongdoers | (U.S. COURT OF APPEALS RECEIVED APR 20 2020 FIFTH CIRCUIT) |

Affidavit of Inability to Pay Legal Tender

i, me, my, or myself, also known as glenn winningham; house of fearn, and a man on the soil of Texas, with this solemn declaration to proceed with this appeal because i am unable to pay legal tender;

1    i am competent in my affairs and the matters described herein, and further,

2    i have personal, executive, and documented knowledge of the facts and evidence contained herein and if called to testify shall so state, and further,

3    i am not a government employee, and further,

4    i receive no government "benefits" and further,

5    i am not a cestui que trust, or fictitious entity of any kind, and further,

6    i am unable to pay legal tender, and further,

7     further affiant sayeth naught,

8     it has been said, so it is done.     sealed this _15th_ day in april, in the year, two thousand and twenty.

_____ L.S.
glenn winningham; house of fearn, sui juris
living soul, holder of the office of "the people"
man on the land known as Texas
with full responsibility for my actions
under the laws of yhwh as found in the holy bible
with a <u>proper mailing address</u> (18 USC § 1342) of;

General Post Office, ZIP Code Exempt
[glenn winningham; house of fearn]
c/o 6340 Lake Worth Blvd., #437
Fort Worth, Texas [RR 76135]
Non-Domestic, without the UNITED STATES

## JURAT

**Texas**           )
                    )   Subscribed, Affirmed, Sealed
**Tarrant County**  )

As a Notary Public, I hereby certify that glenn winningham; house of fearn, who is known to me, appeared before me and after affirming, he executed the foregoing document on this the _15th_ day of April, in the year two thousand and Twenty.

_____
Notary Public

MARICELA RUEDA
Notary Public, State of Texas
Comm. Expires 11-22-2023
Notary ID 132263432

NORTH TEXAS TX P&DC
DALLAS TX 750
15 APR 2020 PM 10 L

[glenn winningham; house of fearn ©]
c/o General Post-office. Zip Code Exempt
6340 Lake Worth Boulevard #437
Fort Worth, Texas [RR 76135]
Non-Domestic; without the UNITED STATES
18 U.S. Code § 1701: Obstruction of mails generally...

First Class U.S. Mail fully pre-paid
12 Stat. 705, Ch. 71, Sec 23 3¢/half ounce
37th Cong. Sess. III 12 Stat Ch 71, Sec 23
Federal Offense to collect additional postage
18 U.S.C. 1726 [DMM 602 1.3e (2)].

Private Property – No Trespassing
Privileged, Confidential
Open by Addressee ONLY!
Declared Value: ¼ ounce .999% silver

Court Clerk

UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT
600 SOUTH MAESTRI PLACE
NEW ORLEANS, LOUISIANA 70130

70130-344040