# **NOTICE OF DEFAULT AND OPPORTUNITY TO CURE**

**By Certified Mail**
**7018 0040 0000 6092 0276**
To:
Lyle W Cayce, Clerk
personal
United States Court of Appeals
for the Fifth Circuit
600 South Maestri Place
New Orleans, Louisiana 70130

**And By Certified Mail**
**7018 0040 0000 6092 0283**
To:
Prescilla R Owen, Chief Judge
personal
United States Court of Appeals
for the Fifth Circuit
600 South Maestri Place
New Orleans, Louisiana 70130

**And By Certified Mail**
**7018 0040 0000 6092 0290**
To:
Ted Cominos, Circuit Executive
personal
United States Court of Appeals
for the Fifth Circuit
600 Camp Street
New Orleans, Louisiana 70130

**And By Certified Mail**
**7018 0040 0000 6092 0306**
To:
Barbara MG Lynn, Chief Judge
personal
United States District Court
for the Northern District of Texas
1100 Commerce Street, Suite 1452
Dallas, Texas 75242

You are in default in providing the method of payment and you are notified that if your Attorneys fail to complete this form that was filed on 14 April 2020.

I have attached a copy for your reference!

This is giving me great evidence against you and your Roman Cult handlers, and your intent to engage in multiple felonies, Violating rights and immunities under color of law, Conspiracy to threaten, intimidate, coerce, and injure me in the free exercise of my rights, Mail Fraud, sending threatening mail, Impersonation, perjury of oath, and more!

Have a great day!!!



4:20-cv-161

glenn

1 | P a g e

FORM 1020
United States Court of Appeals for the Fifth Circuit
A private corporation

**By Certified Mail**
**7018 0040 0000 6092 0078**
To:
Lyle W Cayce, Clerk
personal
United States Court of Appeals
for the Fifth Circuit
600 South Maestri Place
New Orleans, Louisiana 70130

**And By Certified Mail**
**7018 0040 0000 6092 0085**
To:
Prescilla R Owen, Chief Judge
personal
United States Court of Appeals
for the Fifth Circuit
600 South Maestri Place
New Orleans, Louisiana 70130

**And By Certified Mail**
**7018 0040 0000 6092 0092**
To:
Ted Cominos, Circuit Executive
personal
United States Court of Appeals
for the Fifth Circuit
600 Camp Street
New Orleans, Louisiana 70130

**And By Certified Mail**
**7018 0040 0000 6092 0108**
To:
Barbara MG Lynn, Chief Judge
personal
United States District Court
for the Northern District of Texas
1100 Commerce Street, Suite 1452
Dallas, Texas 75242

**Case No. 20-10347**                       **Date: April 14, 2020**

### NOTICE TO ATTORNEYS AT UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

An attorney or a Private Corporation is assumed to know the law, it is the obligation of an attorney or a Private Corporation, to see that any alleged **FINES, FEES, CHARGES, etc.,** are collected lawfully, correctly, and completely. In order to correctly "quote" pay this alleged **FINES, FEES, CHARGES, etc.,** Glenn Winningham Fearn, requires the following information, from attorneys at **United States Court of Appeals for the Fifth Circuit**. Complete this FORM and return it to the address you have on file to enable Glenn Winningham Fearn to understand and lawfully comply with this alleged **FINES, FEES, CHARGES, etc.,**. This Form raises formal questions with regards to this alleged **FINES, FEES, CHARGES, etc.,** that only your attorneys can answer.

1. under the caption You must pay the district court clerk the what does the number _____505.00_ refer to: (check one) obligations of the United States Government ☐ ; National bank currency ☐ Bonds ☐; Certificates of Indebtedness ☐; Federal Reserve Notes ☐; Bills ☐ or Other ☐ _____ (Explain)

1 | Page

2. Does that statement refer to: consideration of obligations or other securities of the United States, directly or indirectly? (Check one) ☐ Yes ☐ No;

3. Does the computation of this alleged **Clerk's letter** require consideration of obligations or other securities of the United States, directly or indirectly? (Check one) Yes ☐ or No ☐

Most individuals can complete this FORM in three minutes. You are required by law (UCC 3-104 & 3-115) to complete this FORM, before any payment may be made. As a private corporation you are assumed to know the law, and not misleading. You made several statements in your **Clerk's letter** to <u>Glenn Winningham Fearn</u> that <u>Glenn Winningham Fearn</u> owes something to someone. It is your obligation to answer the forgoing questions on FORM 1020 or a default will be issued by <u>Glenn Winningham Fearn</u> against United States Court of Appeals for the Fifth Circuit a private corporation, for trying to mislead <u>Glenn Winningham Fearn</u> by asking <u>Glenn Winningham Fearn</u> for something that he doesn't owe, or you don't know what that something is, so as attorneys, you are assumed to know the law.

I am an attorney at United States Court of Appeals for the Fifth Circuit a Private Corporation. I have read the foregoing Form 1020 and know it to be true, correct and complete, not misleading in anyway. I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____, 2020.

**Print:** NAME

_____
(Print name)

Sign   NAME

_____
(Sign Name)

**BAR Number:**

_____
(Bar Number Here)

This Form 1020 must be completed and returned within 15 days of mailing / delivery / filing. Failure to complete and return this Form 1020 in 15 days will result in a default being prepared for United States Court of Appeals for the Fifth Circuit based upon the information Glenn Winningham Fearn has, and the default is your admittance that the **FINES, FEES, CHARGES, etc.,** that was provided to Glenn Winningham Fearn was in error or in violation of the law, no other mailing will be needed.

    Failure to provide Glenn Winningham Fearn with requested information, in the time allowed the Attorneys at United States Court of Appeals for the Fifth Circuit are admitting with their Silence that United States Court of Appeals for the Fifth Circuit is dishonest. Estoppel arises where person is under duty to another to speak or failure to speak is inconsistent with. honest dealings. Silence by United States Court of Appeals for the Fifth Circuit, will be treated by Glenn Winningham Fearn that **FINES, FEES, CHARGES, etc.,** as dishonest dealings and balance is paid in full.

## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

April 06, 2020

Mr. Glenn Winningham Fearn  
6430 Lakeworth Boulevard  
Apartment 437  
Fort Worth, TX 76135

    No. 20-10347    Glenn Fearn v. Timothy Graham, et al  
                     USDC No. 4:20-CV-161

Dear Mr. Fearn,

We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.

Filings in this court are governed strictly by the Federal Rules of **Appellate** Procedure. We cannot accept motions submitted under the Federal Rules of **Civil** Procedure. We can address only those documents the court directs you to file, or proper motions filed in support of the appeal. See FED. R. APP. P. and 5TH CIR. R. 27 for guidance. We will not acknowledge or act upon documents not authorized by these rules.

You must pay to the **district court clerk** the $505.00 court of appeals filing and docketing fee and notify us of the payment within 15 days from the date of this letter. Failure to pay the fee within 15 days will result in the dismissal of your appeal, see 5TH CIR. R. 42.3.

All counsel who desire to appear in this case must electronically file a "Form for Appearance of Counsel" naming all parties represented within 14 days from this date, see FED. R. APP. P. 12(b) and 5TH CIR. R. 12. This form is available on our website www.ca5.uscourts.gov. Failure to electronically file this form will result in removing your name from our docket. Pro se parties are not required to file appearance forms.

ATTENTION ATTORNEYS: Attorneys are required to be a member of the Fifth Circuit Bar and to register for Electronic Case Filing. The "Application and Oath for Admission" form can be printed or downloaded from the Fifth Circuit's website, www.ca5.uscourts.gov. Information on Electronic Case Filing is available at www.ca5.uscourts.gov/cmecf/.

ATTENTION ATTORNEYS: Direct access to the electronic record on appeal (EROA) for pending appeals will be enabled by the U S District Court on a per case basis. Counsel can expect to receive notice once access to the EROA is available. Counsel must be approved for electronic filing and must be listed in the case as attorney of record before access will be authorized. Instructions for accessing and downloading the EROA can be found on our website at http://www.ca5.uscourts.gov/docs/default-source/forms/instructions-for-electronic-record-download-feature-of-cm. Additionally, a link to the instructions will be included in the notice you receive from the district court.

Sealed documents, except for the presentence investigation report in criminal appeals, will not be included in the EROA. Access to sealed documents will continue to be provided by the district court only upon the filing and granting of a motion to view same in this court.

We recommend that you visit the Fifth Circuit's website, www.ca5.uscourts.gov and review material that will assist you during the appeal process. We especially call to your attention the Practitioner's Guide and the 5th Circuit Appeal Flow Chart, located in the Forms, Fees, and Guides tab.

ATTENTION: If you are filing Pro Se (without a lawyer) you can request to receive correspondence from the court and other parties by email and can also request to file pleadings through the court's electronic filing systems. Details explaining how you can request this are available on the Fifth Circuit website at http://www.ca5.uscourts.gov/docs/default-source/forms/pro-se-filer-instructions. This is not available for any pro se serving in confinement.

**Sealing Documents on Appeal:** Our court has a strong presumption of public access to our court's records, and the court scrutinizes any request by a party to seal pleadings, record excerpts, or other documents on our court docket. Counsel moving to seal matters must explain in particularity the necessity for sealing in our court. Counsel do not satisfy this burden by simply stating that the originating court sealed the matter, as the circumstances that justified sealing in the originating court may have changed or may not apply in an appellate proceeding. It is the obligation of counsel to justify a request to file under seal, just as it is their obligation to notify the court whenever sealing is no longer necessary. An unopposed motion to seal does not obviate a counsel's obligation to justify the motion to seal.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Renee McDonough
Renee S. McDonough, Deputy Clerk
504-310-7673

cc:
    Mr. Melvin Keith Ogle
    Mr. Brian Walters Stoltz
    Mr. Joe C. Tooley

Provided below is the court's official caption. Please review the parties listed and advise the court immediately of any discrepancies. If you are required to file an appearance form, a complete list of the parties should be listed on the form exactly as they are listed on the caption.

Case No. 20-10347

GLENN WINNINGHAM FEARN,

    Plaintiff - Appellant

v.

TIMOTHY C. GRAHAM, Euless Police; EDGAR L. HURTADO, Police Supervisor; MICHAEL R. COLLINGWOOD, Euless Police; MICHAEL BROWN, Euless Chief of Police; LACY BRITTON, Euless Magistrate; STACY WHITE, Coward Prosecutor; A. ECHOLS-KIRKSEY, Euless Jailor; V. NILSON, Euless Jailor; LINDA MARTIN, Euless Mayor; KEN PAXTON, Texas Attorney with the rank of general; DEER PARK CASH COW, L.L.C.; JOHN MCBRYDE; ERIN NEALY COX, U.S. Attorney; TARRANT COUNTY SHERIFF'S OFFICE; SHAREN WILSON, Tarrant County DA,

    Defendants - Appellees

# USPS Tracking

FAQs >

Track Another Package +

Tracking Number: 70180040000060920092        Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 9:44 am on April 17, 2020 in NEW ORLEANS, LA 70130.

## ✓ Delivered

April 17, 2020 at 9:44 am
Delivered, Front Desk/Reception/Mail Room
NEW ORLEANS, LA 70130

Get Updates ∨

Text & Email Updates



https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=70180040000060920092%2C        1/2

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 70180040000060920078

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 9:44 am on April 17, 2020 in NEW ORLEANS, LA 70130.

## ✓ Delivered

April 17, 2020 at 9:44 am
Delivered, Front Desk/Reception/Mail Room
NEW ORLEANS, LA 70130

Get Updates ∨

Text & Email Updates



See Less ∧

at you'r

find answers

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70180040000060920085

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 9:44 am on April 17, 2020 in NEW ORLEANS, LA 70130.

## ✓ Delivered

April 17, 2020 at 9:44 am
Delivered, Front Desk/Reception/Mail Room
NEW ORLEANS, LA 70130

Get Updates ∨

Text & Email Updates



# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70180040000060920108

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 12:36 pm on April 16, 2020 in DALLAS, TX 75202.

## ✓ Delivered

April 16, 2020 at 12:36 pm
Delivered, Front Desk/Reception/Mail Room
DALLAS, TX 75202

Get Updates ⌄

Text & Email Updates

