U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 2 0 2020
CLERK, U.S. DISTRICT COURT
By_____

AO 239  (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| GLENN WINNINGHAM FEARN | ) | |
| *Plaintiff/Petitioner* | ) | |
| v. | ) | Civil Action No.   4:20-CV-161-O (BJ) |
| TIMOTHY C. GRAHAM, Et Al.. | ) | |
| *Defendant/Respondent* | ) | |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.  I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: *[signature]* WITHOUT PREJUDICE ALL RIGHTS RESERVED

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date:  19 May 2020

*[handwritten left margin: NOT APPLICABLE]*

1.  For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Self-employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Income from real property (*such as rental income*) | $ N/A | $ N/A | $ N/A | $ N/A |
| Interest and dividends | $ N/A | $ N/A | $ N/A | $ N/A |
| Gifts | $ N/A | $ N/A | $ N/A | $ N/A |
| Alimony | $ N/A | $ N/A | $ N/A | $ N/A |
| Child support | $ N/A | $ N/A | $ N/A | $ N/A |

*[handwritten: ✱ SEE AFFIDAVIT ATTACHED HERETO + INCORPORATED HEREIN BY REFERENCE IN ITS ENTIRETY]*

AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ N/A | $ N/A | $ N/A | $ N/A |
| Disability *(such as social security, insurance payments)* | $ N/A | $ N/A | $ N/A | $ N/A |
| Unemployment payments | $ N/A | $ N/A | $ N/A | $ N/A |
| Public-assistance *(such as welfare)* | $ N/A | $ N/A | $ N/A | $ N/A |
| Other *(specify):* | $ N/A | $ N/A | $ N/A | $ N/A |
| **Total monthly income:** | $ N/A | $ N/A | $ N/A | $ N/A |

2.   List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | $ N/A |
| N/A | N/A | N/A | $ N/A |
| N/A | N/A | N/A | $ N/A |

3.   List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | $ N/A |
| N/A | N/A | N/A | $ N/A |
| N/A | N/A | N/A | $ N/A |

4.   How much cash do you and your spouse have? $ _____N/A_____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | N/A | $ N/A | $ N/A |
| N/A | N/A | $ N/A | $ N/A |
| N/A | N/A | $ N/A | $ N/A |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

※ SEE AFFIDAVIT ATTACHED HERETO & INCORPORATED HEREIN BY REFERENCE IN ITS ENTIRETY

AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5.  List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | | |
|---|---|---|
| Home *(Value)* | N/A | $ N/A |
| Other real estate *(Value)* | N/A | $ N/A |
| Motor vehicle #1 *(Value)* | N/A | $ N/A |
| Make and year: | N/A | |
| Model: | N/A | |
| Registration #: | N/A | |
| Motor vehicle #2 *(Value)* | N/A | $ N/A |
| Make and year: | N/A | |
| Model: | N/A | |
| Registration #: | N/A | |
| Other assets *(Value)* | N/A | $ N/A |
| Other assets *(Value)* | N/A | $ N/A |

6.  State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | $ N/A | $ N/A |
| N/A | $ N/A | $ N/A |
| N/A | $ N/A | $ N/A |

7.  State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

\* SEE AFFIDAVIT ATTACHED HERETO & INCORPORATED HEREIN BY REFERENCE IN ITS ENTIRETY

AO 239  (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.    Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your
      spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the
      monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>    Are real estate taxes included?  ❑ Yes  ❑ No<br>    Is property insurance included?  ❑ Yes  ❑ No  N/A | $ N/A | $ N/A |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)*  N/A | $ N/A | $ N/A |
| Home maintenance *(repairs and upkeep)*  N/A | $ N/A | $ N/A |
| Food  N/A | $ N/A | $ N/A |
| Clothing  N/A | $ N/A | $ N/A |
| Laundry and dry-cleaning  N/A | $ N/A | $ N/A |
| Medical and dental expenses  N/A | $ N/A | $ N/A |
| Transportation *(not including motor vehicle payments)*  N/A | $ N/A | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc.  N/A | $ N/A | $ N/A |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|    Homeowner's or renter's:  N/A | $ N/A | $ N/A |
|    Life: | $ N/A | $ N/A |
|    Health: | $ N/A | $ N/A |
|    Motor vehicle: | $ N/A | $ N/A |
|    Other: | $ N/A | $ N/A |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $ N/A | $ N/A |
| Installment payments | | |
|    Motor vehicle:  N/A | $ N/A | $ N/A |
|    Credit card *(name):* | $ N/A | $ N/A |
|    Department store *(name):* | $ N/A | $ N/A |
|    Other: | $ N/A | $ N/A |
| Alimony, maintenance, and support paid to others | $ N/A | $ N/A |

*SEE AFFIDAVIT ATTACHED HERETO &
INCORPORATED HEREIN BY REFERENCE IN
ITS ENTIRETY

AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ N/A | $ N/A |
| Other (specify): N/A | $ N/A | $ N/A |
| Total monthly expenses: | $ N/A 0 | $ N/A 0 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months? N/A

   ☐ Yes     ☐ No     If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?   ☐ Yes   ☐ No

    If yes, how much?   $ N/A

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

    N/A

12. Identify the city and state of your legal residence.

    N/A

    Your daytime phone number: N/A

    Your age: N/A   Your years of schooling: N/A

    Last four digits of your social-security number: N/A

    ✳ SEE AFFIDAVIT ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE IN ITS ENTIRETY

From:
General Post Office. Zip Code Exempt
[glenn winningham; house of fearn]
C/O 6340 Lake Worth Boulevard, #437
Fort Worth, Texas [RR 76135]
Non-Domestic, Without the UNITED STATES

**By Certified Mail** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
To:
Donald J Trump, President
United States of America
1600 Pennsylvania Avenue
Washington, District of Columbia 20500

**By Certified Mail** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
And CC To:
Erin Nealy Cox, US Attorney
Northern District of Texas
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699

**By Certified Mail** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
And CC To:
Chuck Grassley
United States Senate, Committee on the Judiciary
290 Russell Senate Office Building
Washington, District of Columbia 20510

**By Certified Mail** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
And CC To:
William Barr, Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

## AFFIDAVIT

**Texas** )
) Subscribed, Affirmed, Sealed
**Tarrant County** )

i, me, my, or myself, also known as glenn winningham; house of fearn, having been duly put under affirmatiun, i do affirm, depose, and say;

1    all the facts stated herein are true, correct, complete, and are NOT hearsay, or misleading, but are admissible as evidence, if not rebutted and proven inaccurate, and further,

2    i am competent in my affairs and the matters described herein, and further,

3    no "person" is competent in any of my affairs, and further,

4    in absence of evidence to the contrary, i am a Texian National and devoid of any knowledge of surrendering myself to the District of Columbia and their US citizen scam, as found in the Affidavit of Corporate Denial 062013 which is recorded with the Pinal County Recorder at Fee Number 2013-032373, which is now public policy and the unrebutted truth, a true copy of which is attached hereto, all of which is incorporated herein by reference in its entirety, and I hold any respondents to the strictest proof to the contrary, and further,

5    in absence of contrary evidence i am a free man on the soil of Texas and other American states from time to time, and devoid of any knowledge of surrendering or volunteering myself to the armed forces of any country and hold any respondents to the strictest proof to the contrary, and further,

6    i have personal, executive, and documented knowledge of the facts and evidence contained herein and if called to testify shall so state, and further,

7    i witness that the citation of state and federal statutes, codes, rules, regulations, and court citations, within any document created by me, is only to notice my servants that which is applicable to them

demand to proceed without the excise tax / filing fee / extortion page 1

and is not intended, nor shall it be construed, to mean that i confer, submit to, or have entered into any jurisdiction alluded to thereby, and further,

8   i have no firsthand knowledge of a date of birth, and my mother, and the doctor who assisted with it are now dead, and i failed to cross examine them to determine the veracity of their information, therefore any evidence of a date of birth is hearsay evidence, and inadmissible as evidence in any court of law, but i do remember finishing high school in the year 1975, (over 40 years ago) therefore, i am well past the age of majority, and further,

9   in absence of evidence to the contrary, i am a Texian national and devoid of any knowledge of surrendering myself to the District of Columbia and their government employee scam, as found in the <u>Affidavit of Corporate Denial 062013</u> which is recorded with the Pinal County Recorder at <u>Fee Number 2013-032373</u>, which is now public policy and the unrebutted truth, a true copy of which is attached hereto, all of which is incorporated herein by reference in its entirety, and I hold any respondents to the strictest proof to the contrary, and further,

10  in absence of evidence to the contrary, i am a Texian national and devoid of any knowledge of surrendering myself to the District of Columbia and their cestui que trust scam, as found in the <u>Affidavit of Corporate Denial 062013</u> which is recorded with the Pinal County Recorder at <u>Fee Number 2013-032373</u>, which is now public policy and the unrebutted truth, a true copy of which is attached hereto, all of which is incorporated herein by reference in its entirety, and I hold any respondents to the strictest proof to the contrary, and further,

11  in absence of evidence to the contrary, i am a Texian national and devoid of any knowledge of surrendering or volunteering myself to the District of Columbia and their Social Security scam, since I fail to be a government employee and under District of Columbia Codes, anyone that has a Social Security Number is "federal personnel"
   **"(13) the term "<u>Federal personnel</u>" means officers and employees of the Government of the United States, members of the uniformed services (including members of the Reserve Components), <u>individuals entitled to receive immediate or deferred retirement benefits under any retirement program of the Government of the United States (including survivor benefits)</u>."** 5 USC § 552a. (a)(13) [emphasis added]

   and hold any respondents to the strictest proof to the contrary, and further,

12  i have many good and honorable servants that work for governments on turtle Island, at various levels, and i have no idea what they get paid, but in my opinion, it is not enough, because we need people to hunt down thieves and murderers, and i am cognizant of my duty to come to their aid when needed,
   **"Posse comitatus. Latin. The power or force of the county. The entire population of a county above the age of fifteen, which a sheriff may summon to his assistance in certain cases, as to aid him in keeping the peace, in pursuing and arresting felons, etc. Williams v. State, 253 Ark. 973, 490 S.W.2d 117, 121."** Black's Law Dictionary 6th Ed. 1990

   but when they perjure their oaths and engage in unlawful activity, it is my <u>duty</u> to bring their crimes to light, and to do everything i can to make sure they are brought to justice, and further,

13  even though <u>your</u> rule 201 of <u>your</u> rules of evidence, is foreign to me, as a man, i intend to compel any judge who reads this declaration, to give judicial notice, since so many of them like to be a bought and paid for clerks masquerading as a judge, and thereby pretend that some things are not said,
   **"Indeed, no more than (affidavits) are necessary to make the Prima facie case."** United States V. Kis, 658 F. 2nd, 526, 536 (7th Cir. 1981); Cert Denied, 50 U.S.L.W. 2169; S. Ct March 22, 1982, and further,

                    demand to proceed without the excise tax / filing fee / extortion page 2

14 On 13 May, 2020, I received an ORDER OF REFERRAL from Reed O'Connor, a (bought and paid for) Clerk masquerading as a UNITED STATES DISTRICT JUDGE, ordering his slave JEFFREY L CURETON to respond, and further,

15 On 14 May, 2020, I received an ORDER AND NOTICE OF DEFICIENCY from JEFFREY L CUREON, a (bought and paid for) Clerk masquerading as a UNITED STATES MAGISTRATE JUDGE, and further,

16 Attached to CURETON'S ORDER AN NOTICE OF DEFICIENCY is an APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (Long Form) interrogatory requiring all sorts of information about Federal Reserve Notes in bank accounts, income (Federal Reserve Notes), Expenses (Federal Reserve Notes), government employers (for Federal Reserve Notes sources), assets (in Federal Reserve Notes), commercial motor vehicles (Federal Reserve Notes), and further,

17 According to the website for the UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, Cureton's and O'Connor's Oaths of Office say;
**"I, _____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as _____ under the Constitution and laws of the United States. So help me God."** , and further,

18 The Constitution for the United States of America requires CURETON AND O'CONNOR to "Support" the Constitution
**"The Senators and Representatives before mentioned, and the Members of the several State Legislatures, <u>and all</u> executive and <u>judicial Officers</u>, <u>both of the United States and of the several States</u>, <u>shall be bound by Oath or Affirmation, to support this Constitution</u>; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States."** Constitution for the United States of America, Article VI, Section 3 [emphasis added], and further,

19 JEFFREY CURETON'S Oath of Office, and Reed O'Connor's Oath of Office is to me
**"and because it brings into action, and enforces this great and glorious principle, that the People are the sovereign of this country, and consequently that fellow Citizens and joint sovereigns <u>cannot be degraded by appearing with each other in their own courts to have their controversies determined</u>."** Chisolm v Georgia 2 Dall. 419, at 479 [Emphasis added],

because my ancestors were in Virginia prior to the War of Independence pursuant to the Maxims of law
**"Jura sanguinis nullo jure civili dirimi possunt. The right of blood and kindred cannot be destroyed by any civil law. Dig. 50, 17, 9; Bacon's Max. Reg. 11."** Bouvier's Law Dictionary 1856 Edition, page 768

**"the power which is derived cannot be greater than that from which it is derived"** – Deritiva potestas non potest esse major primitiva. – Bouvier's Law Dictionary 1856 Edition

and my ancestors wrote the Constitution for the United States of America, as evidenced in the Statement of Original Status that is in the <u>Affidavit of Corporate Denial 062013</u> which is recorded with the Pinal County Recorder at <u>Fee Number 2013-032373</u>, which is now public policy and the unrebutted truth, a true copy of which is attached hereto, all of which is incorporated herein by reference in its entirety, and further,

20 JEFFREY CURETON is working under  instructions from Reed O'Connor and they have

demand to proceed without the excise tax / filing fee / extortion page 3

demonstrated that they intend to operate in their private capacity under the Clearfield doctrine
**"Governments descend to the level of a mere private corporation, and take on the characteristics of a mere private citizen . . . where private corporate commercial paper [Federal Reserve Notes] and securities [checks] is concerned . . . For purposes of suit, such corporations and individuals are regarded as entities entirely separate from government."** Clearfield Trust Co. v. United States 318 U.S. 363-371 1942

as revenue officers under the Federal Tax Lien Act

"**(1) <u>SECURITY INTEREST</u>.-The term 'security interest' means any interest in property acquired by contract for the purpose of securing payment or performance of an obligation or indemnifying against loss or liability. A security interest exists at any time**
**"(3) MOTOR VEHICLE.-The term 'motor vehicle' means a self-propelled vehicle <u>which is registered</u> for highway use under the laws of any State or foreign country.**
**"(4) SECURITY.-<u>The term 'security' means any</u> bond, debenture, <u>note</u>, or <u>certificate or other evidence of indebtedness, issued by a corporation or a government or political subdivision thereof,</u> with interest coupons or in registered form, share of stock, voting trust certificate, or any certificate of interest or participation in, certificate of deposit or receipt for, temporary or interim certificate for, or warrant or right to subscribe to or purchase any of the foregoing: <u>negotiable instrument: or money</u>."** Federal Tax Lien Act of 1966 at Public Law 89-719 at 80 Stat. 1130-1131, and further,

21 In 1871 BAR members in the US Congress set up an unconstitutional municipal corporation for the District of Columbia
**"Two national governments exist, one to be maintained under the Constitution, with all its restrictions, the other to be maintained by Congress outside and independently of that instrument"** Dissenting opinion of Justice Marshall Harlan. Downes v. Bidwell, 182 U.S. 244 1901

and prior to the War of Independence, there were no nations on the planet, just corporate governments,
**"A State does not owe its origin to the Government of the United States, in the highest or in any of its branches. It was in existence before it. It derives its authority from the same pure and sacred source as itself: The voluntary and deliberate choice of the people... A State is altogether exempt from the jurisdiction of the Courts of the United States, or from any other exterior authority, unless in the special instances where the general Government has power derived from the Constitution itself... p. 448 "The question to be determined is, whether this State, so respectable, and whose claim soars so high, is amenable to the jurisdiction of the Supreme Court of the United States? This question, important in itself, will depend on others, more important still; and may perhaps, be ultimately resolved into one, no less radical than this- "do the people of the United States form a NATION? "By that law the several States and Governments spread over our globe, are considered as forming a society, not a NATION."** [caps in the original.] Chisholm. Ex'r v. Georgia, 2 Dall. 419, 1 L.Ed. 440 (1794),

therefore, the unconstitutional corporation in 1871 was set up after the existing model, and all governments at the time of the War of Independence were military dictatorships with various forms of despotism
**"In despotic Governments, the Government has usurped, in a similar manner, both upon the state and the people: Hence all arbitrary doctrines and pretensions concerning the Supreme, absolute, and incontrolable, power of Government. In each, man is degraded from the prime rank, which he ought to hold in human affairs: In the latter, the state as well as the man is degraded. Of both degradations, striking instances occur in history, in politics, and in common life."** Chisholm v Georgia 2 Dal. 419, at 461,

**"...statutes have been passed extending the courts of admiralty and vice-admiralty far**

demand to proceed without the excise tax / filing fee / extortion page 4

beyond their ancient limits for depriving us the accustomed and inestimable privilege of trial by jury, in cases affecting both life and property.......<u>to supersede the course of common law and instead thereof to publish and order the use and exercise of the law martial.......and for altering fundamentally the form of government established by charter. We saw the misery to which such despotism would reduce us</u>." Causes and Necessity for Taking up Arms (1775), and further,

22   The Constitution for the United States of America (1787) is a trust indenture with delegated authority ONLY
**"governments are but trustees acting under derived authority and have no power to delegate what is not delegated to them. <u>But the people, as the original fountain might take away what they have delegated and entrust to whom they please</u>. ... The sovereignty in every state resides in the people of the state and they may alter and change their form of government at their own pleasure."** Luther v. Borden, 48 US 1, 12 L.Ed. 581

**"Sovereignty itself is, of course, not subject to law, for it is the author and source of law; … <u>while sovereign powers are delegated to the agencies of government</u>, sovereignty itself remains with the people, by whom and for whom all government exists and acts."** Yick Wo v Hopkins, 118 US 356, at pg 370, and further,

23   Texas is under a military occupation (despotism) and has been since 1863 when the Union Army invaded Galveston
**"…<u>Martial Law is the immediate and direct effect and consequence of occupation or conquest. The presence of a hostile army proclaims its Martial Law</u>."** Article 1, General Orders 100 (The Lieber Code) [emphasis added] , and further,

a.   The Occupation continues to this day because there was no Treaty of Peace and there have been no Special Proclamations ending the Martial Law
**"Martial Law does not cease during the hostile occupation, <u>except by special proclamation, ordered by the commander in chief</u>; or by special mention in the <u>treaty of peace</u> concluding the war,…."** Article 2, General Orders 100 (The Lieber Code) [emphasis added] , and further,

b.   There are 3 kinds of martial law
    i.   Full Martial Law
         -Used during an actual invasion, or armed insurrection,
         -Troops on the street
    ii.  Martial Law Proper
         -Law of the Armed Forces,
         -When a Captain tells a Sergeant what to do
    iii. Martial Law rule
         -Law of Emergency and Necessity,
         -used during peace times.
    Ex Parte Milligan 4 Wall (71 U.S.) 2, 18 L.Ed. 281, p 302, and further,

c.   All Police are Military Police
**"<u>Martial Law affects chiefly the police</u> and collection of public revenue and taxes, whether imposed by the expelled government or by the invader, and refers mainly to the support and efficiency of the army, its safety, and the safety of its operations."** General Orders 100 (The Lieber Code), Article 10 [emphasis added], and further,

d.   All military police are Privateers operating on the high seas of commerce
**"privateer 1. A vessel owned and operated by private persons, but authorized by a nation on certain conditions to damage the commerce of the enemy by acts of piracy. 2. <u>A sailor on such a vessel</u>."** Blacks Law Dictionary, 8th Edition, page 3785 [emphasis added]

demand to proceed without the excise tax / filing fee / extortion page 5

"privateering, International law. **The practice of arming privately owned merchant ships for the purpose of attacking enemy trading ships**. Before the practice was outlawed, governments commissioned privateers by issuing letters of marque to their merchant fleets. Privateering was prohibited by the Declaration of Paris Concerning Naval Warfare of 1856, which has been observed by nearly all nations since that time" Blacks Law Dictionary, 8th Edition, page 3785 [emphasis added]

because they are all US citizens from the District of Columbia
**"We therefore decline to overrule the opinion of Chief Justice Marshall: We hold that the District of Columbia is not a state within Article 3 of the Constitution. In other words cases between citizens of the District and those of the states were not included of the catalogue of controversies over which the Congress could give jurisdiction to the federal courts by virtue of Article 3. In other words Congress has exclusive legislative jurisdiction over citizens of Washington District of Columbia and through their plenary power nationally covers those citizens even when in one of the several states as though the district expands for the purpose of regulating its citizens wherever they go throughout the states in union"** National Mutual Insurance Company of the District of Columbia v. Tidewater Transfer Company, 337 U.S. 582, 93 L.Ed. 1556 (1948)

operating under International Law
**"INTERNATIONAL LAW RULE: Adopted for areas under Federal legislative jurisdiction"** **"Federalizes State civil law, including common law.--The rule serves to federalize not only the statutory but the common law of a State. ...STATE AND FEDERAL VENUE DISCUSSED: The civil laws effective in an area of exclusive Federal jurisdiction are Federal law, notwithstanding their derivation from State laws**, and a cause arising under such laws may be brought in or removed to a Federal district court under sections 24 or 28 of the former Judicial Code (now sections 1331 and 1441 of title 28, United States Code), giving jurisdiction to such courts of civil actions arising under the "* * *laws * * * of the United States" ..."** Jurisdiction over Federal Areas Within the States – Report of the Interdepartmental Committee for the Study of Jurisdiction over Federal Areas Within the States, Part II, A Text of the Law of Legislative Jurisdiction Submitted to the Attorney General and Transmitted to the President June 1957, page 158-165

because the Law of War falls under International Law (The Law of Nations)
**"The law of war can no more wholly dispense with retaliation than can the law of nations, of which it is a branch.** Yet civilized nations acknowledge retaliation as the sternest feature of war. A reckless enemy often leaves to his opponent no other means of securing himself against the repetition of barbarous outrage"** General Orders 100 (Lieber Code) Article 27, and further,

e.  Martial Law ONLY affects "subjects of the enemy" and aliens
**"Martial Law extends to property, and to persons, whether they are subjects of the enemy or aliens to that government."** General Orders 100 (The Lieber Code), Article 7 [emphasis added]

and subjects are government employees and corporations and anything created by the government
**"All subjects over which the sovereign power of the state extends are objects of taxation, but those over which it does not extend are exempt from taxation. This proposition may also be pronounced as self-evident. The sovereignty of the state extends to everything which exists by its authority or its permission."** McCullough v Maryland, 17 U.S. [4 Wheat] 316 (1819). [emphasis added]

demand to proceed without the excise tax / filing fee / extortion page 6

or have received privileges by way of a contract

"**The rights of sovereignty extend to all persons and things, not privileged that are within the territory. They extend to all strangers resident** therein; not only to those who are naturalized, and to those who are domiciled therein, having taken up their abode with the intention of permanent residence, but also to those whose residence is transitory. All strangers are under the protection of the sovereign while they are within his territory and owe a temporary allegiance in return for that protection." Carlisle v United States 83 U.S. 147, 154 (1873)

"**Let a State be considered as subordinate to the People: But let everything else be subordinate to the State.**" Chisholm v Georgia 2 US 419 at 455

"**The term resident and citizen of the United States is distinguished from a Citizen of one of the several states, in that the former is a special class of citizen created by Congress.**" U.S. v. Anthony 24 Fed. 829 (1873)

and subjects are subject to the regulations and therefore property, and slaves are property

"**The Congress shall have power to dispose of and make all needful rules and regulations respecting the…. other property belonging to the United States…...**" Article 4, Section 3, Clause 2, Constitution for the United States of America

and this is true in all corporations masquerading as governments

"**Section 2 Definitions (1) In this Act, owned means, subject to the regulations,…..;**" Canadian Ownership and Control Determination Act, and further,

f.   Military Jurisdiction is of two kinds, Statutes and the common law of War

"**Military jurisdiction is of two kinds: First, that which is conferred and defined by statute; second, that which is derived from the common law of war. Military offenses under the statute law must be tried in the manner therein directed; but military offenses which do not come within the statute must be tried and punished under the common law of war. The character of the courts which exercise these jurisdictions depends upon the local laws of each particular country.
In the armies of the United States the first is exercised by courts-martial, while cases which do not come within the "Rules and Articles of War," or the jurisdiction conferred by statute on courts-martial, are tried by military commissions.**" Article 13, General Orders 100 (The Lieber Code) [emphasis added]

and all statutes, codes, rules and regulations, are edicts under Martial law

"**NOTE: Under the Law-Martial, only the criminal jurisdiction of a Military Court is the recognized law. But as Article Three says, "the civil courts can continue wholly or in part as long as the civil jurisdiction does not violate the Military orders laid down by the Commander in Chief or one of his Commanders." By this means; a military venue, jurisdiction, and authority are imposed upon the occupied populace under disguise of the ordinary civil courts and officers of the occupied district or region, because the so-called civil authorities in an occupied district, or region, only act at the pleasure of a military authority.
It should also be noted here that the several State Legislatures, County Boards of Commissioners, and City Councils, are constantly legislating to please the edicts of the federal government (the occupying force) and that their legislation, in this sense, is not an exercise of State sovereignty, but instead, a compliance with edicts of the military force which occupies the several States and consequently are edicts of Martial Law Rule.**" Dyett v Turner 439 P2d 266 @ 269, 20 U2d 403 [1968] The Non-Ratification of the Fourteenth Amendment by Judge A.H. Ellett, Utah Supreme Court [emphasis added]

demand to proceed without the excise tax / filing fee / extortion page 7

with the so-called Judge CURETON and O'Connor actually being a (bought and paid for) clerks masquerading as Judge

""**When acting to enforce a statute and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and not in a judicial capacity; courts administrating or enforcing statutes do not act judicially, but merely ministerially….but merely act as an extension as an agent for the involved agency -- but only in a "ministerial" and not a "discretionary capacity..."** Thompson v. Smith, 154 S.E. 579, 583; Keller v. P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464 [emphasis added]

**"It is the accepted rule, not only in state courts, but, of the federal courts as well, that when a judge is enforcing administrative law they are described as mere 'extensions of the administrative agency for superior reviewing purposes' as a ministerial clerk for an agency..."** 30 Cal 596; 167 Cal 762

**"...judges who become involved in enforcement of mere statutes (civil or criminal in nature and otherwise), act as mere "clerks" of the involved agency..."** K.C. Davis, ADMIN. LAW, Ch. 1 (CTP. West's 1965 Ed.)

and they are proceeding under the Federal Tax Lien Act of 1966

"**(1) SECURITY INTEREST.-The term 'security interest' means any interest in property acquired by contract for the purpose of securing payment or performance of an obligation or indemnifying against loss or liability. A security interest exists at any time "(3) MOTOR VEHICLE.-The term 'motor vehicle' means a self-propelled vehicle which is registered for highway use under the laws of any State or foreign country. "(4) SECURITY.-The term 'security' means any bond, debenture, note, or certificate or other evidence of indebtedness, issued by a corporation or a government or political subdivision thereof, with interest coupons or in registered form, share of stock, voting trust certificate, or any certificate of interest or participation in, certificate of deposit or receipt for, temporary or interim certificate for, or warrant or right to subscribe to or purchase any of the foregoing: negotiable instrument: or money.**" Federal Tax Lien Act of 1966 at Public Law 89-719 at 80 Stat. 1130-1131

and when a clerk (masquerading as judge) is an agent for the administrative agency it is always a kangaroo court and a Bill of Pains and Penalties

"**Kangaroo court. Term descriptive of a sham legal proceeding in which a person's rights are totally disregarded and in which the result is a foregone conclusion because of the bias of the court or other tribunal.**" Black's Law Dictionary, 6th Edition, page 868, [emphasis added]

 "**Bill of Attainder" means Legislative acts, no matter what their form, that apply either to named individuals or to easily ascertainable members of a group in such a way as to inflict punishment on them without a judicial trial.** United States v. Brown, 381 U.S. 437, 448-49, 85 S. Ct. 1707, 1715, 14 L.Ed. 484, 492; United States v. Lovett, 328 U.S. 303, 315, 66 S.Ct. 1073, 1079, 90 L.Ed. 1252

"**bill of attainder. 2. A special legislative act prescribing punishment, without a trial, for a specific person or group. • Bills of attainder are prohibited by the U.S. Constitution (art. I, § 9, cl. 3; art. I, § 10, cl. 1). — Also termed act of attainder. See ATTAINDER; BILL OF PAINS AND PENALTIES . [Cases: Constitutional Law 82.5. C.J.S. Constitutional Law §§ 429–431.]**" Black's Law Dictionary, 8th Edition, page 496

"**BILL OF PAINS AND PENALTIES bill of pains and penalties. A legislative act that, though similar to a bill of attainder, prescribes punishment less severe than capital**

demand to proceed without the excise tax / filing fee / extortion page 8

punishment. • **Bills of pains and penalties are included within the U.S. Constitution's ban on bills of attainder. U.S. Const. art I, § 9. [Cases: Constitutional Law 82.5. C.J.S. Constitutional Law §§ 429–431.]**" Black's Law Dictionary, 8th Edition, page 499.

which is a violation of the Constitution for the United States of America
**"No Bill of Attainder …. shall be passed."** Article I, Section 9, Clause 3, Constitution for the United States of America

**"No State shall ……. pass any Bill of Attainder….."** Article 1, Section 10, Clause 1, Constitution for the United States of America

and any (bought and paid for) Clerk enforcing administrative law and pretending to be a judge, (military commissioners) DOES NOT have the authority to do anything judicial, like issuing orders or warrants, and if any Clerk pretending to be a judge attempts to do anything judicial, it is a fraud and a nullity and they accept all liability for their actions.
**"Ministerial officers are incompetent to receive grants of judicial power from the legislature, <u>their acts in attempting to exercise such powers are necessarily nullities</u>"** Burns v. Sup., Ct., SF, 140 Cal. 1

**"Where there is no jurisdiction there is no judge; the proceeding is as nothing. Such has been the law from the days of the Marshalsea, 10 Coke 68; also Bradley v. Fisher, 13 Wall 335,351."** Manning v. Ketcham, 58 F.2d 948,

and everything they do is brutum fulmen
"**brutum fulmen**": **"An empty noise; an empty threat. A judgment void upon its face which is in legal effect no judgment at all, and by which no rights are divested, and from which none can be obtained; and neither binds nor bars anyone. Dollert v. Pratt-Hewitt Oil Corporation, Tex.Civ.Appl, 179 S.W.2d 346, 348. *Also, see* Corpus Juris Secundum, "Judgments" §§ 499, 512 546, 549.** Black's Law Dictionary, 4th Edition

and all officials working for the unconstitutional corporation cease to represent the government
**"An officer who acts in violation of the Constitution ceases to represent the government".** Brookfield Const. Co. v. Stewart, 284 F. Supp. 94

**"Governments descend to the level of a mere private corporation, and take on the characteristics of a mere private citizen . . . where private corporate commercial paper [Federal Reserve Notes] and securities [checks] is concerned . . . For purposes of suit, such corporations and individuals are regarded as entities entirely separate from government."** Clearfield Trust Co. v. United States 318 U.S. 363-371 1942

and officials working for the unconstitutional corporation are operating in their private capacity
**"OATH….All oaths must be lawful, allowed by the common law, or some statute; <u>if they are administered by persons in a private capacity, or not duly authorized, they are *coram non judice,* and void</u>; and those administering them are guilty of a high contempt, for doing it without warrant of law, and punishable by fine and imprisonment. 3 *Inst.* 165; 4 *Inst.* 278; 2 *Roll. Abr. 277."* Tomlin's Law Dictionary, 1835 Edition, Volume 2 [emphasis added],

and all officials working for the unconstitutional corporation have no immunity
**"Judge loses his absolute immunity from damage actions only when he acts in clear absence of all jurisdiction or performance of an act which is not judicial in nature."** Schucker v. Rockwood, 846 F.2d 1202

**"When enforcing mere statutes, judges of all courts do not act judicially (and thus are not protected by "qualified" or "limited immunity,"** - SEE: Owen v. City, 445 U.S. 662; Bothke v. Terry, 713 F2d 1404) - - **"but merely act as an extension as an agent for the involved agency -- but only in a "ministerial" and not a "discretionary capacity..."** Thompson v. Smith, 154 S.E. 579, 583; Keller v. P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464. **Immunity for judges does not extend to acts which are clearly outside of their jurisdiction.** Bauers v. Heisel, C.A. N.J. 1966, 361 F.2d 581, Cert. Den. 87 S.Ct. 1367, 386 U.S. 1021, 18 L.Ed. 2d 457 (see also Muller v. Wachtel, D.C.N.Y. 1972, 345 F.Supp. 160; Rhodes v. Houston, D.C. Nebr. 1962, 202 F.Supp. 624 affirmed 309 F.2d 959, Cert. den 83 St. 724, 372 U.S. 909, 9 L.Ed. 719, Cert. Den 83 S.Ct. 1282, 383 U.S. 971, 16 L.Ed. 2nd 311, Motion denied 285 F.Supp. 546).

and they have no duty to do anything unconstitutional
**"No one is bound to obey an unconstitutional law and no courts are bound to enforce it."** 16th American Jurisprudence 2d, Section 177 late 2nd, Section 256

**"An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed."** Norton vs Shelby County, 118 U.S. 425, p. 442

**"An unconstitutional law is void, and is as no law. An offence created by it is not a crime."** Ex parte Siebold, 100 U.S. 371, 376 (1880), quoted with approval in Fay v. Noia, 372 U.S. 391, 408 (1963)

**"it never became a law and was as much a nullity as if it had been the act or declaration of an unauthorized assemblage of individuals."** (Ryan v. Lynch, 68 Ill. 160)

**"...where any state proceeds against a private individual in a judicial forum it is well settled that the state, county, municipality, etc. waives any immunity to counters, cross claims and complaints, by direct or collateral means regarding the matters involved."** Luckenback v. The Thekla, 295 F 1020, 226 Us 328; Lyders v. Lund, 32 F2d 308;

therefore, they are involved in a seditious conspiracy in violation of their own codes
**"If two or more persons in any State or Territory, or in any place subject to the jurisdiction of the United States, conspire to overthrow, put down, or to destroy by force the Government of the United States, or to levy war against them, or to oppose by force the authority thereof, or by force to prevent, hinder, or delay the execution of any law of the United States, or by force to seize, take, or possess any property of the United States contrary to the authority thereof, they shall each be fined under this title or imprisoned not more than twenty years, or both."** 18 USC § 2384

and they are engaged in treason
**"We have no more right to decline the exercise of jurisdiction which is given than to usurp that which is not given. The one or the other would be treason to the Constitution."** Cohen v Virginia, 19 U.S. 264 [emphasis added]

and perjuring their oaths, especially in light of the fact that officers of the court are presumed to know the law
**"Officers of the court have no immunity, when violating a constitutional right, for they are deemed to know the law."** Owens v Independence 100 S.C.T. 1398 (Ezra 7:23-26), and further,

24 The Constitution for the United States of America requires that I be provided with a Republican form of government

demand to proceed without the excise tax / filing fee / extortion page 10

**"The United States shall guarantee to every State in this Union a Republican Form of Government………."** Article IV, Section 4, Constitution for the United States of America

which fails to include any military commissioners operating under the General Orders 100 (The Lieber Code)

**"Military jurisdiction is of two kinds: First, that which is conferred and defined by statute; second, that which is derived from the common law of war. Military offenses under the statute law must be tried in the manner therein directed; but military offenses which do not come within the statute must be tried and punished under the common law of war. The character of the courts which exercise these jurisdictions depends upon the local laws of each particular country.**

**In the armies of the United States the first is exercised by courts-martial, while cases which do not come within the "Rules and Articles of War," or the jurisdiction conferred by statute on courts-martial, are tried by military commissions."** Article 13 General Orders 100 (The Lieber Code) [emphasis added]

**"CA/MG personnel are charged with the following:**

**(1) Establishment and administration of military commissions, provost courts, and special military government courts, and their jurisdiction and procedure.**

**(2) Supervision, control, or closing, if necessary; of local, criminal, and civil courts.**

**(3) Supervision of members of the local bar.**

**(4) Decisions as to modifications or suspension of local criminal and civil laws.**

**(5) General legal advice and assistance on all aspects of the occupation."** FM 27-5 United States Army and Navy Manual of Civil Affairs (1947), Section II, Civil Affairs / Military Government Responsibilities and Functions, c. Establishment of Courts and administration of law

and a Republican form of Government fails to include any star chambers

**"The corrupt Star Chamber Courts of England required Respondents to have counsel. Star Chamber stood for swiftness and arbitrary power, it was a limitation on the common law."** Faretta v. California, 422 U.S. 806, 821 [Emphasis added]

and a Republican form of government fails to include any statutes, codes, rules or regulations because all statutes, codes, rules and regulations are edicts under Martial Law, as described herein, which ONLY to "subjects of the enemy" and aliens.

**"But in considering the question before us, it must be borne in mind that there is no law of nations standing between the people of the United States and their Government, and interfering with their relation to each other. The powers of the Government, and the rights of the citizens under it, are positive and practical regulations plainly written down. The people of the United States have delegated to it certain enumerated powers, and forbidden it to exercise others."** Dred Scott v. Sandford, 19 How (60 U.S.) 393, 452, 15 L.Ed. 691 (A.D. 1856-1857) [emphasis added]

**"In despotic Governments, the Government has usurped, in a similar manner, both upon the state and the people: Hence all arbitrary doctrines and pretensions concerning the Supreme, absolute, and incontrolable, power of Government. In each, man is degraded from the prime rank, which he ought to hold in human affairs: In the latter, the state as well as the man is degraded. Of both degradations, striking instances occur in history, in politics, and in common life."** Chisholm v Georgia 2 Dal. 419, at 461

which means CURETON and O'Connor are busy imposing their Euless buddies military despotism on me, and they already know all about this because officers of their so-called court are required to know the law,

**"Officers of the court have no immunity, when violating a constitutional right, for they are deemed to know the law."** Owens v Independence 100 S.C.T. 1398 (Ezra 7:23-26), and further,

25  JEFFREY CURETON and Reed O'Connor can be Judges or Military Commissioners under Martial Law, depending on what issues they are dealing with and whether they choose to honor their Oaths of Office, but they cannot be both at the same time, and further,

26  It is impossible for JEFFREY CURETON or Reed O'Connor to make a legal determination about me without representing me, and they have no authority to represent me, and further,

27  It is impossible for JEFFREY CURETON or Reed O'Connor to accuse me of anything without perjuring their oath of office because my ancestors authored the Constitution for the United States of America, which is their authority to operate,
**"Sovereignty itself is, of course, not subject to law, for it is the author and source of law; but in our system, while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts."** Yick Wo v Hopkins, 118 US 356, at pg 370;

which means JEFFREY CURETON or Reed O'Connor operate under my authority

**"A Sovereign is exempt from suit, not because of any formal conception or obsolete theory, but on the logical and practical ground that there can be no legal Right as against the authority that makes the law on which the Right depends."** --Kawananakoa v. Polyblank, 205 U.S. 349, 353, 27 S. Ct. 526, 527, 51 L. Ed. 834 (1907),

and I failed to give Cureton or O/Connor permission to talk to me, much less make a legal determination about me or make any presumptions about me,
**"The power to create presumptions is not a means of escape from constitutional restrictions."** Bailey v Alabama, 219 U.S. 219, 238, et seq., 31 S.Ct. 145; Manley v Georgia, 279 U.S. 1, 5-6, 49 S.Ct. 215, and further,

28  JEFFREY CURETON and Reed O'Connor are perjuring their oaths of office by accusing me of being a US citizen when there is no evidence that I am a US citizen
**"We therefore decline to overrule the opinion of Chief Justice Marshall: We hold that the District of Columbia is not a state within Article 3 of the Constitution. In other words cases between citizens of the District and those of the states were not included of the catalogue of controversies over which the Congress could give jurisdiction to the federal courts by virtue of Article 3. In other words Congress has exclusive legislative jurisdiction over citizens of Washington District of Columbia and through their plenary power nationally covers those citizens even when in one of the several states as though the district expands for the purpose of regulating its citizens wherever they go throughout the states in union"** National Mutual Insurance Company of the District of Columbia v. Tidewater Transfer Company, 337 U.S. 582, 93 L.Ed. 1556 (1948)

and I have specifically stated that I am NOT a US citizen, as evidenced in the Affidavit of Corporate Denial 062013 which is recorded with the Pinal County Recorder at Fee Number 2013-032373, which is now public policy and the unrebutted truth, a true copy of which is attached hereto, all of which is incorporated herein by reference in its entirety, and further,

29  JEFFREY CURETON and Reed O'Connor both know that it is impossible to pay their filing fee extortion with Federal Reserve Notes
**"There is a distinction between a debt discharged and one paid. When discharged, the debt still exists, though divested of its character as a legal obligation during the operation of the discharge."** Stanek v. White (1927), 172 Minn. 390, 215 N.W. 781

and I have tried to use lawful money (gold or silver coin) with the Clerk and the Clerk told me they

demand to proceed without the excise tax / filing fee / extortion page 12

would convert it to Federal Reserve Notes, which falls under International Law with their Texas Business and Commerce Code, and their Federal Tax Lien Act, therefore CURETON and O'Connor intend perjure their oaths by subjecting me to their commercial transaction **"Governments descend to the level of a mere private corporation, and take on the characteristics of a mere private citizen . . . where private corporate commercial paper [Federal Reserve Notes] and securities [checks] is concerned . . . For purposes of suit, such corporations and individuals are regarded as entities entirely separate from government."** Clearfield Trust Co. v. United States 318 U.S. 363-371 1942,

and I already filed an <u>Affidavit of Inability to Pay Legal Tender</u>, so is there a recommended number of times I have to say it, which is further evidence of their intent to engage in multiple of their piece of shit felonies, that they love to engage in with impunity, because their US Attorney BAR member buddies refuse to do anything about it, unless they have some political agenda, and further,

30  I have also served my **Form 1020** requiring to know how to lawfully pay this debt, by
   a. Certified Mail <u>7018 0040 0000 6092 0078</u> on Lyle W Cayce, Clerk of the Court of Appeals,
   b. Certified Mail <u>7018 0040 0000 6092 0085</u> on Prescilla H Owen, Chief Judge of the Court of Appeals,
   c. Certified Mail <u>7018 0040 0000 6092 0092</u> on Ted Cominos, Fifth Circuit Executive, and
   d. Certified Mail <u>7018 0040 0000 6092 0108</u> on Barbara MG Lynn, Chief Judge, Northern District

   and they failed to respond, therefore, I served a **NOTICE OF DEFAULT AND OPPORTUNITY TO CURE** by
   a. Certified Mail <u>7018 0040 0000 6092 0276</u> on Lyle W Cayce, Clerk of the Court of Appeals,
   b. Certified Mail <u>7018 0040 0000 6092 0283</u> on Prescilla H Owen, Chief Judge of the Court of Appeals,
   c. Certified Mail <u>7018 0040 0000 6092 0290</u> on Ted Cominos, Fifth Circuit Executive, and
   d. Certified Mail <u>7018 0040 0000 6092 0306</u> on Barbara MG Lynn, Chief Judge, Northern District

   and they failed to respond, therefore, I served a **FINAL NOTICE OF DEFAULT** by
   a. Certified Mail <u>7018 0040 0000 6092 0429</u> on Lyle W Cayce, Clerk of the Court of Appeals,
   b. Certified Mail <u>7018 0040 0000 6092 0436</u> on Prescilla H Owen, Chief Judge of the Court of Appeals,
   c. Certified Mail <u>7018 0040 0000 6092 0443</u> on Ted Cominos, Fifth Circuit Executive, and
   d. Certified Mail <u>7018 0040 0000 6092 0450</u> on Barbara MG Lynn, Chief Judge, Northern District, a true copy of each of which together with proofs of service are attached hereto, all of each of which are incorporated herein by reference in their entirety, and as evidenced by their failure to respond, I owe nothing!, and further,

31  JEFFREY CURETON or Reed O'Connor have demonstrated that they intend to be military commissioners, by attempting to convert this case into a commercial transaction, **"Governments descend to the level of a mere private corporation, and take on the characteristics of a mere private citizen . . . where private corporate commercial paper [Federal Reserve Notes] and securities [checks] is concerned . . . For purposes of suit, such corporations and individuals are regarded as entities entirely separate from government."** Clearfield Trust Co. v. United States 318 U.S. 363-371 1942,

   so they can call it a contract and use it as an excuse to nullify their oath of office, and sit there and play stupid, like military commissioners do, and further,

32  JEFFREY CURETON and Reed O'Connor intend to convert my right to justice into a privilege **"The claim and exercise of a Constitutional (guaranteed) right cannot be converted into a crime".** Miller v US, 230 Fed 486,489

**"No State shall convert a liberty into a privilege, license it, and charge a fee therefore."** Murdock v. Pennsylvania, 319 US 105

**"There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights."** Sherer v. Cullen, 481 F 946

**"If the State converts a right (liberty) into a privilege, the citizen can ignore the license and fee and engage in the right (liberty) with impunity."** Shuttlesworth v. City of Birmingham Alabama, 373 US 262, and further,

33  JEFFREY CURETON and Reed O'Connor are required to know that their regulations ONLY apply to government employees, and further,

34  The Constitution for the United States of America requires that Judges hold office during good behavior ONLY
**"The judges, of both of the supreme and inferior courts, shall hold their offices their offices <u>during good behavior</u>"** Article 3, Section 1, Constitution for the United States of America [emphasis added], and further,

35  JEFFREY CURETON and Reed O'Connor are required to be neutral and unbiased
**"It is a fundamental right of a party to have a neutral and detached judge preside over the judicial proceedings."** Ward v Village of Monroeville, 409 U.S. 57, 61-62, 93 S.Ct 80, 83, 34 L.Ed. 2d 267 (1972); Tumey v Ohio, 273 U.S. 510, 5209, 47 S. Ct. 437, 440, 71 L.Ed. 749 (1927), and further,

36  If JEFFREY CURETON and Reed O'Connor cannot be neutral or unbiased they are required to recuse themselves under their District of Columbia codes 28 USC § 455, and further,

37  JEFFREY CURETON and Reed O'Connor have demonstrated that they intend to be in bad behavior
**"Fraud upon the court is fraud which is directed to the judicial machinery itself and is not fraud between the parties or fraudulent documents, false statements or perjury. ... It is where the court or a member is corrupted, or influenced, or influence is attempted, or where the judge has not performed his judicial function --- i.e., where the impartial functions of the court have been directly corrupted."** Bulloch v. United States, 763 F.2d 1115, 1121 (10th Cir. 1985)

by choosing to be a (bought and paid for) Clerk masquerading as a Judge, as described herein, and thereby engage in honest services fraud in violation of their District of Columbia codes
**"For the purposes of this chapter, the term <u>"scheme or artifice to defraud"</u> includes a scheme or artifice to deprive another of the intangible right of honest services."** 18 USC § 1346 Definition of "Scheme or Artifice to defraud", and further,

38  JEFFREY CURETON and Reed O'Connor intend to perjure their oaths, and further,

39  JEFFREY CURETON has demonstrated that he intends to subject me to the deprivation of my right to justice, and my immunity to his filing fee extortion racket in violation of 18 USC § 242, under color of his regulations, and further,

40  Reed O'Connor has demonstrated that he intends to subject me to the deprivation of my right to justice, and my immunity to his filing fee extortion racket in violation of 18 USC § 242, under color of his regulations, and further,

41  JEFFREY CURETON and Reed O'Connor have demonstrated that they intend to conspire together to threaten me, intimidate me, coerce me, and injure me in the free exercise of my right to justice in violation of their 18 USC § 241, and further,

42  JEFFREY CURETON and Reed O'Connor have demonstrated that they intend to engage in a seditious conspiracy
**"If two or more persons in any State or Territory, <u>or in any place subject to the jurisdiction of the United States</u>, conspire to overthrow, put down, or to destroy by force the Government of the United States, <u>or to levy war against them</u>, <u>or to oppose by force the authority thereof</u>, or by force to prevent, hinder, or delay the execution of any law of the United States, or by force to seize, take, or possess any property of the United States contrary to the authority thereof, they shall each be fined under this title or imprisoned not more than twenty years, or both."**
18 USC § 2384

by using their military despotism to overthrow my common law right to justice, with their military dictatorship, by imposing their military despotism on me, and further,

43  JEFFREY CURETON and Reed O'Connor are NOT Judges and everything they do is a fraud and a nullity
**"Ministerial officers are incompetent to receive grants of judicial power from the legislature, <u>their acts in attempting to exercise such powers are necessarily nullities</u>"** Burns v. Sup., Ct., SF, 140 Cal. 1

**"Where there is no jurisdiction there is no judge; the proceeding is as nothing. Such has been the law from the days of the Marshalsea, 10 Coke 68; also Bradley v. Fisher, 13 Wall 335,351."** Manning v. Ketcham, 58 F.2d 948,

and everything they do is brutum fulmen
*"brutum fulmen":* **"An empty noise; an empty threat.  A judgment void upon its face which is in legal effect no judgment at all, and by which no rights are divested, and from which none can be obtained; and neither binds nor bars anyone.  Dollert v. Pratt-Hewitt Oil Corporation, Tex.Civ.Appl, 179 S.W.2d 346, 348. *Also, see* Corpus Juris Secundum, "Judgments"  §§ 499, 512 546, 549.** Black's Law Dictionary, 4th Edition

and their ORDER AND NOTICE OF DEFICIENCY is absolutely VOID and a nullity
**<u>"A void judgment is one which, from its inception, was a complete nullity and without legal effect"</u>** Lubben v. Selective Service System Local Bd. No. 27,  453 F.2d 645, 14 A.L.R. Fed. 298 (C.A. 1 Mass. 1972).  Hobbs v. U.S. Office of Personnel Management,  485 F.Supp. 456 (M.D. Fla. 1980)

**<u>"Void judgment is one which has no legal force or effect whatever, it is an absolute nullity, its invalidity may be asserted by any person whose rights are affected at any time and at any place and it need not be attacked directly but may be attacked collaterally whenever and wherever it is interposed."</u>**  City of Lufkin v. McVicker,  510 S.W. 2d 141 (Tex. Civ. App. – Beaumont 1973)

**"A void judgment, insofar as it purports to be pronouncement of  court, is an absolute nullity"** Thompson v. Thompson,  238 S.W.2d 218 (Tex.Civ.App. – Waco 1951).

**<u>"Void order may be attacked, either directly or collaterally, at any time"</u>** In re Estate of Steinfeld, 630 N.E.2d 801, certiorari denied, See also Steinfeld v. Hoddick, 513 U.S. 809, (Ill. 1994).

"Not every action by any judge is in exercise of his judicial function. It is not a judicial function for a Judge to commit an intentional tort even though the tort occurs in the Courthouse," when a judge acts as a Trespasser of the Law, when a judge does not follow the law, the judge loses subject matter jurisdiction and The Judge's orders are void, of no legal force or effect! Yates Vs. Village of Hoffman Estates, Illinois, 209 F.Supp. 757 (N.D. Ill. 1962)

44  i have sealed this declaration pursuant to locus sigilli.
    "**locus sigilli - The place of the seal. Today this phrase is almost always abbreviated "L.S.""** Black's Law Dictionary 9th Edition, page 1026, and further,

45  the undersigned, i, me, my, or myself, also known as glenn winningham; house of fearn, of original jurisdiction, and judicial power citizen, by right of blood, do herewith declare, state and say that i issue this declaration pursuant to your rule 201 of your rules of evidence, with sincere intent in truth, that i am competent to state the matters set forth herein, and shall so testify in a lawful court, that the contents are true, correct, complete, certain, admissible as evidence, and reasonable and just, by me, undersigned addressee, one of "We the People", and not a corporation, cestui que trust, or a fiction of any type, and further,

46      signed and sealed in red ink on the land, under penalties with perjury, [28 USC § 1746 (1)], under the laws of the united States of America, and without the United States, and further,

47      further declarant sayeth not.

48      it has been said, so it is done.     sealed this _eighteenth_ day in May, in the year, two thousand and twenty.

                                                                                                    L.S.
                                                glenn winningham; house of fearn, sui juris
                                                living soul, holder of the office of "the people"
                                                man on the land known as Texas
                                                with full responsibility for my actions
                                                under the laws of yhwh as found in the holy bible
                                                with a postal address of;

                                                General Post-office. Zip Code Exempt
                                                [glenn winningham; house of fearn]
                                                c/o 6340 Lake Worth Boulevard, #437
                                                Fort Worth, Texas [RR 76135]
                                                Non-Domestic, without the UNITED STATES

                                        **JURAT**

**Texas**                    )
                             )          Subscribed, Affirmed, Sealed
**Tarrant County**           )

As a Notary Public, I hereby certify that glenn winningham; house of fearn, who is known to me, appeared before me and after being duly put under oath, he executed the foregoing document on this the _18th_ day of May, in the year two thousand and twenty.

_Loretta Hunter_
Notary Public

LORETTA HUNTER
Notary Public, State of Texas
Comm. Expires 05-16-2023
Notary ID 132010090

242

After Recording, return to;
Glenn Winningham; house of Fearn
Non-domestic Mail
C/O 6340 Lake Worth Blvd., #437
Fort Worth, Texas republic
ZIP CODE EXEMPT
DMM 602.1.3.e.2,
18 USC § 1342

OFFICIAL RECORDS OF
PINAL COUNTY RECORDER



DATE/TIME:    04/19/2013 1335
FEE:          $55.00
PAGES:        24
FEE NUMBER:   2013-032373

# Corporate Denial Affidavit

**Arizona republic** )
) Subscribed, Sworn, Sealed
**Pinal County** )

I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn, having been duly put under oath, I do affirm, depose, and being cognizant of the penalties for bearing false witness, do say;

One.      All the Facts stated herein are true, correct, complete, are not hearsay, are not misleading, but are admissible as evidence, and if called to testify, I shall so State, and further,

Two.      I have standing capacity to act as to the lawful matters herein, and further,

Three.    I have personal, firsthand knowledge, executive and documented knowledge of the facts stated herein, and further,

Four.     I am currently an inhabitant of the land sometimes known as "Texas", on Turtle island, and I have no firsthand knowledge of My date or place of birth. Any evidence anywhere about My birth is hearsay evidence and inadmissible evidence in any court because both of My parents, and the attending physician involved in My entry into this world, are now dead and I have not had an opportunity to cross examine them in court to determine the veracity of any evidence they may have been able to give. Having said that, I do remember that I finished high school in the year one thousand nine hundred and seventy five, almost forty years ago, therefore I am well past the age of majority, and further,

Five.     I am a Sovereign Living Soul, and a Holder of the Office of "the People", and a Judicial Power Citizen by right of blood as described herein, and further,

Six. I am not in the military, and further,

Seven.    The use of any statutes, codes, rules, regulations, or court citations, within any document created by Me, at any time, is only to notice that which is applicable to government officials, and is not intended, nor shall it be construed, to mean that I have conferred, submitted to, or entered into any jurisdiction alluded to thereby, and further,

Eight.    Equality under the Law is paramount and mandatory by Law, and further,

Nine.     The purpose of this document is to establish the fact that I am not a corporation, US citizen, so-called 14th Amendment citizen, person, or fictitious entity of any kind;
**"(a) Entity names may consist of letters of the Roman alphabet, Arabic numerals, and certain symbols capable of being reproduced on a standard English language typewriter, or combination thereof.**
**(b) Only upper case or capitol letters, with no distinction as to type face or font, will be recognized."** Texas Administrative Code § 79.31. Corporations - Characters of Print Acceptable in Names

and any evidence of any such entity is hearsay evidence and a fraud;
**"An allegation that a corporation is incorporated shall be taken as true, unless denied by the affidavit of the adverse party, his agent or attorney, whether such corporation is a public or private corporation and however created."**
Texas Rules of Civil Procedure, Rule 52

**"Failure of any adverse party to deny under oath allegation that party is a corporation dispenses with necessity of proof of that fact."**
Galleria Bank v. Southwest Properties, Inc. ( Civ.App. 1973) 498 S.W.2d 5.,

Page 1 (plus attachments)                                            Corporate Denial Affidavit 062013
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of
the Title Holder.————————————————————————————Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim

Seal

17

When the complaint is lodged by the Government for a fine, fee or a tax, all of which are revenue, they are imposed only on Corporations. See Colonial Pipe Line Co. v. Triagle, 421 US 100 (1975),

if Respondent is not a Corporation he cannot appear and plead. See West Union Tel. Co. v Eyser, 2 Colo. 141; Greenwood v. Railroad Co., 123 Mass. 32; Foster v. white Cloud, 32 Mo. 505; Hobich v. Folger, 20 Wall. 1; Boyce v M.E. Church, 43 Md. 359; Folsom v. Star Union Etc. Freight Line, 54 Iowa 490,

"(a) The term "person" shall have the meaning assigned to it in section 3797 of title 26.
(b) The term "sales or use tax" means any tax levied on, with respect to, or measured by, sales, receipts from sales, purchases, storage, or use of tangible personal property, except a tax with respect to which the provisions of section 104 of this title are applicable.
(c) The term "income tax" means any tax levied on, with respect to, or measured by, net income, gross income, or gross receipts.
(d) The term "State" includes any Territory or possession of the United States.
(e) The term "Federal area" means any lands or premises held or acquired by or for the use of the United States or any department, establishment, or agency, of the United States; and any Federal area, or any part thereof, which is located within the exterior boundaries of any State, shall be deemed to be a Federal area located within such State."
4 USC § 110 Definitions [emphasis added]

"(12) Taxing jurisdiction.— The term "taxing jurisdiction" means any of the several States, the District of Columbia, or any territory or possession of the United States, any municipality, city, county, township, parish, transportation district, or assessment jurisdiction, or any other political subdivision within the territorial limits of the United States with the authority to impose a tax, charge, or fee." 4 USC § 124 Definitions [emphasis added], and further,

Ten.        The US Congress has made it a felony for anyone to claim to be a US citizen when they know they are not;
"Whoever falsely and willfully represents himself to be a citizen of the United States shall be fined under this title or imprisoned not more than three years, or both." 18 USC § 911,

and even though I can prove I am not a "whoever", I do NOT bear false witness, therefore I cannot say I am a US citizen, and further,

Eleven.     A US citizen does not exist, and is a fraud, under color of law;
"...it might be correctly said that there is no such thing as a citizen of the United States. ..... A citizen of any one of the States of the Union, is held to be, and called a citizen of the United States, although technically and abstractly there is no such thing." Ex Parte Frank Knowles, 5 Cal. Rep. 300, [emphasis added]

"The term resident and citizen of the United States is distinguished from a Citizen of one of the several states, in that the former is a special class of citizen created by Congress." U.S. v. Anthony 24 Fed. 829 (1873), [emphasis added],

"FOURTEENTH AMENDMENT. The Fourteenth Amendment of the constitution of the United States. It became a part of the organic law July 28, 1868, and its importance entitles it to special mention. It creates or at least recognizes for the first time a citizenship of the United States, as distinct from that of the states;"
Black's Law Dictionary 4th Edition, page 785

"Fourteenth Amendment. The Fourteenth Amendment of the Constitution of the United States, ratified in 1868, creates or at least recognizes for the first time a citizenship of the United States, as distinct from that of the states;..."
Black's Law Dictionary 5th Edition page 591 [emphasis added]

"Fourteenth Amendment. The Fourteenth Amendment of the Constitution of the United States, ratified in 1868, creates or at least recognizes for the first time a citizenship of the United States, as distinct from that of the states;"
Black's Law Dictionary 6th Edition page 657 [emphasis added],

a US citizen is a fiction of law

Corporate Denial Affidavit 062013
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.————————————————————————————Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim

"fiction of law; An assumption or supposition of law that something which is or may be
false is true, or that a state of facts exist which has never really taken place. An
assumption, for purposes of justice, of a fact that does not or may not exist. A rule of
law, which assumes as true,…, something that is false, but not impossible."
Black's Law Dictionary 6th Edition

"A fiction is a rule of law that assumes something that is or may be false is true."
Hibbert v Smith, 67 Cal. 547,

and they are using that fiction of law to facilitate the violation of My rights under the color of law,
"Fictitious. Founded on a fiction; having the character of a fiction; pretended;
counterfeit. Feigned, imaginary, not real, false, not genuine, nonexistent. Arbitrarily
invented and set up, to accomplish an ulterior object."
Black's Law Dictionary 6th Edition, page 624 [emphasis added]

and I can be a national without being a citizen;
"national of the United States. A citizen of the United States or a noncitizen who owes
permanent allegiance to the United States. 8 USCA § 1101(a)(22). — Also termed U.S.
national; U.S. citizen." Black's Law Dictionary, 8th Edition, page 3248,

"SUBJECT, NATIONAL: CITIZEN may indicate being a member of a sovereign state,
especially one showing democratic forms and usages, owing it allegiance, sharing in
individual political rights. SUBJECT may imply a state of subjection to a person, such as
a monarch, without much sense of membership in a political community or sharing in
political rights. NATIONAL a more general word, may apply to anyone owing permanent
allegiance to a nation and indicates one belonging to a broad category that includes both
people who are legally citizens or subjects and also people who have not attained such
legal status." Webster's Third New International Dictionary, MERRIAM-WEBSTER INC.,
Publishers 1986,

and the US Passport application form even talks about a "non-citizen national" in several places;
"I declare under penalty of perjury all of the following; 1) I am a citizen or non-citizen
national of the United States…" US Passport application Form DS-11 12-2010 page 1 of 2
[emphasis added],

and the so-called Fourteenth Amendment does not affect "we the people"
"The (14th) amendment referred to slavery. Consequently, the only persons embraced by
its provisions, and for which Congress was authorized to legislate in the manner were
those then in slavery." Bowling v. Commonwealth, (1867), 65 Kent. Rep. 5, 29.

"No white person born within the limits of the United States and subject to their
jurisdiction, or born without those limits and subsequently naturalized under their laws,
owes his status of citizenship to the recent amendments to the Federal Constitution."
Van Valkenburg v. Brown, 43 Cal 43

"The rights of (original judicial) Citizens of the States, as such, are not under
consideration in the fourteenth amendment. They stand as they did before the fourteenth
amendment, and are fully guaranteed under other provisions." United States v. Anthony,
24 Fed. Cas. 829, 930 (1873).

"The persons declared to be citizens are, "All persons born or naturalized in the United
States and subject to the jurisdiction thereof." The evident meaning of these last
words is not merely subject in some respect or degree to the jurisdiction of the United
States, but completely subject…"
Elk v Wilkins, 112 US 94, 101, 102, (1884) [Emphasis added]

"…that there was a citizenship of the United States and a citizenship of the states, which
were distinct from each other, depending upon different characteristics and
circumstances in the individual; that it was only privileges and immunities of the citizens
of the United States that were placed by the amendment under the protection of the
Federal Constitution, and that the privileges and immunities of a citizen of a state,
whatever they might be, were not intended to have any additional protection by the
paragraph in question, but they must rest for their security and protection where they
have heretofore rested." Maxwell v Dow, 20 S.C.R. 448, at pg 451; [emphasis added],

Page 3 (plus attachments)                                      Corporate Denial Affidavit 062013
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of
the Title Holder.————————————————————————Title Holder Glenn Winningham; house of Fearn
                                                                With the Copy-Claim

"Privileges and immunities clause of the Fourteenth Amendment protects only those rights peculiar to being a citizen of the federal government; it does not protect those rights which relate to state citizenship. 14,§ 1."
Jones v Temmer, 829 F.Supp. 1226 (D.Colo. 1993), and further,

Twelve.   And My right to pursue happiness, as affirmed by the positive law embodied in the Declaration of Independence (1776), is My right to get compensation for labor;
"Among these unalienable rights, as proclaimed in the Declaration of Independence is the right of men to pursue their happiness, by which is meant, the right any lawful business or vocation, in any manner not inconsistent with the equal rights of others, which may increase their prosperity or develop their faculties, so as to give them their highest enjoyment...It has been well said that, the property which every man has is his own labor, as it is the original foundation of all other property so it is the most sacred and inviolable..." Butchers' Union Co. v. Crescent City Co., 111 U.S. 746 (1883)

"The property which every man has in his own labor, as it is the original foundation of all other property, so it is the most sacred and inviolable.  The patrimony of the poor man lies in the strength and dexterity of his own hands, and to hinder his employing this strength and dexterity in what manner he thinks proper, without injury to his neighbor, is a plain violation of this most sacred property."
Butchers Union Co. vs. Crescent City Co. 111 U.S. 764.

"The right to follow any of the common occupations of life is an inalienable right.  It was formulated as such under the phrase 'pursuit of happiness' in the Declaration of Independence." Allgeyer vs. State of Louisiana, 165 U.S. 578, 17 S.Ct. 427, 4l L. Ed. 832 (1897) Hotel et al. vs. Longley, et al. 160 S.W. 2d. 124, 127 (1942)

"Men are endowed by their Creator with certain unalienable rights,-'life, liberty, and the pursuit of happiness;' and to 'secure,' not grant or create, these rights, governments are instituted. That property which a man has honestly acquired he retains full control of. . ."
Budd v. People of State of New York, 143 U.S. 517 (1892)

"The right of the citizen to travel upon the public highways and to transport his property thereon, either by carriage or by automobile, is not a mere privilege which a city may prohibit or permit at will, but a common law right which he has under the right to life, liberty, and the pursuit of happiness." Thompson v. Smith, 154 SE 579

and My labor is NOT an article of commerce as affirmed by the color of law United States Code;
"The labor of a human being is not a commodity or an article of commerce" 15 USC § 17, and further,

Thirteen.   Changes that are few, and simple, and independent can be considered Amendments;
"...includes only the power to amend any section in such a manner that such Amendment, if approved, would be complete within itself, relate to one subject and not substantially affect any other section of Articles of the Constitution or require further Amendments to the Constitution to accomplish its purpose."
Adams v Gunter, 238 So.2d 824,

and a revision affects many parts of a document;
". . . the wide and diverse range of subject matters proposed to be voted upon, and the revisional effect which it would necessarily have on our basic plan of government. The proposal is offered as a single amendment but it obviously is multifarious. It does not give the people an opportunity to express approval or disapproval severally as to each major change suggested. . . ." McFadden v Jordan, 196 P.2d 787 [emphasis added],

therefore the so-called Fourteenth Amendment is actually a revision because it changes many things in the Constitution, including property rights, citizenship, taxes, apportionment, the debt, and more,
  i.   "It violates the Preamble, which defines the whole intent of all powers granted to Congress, by introducing a foreign member into the sovereign body.
 ii.   It is an "ex post facto law" punishing Southerners in many ways for acts not necessarily illegal at the time of their commission.
iii.   It is a "bill of attainder" (in its lesser form of a "bill of pains and penalties") depriving an southern slave holders of property without trial.
 iv.   It deprived Southerners of property by unreasonable seizure and without just compensation, bringing Congress beyond limitations set out by the Fourth and Fifth Articles in Amendment (Bill of Rights).



Page 4 (plus attachments)                                                             Corporate Denial Affidavit 062013
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of
the Title Holder.───────────────────────────────────────Title Holder Glenn Winningham; house of Fearn
                                                                                                    With the Copy-Claim

20

v.   It lays prohibitions upon the States beyond those known to the original Constitution of the United States and makes inroads upon the Constitutions of the several States, encroaching upon sovereignty belonging to the people of the several States which is prohibited by the Tenth Article in Amendment (Bill of Rights ).

vi.   It created purely legislative "Tribunals" without respect to the separation of powers.

vii.   It extended Congress' "martial law power" allowing the emission of "bills of credit" [legal tender] and etc..

viii.   The list is too long to completely enumerate. (Refer back within this exposé to list more Constitutional violations)"

THE NON-RATIFICATION OF THE FOURTEENTH AMENDMENT, in the case (Dyett v. Turner, 439 P2d 266 @ 269, 20 U2d 403 [1968]), Judge AH Ellett of the Utah Supreme Court

and Congress may ONLY amend the Constitution, does not have the authority to revise the constitution,

"The Congress, whenever two thirds of both Houses shall deem it necessary, shall propose Amendments to this Constitution, or, on the Application of the Legislatures of two thirds of the several States, shall call a Convention for proposing Amendments, which, in either Case, shall be valid to all Intents and Purposes, as Part of this Constitution, when ratified by the Legislatures of three fourths of the several States, or by Conventions in three fourths thereof, as the one or the other Mode of Ratification may be proposed by the Congress; Provided that no Amendment which may be made prior to the Year One thousand eight hundred and eight shall in any Manner affect the first and fourth Clauses in the Ninth Section of the first Article; and that no State, without its Consent, shall be deprived of its equal Suffrage in the Senate."
Constitution for the United States of America, Article V

therefore the so-called Fourteenth Amendment is a fraud and a nullity, and the US citizen that it creates, is also a fraud, and a nullity;

"An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed." Norton vs Shelby County, 118 U.S. 425, p. 442

"absolute nullity. Civil law. 1. An act that is void because it is against public policy, law, or order. • The nullity is noncurable. It may be invoked by any party or by the court. See La. Civ. Code arts 7, 2030. 2. The state of such a nullity." Black's Law Dictionary 8th Edition, p 3391, and further,

Fourteen.   The so-called Fourteenth Amendment was NOT properly ratified, and is therefore a fraud and a nullity;

"The dissenting opinion asserts that "The Fourteenth Amendment is a part of the Constitution of the United States." While this same assertion has been made by The United States Supreme Court, that court has never held that the amendment was legally adopted. I cannot believe that any court, in full possession of its faculties could honestly hold that the amendment was properly approved and adopted."
State v Phillips 540 Pac. Rep.2d 936, [emphasis added], and further,

Fifteen.   I am NOT a "person" as far as a statute is concerned because a "person" is:
a) "a variety of entities other than human beings." Church of Scientology v  U.S. Department of Justice, 612 F2d 417 (1979) at pg 418, and,

b) "...foreigners, not citizens...." United States v Otherson, 480 F. Supp. 1369 (1979) at pg 1373, and,

c) "Person: —term may include labor organizations, partnerships, associations, corporations, legal representatives, trustees, trustees in bankruptcy, or receivers... Scope and delineation of term is necessary for determining those to whom Fourteenth Amendment of Constitution affords protection since this Amendment expressly applies to "person." Black's Law Dictionary, Sixth Edition, page 1142 [emphasis added]

and a sovereign is not a "person" in a legal sense and as far as a statute is concerned;
a) " 'in common usage, the term 'person' does not include the sovereign, [and] statutes employing the [word] are normally construed to exclude it.' Wilson v Omaha Tribe, 442 US653 667, 61 L Ed 2d 153, 99 S Ct 2529 (1979) (quoting United States v Cooper Corp. 312 US 600, 604, 85 L Ed 1071, 61 S Ct 742 (1941). See also United States v Mine Workers, 330 US 258, 275, 91 L Ed 884, 67 S Ct 677 (1947)"
Will v Michigan State Police, 491 US 58, 105 L. Ed. 2d 45, 109 S.Ct. 2304, and,

b) **"a sovereign is not a person in a legal sense"** In re Fox, 52 N. Y. 535, 11 Am. Rep. 751; U.S. v. Fox, 94 U.S. 315, 24 L. Ed. 192, and,

and a US citizen is a "person";
**"All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States..."** (so-called) Fourteenth Amendment, Article 1 [emphasis added], and further,

Sixteen.    Any evidence of a US citizen, so-called Fourteenth Amendment citizen, or fictitious entity of any kind, is hearsay evidence and a fraud;
**"Once a fraud, always a fraud."** 13 Vin. Abr. 539.

**"Things invalid from the beginning cannot be made valid by subsequent act."**
Trayner, Max. 482. Maxims of Law, Black's Law Dictionary 9th Edition, page 1862

**"A thing void in the beginning does not become valid by lapse of time."**
1 S. & R. 58. Maxims of Law, Black's Law Dictionary 9th Edition, page 1866

**Time cannot render valid an act void in its origin.** Dig. 50, 17, 29; Broom, Max. 178, Maxims of Law, Black's Law Dictionary 9th Edition, page 1862, and further,

Seventeen. All ZIP CODES are designations for addresses in federal regions;
**"As we have said, the Federal Personal Income Tax is Collected under a Military Venue within a Martial-Law jurisdiction. Federal Reserve Notes are Military Scrip circulated within a Military Venue.... Under the Social Security Act, there was brought into existence Ten Federal Regional Areas. These ten federal regional areas are the same as a military base. It is not unconstitutional to circulate "military scrip" on a military base as the base is considered to be a military venue. "Military scrip" cannot circulate in the civil jurisdiction of the several States. To get around this Constitutional bar, the Congress (via the Social Security Act), created Ten Military Venues, called Federal Regional Areas. The problem the Congress realized was, while Congress could restructure the Government agencies into these Federal Regional Areas, the people could not be identified to be within this Military Venue but by their own consent. The solution was to create another Military Venue which would trick the people to voluntarily accept recognition that they are within a Military Venue. Congress solved this problem by creating the ZIP CODE. The "zip code" divides the United States into Ten Military Venues called "National Areas." When a Citizen receives mail from an agency of the federal government (such as the I.R.S.), in the return address of the federal agency is the district within the regional area the letter is sent from, and on the address of the "Citizen" it was sent to is the national area [ZIP] in which he received the correspondence from the I.R.S.. In other words, the correspondence was sent from one of the federal regional areas [military venue] to one of the National Areas [another military venue]. "Taxing Districts" are established within one of the Federal Regional Areas, which places the collection of taxes under a martial law jurisdiction."** Dyett v Turner 439 P2d 266 @ 269, 20 U2d 403 [1968] The Non-Ratification of the Fourteenth Amendment by Assistant Director A.H. Ellett, Utah Supreme Court [Emphasis added],

**"Sec. 15. As used in this Act the term "United States" means the Government of the United States...the term "currency of the United States" means currency which is legal tender in the United States, and includes United States notes,...Federal Reserve Notes..."**
Gold Reserve Act of 1934, 48 Stat. 337, and further,

a.  Under the (color of law) United States Postal Service Domestic Mail Manual ZIP CODES are not mandatory;
**"1. ZIP Codes are required on Express Mail, Pre-sorted and automation price First Class Mail, periodicals mail, Standard Mail, Package Services mail (except single piece price parcel post), all mail sent to military addresses within the United States and to APO and FPO addresses, all official mail (penalty mail), all business reply mail, and all merchandise return service mail.
2. Unless required above, ZIP Codes may be omitted from single piece price First Class Mail (including priority mail), and pieces bearing a simplified address."** DMM 602.1.3 Addressing Elements,

b.  and because it is a Domestic Mail Manual, it is intended for use in United States ONLY, and NOT in The United States of America, as differentiated in 28 USC § 1746, which says;

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.————————————————————————————————Corporate Denial Affidavit 062013
Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim

22

"(1) If executed <u>without the United States</u>: "I declare (or certify, verify, or state) under penalty of perjury under the laws of the <u>United States of America</u> that the foregoing is true and correct. Executed on (date).(Signature)".
(2) If executed <u>within the United States</u>, its territories, possessions, or commonwealths: "I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on (date).(Signature)"." 28 USC § 1746 [emphasis added]

c. and because it is an internal regulation for the United States Postal Service, which is an unconstitutional agency;
"<u>The governments are but trustees acting under derived authority and have no power to delegate what is not delegated to them</u>. But <u>the people</u>, as the original fountain <u>might take away what they have delegated</u> and entrust to whom they please. ... The sovereignty in every state resides in the people of the state and they may alter and change their form of government at their own pleasure."
Luther v. Borden, 48 US 1, 12 Led 581

"A delegate cannot delegate; <u>an agent cannot delegate his functions to a subagent</u> without the knowledge or consent of the principal; the person to whom an office or duty is delegated cannot lawfully devolve the duty on another, <u>unless he be expressly authorized so to do</u>."
9 Coke, 77; Broom, Max. 840; 2 Kent, Comm. 633; 2 Steph. Comm. 119 [emphasis added]

"A delegated power cannot be again delegated."
2 Inst. 597; Black's, 2d. 347; 2 Bouv. Inst. n. 1300

"A deputy cannot have (or appoint) a deputy."
Story, Ag. s.13; 9 Coke, 77; 2 Bouv. Inst. n. 1936

d. and the <u>Constitution for the United States of America</u> talks about Post Offices, and post Roads where it says;
"To establish Post Offices and post Roads; Constitution for the United States of America, Article 1, Section 8, Clause 7

e. but it says nothing about their corporate agency called "<u>United States Postal Service</u>", therefore the <u>United States Postal Service</u> is an unconstitutional agency, and all of their codes, rules, and regulations are color of law as described herein, therefore, it is incorrect to send mail to a postal address on the land of Texas, with a ZIP CODE, and it is a fraud, and pursuant to 18 USC § 1342, My proper name is <u>Glenn Winningham; house of Fearn</u> and My proper postal address is;
**Non Domestic Mail
C/O 6340 Lake Worth Blvd., #437
Fort Worth, Texas
Zip Code Exempt**
(DMM 602.1.3.e.2, 18 USC § 1342) Ezekiel 33:1-10

f. and if it is not shown <u>exactly</u> like this, in any communication with Me, it is further agreed by anyone who uses any other postal address, that they <u>intend</u> to be <u>guilty</u> of <u>mail fraud</u>,
"<u>Whoever</u>, for the purpose of conducting, promoting, or <u>carrying on by means of the Postal Service</u>, any scheme or device mentioned in section 1341 of this title or any other unlawful business, <u>uses or assumes</u>, or requests to be addressed by, <u>any fictitious, false, or assumed title, name, or address</u> or name other than his own proper name, or takes or receives from any post office or authorized depository of mail matter, any letter, postal card, package, or other mail matter addressed to any such fictitious, false, or assumed title, name, or address, or name other than his own proper name, <u>shall be fined under this title or imprisoned not more than five years, or both</u>." 18 USC § 1342 [Emphasis added]

and I shall not accept anything incorrectly addressed, with a ZIP CODE, or spelled in any way NOT as indicated herein,

g. and any government official who sends their mail to Me with an improper name or postal address as described herein, is <u>suborning fraud</u>, and <u>intends to be guilty of mail fraud</u>, and is also <u>fabricating evidence</u> in violation of <u>Texas Penal Code Section 37.09. Tampering with or Fabricating Physical Evidence</u>, as described herein, and further,

Eighteen. United States is an agency of the United States of America;

Page 7 (plus attachments)                          Corporate Denial Affidavit 062013
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.——————————————————————————————Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim

"The following definitions apply unless the statute or context in which the word or phrase is used requires a different definition:
(7) "State," when referring to a part of the United States, includes any state, district, commonwealth, territory, and insular possession of the United States and any area subject to the legislative authority of the United States of America.
(9) "United States" includes a department, bureau, or other agency of the United States of America." Texas Government Code Section 311.005 General Definitions [emphasis added]

"We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America." – Preamble, Constitution for the United States of America

"CONSTITUTION OF THE UNITED STATES OF AMERICA. The fundamental law of the United States. 2. It was framed by a convention of the representatives of the people, who met at Philadelphia, and finally adopted it on the 17th day of September, 1787. It became the law of the land on the first Wednesday in March, 1789. 5 Wheat. 420." Bouvier's Law Dictionary 1856 Edition, page 295 [emphasis added]

and the Constitution for the United States of America is the supreme law of the land;
"This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding." Constitution for the United States of America, Article 6, Clause 2

and United States is a federal corporation that was created by Congress in 1871, therefore it is NOT the United States that is talked about in the Constitution for the United States of America;
"As used in this chapter:
(14) "State" means any of the several States, the District of Columbia, the Commonwealth of Puerto Rico, the Commonwealth of the Northern Marianas, or any territory or possession of the United States.
(15) "United States" means—
(A) a Federal corporation;
(B) an agency, department, commission, board, or other entity of the United States; or
(C) an instrumentality of the United States." 28 USC § 3002 Definitions [emphasis added]

therefore the United States is an unconstitutional agency of the United States of America, and all agencies of the United States, that are not specifically mentioned in the Constitution for the United States of America, including the State of Texas are also unconstitutional agencies, and they have no authority over "we the people", and anything done by the United States or any agency of the United States, to Me, is under color of office, and ultra vires,
"Ultra vires. An act performed without any authority to act on subject. Haslund v. City of Seattle, 86 Wash.2d 607, 547 P.2d 1221, 1230. Acts beyond the scope of the powers of a corporation, as defined by its charter or laws of state of incorporation. State ex rel. v. Holston Trust Co., 168 Tenn. 546, 79 S.W.2d 1012, 1016. The term has a broad application and includes not only acts prohibited by the charter, but acts which are in excess of powers granted and not prohibited, and generally applied either when a corporation has no power whatever to do an act, or when the corporation has the power but exercises it irregularly. People ex rel. Barrett v. Bank of Peoria, 295 Ill.App. 543, 15 N.E.2d 333, 335. Act is ultra vires when corporation is without authority to perform it under any circumstances or for any purpose. By doctrine of ultra vires a contract made by a corporation beyond the scope of its corporate powers is unlawful. Community Federal Sav. & Loan Ass'n of Independence, Mo. v. Fields, C.C.A. Mo., 128 F.2d 705, 708. Ultra vires act of municipality is one which is beyond powers conferred upon it by law. Charles v. Town of Jeanerette, Inc., La.App., 234 So.2d 794, 798." Black's Law Dictionary 6th Edition page 1522, [emphasis added] and further,

Nineteen.   All codes, rules and regulations are "color of law" and unconstitutional, and lacking in due process; Rodriguez vs US Secretary of Labor, Donovan, 769 F2d 1344, as well as,
"[1] It is well settled that "the Code cannot prevail over the Statutes at Large, when the two are inconsistent." Stephan v. United States, 319 U.S. 423, 63 S.Ct. 1135, 1137, 80 L.Ed. 1490; Royer's Inc. v. United States, 3 Cir., 265 F.2d 615. The provisions of the Code are merely prima facie evidence of the law. 1 U.S.C. § 204 (a)."
American Export Lines Inc. v. United States, 290 F.2d 925, at 929 (July 19, 1961)

Page 8 (plus attachments)                                                      Corporate Denial Affidavit 062013
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of
the Title Holder.—————————————————————————————————————Title Holder Glenn Winningham; house of Fearn
                                                                                        With the Copy-Claim

"Certain titles of the Code have been <u>enacted into positive law</u>, and pursuant to section 204 of title 1 of the Code, the text of those titles is legal evidence of the law contained in those titles. <u>The other titles of the Code</u> are <u>prima facie evidence</u> of the laws contained in those titles. The following titles of the Code have been enacted into positive law: 1, 3, 4, 5, 9, 10, 11, 13, 14, 17, 18, 23, 28, 31, 32, 35, 36, 37, 38, 39, 40, 41, 44, 46, 49 and 51."
US House of Representatives, Office of Law Revision Counsel website [emphasis added]

""prima facia" At first sight; on the first appearance; on the face of it; so far as can be judged from the first disclosure; <u>presumably</u>; <u>a fact presumed to be true unless disproved by some evidence to the contrary.</u> State ex rel. Herbert v. Whims, 68 Ohio App. 39, 38 N.E.2d 596, 599, 22 O.O. 110."
Black's Law Dictionary 5th Edition page 1071. [emphasis added]

which means that the following titles of the United States Code are <u>non-positive Law;</u>

| Title | Nomenclature | Title | Nomenclature |
|-------|--------------|-------|--------------|
| 2 | The Congress | <u>6</u> | <u>Domestic Security</u> |
| 7 | Agriculture | <u>8</u> | <u>Aliens and Nationality</u> |
| <u>12</u> | <u>Banks and Banking</u> | 15 | Trade and Commerce |
| 16 | Conservation | <u>19</u> | <u>Customs</u> |
| 20 | Education | 21 | Food and Drugs |
| 22 | Foreign Relations | 24 | Hospitals |
| 25 | Indians | <u>26</u> | <u>Internal Revenue</u> |
| 27 | Intoxicating Liquors | 29 | Labor |
| 30 | Mineral Lands and Mining | 33 | Navigation and Navigable Waters |
| <u>42</u> | <u>The Public Health and Welfare</u> | 43 | Public Lands |
| 45 | Railroads | 47 | Telegraphs, Telephones and Radios |
| 48 | Territories and Insular Possessions | 50 | War and National Defense |
| 51 | National and Commercial Space | | |

and because <u>positive law</u> is law that is properly <u>enacted by proper authority</u>
"Positive Law. Law actually and specifically adopted  <u>by proper authority</u> for the government or an organized jural society." Black's Law Dictionary, 5th Edition [Emphasis added]

therefore <u>non-positive law</u> is law that was <u>NOT enacted with proper authority</u> and all of the above listed titles of the United States Code were <u>not enacted with proper authority</u>, like the <u>Texas Code of Criminal Procedure Article 54.03 Emergency Clause</u> is proof that the Texas Code of Criminal Procedure is <u>color of law</u>, because it was NOT read on 3 separate days, as required;
"The fact that the laws relating to criminal procedure <u>in this state</u> have not been completely revised and re-codified in more than a century past and the further fact that the administration of justice, in the field of criminal law, has undergone changes, through judicial construction and interpretation of constitutional provisions, which have been, in certain instances, modified or nullified, as the case may be, necessitates important changes requiring the revision or modernization of the laws relating to criminal procedure, and the further fact that it is desirous and desirable to strengthen, and to conform, various provisions in such laws to current interpretation and application, emphasizes the importance of this legislation and all of which, together with the crowded condition of the calendar in both Houses, <u>create an emergency and an imperative public necessity that the Constitutional Rule requiring bills to be read on three several days be suspended, and said Rule is hereby suspended</u>, and that this Act shall take effect and be in force and effect from and after 12 o'clock Meridian on the 1st day of January, Anno Domini, 1966, and it is so enacted." Texas Code of Criminal Procedure Article 54.03 Emergency Clause [emphasis added]

therefore all non-positive law statutes (improperly enacted statutes) are <u>color of law</u>, a fraud, and unconstitutional,
"An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed." Norton vs Shelby County, 118 U.S. 425, p. 442,

and claiming necessity because of emergency is not a good excuse as described herein, and this document is designed to provide evidence that their <u>non-positive law</u> prima facia codes are <u>color of law</u>, are a fraud, created by the US Congress whores in support of their thieving bankster buddies, and mean absolutely nothing, and do NOT exist;
"absolute nullity. Civil law. 1. An act that is void because it is against public policy, law, or order. • The nullity is noncurable. It may be invoked by any party or by the court. See

Page 9 (plus attachments)                                    Corporate Denial Affidavit 062013
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of
the Title Holder.————————————————————————————————Title Holder Glenn Winningham; house of Fearn
                                                                                            With the Copy-Claim

**La. Civ. Code arts 7, 2030. 2. The state of such a nullity."** Black's Law Dictionary 8th Edition, p 3391,

and the United States is a conquered and enslaved nation
**"There are two ways to conquer and enslave a nation. One is by the sword. The other is by debt."** John Adams 1826

because the US Congress whores sold themselves to the bankster thieves, and it is bankrupt, and enslaved,
**"It is an established fact that the United States Federal Government has been dissolved by the Emergency Banking Act, March 9, 1933, 48 stat. 1, Public Law 89-719; declared by President Roosevelt, being bankrupt and insolvent, H.J.R. 192, 73rd Congress in session June 5, 1933 - Joint Resolution To Suspend The Gold Standard and Abrogate The Gold Clause dissolved the Sovereign Authority of the United States and the official capacities of all United States Governmental Offices, Officers, and Departments and is further evidence that the United States Federal Government exists today in name only."**
United States Congressional Record, March 17, 1993 Vol. 33 [Emphasis added]

and it has been bankrupt three times and we are now on number four as evidenced by the webpage printout from Dunn and Bradstreet website, a true copy of which is attached hereto, all of which is incorporated herein by reference in its entirety, and the creditors always become the owners in any bankruptcy;
**"Under the US Airways proposal sent in November, AMR creditors would own 70 percent and US Airways shareholders 30 percent of the merged airline, which could be valued at around $8.5 billion, sources told Reuters on Friday."** AMR Creditors Prefer all Stock Merger with US Airways: sources, by Soyoung Kim, Reuters, Wednesday 12 December 2012 8:38 PM EST, taken from Yahoo Finance [emphasis added]

and it is "civilly dead" and therefore incapable of making positive law,
**"Extra legem positus est civiliter mortuus. One out of the pale of the law, (an outlaw,) is civilly dead."** Maxims of Law, Bouvier's Law dictionary, 1856 Edition,

because ONLY gold or silver coin is lawful money at common law,
**"At common law only gold and silver were a legal tender. (2 Inst. 577.)"** McClarin v. Nesbit, 2 Nott & McC. (11 S.C.L.) 519 (1820),

and because United States and its agencies and instrumentalities have no lawful money, which includes the State of Texas, and the State of Arizona, and every other state, as well as the fact that they are all controlled and operated by BAR members who are all foreign agents of the Crown;
**"INNS OF COURT - These are certain private unincorporated associations, in the nature of collegiate houses, located in London, and invested with the exclusive privilege of calling men to the bar;..."** Black's Law Dictionary, 5th Edition page 709. [emphasis added]

and there is an American Inns of Court, and there are chapters in every state in America, in violation of the true Article Thirteen in Amendment which says;
**"If any citizen of the United States shall accept, claim, receive, or retain any title of nobility or honor, or shall, without the consent of congress, accept and retain any present, pension, office, or emolument of any kind whatever, from any emperor, king, prince, or foreign power, such person shall cease to be a citizen of the United States, and shall be incapable of holding any office of trust or profit under them, or either of them."** [Emphasis added]

as taken from a certified copy of an 1819 Constitution for the United States of America, taken from Virginia Statutes, a true copy of which is attached to the Affidavit of Criminal Complaint 04/14/07 which is recorded with the Pinal County Recorder at Fee Number 2007-059087, and the Affidavit of Criminal Complaint 06/14/07 which is recorded with the Pinal County Recorder at Fee Number 2007-073069, all of both of which are incorporated herein by reference in their entirety, and because all BAR members receive a Title of Nobility and an honor from a foreign power, based in London, England;
**"TITLE, persons. Titles are distinctions by which a person is known. 3. The constitution of the United States forbids the tyrant by the United States, or any state of any title of nobility. (q. v.)...judges and members of congress that of honorable; and members of the bar and justices of the peace are called esquires. Cooper's, Justinian, 416'; Brackenridge's Law Miscell. Index."**
Bouvier's Law Dictionary 1856 Edition, [emphasis added],

Corporate Denial Affidavit 062013
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.————————————————————————Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim

"NOBILITAS EST DUPLEX, SUPERIOR ET INFERIOR. 2 Inst. 583. There are two sorts of nobility, the higher and the lower.
Black's Law Dictionary 4th Edition, page 1198 [emphasis added],

"ESQUIRE. A title applied by courtesy to officers of almost every description, to members of the bar, and others. 2. In England, it is a title next above that of a gentleman, and below a knight." Bouvier's Law Dictionary 1856 Edition, [emphasis added]

therefore, nothing they say or do is lawful, or de jure,
"it never became a law and was as much a nullity as if it had been the act or declaration of an unauthorized assemblage of individuals." Ryan v. Lynch, 68 Ill. 160 [emphasis added]

and they are incapable of enacting positive law, and they operate completely under the color of law, and they are nothing but criminals, operating in conspiracy with their thieving bankster owners, and further,

Twenty.      Everything that is color of law is a fraud;
"Color" means "An appearance, semblance, or simulacrum, as distinguished from that which is real. A prima facia or apparent right. Hence, a deceptive appearance, a plausible, assumed exterior, concealing a lack of reality; a disguise or pretext. See also colorable." Black's Law Dictionary, 5th Edition, on page 240. [emphasis added]

"Colorable" means "That which is in appearance only, and not in reality, what it purports to be, hence counterfeit feigned, having the appearance of truth." Windle v. Flinn, 196 Or. 654, 251 P.2d 136, 146. [emphasis added]

"Color of Law" means "The appearance or semblance, without the substance, of legal right. Misuse of power, possessed by virtue of state law and made possible only because wrongdoer is clothed with authority of state is action taken under 'color of law.'" Atkins v. Lanning. D.C.Okl., 415 F. Supp. 186, 188, [emphasis added]

therefore, everything that is color of law and all ZIP CODES and the US citizen are all frauds, and further,

Twenty-one.      The act of fraud and all of the consequences never legally happened;
"Ex dolo malo non oritur action. Out of fraud no action arises. Cowper, 343; Broom's Max. 349." Bouvier's Maxims of Law, 1856,

and any act by any government official to conceal the fraud becomes an act of fraud;
"fraus est celare fraudem. It is a fraud to conceal a fraud. 1 Vern. 270."
Bouvier's Maxims of Law 1856

and fraud is inexcusable and unpardonable;
"Fraus et dolus nemini patrocianari debent. Fraud and deceit should excuse no man. 3 Co. 78." Bouvier's Maxims  of Law 1856

and any fraud amounts to injustice;
"Fraus et jus nunquam cohabitant. Fraud and justice never dwell together."
Maxims of Law, Black's Law Dictionary, 9th Edition, page 1832

"Quod alias bonum et justum est, si per vim vei fraudem petatur, malum et injustum efficitur. What is otherwise good and just, if sought by force or fraud, becomes bad and unjust. 3 Co. 78." Bouvier's Maxims of Law, 1856, and further,

Twenty-two.      My ancestors were among those whose words created the republic of the United States of America;
"When men entered into a State they yielded a part of their absolute rights, or natural liberty, for political or civil liberty, which is no other than natural liberty restrained by human laws, so far as is necessary and expedient for the general advantage of the public. The rights of enjoying and defending life and liberty, of acquiring and protecting reputation and property, - and, in general, of attaining objects suitable to their condition, without injury to another, are the rights of a citizen; and all men by nature have them." Douglass, Adm'r., v. Stephens, Delaware Chancery, Vol. 1, Page 470 (1821) [Emphasis added]

and My ancestors were in America long before the War of Independence, as found in the Statement of Original Status and the pedigree charts which are attached hereto, all of which are incorporated herein by reference in their entirety,

Corporate Denial Affidavit 062013
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.————————————————————————————————Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim

"The term, citizens of the United States, must be understood to intend those who were citizens of a State, as such, after the Union had commenced, and the several States had assumed their sovereignties. Before this period there was no citizens of the United States..." Manchester v. Boston, Massachusetts Reports, Vol. 16, Page 235 (1819),

"The state citizen is immune from any and all government attacks and procedure, absent contract." see, Dred Scott vs. Sanford, 60 U.S. (19 How.) 393 or as the Supreme Court has stated clearly, "...every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellowmen without his consent." CRUDEN vs. NEALE, 2 N.C. 338 2 S.E. 70, [emphasis added]

"The rights of the individuals are restricted only to the extent that they have been voluntarily surrendered by the citizenship to the agencies of government." City of Dallas v Mitchell, 245 S.W. 944

"State citizens are the only ones living under free government, whose rights are incapable of impairment by legislation or judicial decision." Twining v. New Jersey, 211 U.S. 97, 1908 [emphasis added]

"State Citizenship is a vested substantial property right, and the State has no power to divest or impair these rights." Favot v. Kingsbury, (1929) 98 Cal. App. 284, 276 P. 1083,

"The sovereignty of a state does not reside in the persons who fill the different departments of its government, but in the People, from whom the government emanated; and they may change it at their discretion. Sovereignty, then in this country, abides with the constituency, and not with the agent; and this remark is true, both in reference to the federal and state government." Spooner v. McConnell, 22 F 939 @ 943

and because I am a State Citizen, I am also a judicial power Citizen; "The judicial power is the power to hear those matters which affect life, liberty or property of the Citizens of the State." Sapulpa v Land, 101 Okla. 22, 223 Pac. 640, 35 A.L.R. 872,

"The very meaning of 'sovereignty' is that the decree of the sovereign makes law." American Banana Co. v. United Fruit Co., 29 S.Ct. 511, 513, 213 U.S. 347, 53 L.Ed. 826, 19 Ann.Cas. 1047.

COURT. The person and suit of the sovereign; the place where the sovereign sojourns with his regal retinue, wherever that may be. Black's Law Dictionary, 5th Edition, page 318.

COURT. An agency of the sovereign created by it directly or indirectly under its authority, consisting of one or more officers, established and maintained for the purpose of hearing and determining issues of law and fact regarding legal rights and alleged violations thereof, and of applying the sanctions of the law, authorized to exercise its powers in the course of law at times and places previously determined by lawful authority. Isbill v. Stovall, Tex.Civ.App., 92 S.W.2d 1067, 1070; Black's Law Dictionary, 4th Edition, page 425

and, because I am a judicial power Citizen, I make the law, and I am the law, and I have the power to pass sentence, and My decision is not subject to appeal or modification in any way, except by a common law jury of My peers, and all other courts have to recognize it, because they exist under My authority, and My court is superior to their court, and further,

## Statement of Original Status

Twenty-three.      I, Glenn Winningham; house of Fearn, a Free, White, Christian male, have no firsthand knowledge of when or where I was given birth, and any evidence of any such birth is hearsay evidence and inadmissible as evidence in a court of law, except to say that I am well past the age of majority, because I completed high school in the year one thousand nine hundred and seventy-five (almost forty years ago); and,

  a.  I, Glenn Winningham; house of Fearn, was given birth by Hazel Lorene; house of Winningham, a Free, White, Christian female, an Oklahoma State Citizen, who was naturally given birth on the twenty-sixth day of November, in the year one thousand nine hundred and

twenty-two, in Jefferson County, in Oklahoma State, a State of the union States of America; and,

b. Hazel Lorene; house of Winningham, Glenn Winningham's mother, was sired by Quitman Elbert; house of Winningham, a Free, White, Christian male, an Oklahoma State Citizen, who was naturally given birth on the seventeenth day of March, in the year one thousand eight hundred and eighty-six, in Overton County, in Tennessee State, a State of the union States of America; and,

c. Hazel Lorene; house of Winningham, Glenn Winningham's mother, was given birth by Ruby May; house of Atkins, a Free, White, Christian female, an Oklahoma State Citizen, was naturally given birth on the third day of May, in the year one thousand eight hundred and ninety, in Mexia town, Limestone County, in Texas State, a State of the union States of America; and,

d. Quitman Elbert; house of Winningham and Ruby May; house of Atkins were one, joined in the State of holy wedlock at the time Hazel Lorene was naturally given birth to them; and,

e. Quitman Elbert; house of Winningham, Glenn Winningham's grandfather, was sired by James Carlton; house of Winningham, a Free, White, Christian male, a Tennessee State Citizen, who was naturally given birth on the twenty-eighth day of April, in the year one thousand eight hundred and fifty-six, in Overton County, in the Tennessee State, a State of the union States of America; and,

f. Quitman Elbert; house of Winningham, Glenn Winningham's grandfather, was given birth by Clementine; house of McDonald, a Free, White, Christian female, a Tennessee State Citizen, who was naturally given birth on the twenty-second day of September, in the year one thousand eight hundred and sixty-two, in Overton County, in Tennessee State, a State of the union States of America; and,

g. James Carlton; house of Winningham and Clementine; house of McDonald were one, joined in the State of holy wedlock at the time Quitman Elbert was naturally given birth to them; and,

h. James Carlton; house of Winningham, Glenn Winningham's great grandfather, was sired by John (Jack) R.; house of Winningham, a Free, White, Christian male, was naturally given birth on the twenty-second day of December, in the year one thousand eight hundred and thirty-eight, in Overton County, in Tennessee State, a State of the union States of America; and

i. James Carlton; house of Winningham, Glenn Winningham's great grandfather, was given birth by Evelene; house of Gray, a Free, White, Christian female, who was naturally given birth on the first day of January, in the year one thousand eight hundred and thirty-seven, in Overton County, in Tennessee State, a State of the union States of America; and

j. John (Jack) R.; house of Winningham and Evelene; house of Gray were one, joined in the State of holy wedlock at the time James Carlton was naturally given birth to them; and,

k. John (Jack) R.; house of Winningham, Glenn Winningham's second great grandfather, was sired by John Alston; house of Winningham, a Free, White, Christian male, was naturally given birth on the twenty-first day of February, in the year one thousand eight hundred and eight, in Randolph County, in North Carolina State, a State of the union States of America; and

l. John (Jack) R.; house of Winningham, Glenn Winningham's second great grandfather, was given birth by Parmelia; house of Mayfield, a Free, White, Christian female, who was naturally given birth, in the year one thousand eight hundred and eighteen, in Overton County, in Tennessee State, a State of the union States of America; and

m. John Alston; house of Winningham and Permelia; house of Mayfield were one, joined in the State of holy wedlock at the time John (Jack) R. was naturally given birth to them; and,

n. John Alston; house of Winningham, Glenn Winningham's third great grandfather, was sired by Adam; house of Winningham, a Free, White, Christian male, was naturally given birth, in the year one thousand seven hundred and eighty-one, in Randolph County, in North Carolina State, a State of the union States of America; and



Page 13 (plus attachments)
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.————————————————————————————————
Corporate Denial Affidavit 062013
—Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim

o. John Alston; house of Winningham, Glenn Winningham's third great grandfather, was given birth by Isobell, a Free, White, Christian female, who was naturally given birth, in the year one thousand seven hundred and eighty-two in Virginia State, a State of the union States of America; and

p. Adam; house of Winningham and Isobell were one, joined in the State of holy wedlock at the time John Alston was naturally given birth to them; and,

q. Adam; house of Winningham, Glenn Winningham's fourth great grandfather, was sired by James J.; house of Winningham, a Free, White, Christian male, was naturally given birth, on the twenty-ninth day of February in the year one thousand seven hundred and fifty-six, in Prince George County, in the Virginia Colony, which ultimately became Virginia State, a State of the union States of America; and

r. Adam; house of Winningham, Glenn Winningham's fourth great grandfather, was given birth by Sarah; house of Nichols, a Free, White, Christian female, who was naturally given birth, in the year one thousand seven hundred and sixty in the Virginia Colony, which ultimately became Virginia State, a State of the union States of America; and

s. James J.; house of Winningham and Sarah; house of Nichols were one, joined in the State of holy wedlock at the time Adam was naturally given birth to them; and,

t. I affirm that I, Glenn Winningham; house of Fearn, am of the Adamic race, as a White Christian male, and that I do not now nor would I ever voluntarily give up my unalienable (which means cannot be taken away) God given constitutionally secured Christian rights and responsibilities. For I, Glenn Winningham; house of Fearn, have never knowingly given up my birthright as one of the direct descendants of the posterity as is noted in the preamble of both the Arizona State Constitution (1905) and the Constitution of the united States of America of (1788), with it's Bill of Rights (1791), and also designated in The Declaration of Independence of (1776), for and because my fifth great Grandparents, who were James J.; house of Winningham and Sarah Nichols; house of Winningham, who's grave sites and gravestones are clearly marked and now serve as an At Law Public Notice of their once existence and their judicial Power Citizenship status which was passed on to me, Glenn Winningham; house of Fearn, as an inheritance for and because James J.; house of Winningham was naturally given birth in the year one thousand seven hundred and fifty-six living on the land now known as Prince George County, in the Virginia Colony, which ultimately became Virginia State, a State of the union States of America under the Articles of Confederation (1781), and the Constitution for the republic of the United States of America, and whereas James J.; house of Winningham given birth in the year one thousand seven hundred and fifty-six, and Sarah Nichols; house of Winningham given birth in the year one thousand seven hundred and sixty were joined in the State of Holy wedlock in the year one thousand seven hundred and ninety-two, and were living on the land now known as Randolph County, Virginia, a State of the union States of America. And these pioneers were the People who were the part, process, and action that eventually led to the establishment of the Statehood enabling acts of Congress, eg., 1796 for Tennessee, 1821 for Missouri, 1905 for Arizona, which then allowed the 5,000 free white males within the boundaries then designated as territories to create said States; as found in the Verified Abstract Declaration and Order which is recorded with the Pinal County Recorder at Fee Number 2005-028178, which is the unrebutted truth, and public policy, and the true copy of a current pedigree chart which is attached hereto, all of which is incorporated herein by reference in its entirety,
**"Jura sanguinis nullo jure civili dirimi possunt. The right of blood and kindred cannot be destroyed by any civil law. Dig. 50, 17, 9; Bacon's Max. Reg. 11."** Bouvier's Law Dictionary 1856 Edition, page 768, and further,

Twenty-four.    The United States has no authority to go outside constitutional limitations under any circumstances. **"Emergency does not create power. Emergency does not increase granted power or remove or diminish the restrictions imposed upon power granted or reserved. The Constitution was adopted in a period of grave emergency. Its grants of power to the Federal Government and its limitations of the power of the States were determined in the light of emergency, and they are not altered by emergency."** Home Building and Loan Association v Blaisdel, 290 US 398 (1934),

therefore;
a. they have no authority to delegate police power to municipal corporations, and,

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.————————————————————————————Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim

Corporate Denial Affidavit 062013

b. the municipal corporation called Judiciary Courts of the State of Texas, Inc., and their parent municipal corporation called State of Texas, Inc., (attached) are an unconstitutional delegation of authority, and a fraud and a nullity, and,

c. all "law enforcement agencies" and their officers are unconstitutional delegations of authority, and have no authority whatsoever, and,

d. they have no authority to create an unconstitutional agency called the State BAR, for Texas or any State, and,

e. their foreign agents of the Crown BAR members have no authority to even speak to Me, much less accuse Me of anything, and,

f. they have no authority to engage in unconstitutional acts, like their current 13th Amendment, or their so-called 14th Amendment, and,

g. they have no authority to pass color of law statutes, and,

h. they have no authority to criminally convert My citizenship into one of their lowlife scumbag US citizen slaves, or fabricate evidence of such a thing, and,

i. they have no authority to criminally convert My postal address to their foreign bankrupt corporation by adding a ZIP CODE, and,

j. they have no authority to impose their color of law codes, rules, or regulations on Me, under any circumstances, or for any reason, and,

k. they have no authority to unlawfully arrest (assault) Me at the borders, or anywhere else, or search my property,  or even communicate with Me in any way, or for any reason, and further,

Twenty-five.         Any government official who attempts to impose on Me, one of their fraudulent US citizens, or any fictitious entity, or a ZIP CODE, or threatens Me to get hearsay evidence **"Every consent involves a submission; but a mere submission does not necessarily involve consent."** Black's, 2d. 249,

in order to fabricate evidence of such a fraudulent US citizen or fictitious entity, or ZIP CODE, or attempts to impose their fictitious non-positive law codes, rules, or regulations on Me, or attempts to steal My compensation for labor based on such a fictitious entity, is operating under color of office,

**"Color of office. Pretense of official right to do act made by one who has no such right. Kiker v. Pinson, 120 Ga.App. 784, 172 S.E.2d 333, 334. An act under color of office is an act of an officer who claims authority to do the act by reason of his office when the office does not confer on him any such authority. Maryland Cas. Co. v. McCormack, Ky., 488 S.W.2d 347, 352." Black's Law Dictionary 6th Edition, page 266 [emphasis added]**

and is fabricating evidence;

**"(a)  A person commits an offense if, knowing that an investigation or official proceeding is pending or in progress, he:**
**(1)  alters, destroys, or conceals any record, document, or thing with intent to impair its verity, legibility, or availability as evidence in the investigation or official proceeding; or**
**(2)  makes, presents, or uses any record, document, or thing with knowledge of its falsity and with intent to affect the course or outcome of the investigation or official proceeding.**
**(d)  A person commits an offense if the person:**
**(1)  knowing that an offense has been committed, alters, destroys, or conceals any record, document, or thing with intent to impair its verity, legibility, or availability as evidence in any subsequent investigation of or official proceeding related to the offense; or…"** Texas Penal Code Section 37.09. Tampering with or Fabricating Physical Evidence, [emphasis added],

and is violating My rights under the color of law in violation of 18 USC § 242, which says;
**"Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any inhabitant of any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, …….. shall be fined under this title or imprisoned………"**
Pub. L. 103-322, Sec. 320201(a), substituted **"person in any State"** for "inhabitant of any State" in first paragraph.

and 18 USC § 241 says;
**"If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured— They shall be**

Page 15 (plus attachments)                                         Corporate Denial Affidavit 062013
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.————————————————————————————Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim.

fined under this title or imprisoned...; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned..., or may be sentenced to death."

and they are engaged in perjury of oath at a minimum, as well as sedition, treason, and more, **"If two or more persons in any State or Territory, <u>or in any place subject to the jurisdiction of the United States</u>, conspire to overthrow, put down, or to destroy by force the Government of the United States, <u>or to levy war against them</u>, <u>or to oppose by force the authority thereof</u>, or by force to prevent, hinder, or delay the execution of any law of the United States, or by force to seize, take, or possess any property of the United States contrary to the authority thereof, they shall each be fined under this title or imprisoned not more than twenty years, or both."** 18 USC § 2384,

**"We have no more right to decline the exercise of jurisdiction which is given than to usurp that which is not given. <u>The one or the other would be treason</u> to the Constitution."** Cohen v Virginia, 19 U.S. 264 [emphasis added]

and Insurrection,
**"Whoever <u>incites, sets on foot, assists, or engages in any rebellion or insurrection against the authority of the United States or the laws thereof, or gives aid or comfort thereto</u>, shall be fined under this title or imprisoned not more than ten years, or both; and shall be incapable of holding any office under the United States."** 18 USC § 2383,

and because the Constitution for the United States of America sets up a trust, they are guilty of treason (Breach of Trust), and further,

Twenty-six. The Undersigned, I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn, of Original Status, and <u>Judicial Power Citizen by Right of Blood</u>, do herewith declare, state and say; I issue this <u>Corporate Denial Affidavit</u> with sincere intent in truth, that I am competent to state the matters set forth herein, and shall so testify in a lawful court, that the contents are true, correct, complete, certain, admissible as evidence, and reasonable and just, by Me, undersigned addressee, one of "We the People", and not a corporation or a fiction of any type, and further,

Twenty-seven.     Signed and sealed in red ink on the land of Arizona, under penalties with perjury, (28 USC § 1746 (1)), under the laws of the United States of America, and without the United States, and further,

Twenty-eight.     Further Affiant sayeth not,

It has been said, so it is done.

Signed and sealed this _nineteenth_ day in April, in the year, two thousand and thirteen.

Glenn Winningham; house of Fearn, sui juris
Sovereign living soul, holder of the office of "the People"
Judicial Power Citizen by right of blood
Inhabitant of the land known as Texas
With full responsibility for My actions
under the Laws of YHWH  as found in the Holy Bible

**JURAT**

Arizona republic                     )
                                     )     Subscribed, Sworn, Sealed
Pinal County                         )
As an officer of the court, I, hereby certify that Glenn Winningham; house of Fearn, who is known to me, appeared before me and after being duly put under oath, he executed the foregoing document on this the ___nineteenth___ day of April, in the year two thousand and thirteen.

<u>Donna Lee Diaz</u>
Notary Public

OFFICIAL SEAL
DONNA LEE DIAZ
Notary Public - State of Arizona
PINAL COUNTY
My Comm. Expires Aug. 10, 2013

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.—————————————————————————————————Title Holder Glenn Winningham; house of Fearn
Corporate Denial Affidavit 062013
With the Copy-Claim

# Pedigree Chart

Chart no. 1

**16** John Alston Winningham
B: 21 Feb 1808
M: 1835
D: 19 Jul 1904

**8** John (Jack) R. Winningham
B: 22 Dec 1838
P: ,Overton,Tennessee,USA
M: 1885
P: ,Overton,Tennessee,USA
D: 5 Jan 1889
P: ,Overton,Tennessee,USA

**17** Permelia Mayfield
B: 1818
D: 1870

**4** James Carlton Winningham
B: 28 Apr 1856
P: ,Overton,Tennessee,USA
M: 1873
P:
D: 22 Apr 1922
P: Terral,Jefferson,O,USA

**18** Gray
B:
M:
D:

**9** Evelene Gray
B: 1 Jan 1837
P: ,Overton,Tennessee,USA
D: 20 Mar 1891
P: ,Overton,Tennessee,USA

**19** Polly Hill
B:
D:

**2** Quitman Elbert Winningham
B: 11 Aug 1886
P: Overton,Tennessee,USA
M: 5 Jul 1908
P: Terral,Jefferson,O,USA
D: 28 Feb 1958
P: Ryan,Jefferson,O,USA

**20** Allan McDonald
B: 1775
M:
D:

**10** Jason McDonald
B: 22 Jan 1817
P: ,Overton,Tennessee,USA
M: 1854
P: ,Overton Co.,Tennessee,USA
D: 4 Oct 1908
P: Monroe,Overton,T,USA

**21** Susannah Sells
B: 1785
D: 1855

**5** Clementine McDonald
B: 22 Sep 1862
P: ,Overton,Tennessee,USA
D: 1895
P: ,Lampasas,Texas

**22** Buckner Ledbetter
B: 1811
M: 1825
D: 1854

**11** Mary J. Ledbetter
B: 1826
P: ,Overton,Tennessee,USA
D: 1883
P: ,Overton,Tennessee,USA

**23** Virginia Jane Lions
B: 1812
D: 1865

**1** Hazel Lorene Winningham
B:
P:
M: 5 Nov 1975
P: Cardston,Alberta,Canada
D:
P:

**24**
B:
M:
D:

**12** George M. Atkins
B: 1822
P: ,,Alabama
M:
P:
D:
P: ,,Texas

**25**
B:
D:

**6** Robert Bell Atkins
B: 20 Jan 1859
P: Jacksonville,Cherokee,T,USA
M: 21 Aug 1883
P:
D: 25 Sep 1951
P: Chickasha,Grady,O,USA

**26**
B:
M:
D:

**Roderick Murray Fearn**
(Spouse of no. 1)

**13** Nancy Moranda Morgan
B: 1823
P: ,,North Carolina
D:
P:

**27**
B:
D:

**28** Miles McGinnis McDowell
B: 24 Jun 1804
M: 19 Oct 1825
D: 1836

**3** Ruby May Atkins
B: 5 May 1890
P: Mexia,Limestone,Texas,USA
D: 27 Aug 1960
P: Ryan,Jefferson,O,USA

**14** Wiley Galloway McDowell
B: 5 Aug 1833
P: ,Morgan,Alabama
M: 10 Nov 1852
P:
D: 28 Oct 1887
P: ,Tippah,Missouri

**29** Ann Aycock
B: 1798
D: 1835

**7** Katherine May McDowell
B: 26 Feb 1859
P: Wesson,Copiah,Missouri
D: Sep 1937
P: Terral,Jefferson,O,USA

**30** David Dean
B: 1806
M:
D:

**15** Mary Ann Dean
B: 10 Nov 1834
P: ,,Tennessee
D:
P:

**31** Elizabeth
B: 1802
D:

13 Aug 2012

# Pedigree Chart

Chart no. 1

16 **William Winningham**
B: 2 Jul 1732
M:
D:

8 **James J. Winningham**
B: 29 Feb 1756
P: ,Prince George,Virginia,USA
M: 13 Jun 1792
P:
D: 25 Aug 1836
P: ,Randolph,North Carolina,USA

17 **Sarah**
B:
D:

18 _____
B:
M:
D:

4 **Adam Winningham**
B: 1781
P: ,Randolph,North Carolina
M: 1801
P:
D: Sep 1859
P: ,Overton,Tennessee,USA

9 **Sarah Nichols**
B: 1760
P:
D:
P: ,Randolph,Virginia

19 _____
B:
D:

20 _____
B:
M:
D:

2 **John Alston Winningham**
B: 21 Feb 1808
P: ,Randolph,North Carolina
M: 1835
P: ,Overton Co.,Tennessee,USA
D: 19 Jul 1904
P: ,Overton,Tennessee,USA

10 _____
B:
P:
M:
P:
D:
P:

21 _____
B:
D:

22 _____
B:
M:
D:

5 **Isobell**
B: 1782
P: ,,Virginia
D: 1845
P: ,Overton,Tennessee,USA

11 _____
B:
P:
D:
P:

23 _____
B:
D:

1 **John (Jack) R. Winningham**
B: 22 Dec 1838
P: ,Overton,Tennessee,USA
M: 1885
P: ,Overton,Tennessee,USA
D: 5 Jan 1889
P: ,Overton,Tennessee,USA

24 **John Mayfield**
B: 1724
M:
D:

12 **Stephen Mayfield**
B: 1755
P: ,Albemarle Co,Virginia,USA
M:
P:
D: 1776
P:

25 **Delia**
B:
D:

26 **John Gilmore**
B:
M:
D:

6 **John Mayfield**
B: 1783
P: ,Essex County,Virginia,USA
M: 13 Aug 1813
P: ,Overton Co,Tennessee,USA
D: 11 Oct 1826
P: ,Overton,Tennessee,USA

13 **Bridgett Gilmore**
B:
P:
D:
P:

27 **Judith**
B:
D:

**Evelene Gray**
(Spouse of no. 1)

28 **William Todd Livingston**
B: 1714
M: 1749
D: 1778

14 **Henry Livingston**
B: 1 Mar 1765
P: ,King & Queen Co.,Virginia
M: 21 Feb 1793
P:
D: 23 May 1834
P: ,Overton Co.,Tennessee,USA

29 **Sarah Ware**
B:
D: 1794

3 **Permelia Mayfield**
B: 1818
P: ,Overton,Tennessee,USA
D: 1870
P: ,Overton,Tennessee,USA

30 **Cornelius Carmack**
B: 18 Jun 1736
M: 1758
D: 18 Jul 1824

7 **Mary Polly Livingston**
B: 13 Mar 1795
P: ,Washington Co.,Virginia,USA
D:
P:

15 **Susannah Carmack**
B: 30 Dec 1770
P: ,Frederick Co.,Maryland,USA
D: 1856
P: ,Overton Co.,Tennessee,USA

31 **Margery Jane Evans**
B:
D:

13 Aug 2012

# Pedigree Chart

Chart no. 1



16 _____
  B:
  M:
  D:
8 John McDowell
  B:
  P: ,,Scotland
  M:
4 John McDowell          P:
  B: 1758                D:
  P: ,,Ireland           P:
  M: 21 May 1790
  P: ,,South Carolina, United States   9 _____
  D: 1856                B:
  P: ,Lawrence, Alabama  P:
                         D:
2 Miles McGinnis McDowell _____   P:
  B: 24 Jun 1804
  P: ,Wilkes, Georgia
  M: 19 Oct 1825
  P:
  D: 1836
  P: ,Morgan, Alabama

17 _____
  B:
  D:

18 _____
  B:
  M:
  D:

19 _____
  B:
  D:

20 _____
  B:
  M:
10 Philemon Thomas       D:
  B:
  P:
  M:                     21 _____
5 Sarah Thomas _____   P:   B:
  B: 15 Jun 1772         D:   D:
  P: ,Marlboro, South Carolina, USA   P: ,,South Carolina, United States 22 _____
  D: 13 Aug 1856                       B:
  P: ,Lawrence, Alabama, USA   11 _____   M:
                               B:              D:
                               P:
                               D:          23 _____
                               P:             B:
                                              D:

1 Wiley Galloway McDowell _____
  B: 5 Aug 1833
  P: ,Morgan, Alabama
  M: 10 Nov 1852
  P:
  D: 28 Oct 1887
  P: ,Tippah, Missouri

24 William Aycock _____
  B: 1705
  M: 1736
12 Richard Aycock        D: 1765
  B: 1739
  P: ,,Virginia, United States   25 Rebecca Pace _____
  M: 1768                B: 1665
6 Henry Aycock _____   P: ,,North Carolina   D:
  B: 1773                D: 1786
  P: ,,North Carolina, United States   P: ,Wilkes, Georgia, United States 26 _____
  M: 26 Dec 1797                        B:
  P:                    13 Rebecca Thurman   M:
Mary Ann Dean           B: 1743             D:
(Spouse of no. 1)       D: 1826
  P: ,Morgan, A, United States   P: ,Bertie, North Carolina, USA   27 _____
                                 D: 1783        B:
                                 P: ,Wilkes, Georgia, USA   D:

28 John Stovall _____
  B:
  M:
14 Drury Stovall         D:
3 Ann Aycock _____   B: 1752
  B: 1798                P:
  P: ,Morgan, Alabama    M:          29 Dorcas _____
  D: 1835                P:          B:
  P: ,Morgan, Alabama    D: 1826     D:
7 Mildred Stovall _____   P:
  B: 1780                            30 John Stone _____
  P: ,,Virginia, United States      B:
  D: 1854                           M:
  P: ,Morgan, A, United States      D:
                        15 Ann Stone
                          B: 1751     31 Mildred Corder _____
                          P:          B:
                          D: 1821     D:
                          P:

13 Aug 2012

D&B Small Business Solutions                                   Page 1 of 2

 **Small Business Solutions** — D&B

Home | Subscriptions | I

| Get Credit Reports | Collect Debt | Find New Customers | Manage My Business Credit | Vie

## You have selected:



### UNITED STATES OF AMERICA 4 CORP
**Single location**
1315 14th St Nw
Washington, DC

Back to search results | Conduct new search                    Monitor

## Choose from our selection of business information, credit and research repor

**Comprehensive Insight Plus Report**            Learn more          List Price: $1
D&B's new & improved Comprehensive Report; our most insightful and in-depth credit report.
Contains all the key information in a company's D&B file along with detailed analysis.          ▶ Order no
Ideal for making decisions about medium- to high-risk transactions, long-term business relationships or          See example
researching a company's background.

**Business Information Report**                  Learn more          List Price: $1
Provides detailed business information about your customers, prospects and suppliers.
Ideal for planning sales calls, conducting company research, or making medium-to-high risk credit          ▶ Order no
decisions.          See example

**Credit eValuator Report**                      Learn more          List Price: $2
Provides an at-a-glance summary of a company's creditworthiness and payment history.          ▶ Order no
Ideal for making smaller, lower-risk credit decisions.          See example

**Business Background Report**                   Learn more          List Price: $3
Provides summary information on the operations, history and background of a company and its senior          ▶ Order no
management.          See example
Ideal for "getting smart" for sales calls.

**NEW! SelfMonitor**                             Learn more          List Price: $3
Provides access to the most up-to-date and comprehensive information in your company's D&B file.          ▶ Order no
Includes alerts on changes to your business credit file.          See example

**BusinesScope**                                 Learn more          List Price: $2
Compare your business financials and credit information against others in your industry. See how you are          ▶ Order no
viewed compared to your competitors.          See example
Updated quarterly for a full year.

**Company Profile Report**                       Learn more          List Price: $9
Provides a cost-effective summary of a company's key sales and contact information.          ▶ Order no
See example

\* Prices shown assume a US-based customer purchasing a product on a US-based company.
See international pricing.

 Need help? Call Customer Service at (800) 333-0505, Monday through Friday, 7:00 a.m. to 7:00 p.m. CST

D&B Small Business Solutions                                                Page 1 of 1



## Company Search Results

Select a company from the list below.
Can't find the company you are looking for? Try refining your search.

Sort list by: Relevance

< previous page          Showing page 1 of 3 pages          next page >

| Type | Company Name | Address | |
|------|-------------|---------|---|
| | UNITED STATES OF AMERICA 4 CORP | 1315 14TH ST NW, WASHINGTON, DC | Select |
| | UNITED STATES OF AMERICA GROUPS INC | 3220 N ST NW, WASHINGTON, DC | Select |
| BR | USA HOSTS, LTD Also Traded as UNITED STATES OF AMERICA HOSTS | 1301 CONNECTICUT AVE NW STE LL, WASHINGTON, DC | Select |
| HQ | JEWISH WAR VETERANS OF THE UNITED STATES OF AMERICA, INC | 1811 R ST NW, WASHINGTON, DC | Select |
| HQ | EMBASSY OF THE UNITED STATES OF AMERICA | 2201 C ST NW, WASHINGTON, DC | Select |
| HQ | NATIONAL ASSOCIATION OF MANUFACTURERS OF THE UNITED STATES OF AMERICA | 1331 PENN AVE NW STE 600, WASHINGTON, DC | Select |
| HQ | CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA | 1615 H ST NW, WASHINGTON, DC | Select |
| HQ | STATE, UNITED STATES DEPT OF | 2201 C ST NW, WASHINGTON, DC | Select |
| HQ | ORGANIZATION OF AMERICAN STATES | 1889 F ST NW, WASHINGTON, DC | Select |
| HQ | LEAGUE OF UNITED LATIN AMERICAN CITIZENS | 2000 L ST NW STE 610, WASHINGTON, DC | Select |

< previous page          Showing page 1 of 3 pages          next page >

D&B Home | About D&B | Contact D&B | Site Map | Privacy Policy | Customer Survey
Refund & Cancellation Policy | FAQs | Glossary | D&B Data Quality | Terms of Use | Product List
© 2009 Dun & Bradstreet, Inc.

PAGE:1                                                    JUN-6-2008 FRI 07:25PM ID:



**AFTER RECORDING THIS**          **RECORDING #**
**AFFIDAVIT RETURN ORIGINAL TO:**
Daniel-Lee: Swank
P.O. Box 855
Huffman, Texas 77336



2008010522 3 PGS

---

## AFFIDAVIT

| Liberty County | § | **AFFIDAVIT OF** |
|---|---|---|
| | § | **RECORD** |
| State of Texas | § | |

I, Daniel-Lee: Swank, affiant herein, state under Public Law 97-280 that I am competent, I have personal knowledge of the facts herein and state that the facts herein are true, correct, and not misleading.

1.      I have retrieved the attached two pages of D&B Business Background Report regarding the for profit corporate status of the JUDICIARY COURTS OF THE STATE OF TEXAS from the Dunn and Bradstreet internet website

Further, affiant says nothing.                    $E \times H I B I T - A$

Daniel-Lee: Swank, affiant

**STATE OF TEXAS**          §
                           §   SS
**COUNTY OF LIBERTY**       §

SUBSCRIBED PURSUANT TO PUBLIC LAW 97-280

BEFORE ME ON THIS ____6____ DAY OF ___June___ 2008.

By Daniel-Lee: Swank, a man, personally known to me or provided to me on the basis of satisfactory evidence to be the man who appeared before me.

_____
NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS

ALBERT A. THOMAS
Notary Public, State of Texas
My Commission Expires
October 24, 2010

My Commission Expires on: _Oct-24-2010_

p.1                 9362757788              EQUIPMENT FLUID POWER      Jun 06 08 07:24p

PAGE:2                                                    JUN-6-2008 FRI 07:25PM ID:

*EXHIBIT A*

D&B Business Background Report: Judiciary Courts of the State of Texas                Page 1 of 2



**Business
...ons**

Prin this report

D&B Business Background Report™

D&B has not fully revised this report since 12-02-04 and this report,
therefore, should not be considered a statement of existing fact.  The
information present may refer to information obtained by D&B after the last
full revision date.  Such information may not currently relate to this
business due to possible changes in ownership, control, or legal status.

                        BUSINESS BACKGROUND REPORT

JUDICIARY COURTS OF THE STATE OF TEXAS

DUNS: 36-070-5040                        DATE PRINTED: January 29, 2008

==========================================================================

iSUBSIDIARY OF TEXAS, STATE OF, AUSTIN,
TX)

PO BOX 12248  AUSTIN, TX 78711           Year Started: 1845
                                         Control Year: 1845
SUPREME COURT BUILDING                   This is a Headquarter location.
AUSTIN, TX 78701
Telephone: 512 463-1312

                                         Employees Total: 1,049
                                         Employees Here:  64

Top Executive: THOMAS R PHILLIPS, CHF
               JUSTICE

==========================================================================

INDUSTRY

Line of Business:  STATE COURT SYSTEM

Primary SIC:

    9211  (STATE COURT SYSTEM)

==========================================================================

BUSINESS HISTORY

--------------------------------------------------------------------------

        The Corporate Details provided below may have been submitted by the
        management of the subject business and may not have been verified with
        the government agency which records such data.

        BUSINESS TYPE: CORPORATION -      DATE INCORPORATED: 00/00/1836
                       PROFIT            STATE OF INCORP:   TEXAS
        ---------------------------------------------------------------------
2/02/04
        THOMAS R PHILLIPS, CHIEF JUSTICE
        DIRECTOR(S):  THE OFFICER(S)

https://smallbusiness.dnb.com/webapp/...

936257088                                    EQUIPMENT FLUID POWER        Jun 06 08 07:24p

JUN-6-2008 FRI 07:25PM ID:

PAGE: 3

JUN-6-2008 FRI 07:26PM ID:

D&B Business Background Report: Judiciary Courts of the State of Texas

Page 2 of 2

Business started 1845 by the citizens.
THOMAS R PHILLIPS. Chief Justice of the Supreme Court of Texas since 1988.

*================================================================

OPERATIONS

12/02/04      Subsidiary of Texas, State Of, AUSTIN, TX started 1845 which operates as a state government. Intercompany relations: None reported by management.
       As noted, this company is a subsidiary of Texas, State of (Inc), DUNS 800-253-7595, and reference is made to that report for background information on the parent company and its management.
       State court system which includes the Supreme Court and Court of Criminal Appeals (courts of last resort), 14 Court of Appeals with 80 judges, District Court with 386 judges, Criminal District Court with 10 judges and County Level Court with 445 judges.
Funds derived from tax revenues.
       EMPLOYEES: 1,049 which includes officer(s). 64 employed here.
       FACILITIES: Owns premises in a multi story building.
       LOCATION: Central business section on main street.
       BRANCHES: The department maintains 14 courts of appeal, 375 district level courts and 420 county level courts.

*================================================================

CUSTOMER SERVICE

If you need any additional information or have any questions regarding this report, please call our Customer Service Center at 1-800-234-DUNS(3867).

*================================================================
       END OF DUN & BRADSTREET BUSINESS BACKGROUND REPORT
*================================================================

STATE OF TEXAS    }
COUNTY OF LIBERTY }
I, Delia Sellers, hereby certify that this instrument was filed for record in my office on the date and at the time stamped hereon by me, and was duly recorded in the volume and page of the OFFICIAL PUBLIC RECORDS of Liberty County, Texas, as stamped hereon by me.

JUN - 6 2008

OFFICIAL RECORDS
LIBERTY COUNTY
DELIA SELLERS
COUNTY CLERK
RECORDING FEE          $19.00
# 2008310522
06/06/2008 09:14 AM 3 PGS
KCESSNA,DC Receipt #008885

Delia Sellers
COUNTY CLERK
LIBERTY COUNTY, TEXAS

P.3                    93525/9/88              EQUIPMENT FLUID POWER          Jun 06 08 07:24p



**PINAL COUNTY RECORDER**
**VIRGINIA ROSS**
**31 N PINAL ST - BLDG E**
**PO BOX 848**
**FLORENCE AZ  85232**
**PHONE: 520-866-6830   FAX: 520-866-6831**

**STATE OF ARIZONA)**
                                ) SS
**COUNTY OF PINAL  )**

I hereby certify that this is a true copy of the official records on file in the office
of the Recorder of Pinal County located in

DKT/PG or Fee No _____ 2013-032373 _____

Pages: _1_____ thru ___24___ of ____24_____

Date: _____ April 19, 2013 _____

Witness my hand and official seal:

**Virginia Ross,**
**Recorder of Pinal County**

BY: _____
                        Deputy Recorder

DO NOT REMOVE FROM DOCUMENT; THIS IS NOW PART OF THE DOCUMENT.

S:\WINWORD\RECORDER\RECP&P\Forms Recording\Certified Copy Stamp      4/19/2013

# FINAL NOTICE OF DEFAULT

**By Certified Mail 7018 0040 0000 6092 0429**
To:
Lyle W Cayce, Clerk
United States Court of Appeals
for the Fifth Circuit
600 South Maestri Place
New Orleans, Louisiana 70130

**By Certified Mail 7018 0040 0000 6092 0436**
To:
Prescilla R Owen, Chief Judge
United States Court of Appeals
for the Fifth Circuit
600 South Maestri Place
New Orleans, Louisiana 70130

**By Certified Mail 7018 0040 0000 6092 0443**
To:
Ted Cominos, Circuit Executive
United States Court of Appeals
for the Fifth Circuit
600 Camp Street
New Orleans, Louisiana 70130

**By Certified Mail 7018 0040 0000 6092 0450**
To:
Barbara MG Lynn, Chief Judge
United States District Court
for the Northern District of Texas
1100 Commerce Street, Suite 1452
Dallas, Texas 75242

You are in default in providing the method of payment and you are notified that your Attorneys have failed to complete this form that was served on 14 April 2020.

Lyle W Cayce      by Certified Mail 7018 0040 0000 6092 0078
Prescilla R Owen      by Certified Mail 7018 0040 0000 6092 0085
Ted Cominos      by Certified Mail 7018 0040 0000 6092 0092
Barbara MG Lynn      by Certified Mail 7018 0040 0000 6092 1008

A Notice of Default and Opportunity to Cure was served on you on or about 1 May, 2020, and you have failed to respond to that as well.

Lyle W Cayce      by Certified Mail 7018 0040 0000 6092 0276
Prescilla R Owen      by Certified Mail 7018 0040 0000 6092 0283
Ted Cominos      by Certified Mail 7018 0040 0000 6092 0290
Barbara MG Lynn      by Certified Mail 7018 0040 0000 6092 0306

true copies of proof of service are attached hereto, all of each  of which are incorporated herein by reference in its entirety

This is an effort to pay a debt, and I need to know how to lawfully satisfy this requirement.

I have attached a copy for your reference!

This is giving me great evidence against you and your Roman Cult handlers, and your intent to engage in multiple felonies, Violating rights and immunities under color of law, Conspiracy to threaten, intimidate, coerce, and injure me in the free exercise of my rights, Mail Fraud, sending threatening mail, Impersonation, perjury of oath, and more!

This is your <u>Final Notice of Default</u> and your failure to provide the required information means that I owe nothing.

Have a great day!!!

glenn



1 | P a g e

# NOTICE OF DEFAULT AND OPPORTUNITY TO CURE

**By Certified Mail**
**7018 0040 0000 6092 0276**
To:
Lyle W Cayce, Clerk
personal
United States Court of Appeals
for the Fifth Circuit
600 South Maestri Place
New Orleans, Louisiana 70130

**And By Certified Mail**
**7018 0040 0000 6092 0283**
To:
Prescilla R Owen, Chief Judge
personal
United States Court of Appeals
for the Fifth Circuit
600 South Maestri Place
New Orleans, Louisiana 70130

**And By Certified Mail**
**7018 0040 0000 6092 0290**
To:
Ted Cominos, Circuit Executive
personal
United States Court of Appeals
for the Fifth Circuit
600 Camp Street
New Orleans, Louisiana 70130

**And By Certified Mail**
**7018 0040 0000 6092 0306**
To:
Barbara MG Lynn, Chief Judge
personal
United States District Court
for the Northern District of Texas
1100 Commerce Street, Suite 1452
Dallas, Texas 75242

You are in default in providing the method of payment and you are notified that if your Attorneys fail to complete this form that was filed on 14 April 2020.

I have attached a copy for your reference!

This is giving me great evidence against you and your Roman Cult handlers, and your intent to engage in multiple felonies, Violating rights and immunities under color of law, Conspiracy to threaten, intimidate, coerce, and injure me in the free exercise of my rights, Mail Fraud, sending threatening mail, Impersonation, perjury of oath, and more!

Have a great day!!!

glenn

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 70180040000060920283

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 9:31 am on May 1, 2020 in NEW ORLEANS, LA 70130.

## ✅ Delivered

May 1, 2020 at 9:31 am
Delivered, Front Desk/Reception/Mail Room
NEW ORLEANS, LA 70130

**Get Updates** ∨

### Text & Email Updates



Track Another Package ✛

**Tracking Number:** 70180040000060920276

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 9:31 am on May 1, 2020 in NEW ORLEANS, LA 70130.

⊘ **Delivered**

May 1, 2020 at 9:31 am
Delivered, Front Desk/Reception/Mail Room
NEW ORLEANS, LA 70130

Get Updates ⌄

Text & Email Updates



See Less ⌃

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 70180040000060920306

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 12:34 pm on April 30, 2020 in DALLAS, TX 75202.

## ✓ Delivered

April 30, 2020 at 12:34 pm
Delivered, Front Desk/Reception/Mail Room
DALLAS, TX 75202

Get Updates ⌄

Text & Email Updates

Tracking History



46

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 70180040000060920290

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 9:31 am on May 1, 2020 in NEW ORLEANS, LA 70130.

## ⊘ Delivered

May 1, 2020 at 9:31 am
Delivered, Front Desk/Reception/Mail Room
NEW ORLEANS, LA 70130

**Get Updates** ⌄

---

Text & Email Updates                                              ⌄

---

                                                                  ⌄

                                                                  ⌄

**See Less** ⌃

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

NEW ORLEANS, LA 70130

OFFICIAL USE

| Certified Mail Fee | $3.55 | 0321 |
| $ | $2.85 | 04 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00          Postmark
☐ Certified Mail Restricted Delivery $ $0.00          Here
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $

Postage                              $0.85
$

Total Postage and Fees               04/28/2020
$   $7.25

Sent To  *TED COMINOE*

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

**at you're looking for?**

**find answers to your tracking questions.**



FORM 1020
United States Court of Appeals for the Fifth Circuit
A private corporation

**By Certified Mail**
**7018 0040 0000 6092 0078**
To:
Lyle W Cayce, Clerk
personal
United States Court of Appeals
for the Fifth Circuit
600 South Maestri Place
New Orleans, Louisiana 70130

**And By Certified Mail**
**7018 0040 0000 6092 0085**
To:
Prescilla R Owen, Chief Judge
personal
United States Court of Appeals
for the Fifth Circuit
600 South Maestri Place
New Orleans, Louisiana 70130

**And By Certified Mail**
**7018 0040 0000 6092 0092**
To:
Ted Cominos, Circuit Executive
personal
United States Court of Appeals
for the Fifth Circuit
600 Camp Street
New Orleans, Louisiana 70130

**And By Certified Mail**
**7018 0040 0000 6092 0108**
To:
Barbara MG Lynn, Chief Judge
personal
United States District Court
for the Northern District of Texas
1100 Commerce Street, Suite 1452
Dallas, Texas 75242

**Case No. 20-10347**                    **Date: April 14, 2020**

---

**NOTICE TO ATTORNEYS AT UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT**

An attorney or a Private Corporation is assumed to know the law, it is the obligation of an attorney or a Private Corporation, to see that any alleged **FINES, FEES, CHARGES, etc.,** are collected lawfully, correctly, and completely. In order to correctly "quote" pay this alleged **FINES, FEES, CHARGES, etc.,** Glenn Winningham Fearn, requires the following information, from attorneys at **United States Court of Appeals for the Fifth Circuit**. Complete this FORM and return it to the address you have on file to enable Glenn Winningham Fearn to understand and lawfully comply with this alleged **FINES, FEES, CHARGES, etc.,**. This Form raises formal questions with regards to this alleged **FINES, FEES, CHARGES, etc.,** that only your attorneys can answer.

---

1. under the caption You must pay the district court clerk the what does the number _____ 505.00 refer to: (check one) obligations of the United States Government ☐ ; National bank currency ☐; Bonds ☐; Certificates of Indebtedness ☐; Federal Reserve Notes ☐; Bills ☐, or Other ☐_____ (Explain)

---

**1** | P a g e



2. Does that statement refer to: consideration of obligations or other securities of the United States, directly or indirectly? (Check one)☐ Yes ☐ No;

3. Does the computation of this alleged **Clerk's letter** require consideration of obligations or other securities of the United States, directly or indirectly? (Check one) Yes ☐ or No☐

Most individuals can complete this FORM in three minutes. You are required by law (UCC 3-104 & 3-115) to complete this FORM, before any payment may be made. As a private corporation you are assumed to know the law, and not misleading. You made several statements in your **Clerk's letter** to Glenn Winningham Fearn that Glenn Winningham Fearn owes something to someone. It is your obligation to answer the forgoing questions on FORM 1020 or a default will be issued by Glenn Winningham Fearn against United States Court of Appeals for the Fifth Circuit a private corporation, for trying to mislead Glenn Winningham Fearn by asking Glenn Winningham Fearn for something that he doesn't owe, or you don't know what that something is, so as attorneys, you are assumed to know the law.

I am an attorney at United States Court of Appeals for the Fifth Circuit a Private Corporation. I have read the foregoing Form 1020 and know it to be true, correct and complete, not misleading in anyway. I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____, 2020.

**Print:** NAME

_____

(Print name)

Sign   NAME

_____

(Sign Name)

**BAR Number:**

_____

(Bar Number Here)

_____

This Form 1020 must be completed and returned within 15 days of mailing / delivery / filing. Failure to complete and return this Form 1020 in 15 days will result in a default being prepared for United States Court of Appeals for the Fifth Circuit based upon the information Glenn Winningham Fearn has, and the default is your admittance that the **FINES, FEES, CHARGES, etc.,** that was provided to Glenn Winningham Fearn was in error or in violation of the law, no other mailing will be needed.

Failure to provide Glenn Winningham Fearn with requested information, in the time allowed the Attorneys at United States Court of Appeals for the Fifth Circuit are admitting with their Silence that United States Court of Appeals for the Fifth Circuit is dishonest. Estoppel arises where person is under duty to another to speak or failure to speak is inconsistent with. honest dealings. Silence by United States Court of Appeals for the Fifth Circuit, will be treated by Glenn Winningham Fearn that **FINES, FEES, CHARGES, etc.,** as dishonest dealings and balance is paid in full.

## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

April 06, 2020

Mr. Glenn Winningham Fearn
6430 Lakeworth Boulevard
Apartment 437
Fort Worth, TX 76135

    No. 20-10347   Glenn Fearn v. Timothy Graham, et al
             USDC No. 4:20-CV-161

Dear Mr. Fearn,

We have docketed the appeal as shown above, and ask you to use the
case number above in future inquiries.

Filings in this court are governed strictly by the Federal Rules
of **Appellate** Procedure.  We cannot accept motions submitted under
the Federal Rules of **Civil** Procedure.  We can address only those
documents the court directs you to file, or proper motions filed
in support of the appeal. See FED. R. APP. P. and 5TH CIR. R. 27 for
guidance.   We will not acknowledge or act upon documents not
authorized by these rules.

You must pay to the **district court clerk** the $505.00 court of
appeals filing and docketing fee and notify us of the payment
within 15 days from the date of this letter.  Failure to pay the
fee within 15 days will result in the dismissal of your appeal,
see 5TH CIR. R. 42.3.

All counsel who desire to appear in this case must electronically
file a "Form for Appearance of Counsel" naming all parties
represented within 14 days from this date, see FED. R. APP. P. 12(b)
and 5TH CIR. R. 12.   This form is available on our website
www.ca5.uscourts.gov.  Failure to electronically file this form
will result in removing your name from our docket. Pro se parties
are not required to file appearance forms.

ATTENTION ATTORNEYS: Attorneys are required to be a member of the
Fifth Circuit Bar and to register for Electronic Case Filing.  The
"Application and Oath for Admission" form can be printed or
downloaded from the Fifth Circuit's website, www.ca5.uscourts.gov.
Information  on  Electronic  Case  Filing  is  available  at
www.ca5.uscourts.gov/cmecf/.

ATTENTION ATTORNEYS:  Direct access to the electronic record on appeal (EROA) for pending appeals will be enabled by the U S District Court on a per case basis.  Counsel can expect to receive notice once access to the EROA is available.  Counsel must be approved for electronic filing and must be listed in the case as attorney of record before access will be authorized.  Instructions for accessing and downloading the EROA can be found on our website at                       http://www.ca5.uscourts.gov/docs/default-source/forms/instructions-for-electronic-record-download-feature-of-cm.  Additionally, a link to the instructions will be included in the notice you receive from the district court.

Sealed documents, except for the presentence investigation report in criminal appeals, will not be included in the EROA.  Access to sealed documents will continue to be provided by the district court only upon the filing and granting of a motion to view same in this court.

We recommend that you visit the Fifth Circuit's website, www.ca5.uscourts.gov and review material that will assist you during the appeal process.  We especially call to your attention the Practitioner's Guide and the 5th Circuit Appeal Flow Chart, located in the Forms, Fees, and Guides tab.

ATTENTION:  If you are filing Pro Se (without a lawyer) you can request to receive correspondence from the court and other parties by email and can also request to file pleadings through the court's electronic filing systems.  Details explaining how you can request this are available on the Fifth Circuit website at http://www.ca5.uscourts.gov/docs/default-source/forms/pro-se-filer-instructions. This is not available for any pro se serving in confinement.

**Sealing Documents on Appeal:**  Our court has a strong presumption of public access to our court's records, and the court scrutinizes any request by a party to seal pleadings, record excerpts, or other documents on our court docket.  Counsel moving to seal matters must explain in particularity the necessity for sealing in our court.  Counsel do not satisfy this burden by simply stating that the originating court sealed the matter, as the circumstances that justified sealing in the originating court may have changed or may not apply in an appellate proceeding.  It is the obligation of counsel to justify a request to file under seal, just as it is their obligation to notify the court whenever sealing is no longer necessary.  An unopposed motion to seal does not obviate a counsel's obligation to justify the motion to seal.

Sincerely,

LYLE W. CAYCE, Clerk

By:
Renee S. McDonough, Deputy Clerk
504-310-7673

cc:
    Mr. Melvin Keith Ogle
    Mr. Brian Walters Stoltz
    Mr. Joe C. Tooley

Provided below is the court's official caption.  Please review the parties listed and advise the court immediately of any discrepancies.  If you are required to file an appearance form, a complete list of the parties should be listed on the form exactly as they are listed on the caption.

---

Case No. 20-10347

GLENN WINNINGHAM FEARN,

                    Plaintiff - Appellant

v.

TIMOTHY C. GRAHAM, Euless Police; EDGAR L. HURTADO, Police Supervisor; MICHAEL R. COLLINGWOOD, Euless Police; MICHAEL BROWN, Euless Chief of Police; LACY BRITTON, Euless Magistrate; STACY WHITE, Coward Prosecutor; A. ECHOLS-KIRKSEY, Euless Jailor; V. NILSON, Euless Jailor; LINDA MARTIN, Euless Mayor; KEN PAXTON, Texas Attorney with the rank of general; DEER PARK CASH COW, L.L.C.; JOHN MCBRYDE; ERIN NEALY COX, U.S. Attorney; TARRANT COUNTY SHERIFF'S OFFICE; SHAREN WILSON, Tarrant County DA,

                    Defendants - Appellees

# USPS Tracking®

FAQs >

Track Another Package  +

**Tracking Number:** 70180040000060920078

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 9:44 am on April 17, 2020 in NEW ORLEANS, LA 70130.

⊘ **Delivered**

April 17, 2020 at 9:44 am
Delivered, Front Desk/Reception/Mail Room
NEW ORLEANS, LA 70130

Get Updates ⌄

Text & Email Updates



See Less ⌃

at you'r

find answers

# USPS Tracking®

FAQs ❯

## Track Another Package +

**Tracking Number:** 70180040000060920085

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 9:44 am on April 17, 2020 in NEW ORLEANS, LA 70130.

⊘ **Delivered**

April 17, 2020 at 9:44 am
Delivered, Front Desk/Reception/Mail Room
NEW ORLEANS, LA 70130

Get Updates ⌄

Text & Email Updates





# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70180040000060920108

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 12:36 pm on April 16, 2020 in DALLAS, TX 75202.

## ⊘ Delivered

April 16, 2020 at 12:36 pm
Delivered, Front Desk/Reception/Mail Room
DALLAS, TX 75202

Get Updates ⌄

Text & Email Updates



https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=70180040000060920108%2C     1/2

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments.

PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

**POSTAL SERVICE**

Retail

US POSTAGE PAID
$7.75
Origin: 76054
05/19/20
4842260054-11

PRIORITY MAIL 1-DAY ®

0 Lb 14.90 Oz

1005

C024

EXPECTED DELIVERY DAY: 05/20/20

SHIP
TO:
501 W 10TH ST
FORT WORTH TX 76102-3637

USPS TRACKING® NUMBER

9505 5137 1628 0140 3254 36

From:
General Post Office, ZIP CODE EXEMPT
[glenn winningham; house of feam]
In care of: 6340 Lake Worth Boulevard, #437
Fort Worth, Texas [RR 76135]
Non-Domestic Mail, Without the US Inc.

18 U.S. Code § 1701: Obstruction of mails generally...

Private Property – No Trespassing

RECEIVED
MAY 2 0 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

To schedule free
Package Pickup,
scan the QR code.

USPS.COM/PICKUP

To: The Clerk
UNITED STATES DISTRICT
COURT FOR THE NORTHERN
DISTRICT OF TEXAS
FORT WORTH DIVISION
501 West 10th Street, #310
Fort Worth, Texas
76102

* Limited international insurance.
* Pick up available.*
* Order supplies online.*
* When used internationally, a customs
declaration label may be required.

* Domestic only

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

P S00001000014

* Domestic only.   × For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.

This envelope is made from post-consumer waste. Please recycle – again.