IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| GLENN WINNINGHAM FEARN, | § | |
| Plaintiff, | § § § | |
| v. | § | Civil Action No. 4:20-cv-00161-O |
| TIMOTHY C GRAHAM et al., | § § § | |
| Defendants. | § | |

## ORDER

Before the Court are Plaintiff Glenn Winningham Fearn's Motion for Leave to Proceed In Forma Pauperis on Appeal ("First Motion") (ECF No. 23), filed April 20, 2020, and Plaintiff's Motion for Leave to Proceed in Forma Pauperis ("Second Motion") (ECF No. 28), filed May 20, 2020. This Court finds that the First Motion and the Second Motion must be **DENIED**.

Subsequent to the filing of the First Motion, the United States Magistrate Judge issued an Order and Notice of Deficiency instructing Plaintiff to either pay the $505.00 filing fees or to "fully complete and return the long form application to proceed in forma pauperis." Order, ECF No. 27. Plaintiff then filed the Second Motion, where Plaintiff filled out the long form application writing "N/A" in every blank space with the handwritten notation, "SEE AFFIDAVIT ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE IN ITS ENTIRETY," to which he has attached fifty-nine pages of nonsense.

The Court **ORDERS** that Plaintiff's First Motion and Second Motion are **DENIED**. The Court further **ORDERS** that Plaintiff's case may be dismissed unless the required filing fees are paid **on or before June 12, 2020**.

**SO ORDERED** on this **4th day** of **June, 2020**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1