Title Holder: glenn winningham; house of fearn                      John McBryde Notice and Demand 012021

**By Certified Mail 7008 1140 0003 2234 3064**
To:
John McBryde, (so-called) Judge
Bought and paid for whore
Mother fucking son of a bitch
501 West 10th Street
Fort Worth, Texas 76102

From:
[glenn winningham; house of fearn]
General Post Office, ZIP CODE EXEMPT
C/O 6340 Lake Worth Boulevard, #437
Fort Worth, Texas [RR 76135]
Non-Domestic Mail, Without the United States

**cc:**
**By Certified Mail 7008 1140 0003 2234 3026**
Donald J Trump, President
United States of America
1600 Pennsylvania Avenue
Washington, District of Columbia 20500

**cc:**
**By Certified Mail 7008 1140 0003 2234 3095**
Lindsay Graham, Chairman
United States Senate Committee on the Judiciary
290 Russell Senate Office Building
Washington, District of Columbia 20510

**cc:**
**By Certified Mail 7008 1140 0003 2234 3071**
Jeffrey A Rozen, Acting Attorney General
BAR Member Scum
Council on Foreign Relations satanist
Department of (so-called) Justice
950 Pennsylvania Avenue, Northwest
Washington, District of Columbia 20530



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 23 2021
CLERK, U.S. DISTRICT COURT
By _____
Deputy

**NON-NEGOTIABLE**                                                          **NON-NEGOTIABLE**
**NOTICE AND DEMAND**

    i, me, my, myself, a man, a living soul, a sovereign, an inhabitant of the land of Texas, and a holder of the office of "the people", with an address correction: [glenn winningham; house of fearn], General Post Office, ZIP CODE EXEMPT, C/O 6340 Lake Worth Boulevard, #437, Fort Worth, Texas, [RR 76135], Non-Domestic Mail, WITHOUT the UNITED STATES, do hereby NOTICE you of the following:

1    You, John McBryde, (bought and paid for) Clerk masquerading as a Judge, are NOTICED that i previously accepted your Oath of Office, in the John H McBryde Notice and Demand 091512, which was served on you by Registered Mail RR 569 487 590 US, a true copy of which together with proof of service is attached hereto, all of which is incorporated herein by reference in its entirety, but i should know better than to think you would honor your oath of office, so fuck your oath, you perjuring treasonous Communist Satanist coward mother fucking son of a bitch  (no disrespect to dogs intended)!

2    You, John McBryde, (bought and paid for) Clerk masquerading as a Judge, are NOTICED that if you or one of your coward PIGs wants a piece of me, just name a date and time and location, and i will come armed and we can settle it for once and for all, you perjuring treasonous Communist Satanist coward mother fucking coward son of a bitch  (no disrespect to dogs intended)!!

3    You, John McBryde, (bought and paid for) Clerk masquerading as a Judge, are NOTICED that i already know that you cowards will never take me up on that because you are cowards, and do your best to make sure that i am NOT armed so i have no way to defend myself when your PIGs assault me, and your PIGs operate in packs, and it is all with your approval and consent, and with the approval and consent of your (bought and paid for) BAR member judicial whores like McBryde, selling their "justus", you perjuring treasonous Communist Satanist coward mother fucking coward son of a bitch  (no disrespect to dogs intended)!!

**"In doing this, I shall have occasion incidentally to evince, how true it is that States and Governments were made for man, and, at the same time, how true it is that his creatures and servants have first deceived, next vilified, and, at last oppressed their master and maker."** Chisholm v Georgia, 2 Dal. 419 at p 455

**"A state like a merchant makes a contract. A dishonest state, like a dishonest merchant willfully refuses to discharge it."** Chisholm v Georgia, 2 Dal. 419 at p 456

4   You, John McBryde, (bought and paid for) Clerk masquerading as a Judge, are NOTICED that, the word PIG is an acronym which stands for "**Persons In Government who intend to perjure their oaths**", which means you are a PIG too, <u>you perjuring treasonous  Communist Satanist mother fucking coward son of a bitch  (no disrespect to dogs intended)</u>!!

5   You, John McBryde, (bought and paid for) Clerk masquerading as a Judge, are NOTICED that, i have <u>**NEVER in my life breached the peace**</u>, <u>you perjuring treasonous  Communist Satanist mother fucking coward son of a bitch  (no disrespect to dogs intended)</u>!!

6   You, John McBryde, (bought and paid for) Clerk masquerading as a Judge, are NOTICED that in absence of evidence to the contrary, i am a Texian national and devoid of any knowledge of surrendering or volunteering myself to the District of Columbia and their government employee scam or their Social Security scam, since I fail to be a government employee and under District of Columbia Codes, anyone that has a Social Security Number is "federal personnel"
"**(13) the term "<u>Federal personnel</u>" means….., <u>individuals entitled to receive immediate or deferred retirement benefits under any retirement program of the Government of the United States (including survivor benefits).</u>**" 5 USC § 552a. (a)(13) [emphasis added]

as evidenced in the Statement of Original Status that is contained herein together with the pedigree charts that are attached hereto, all of which is in the <u>Affidavit of Corporate Denial 062013</u> which is recorded with the Pinal County Recorder at <u>Fee Number 2013-032373</u>, which is now public policy and the unrebutted truth, for over seven years, all of which is incorporated herein by reference in its entirety, and I hold any respondents to the strictest proof to the contrary, and further,

<u>**Statement  of Original Status**</u>

I, glenn winningham; house of fearn, a Free, White, Christian male, have no firsthand knowledge of when or where I was given birth, and any evidence of any such birth is hearsay evidence and inadmissible as evidence in a court of law, except to say that I am well past the age of majority, because I remember finishing high school in the year <u>one thousand nine hundred and seventy-five</u> (almost fifty years ago); and my mother and father at the time of my birth were joined in the state of holy matrimony, and,

a.  I, glenn winningham; house of fearn, was given birth to hazel lorene; house of winningham, a Free, White, Christian female, an Oklahoma State Citizen, who was naturally given birth on the <u>twenty-sixth</u> day of <u>November</u>, in the year <u>one thousand nine hundred and twenty-two</u>, in Jefferson County, in Oklahoma State, a State of the union States of America; and,

b.  hazel lorene; house of winningham, glenn winningham's mother, was sired by quitman elbert; house of winningham, a Free, White, Christian male, an Oklahoma State Citizen, who was naturally given birth on the <u>seventeenth</u> day of <u>March</u>, in the year <u>one thousand eight hundred and eighty-six</u>, in Overton County, in Tennessee State, a State of the union States of America; and,

c.  hazel lorene; house of winningham, glenn winningham's mother, was given birth by ruby may; house of atkins, a Free, White, Christian female, an Oklahoma State Citizen, was naturally

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.--------------------------------------------------------------------------------Title Holder glenn winningham; house of fearn
With the Copy-Claim

given birth on the third day of May, in the year one thousand eight hundred and ninety, in Mexia town, Limestone County, in Texas State, a State of the union States of America; and,

d. quitman elbert; house of winningham and ruby may; house of atkins were one, joined in the State of holy wedlock at the time hazel lorene was naturally given birth to them; and,

e. quitman elbert; house of winningham, glenn winningham's grandfather, was sired by james carlton; house of winningham, a Free, White, Christian male, a Tennessee State Citizen, who was naturally given birth on the twenty-eighth day of April, in the year one thousand eight hundred and fifty-six, in Overton County, in the Tennessee State, a State of the union States of America; and,

f. quitman elbert; house of winningham, glenn winningham's grandfather, was given birth by clementine; house of mcdonald, a Free, White, Christian female, a Tennessee State Citizen, who was naturally given birth on the twenty-second day of September, in the year one thousand eight hundred and sixty-two, in Overton County, in Tennessee State, a State of the union States of America; and,

g. james carlton; house of winningham and clementine; house of mcdonald were one, joined in the State of holy wedlock at the time quitman elbert was naturally given birth to them; and,

h. james carlton; house of winningham, glenn winningham's great grandfather, was sired by john (jack) r.; house of winningham, a Free, White, Christian male, was naturally given birth on the twenty-second day of December, in the year one thousand eight hundred and thirty-eight, in Overton County, in Tennessee State, a State of the union States of America; and

i. james carlton; house of winningham, glenn winningham's great grandfather, was given birth by evelene; house of gray, a Free, White, Christian female, who was naturally given birth on the first day of January, in the year one thousand eight hundred and thirty-seven, in Overton County, in Tennessee State, a State of the union States of America; and

j. john (jack) r.; house of winningham and evelene; house of gray were one, joined in the State of holy wedlock at the time james carlton was naturally given birth to them; and,

k. john (jack) r.; house of winningham, glenn winningham's second great grandfather, was sired by john alston; house of winningham, a Free, White, Christian male, was naturally given birth on the twenty-first day of February, in the year one thousand eight hundred and eight, in Randolph County, in North Carolina State, a State of the union States of America; and

l. john (jack) r.; house of winningham, glenn winningham's second great grandfather, was given birth by parmelia; house of mayfield, a Free, White, Christian female, who was naturally given birth, in the year one thousand eight hundred and eighteen, in Overton County, in Tennessee State, a State of the union States of America; and

m. john alston; house of winningham and parmelia; house of mayfield were one, joined in the State of holy wedlock at the time john (jack) r. was naturally given birth to them; and,

n. john alston; house of winningham, glenn winningham's third great grandfather, was sired by adam; house of winningham, a Free, White, Christian male, was naturally given birth, in the year one thousand seven hundred and eighty-one, in Randolph County, in North Carolina State, a State of the union States of America; and

o. john alston; house of winningham, glenn winningham's third great grandfather, was given birth by isobell, a Free, White, Christian female, who was naturally given birth, in the year one thousand seven hundred and eighty-two in Virginia State, a State of the union States of America; and

p. adam; house of winningham and isobell were one, joined in the State of holy wedlock at the time john alston was naturally given birth to them; and,

q. adam; house of winningham, glenn winningham's fourth great grandfather, was sired by james j.; house of winningham, a Free, White, Christian male, was naturally given birth, on the twenty-ninth day of February in the year one thousand seven hundred and fifty-six, in Prince George County, in the Virginia Colony, which ultimately became Virginia State, a State of the union States of America; and

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.----------------------------------------------------------------------------------Title Holder glenn winningham; house of fearn
With the Copy-Claim

r.   adam; house of winningham, glenn winningham's fourth great grandfather, was given birth by sarah; house of nichols, a Free, White, Christian female, who was naturally given birth, in the year <u>one thousand seven hundred and sixty</u> in the Virginia Colony, which ultimately became Virginia State, a State of the union States of America; and

s.   james j.; house of winningham and sarah; house of nichols were one, joined in the State of holy wedlock at the time adam was naturally given birth to them; and,

t.   i affirm that i, <u>glenn winningham; house of fearn</u>, am of the Adamic race, as a White Christian male, and that I do not now nor would I ever voluntarily give up my unalienable (which means cannot be taken away) God given constitutionally secured Christian rights and responsibilities. For i, <u>glenn winningham; house of fearn</u>, have never knowingly given up my birthright as one of the direct descendants of the posterity as is noted in the preamble of both the Arizona State Constitution (1905) and the Constitution of the united States of America of (1788), with it's Bill of Rights (1791), and also designated in The Declaration of Independence of (1776), for and because my <u>fifth great Grandparents</u>, who were <u>james j.; house of winningham</u> and <u>sarah nichols; house of Winningham</u>, who's grave sites and gravestones are clearly marked and now serve as an <u>At Law Public Notice</u> of their once existence and their <u>judicial Power Citizenship status</u> which was passed on to me, glenn winningham; house of fearn, as an inheritance for and because <u>james j.; house of winningham</u> was naturally given birth in the year <u>one thousand seven hundred and fifty-six</u> living on the land now known as Prince George County, in the Virginia Colony, which ultimately became Virginia State, a State of the union States of America under the Articles of Confederation (1781), and the Constitution for the republic of <u>The United States of America</u>, and whereas <u>james j.; house of winningham</u> given birth in the year <u>one thousand seven hundred and fifty-six</u>, and <u>sarah nichols; house of winningham</u> given birth in the year <u>one thousand seven hundred and sixty</u> were joined in the <u>State of Holy wedlock</u> in the year <u>one thousand seven hundred and ninety-two</u>, and were living on the land now known as Randolph County, Virginia, a State of the union States of America.  And these pioneers were the People who were the part, process, and action that eventually led to the establishment of the Statehood enabling acts of Congress, eg., 1796 for Tennessee, 1821 for Missouri, 1905 for Arizona, which then allowed the 5,000 free white males within the boundaries then designated as territories to create said States; as found in the <u>Verified Abstract Declaration and Order which is recorded with the Pinal County Recorder at Fee Number 2005-028178</u>, which is the unrebutted truth, and public policy, all of which is incorporated herein by reference in its entirety,

**"Jura sanguinis nullo jure civili dirimi possunt. The right of blood and kindred cannot be destroyed by any civil law. Dig. 50, 17, 9; Bacon's Max. Reg. 11."** Bouvier's Law Dictionary 1856 Edition, page 768

but it fails to matter what I say or do because you, John McBryde and your PIGs intend to assault me with your color of law codes rules and regulations as evidenced herein and attached hereto, and because of the literally hundreds of times you and your BAR member scum and your PIGs have in fact assaulted me with your color of law codes, rules and regulations, because it is such good business for your BAR member scum selling your "Justus", and your so-called court, because you, John McBryde intend to assault me with your color of law rules and regulations, like you John McBryde have done numerous times, when you and your BAR member scum dismissed eleven of my lawsuits because I failed to follow your color of law filing fees and your color of law rules and regulations, which is EXACTLY what is intended by Graham and his Roman Cult owned and operated US Senate traitors, <u>you perjuring treasonous, Satanist, coward mother fucking, son of a bitch  (no disrespect to dogs intended)!!</u>

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.------------------------------------------------------------------------------------Title Holder glenn winningham; house of fearn
With the Copy-Claim

7   You, John McBryde, (bought and paid for) Clerk masquerading as a Judge, are NOTICED that all BAR members, Judges, Clerks, and anyone else who has an oath of office, holds their oath of office to me, and all Courts are my property
**"and because it brings into action, and enforces this great and glorious principle, that the People are the sovereign of this country, and consequently that fellow Citizens and joint sovereigns <u>cannot be degraded by appearing with each other in their own courts to have their controversies determined</u>."** Chisolm v Georgia 2 Dall. 419, at 479 [Emphasis added],

because my ancestors were in the Colonies of Virginia, North Carolina, Georgia, South Carolina, and the Colony of Maryland, prior to the War of Independence pursuant to Maxims of law, since my ancestors wrote the Constitution for The United States of America, and the Articles of Confederation, which means they were written under my ancestors authority, and all BAR members, Judges, and officers of the court who hold an oath of office, derive their authority to do anything from the Declaration of Independence (1776), the Constitution of the United States (1787), the Articles of Confederation (1781), and the Northwest Ordinance (1787)
**"the power which is derived cannot be greater than that from which it is derived"** – Deritiva potestas non potest esse major primitiva. – Bouvier's Law Dictionary 1856 Edition

and none of their edicts under Martial Law (civil laws), Statutes, Codes, Rules and Regulations have any authority over me
**"Jura sanguinis nullo jure civili dirimi possunt. The right of blood and kindred cannot be destroyed by any civil law. Dig. 50, 17, 9; Bacon's Max. Reg. 11."** Bouvier's Law Dictionary 1856 Edition, page 768

and any evidence of me following any Statute, Code, Rule or Regulation should be taken as a courtesy ONLY, but it fails to matter what I say or do because you, John McBryde and your PIGs intend to assault me with your color of law codes rules and regulations as evidenced herein and attached hereto, and because of the literally hundreds of times you and your BAR member scum and your PIGs have in fact assaulted me with your color of law codes, rules and regulations, because it is such good business for your BAR member scum selling your "Justus", and your so-called court, so then you, John McBryde can get in on it by also assaulting me with your color of law rules and regulations, like you John McBryde have done numerous times, when you and your BAR member scum dismissed eleven of my lawsuits because I failed to follow your color of law filing fees and your color of law rules and regulations, which is EXACTLY what is intended by Graham and his Roman Cult owned and operated US Senate traitors, <u>you perjuring treasonous Communist, Satanist, coward mother fucking, son of a bitch (no disrespect to dogs intended)</u>!!

8   You, John McBryde, (bought and paid for) Clerk masquerading as a Judge, are NOTICED that I am a man, and it is impossible for me to be a US citizen, under your color of law District of Columbia codes because I am white
**"All citizens of the United States shall have the same right, in every State and Territory, <u>as is enjoyed by white citizens thereof</u> to inherit, purchase, lease, sell, hold, and convey real and personal property."** 42 USC § 1982 [emphasis added]

**"No white person born within the limits of the United States and subject to their jurisdiction, or born without those limits and subsequently naturalized under their laws, owes his status of citizenship to the recent amendments to the Federal Constitution."** Van Valkenburg v. Brown, 43 Cal 43;

and the so-called Fourteenth Amendment requires that ONLY persons "<u>born or naturalized in the United States</u>" can be citizens of the United States (District of Columbia)

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.------------------------------------------------------------------------------------------------------------Title Holder glenn winningham; house of fearn
                                                                                With the Copy-Claim

**"All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States…"** Amendment XIV, Section 1

**"The (14th) amendment referred to slavery. Consequently, the only persons embraced by its provisions, and for which Congress was authorized to legislate in the manner were those then in slavery."** Bowling v. Commonwealth, (1867), 65 Kent. Rep. 5, 29

**"The rights of (original judicial) Citizens of the States, as such, are not under consideration in the fourteenth amendment. They stand as they did before the fourteenth amendment, and are fully guaranteed under other provisions."** United States v. Anthony, 24 Fed. Cas. 829, 930 (1873)

**"Merely being native born within the territorial boundaries of the United States of America does not make such an inhabitant a Citizen of the United States subject to the jurisdiction of the Fourteenth Amendment."** Elk v. Wilkins, Neb (1884), 5s.ct.41,112 U.S. 99, 28 L. Ed. 643.

**"The persons declared to be citizens are, "All persons born or naturalized in the United States and subject to the jurisdiction of thereof." The evident meaning of these last words is not merely subject in some respect or degree to the jurisdiction of the United States, but completely subject…"** Elk v Wilkins, 112 US 94, 101, 102, (1884)

and the fact is that I have no first hand knowledge of ever being physically present in the District of Columbia (United States), and the hearsay evidence shows that I was given birth on the soil of Alberta, on the land of Canada, which I have no first hand knowledge of, but having said that, I do remember walking to school, in the 1960's, in Peace River, Alberta, about 600 miles north of the Montana border, in the winter when it was 69 degrees farenheight below zero, and I do remember finishing high school in 1975 in Raymond, Alberta, about 20 miles north of the Montana border, and neither have I been naturalized because "the sole authority" is through the Attorney General and by taking the Oath of Allegiance, which I have failed to do

**"(a)AUTHORITY IN ATTORNEY GENERAL**
**The sole authority to naturalize persons as citizens of the United States is conferred upon the Attorney General.**
**(b)COURT AUTHORITY TO ADMINISTER OATHS**
**(1)JURISDICTION Subject to section 1448(c) of this title—**
**(A)General jurisdiction**
**Except as provided in subparagraph (B), each applicant for naturalization may choose to have the oath of allegiance under section 1448(a) of this title administered by the Attorney General or by an eligible court described in paragraph (5). Each such eligible court shall have authority to administer such oath of allegiance to persons residing within the jurisdiction of the court….."** 8 U.S. Code § 1421.Naturalization authority

neither am I a resident alien because I have failed to make application for a "green card", but I did claim American nationality through the United States Secretary of State, by right of blood, because I have ancestors who were in the Colony of South Carolina and the Colony of Virginia, and the Colony of Maryland, prior to the War of Independence, which means that my ancestors wrote the state and federal constitutions and all government authority comes from me, and people like me, "We the People"

**"the power which is derived cannot be greater than that from which it is derived"** – Deritiva potestas non potest esse major primitiva. – Bouvier's Law Dictionary 1856 Edition

and all civil laws (Texas Statutes, codes rules and regulations and United States Statutes codes, rules and regulations) cannot be used to violate my rights

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder,------------------------------------------------------------------------------------------------------------------Title Holder glenn winningham; house of fearn
With the Copy-Claim

**"Jura sanguinis nullo jure civili dirimi possunt. The right of blood and kindred cannot be destroyed by any civil law. Dig. 50, 17, 9; Bacon's Max. Reg. 11."** Bouvier's Law Dictionary 1856 Edition, page 768

all of which is evidenced in the Statement of Original Status, contained herein, together with the pedigree charts that are attached hereto, all of which is in the <u>Affidavit of Corporate Denial 062013</u>, which is recorded with the Pinal County Recorder at <u>Fee Number 2013-032373</u>, which is now public policy and the unrebutted truth, all of which is incorporated herein by reference in its entirety, which means that I am a free inhabitant as found in the Articles of Confederation **".....the free inhabitants of each of these States, paupers, vagabonds and fugitives from justice excepted, shall be entitled to all privileges and immunities of free citizens in the several States;.....**" Article IV, Articles of Confederation (1781)

but it fails to matter what I say or do because you, John McBryde and your PIGs intend to assault me with your color of law codes rules and regulations as evidenced herein and attached hereto, and because of the literally hundreds of times you and your BAR member scum and your PIGs have in fact assaulted me with your color of law codes, rules and regulations, because it is so good for business for your BAR member scum selling your Justus, and your so-called court, so you, John McBryde can get in on it by also assaulting me with your color of law rules and regulations, like you, John McBryde have done numerous times, when you and your BAR member scum dismissed eleven of my lawsuits because I failed to follow your color of law filing fees and your color of law rules and regulations,, which is EXACTLY what is intended by Graham and his Roman Cult owned and operated US Senate traitors, <u>you perjuring treasonous Communist, Satanist, coward mother fucking, son of a bitch (no disrespect to dogs intended)!!</u>

9   You, John McBryde, (bought and paid for) Clerk masquerading as a Judge, are NOTICED that I am one of the sovereign people
**"The words "people of the United States" and "citizens" are synonymous terms and mean the same thing. They both describe the political body who, according to our republic institutions form the sovereignty, and who hold the power, and conduct the government through their representatives. They are what we familiarly call the sovereign people, and every citizen is one of this people, and a constituent member of the sovereignty."** Dredd Scott v Sandford 60 U.S. 393

**"...at the revolution the Sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects ......and have none to govern but themselves; the citizens of America are equal as fellow citizens, and as joint tenants in the sovereignty."** Chisholm v Georgia, 2 Dall. 440, at pg 471;

**"It will be admitted on all hands that with the exception of the powers granted to the states and the federal government, through the Constitutions, the people of the several states are unconditionally sovereign within their respective states."** Ohio L. Ins. & T. Co. v. Debolt, 16 How. 416, 14 L.Ed. 997.

and an American national by right of blood, as evidenced <u>Statement of Original Status</u> contained herein and the pedigree charts attached hereto, all of which is in the **<u>CORPORATE DENIAL AFFIDAVIT</u>**, that is recorded with the Pinal County Recorder at **<u>FEE NUMBER 2013-032373</u>**, because my ancestors were in the Colony of Virginia, and the Colony of North Carolina and the Colony of Maryland, prior to the War of Independence, and my rights cannot be destroyed by any civil law (Texas Statutes, Codes, rules, and regulations, and United States statutes, Codes, rules and regulations)

**"Jura sanguinis nullo jure civili dirimi possunt. The right of blood and kindred cannot be destroyed by any civil law. Dig. 50, 17, 9; Bacon's Max. Reg. 11."** Bouvier's Law Dictionary 1856 Edition, page 768

and because my ancestors wrote the federal constitutions for The United States of America (the Supreme law of the land)
**"the power which is derived cannot be greater than that from which it is derived"** – Deritiva potestas non potest esse major primitiva. – Bouvier's Law Dictionary 1856 Edition

and the power and authority of all state and federal government officials comes from me,
**"and because it brings into action, and enforces this great and glorious principle, that the People are the sovereign of this country, and consequently that fellow Citizens and joint sovereigns <u>cannot be degraded by appearing with each other in their own courts to have their controversies determined.</u>"** Chisolm v Georgia 2 Dall. 419, at 479 [Emphasis added],

and their oaths of office is to me, and people like me, "We the People"
**"Sovereignty itself is, of course, not subject to law, for it is the author and source of law; but in our system, while sovereign powers are delegated to the agencies of government, <u>sovereignty itself remains with the people, by whom and for whom all government exists and acts.</u>"** Yick Wo v Hopkins, 118 US 356, at pg 370 [emphasis added];

which means they all operate under my authority
**"A Sovereign is exempt from suit, not because of any formal conception or obsolete theory, but on the logical and practical ground that <u>there can be no legal Right as against the authority that makes the law on which the Right depends.</u>"** --Kawananakoa v. Polyblank, 205 U.S. 349, 353, 27 S. Ct. 526, 527, 51 L. Ed. 834 (1907) [emphasis added]

**"The sovereignty of a state does not reside in the persons who fill the different departments of its government, but in the People, from whom the government emanated; and they may change it at their discretion. Sovereignty, then in this country, abides with the constituency, and <u>not with the agent</u>; and this remark is true, both in reference to the federal and state government."** Spooner v. McConnell, 22 F 939 @ 943 [emphasis added]

and I have all of the rights that formerly belonged to the King
**"The People of a State are entitled to all rights which formerly belonged to the King by his prerogative."** <u>Lansing v. Smith, 4 Wendel 19, 20(1829)</u>

**"...that there was a citizenship of the United States and a citizenship of the states, which were distinct from each other, depending upon different characteristics and circumstances in the individual; that it was only privileges and immunities of the citizens of the United States that were placed by the [Fourteenth] amendment under the protection of the Federal Constitution, <u>and that the privileges and immunities of a citizen of a state, whatever they might be, were not intended to have any additional protection by the paragraph in question, but they must rest for their security and protection where they have heretofore rested.</u>"** Maxwell v Dow, 20 S.C.R. 448, at pg 451; [emphasis added]

**<u>"The state citizen is immune from any and all government attacks and procedure,</u> absent contract."** see, Dred Scott vs. Sanford, 60 U.S. (19 How.) 393 or as the Supreme Court has stated clearly, "...every man is independent of all laws, except those prescribed by nature, He is not bound by any institutions formed by his fellowmen without his consent." CRUDEN vs. NEALE, 2 N.C. 338 2 S.E. 70, [emphasis added]

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.————————————————————————————————————Title Holder glenn winningham; house of fearn
With the Copy-Claim

**"The rights of the individuals are restricted only to the extent that they have been voluntarily surrendered by the citizenship to the agencies of government."** City of Dallas v Mitchell, 245 S.W. 944

**"State citizens are the only ones living under free government, <u>whose rights are incapable of impairment by legislation or judicial decision</u>."** Twining v. New Jersey, 211 U.S. 97, 1908 [emphasis added]

**"State Citizenship is a vested substantial property right, and the State has no power to divest or impair these rights."** Favot v. Kingsbury, (1929) 98 Cal. App. 284, 276 P. 1083,

and because I am a free inhabitant as found in Article IV of the Articles of Confederation, with all of the rights and privileges of citizens in the several states,
**"…..the free inhabitants of each of these States, paupers, vagabonds and fugitives from justice excepted, shall be entitled to all privileges and immunities of free citizens in the several States;….."** Article IV, Articles of Confederation (1781).

I am also a judicial power Citizen
**"The judicial power is the power to hear those matters which affect life, liberty or property of the Citizens of the State."** Sapulpa v Land, 101 Okla. 22, 223 Pac. 640, 35 A.L.R. 872,

**"The very meaning of 'sovereignty' is that the decree of the sovereign makes law."** American Banana Co. v. United Fruit Co., 29 S.Ct. 511, 513, 213 U.S. 347, 53 L.Ed. 826, 19 Ann.Cas. 1047

**"Sovereignty itself is, of course, not subject to law, for it is the author and source of law; but in our system, while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts."** Yick Wo v Hopkins, 118 US 356, at pg 370

**"There is no such thing as power of inherent Sovereignty in the government of the United States. In this country sovereignty resides in the People, and Congress can exercise no power which they have not, <u>by their Constitution entrusted to it</u>; All else is withheld."** Julliard v Greenman 110 U.S. 421

and all government officials are required to protect my rights
**"It is true that at common law the duty of the Attorney General is to represent the King, he being the embodiment of the state. But under the democratic form of government now prevailing the People are King so the Attorney General's duties are to that Sovereign rather than to the machinery of government."** Hancock V. Terry Elkhorn Mining Co., Inc., KY., 503 S.W. 2d 710 KY Const. §4, Commonwealth Ex Rel. Hancock V. Paxton, KY, 516 S. W. 2d. pg 867

and the oath of office of all government officials requires that they support the Constitution which means I am entitled to a Republican form of government
**"The United States shall guarantee to every State in this Union a Republican Form of Government……….."** Article IV, Section 4, Constitution for the United States of America

which fails to include any military commissioners or military dictatorship, or plenary jurisdictions, because military commissioners are operating under International Law and the Law of Nations
**"The law of war can no more wholly dispense with retaliation than can <u>the law of nations, of which it is a branch</u>……"** Article 27, General Orders 100 (Lieber Code)

"But in considering the question before us, it must be borne in mind that <u>there is no law of nations standing between the people of the United States and their Government</u>, and interfering with their relation to each other. The powers of the Government, and the rights of the citizens under it, are positive and practical regulations plainly written down. The people of the United States <u>have delegated to it certain enumerated powers, and forbidden it to exercise others</u>." Dred Scott v. Sandford, 19 How (60 U.S.) 393, 452, 15 L.Ed. 691 (A.D. 1856-1857) [emphasis added]

"and because it brings into action, and enforces this great and glorious principle, that the People are the sovereign of this country, and consequently that fellow Citizens and joint sovereigns <u>cannot be degraded by appearing with each other in their own courts to have their controversies determined.</u>"Chisolm v Georgia 2 Dall. 419, at 479 [Emphasis added],

and a Republican form of Government fails to include any star chambers
"The corrupt Star Chamber Courts of England <u>required defendants to have counsel. Star Chamber stood for swiftness and arbitrary power, it was a limitation on the common law.</u>" Faretta v. California, 422 U.S. 806, 821 [Emphasis added]

and a Republican form of government fails to include any statutes, codes, rules or regulations because all statutes, codes, rules and regulations are taken in Martial Law, as described  herein, which apply ONLY to "subjects of the enemy" (US citizens) and aliens
"But, in fact and in law, such statutes are intended to be applied to those who are here as "residents" in this State under the Interstate Commerce Clause of the Federal Constitution and the so- called Fourteenth Amendment." United States v United Mine Workers of America, (1947) 67 S.Ct. 677, 686, 330 U.S. 258

"Military jurisdiction is of two kinds: First, that which is conferred and defined by statute; second, that which is derived from the common law of war. Military offenses under the statute law must be tried in the manner therein directed; but military offenses which do not come within the statute must be tried and punished under the common law of war. The character of the courts which exercise these jurisdictions depends upon the local laws of each particular country.
In the armies of the United States the first is exercised by courts-martial, while cases which do not come within the "Rules and Articles of War," or the jurisdiction conferred by statute on courts-martial, are tried by military commissions." Article 13 General Orders 100 (The Lieber Code)

"CA/MG personnel are charged with the following:
(1) Establishment and administration of military commissions, provost courts, and special military government courts, and their jurisdiction and procedure.
(2) Supervision, control, or closing, if necessary; of local, criminal, and civil courts.
(3) Supervision of members of the local bar.
(4) Decisions as to modifications or suspension of local criminal and civil laws.
(5) General legal advice and assistance on all aspects of the occupation." FM 27-5 United States Army and Navy Manual of Civil Affairs (1947), Section II, Civil Affairs / Military Government Responsibilities and Functions, c. Establishment of Courts and administration of law

unless McBryde and his BAR member scum intend to perjure their oath of office, by subjecting me to McBryde's military dictatorship just like the tyrant did
"…statutes have been passed <u>extending the courts of admiralty and vice-admiralty far beyond their ancient limits</u> for depriving us the accustomed and inestimable privilege of trial by jury, in cases affecting both life and property…….<u>to supersede the course of</u>

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.------------------------------------------------------------------------------------------------Title Holder glenn winningham; house of fearn
With the Copy-Claim

**common law and instead thereof to publish and order the use and exercise of the law martial....;**
**..... and for altering fundamentally the form of government established by charter.**
**We saw the misery to which such despotism would reduce us.**" Causes and Necessity of Taking Up Arms (1775)

**"In despotic Governments, the Government has usurped, in a similar manner, both upon the state and the people: Hence all arbitrary doctrines and pretensions concerning the Supreme, absolute, and incontrolable, power of Government. In each, man is degraded from the prime rank, which he ought to hold in human affairs: In the latter, the state as well as the man is degraded.** Of both degradations, striking instances occur in history, in politics, and in common life.**" Chisholm v Georgia 2 Dal. 419, at 461

which is why I know McBryde and his BAR member scum **ARE PIGs** and why I know McBryde intends to perjure his oath of office because McBryde and his PIGs have slandered me and defamed me with his sovereign citizen status as evidenced by the **Intelligence Bulletin**, issued by some unknown coward with McBryde's subsidiary, the Texas Department of Public Safety, and the **Sovereign Citizen Quick Reference Guide**, true copies of each of which are attached hereto, when McBryde knows that there is no such thing as a sovereign citizen, and any government official that fails to protect my rights is engaged in a seditious conspiracy using his military dictatorship to overthrow my common law authority
**"If two or more persons in any State or Territory, or in any place subject to the jurisdiction of the United States, conspire to overthrow, put down, or to destroy by force the Government of the United States, or to levy war against them, or to oppose by force the authority thereof, or by force to prevent, hinder, or delay the execution of any law of the United States, or by force to seize, take, or possess any property of the United States contrary to the authority thereof, they shall each be fined under this title or imprisoned not more than twenty years, or both."** 18 USC § 2384;

and I have lots of first hand knowledge of you John McBryde and your intent to perjure your oath of office because you John McBryde and your BAR member (bought and paid for) whores selling your "Justus" have made sure and will continue make sure your PIGs get completely away with their assaults, kidnappings, thefts, false imprisonments, and murders, because it brings in so much business for your so-called court, and if I turn up dead, then you John McBryde and you're your criminal corporation, and your Roman Cult handlers get to collect all of the fake money in the cestui que trust account for GLENN WINNINGHAM FEARN (in my case) on deposit with the Treasury, so either way it is a win-win-win scenario for you John McBryde and your gang of lying, thieving, perjuring, murdering, criminals, and it fails to matter what I say or do because you John McBryde and your PIGs intend to assault me with your color of law codes rules and regulations as evidenced herein and attached hereto, and because the literally hundreds of times you and your BAR member scum and your PIGs have in fact assaulted me with your color of law codes, rules and regulations, because it is such good business for your BAR member scum selling their Justus, and your so-called court, so then you John McBryde can get in on it by also assaulting me with your color of law rules and regulations, like you John McBryde have done numerous times, when you and your BAR member scum dismissed eleven of my lawsuits because I failed to follow your color of law filing fees and your color of law rules and regulations, which is EXACTLY what is intended by Graham and his Roman Cult owned and operated US Senate traitors, you perjuring treasonous Communist, Satanist, coward mother fucking, son of a bitch (no disrespect to dogs intended)!!

10  You, John McBryde, (bought and paid for) Clerk masquerading as a Judge, are NOTICED that there are at least two (and probably more) national governments

**"Two national governments exist, one to be maintained under the Constitution, with all its restrictions, the other to be maintained by Congress outside and independently of that instrument"** Dissenting opinion of Justice Marshall Harlan. Downes v. Bidwell, 182 U.S. 244 1901

with The United States of America operating within the Constitution
**"The Stile of this Confederacy shall be; "The United States of America".** Articles of Confederation, (1781) Article 1 [emphasis added] and

a) in 1861 when the southern states walked out of Congress, there was no longer a quorum to conduct business, and

b) Lincoln ordered Congress to re-convene under executive authority, and

c) in 1871 Congress created an unconstitutional municipal corporation for the District of Columbia called United States of America, and
**"(15)"United States" means—**
**(A) a Federal corporation;**
**(B) an agency, department, commission, board, or other entity of the United States; or**
**(C) an instrumentality of the United States."** 28 USC § 3002 [emphasis added]

d) Congress has been operating under executive authority ever since, and

e) now all of those people that walked out of Congress are dead and it is impossible to reconvene a lawful de jure Congress without a Constitutional Convention, and

f) today Congress fails to be competent to enact legislation for the paramount trust, The United States of America, and everything done since 1861 is for the unconstitutional corporation, and

g) the unconstitutional municipal corporation United States of America went bankrupt in 1933 and is now owned and operated by the Roman Cult as evidenced by the Roman fascia that are located on both sides of the Speakers podium in the United States House of Representatives, and the Roman Aquila military Staff that is planted on the right side of the Speaker's podium, that the Roman Cult plants on all conquered nations,
**"There are two ways to conquer and enslave a nation. One is by the sword. The other is by debt."** John Adams 1826 and

h) the unconstitutional municipal corporation United States of America operates outside the Constitution as a criminal corporation under the Roman Law Maxim
**"Let him who will be deceived, be deceived"**
because Civil Law, Roman Law, Roman Civil Law and Municipal Law are all convertible phrases and mean the same thing
**""Civil Law," "Roman Law," and "Roman Civil Law" are convertible phrases, meaning the same system of jurisprudence. That rule of action which every particular nation, commonwealth, or city has established peculiarly for itself; more properly called "municipal" law, to distinguish it from the "law of nature," and from international law. See Bowyer, Mod. Civil Law, 19; Sevier v. Riley, 189 Cal. 170, 244 P. 323, 325"** Black's Law Dictionary, Revised 4th Edition, page 312, [emphasis added]

i) which is why Nancy Pelosi, as Speaker of the United States House of Representatives says; "We can't read this Bill until after we pass it."

j) which is also why you and McBryde, and your BAR member scum and your PIG thugs are all Satanists, because everything you and McBryde, and your BAR member scum and your PIGs do is under color of law, which is a fraud and a lie
**"Ye are of your father the devil, and the lusts of your father ye will do. He was a murderer from the beginning, and abode not in the truth, because there is no truth in him. When he speaketh a lie, he speaketh of his own: for he is a liar, and the father of it."** John 8:44
**"But the fearful, and unbelieving, and the abominable, and murderers, and whoremongers, and sorcerers [pharmaceutical drug pushers], and idolaters, and all liars, shall have their part in the lake which burneth with fire and brimstone: which is the second death."** Revelations 21:8

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.------------------------------------------------------------------------------------------------------Title Holder glenn winningham; house of fearn
With the Copy-Claim

k) because you John McBryde and your PIGs all work for a corporation that fails to be competent to do anything lawful

**"Ultra vires. An act performed without any authority to act on subject. Haslund v. City of Seattle, 86 Wash.2d 607, 547 P.2d 1221, 1230….. The term has a broad application and includes not only acts prohibited by the charter, but acts which are in excess of powers granted and not prohibited, and generally applied either when a corporation has no power whatever to do an act, …. People ex rel. Barrett v. Bank of Peoria, 295 Ill.App. 543, 15 N.E.2d 333, 335. Act is ultra vires when corporation is without authority to perform it under any circumstances or for any purpose. Ultra vires act of municipality is one which is beyond powers conferred upon it by law. Charles v. Town of Jeanerette, Inc., La.App., 234 So.2d 794, 798."** Black's Law Dictionary 6th Edition page 1522, [emphasis added],

l) but you John McBryde and your BAR member scum and your PIGs all still have an oath of office to the paramount trust, which trumps all of this,

and I have lots of first hand knowledge of how you John McBryde love to perjure your oath of office,  because you BAR member (bought and paid for) whores selling your "Justus" have made sure and will continue make sure your PIGs get completely away with their assaults, kidnappings, thefts, false imprisonments, and murders, because it brings in so much business for your so-called court, and if I turn up dead, then your criminal corporation, and your Roman Cult handlers get to collect all of the fake money in the cestui que trust account for GLENN WINNINGHAM FEARN (in my case) on deposit with the Treasury, so either way it is a win-win-win scenario for you, John McBryde and your gang of lying, thieving, perjuring, murdering, criminals, and it fails to matter what I say or do because you John McBryde and your PIGs intend to assault me with your color of law codes rules and regulations as evidenced herein and attached hereto, and because of the literally hundreds of times you and your BAR member scum and your PIGs have in fact assaulted me with your color of law codes, rules and regulations, because it is such good for business for your BAR member scum selling your "Justus", and your so-called court, so you John McBryde can get in on it by also assaulting me with your color of law rules and regulations, like you have done numerous times, when you and your BAR member scum dismissed eleven of my lawsuits because I failed to follow your color of law filing fees and your color of law rules and regulations, which is EXACTLY what  is intended by Graham and his Roman Cult owned and operated US Senate traitors, you perjuring treasonous  Communist, Satanist, coward mother fucking, son of a bitch  (no disrespect to dogs intended)!!!

11  You, John McBryde, (bought and paid for) Clerk masquerading as a Judge, are NOTICED that and any government official that fails to protect my rights has waived any immunity he may have enjoyed and is fully liable in his private capacity

**"…where any state proceeds against a private individual in a judicial forum it is well settled that the state, county, municipality, etc. waives any immunity to counters, cross claims and complaints, by direct or collateral means regarding the matters involved."** Luckenback v. The Thekla, 295 F 1020, 226 Us 328; Lyders v. Lund, 32 F2d 308;

**"When enforcing mere statutes, judges of all courts do not act judicially"** (and thus are not protected by "qualified" or "limited immunity,"** - SEE: Owen v. City, 445 U.S. 662; Bothke v. Terry, 713 F2d 1404) - -

**"but merely act as an extension as an agent for the involved agency -- but only in a "ministerial" and not a "discretionary capacity…"** Thompson v. Smith, 154 S.E. 579, 583; Keller v. P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464.

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.-------------------------------------------------------------------------------------Title Holder glenn winningham; house of fearn
With the Copy-Claim

**"In arriving at our decision in this matter we do not depart in any way from our holding in Huendling v. Jensen [\*300] that the doctrine of judicial immunity extends to courts of limited jurisdiction. But, when a minor magistrate acts wholly without jurisdiction, civil liability attaches for his malicious and corrupt abuse of process and his willful and malicious oppression of any person under the pretense of acting in his official capacity. See Huendling v. Jensen, 168 N.W.2d at 749 and authorities cited."**188 N.W.2d 294; 1971 Iowa Sup. LEXIS 863; 64 A.L.R.3d 1242

and I have lots of first hand knowledge of how you John McBryde love to perjure your oath of office,  because you BAR member (bought and paid for) whores selling your "Justus" have made sure and will continue make sure your PIGs get completely away with their assaults, kidnappings, thefts, false imprisonments, and murders, because it brings in so much business for your so-called court, and <u>if I turn up dead</u>, then your criminal corporation, and your Roman Cult handlers get to collect all of the fake money in the cestui que trust account for GLENN WINNINGHAM FEARN (in my case) on deposit with the Treasury, so either way it is a win-win-win scenario for you, John McBryde and your gang of lying, thieving, perjuring, murdering, criminals, and it fails to matter what I say or do because you John McBryde and your PIGs intend to assault me with your color of law codes rules and regulations as evidenced herein and attached hereto, and because  of the literally hundreds of times you and your BAR member scum and your PIGs have in fact assaulted me with your color of law codes, rules and regulations, because it is so good for business for your BAR member scum selling your "Justus", and your so-called court, so you John McBryde can get in on it by also assaulting me with your color of law rules and regulations, like you have done numerous times, which is EXACTLY what  is intended by Graham and his Roman Cult owned and operated US Senate traitors, <u>you perjuring treasonous  Communist, Satanist, coward mother fucking, son of a bitch  (no disrespect to dogs intended)!!!</u>

12  You, John McBryde, (bought and paid for) Clerk masquerading as a Judge, are NOTICED that all of your codes, rules and regulations are for government employees ONLY
**All codes, rules and regulations are applicable to the government authorities only. All codes, rules and regulations are unconstitutional and lacking in due process.** Rodriques v Ray Donavan (U.S. Department of Labor), 769 F. 2d 1344, 1348 (1985)

McBryde and his PIG thugs are operating under color of law
**"Colorable" means "That which is in appearance only, and not in reality, what it purports to be, hence counterfeit feigned, having the appearance of truth."** Windle v. Flinn, 196 Or.  654, 251 P.2d 136, 146.

**"Color" means "**<u>An appearance, semblance, or simulacrum, as distinguished from that which is real</u>**. A** <u>prima facia</u> **or** <u>apparent</u> **right. Hence, a deceptive** <u>appearance</u>**, a plausible, assumed exterior, concealing a lack of reality; a disguise or pretext. See also colorable."** Black's Law Dictionary, 5th Edition, on page 240. [emphasis added]

**"Color of Law" means "The appearance or semblance, without the substance, of legal right. Misuse of power, possessed by virtue of state law and made possible only because wrongdoer is clothed with authority of state is action taken under 'color of law.'"** Atkins v. Lanning. D.C.Okl., 415 F. Supp. 186, 188.

by assaulting me based on McBryde's fictitious US citizen which is a fraud
**"By metaphysical refinement in examining the form of our government it might be correctly said that** <u>there is no such thing as a citizen of the United States.</u>
**A citizen of any one of the States of the Union is held to be and called a citizen of the**

**United States, although** <u>**technically and abstractly there is no such thing.**</u>" Ex Parte Frank Knowles, 5 Cal. Rep. 300, [emphasis added]

**"Chap. 854. – An Act to establish a code of law for the District of Columbia."** which was Approved on March 3, 1901, by the Fifty-Sixth Congress, Session II, at 31 Stat. 1189, and at Chapter Fifty-Six in Sec. 1617, at 31 Stat. 1432, where it says; **"The Legal Estate to be in Cestui Que Use"**

**"The term resident and citizen of the United States is distinguished from a Citizen of one of the several states, in that the former is a special class of citizen created by Congress."** U.S. v. Anthony 24 Fed. 829 (1873)

**"A "citizen of the United States" is a civilly dead entity operating as a co-trustee and co-beneficiary of the PCT (Public Charitable Trust), the constructive, cestui que trust of US Inc. under the 14th Amendment, which upholds the debt of the USA and US Inc."** Congressional Record, June 13 1967, pp. 15641-15646

**". . . (E)very taxpayer is a cestui que trust having sufficient interest in preventing abuse of the trust to be recognized in the field of this court's prerogative jurisdiction."** In Re Bolens (1912), 135 N.W. 164

which originated with the Roman cult
**"Yet still it was found difficult to set bounds to** <u>**ecclesiastical**</u> **ingenuity; for when they were driven out of all their former holds, they devised a new method of conveyance, by which the lands were granted, not to themselves directly, but to nominal feoffees to the use of the religious houses; thus distinguishing between the possession and the use, and receiving the actual profits, while the seisin of the lands remained in the nominal feoffee,** <u>**who was held by the courts of equity (then under the direction of the clergy)**</u> **to be bound in conscience to account to his** <u>**cestui que use**</u> **for the rents and emoluments of the estate:** <u>**and it is to these inventions that our practitioners are indebted for the introduction of uses and trusts, the foundation of modern conveyancing.**</u>**"** Tomlins Law Dictionary 1835 edition, Volume 2 under the definition of Mortmain

and they claim "good faith" under State edicts under martial law
**"(a) No evidence obtained by an officer or other person in violation of any provisions of the Constitution or laws of the State of Texas, or of the Constitution or laws of the United States of America, shall be admitted in evidence against the accused on the trial of any criminal case.**
<u>**(b) It is an exception to the provisions of Subsection (a) of this Article that the evidence was obtained by a law enforcement officer acting in objective good faith reliance upon a warrant issued by a neutral magistrate based on probable cause.**</u>**"** Texas Code of Criminal Procedure, Article 38.23 Evidence Not to Be Used [emphasis added],

or McBryde's edicts under Martial Law federal statutes
**"(e)DEFENSE.—A good faith reliance on—**
**(1) a court warrant or order, a grand jury subpoena, a legislative authorization, or a statutory authorization (including a request of a governmental entity under section 2703(f) of this title);**
**(2) a request of an investigative or law enforcement officer under section 2518(7) of this title; or**
**(3) a good faith determination that section 2511(3) of this title permitted the conduct complained of;**

**is a complete defense to any civil or criminal action brought under this chapter or any other law.**" 18 US Code 2707 Civil Action

by criminally converting my proper appellation into a fictitious fraud "GLENN WINNINGHAM FEARN" in my case, by criminally converting my postal address from the land of Texas into your District of Columbia territory with the use of a ZIP CODE, and they are all satanic children of the devil

"**Ye are of your father the devil, and the lusts of your father ye will do. He was a murderer from the beginning, and abode not in the truth, because there is no truth in him. When he speaketh a lie, he speaketh of his own: for he is a liar, and the father of it.**" John 8:44

"**But the fearful, and unbelieving, and the abominable, and murderers, and whoremongers, and sorcerers [pharmaceutical drug pushers], and idolaters, and all liars, shall have their part in the lake which burneth with fire and brimstone: which is the second death.**" Revelations 21:8

and their judgment day is coming
"**I know thy works , and tribulation,….. and I know the blasphemy of them which say they are Jews, [or Christians] and are not, but are the synagogue of Satan.**" Revelations 2:9

and at common law they would all be put to death
"**If a man be found stealing any of his brethren of the children of Israel, and maketh merchandise of him, or selleth him ; then that thief shall die; and thou shalt put evil away from among you.**" Deuteronomy 24:7.

which is why you, John McBryde and your Roman Cult handlers need to orchestrate your military dictatorship, because it uses International Law to supersede and replace common law
"**…statutes have been passed extending the courts of admiralty and vice-admiralty far beyond their ancient limits for depriving us the accustomed and inestimable privilege of trial by jury, in cases affecting both life and property…….to supersede the course of common law and instead thereof to publish and order the use and exercise of the law martial…….and for altering fundamentally the form of government established by charter. We saw the misery to which such despotism would reduce us.**" Causes and Necessity for Taking up Arms (1775);

and I have lots of first hand knowledge of how you John McBryde love to perjure your oath of office,  because you BAR member (bought and paid for) whores selling your "Justus" have made sure and will continue make sure your PIGs get completely away with their assaults, kidnappings, thefts, false imprisonments, and murders, because it brings in so much business for your so-called court, and if I turn up dead, then your criminal corporation, and your Roman Cult handlers get to collect all of the fake money in the cestui que trust account for GLENN WINNINGHAM FEARN (in my case) on deposit with the Treasury, so either way it is a win-win-win scenario for you, John McBryde and your gang of lying, thieving, perjuring, murdering, criminals, and it fails to matter what I say or do because you John McBryde and your PIGs intend to assault me with your color of law codes rules and regulations as evidenced herein and attached hereto, and because of the literally hundreds of times you and your BAR member scum and your PIGs have in fact assaulted me with your color of law codes, rules and regulations, because it is such good for business for your BAR member scum selling your "Justus", and your so-called court, so you John McBryde can get in on it by also assaulting me with your color of law rules and regulations, like you have done numerous times, which is EXACTLY what  is intended by Graham and his Roman Cult owned and operated US Senate traitors, you perjuring treasonous  Communist, Satanist, coward mother fucking, son of a bitch  (no disrespect to dogs intended)!!!

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.------------------------------------------------------------------------------------------------------------Title Holder glenn winningham; house of fearn
With the Copy-Claim

13   You, John McBryde, (bought and paid for) Clerk masquerading as a Judge, are NOTICED that your Oath of Office requires that you support the Supreme Law of the land **"This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding."** US Constitution, Article VI, Clause 2

and McBryde's jurisdiction is in the District of Columbia ONLY, which is a maximum of ten miles square
**"To exercise exclusive legislation in all cases whatsoever, over such District (not exceeding ten miles square) as may, by cession of particular states, and the acceptance of Congress, become the seat of the government of the United States, and to exercise like authority over all places purchased by the consent of the legislature of the state in which the same shall be, for the erection of forts, magazines, arsenals, dockyards, and other needful buildings;"** US Constitution, Article I, Section 8, Clause 17

14   You, John McBryde, (bought and paid for) Clerk masquerading as a Judge, are NOTICED that all of your BAR members are foreign agents of the United Nations under the BAR Treaty of 1947 **"Resolved, That the American Bar Association notes with approval the further progress made, within the structure and Charter of the United Nations, at the recent Inter-American Conference for the Maintenance of Continental Peace and Security, held at Quitindinia in Brazil, in implementing the Act of Chapultepec and strengthening further the spirit of friendly consultations and of submission to law-governed procedures, ...... The Association hails with particular satisfaction the Inter-American Treaty of Reciprocal Assistance, signed at Rio de Janeiro on September 2 by the representatives of nineteen American republics, as a concrete demonstration of what can be accomplished within the framework of the United Nations, by nations which are willing to submit themselves to the rule of law and to agree to act together for mutual assistance and defense against aggression clearly defined.
The Association commends this Treaty to the consideration of the Delegation of the United States in the General Assembly of the United Nations and to like-minded peoples .... for united action in the exercise of the inherent right of individual or collective self-defense recognized by Article 51 of the Charter, against aggression from any source, anywhere within a Continental American zone defined in the treaty."** BAR Treaty of 1947 [emphasis added]

and all BAR Members and other officers of my Court are required to know the law
**"Officers of the court have no immunity, when violating a constitutional right, for they are deemed to know the law."** Owens v Independence 100 S.C.T. 1398 (Ezra 7:23-26);

therefore, all of this is being perpetrated by BAR members and it is deliberate and calculated, and you, John McBryde, and all of your BAR member whore buddies know exactly what you are doing, because all Judges are members of the BAR, as required by federal and state statutes, and all BAR members are officers of the court. **"He is however in a sense an officer of the state with an obligation to the Court...His first duty is to the courts and to the public, not to the client, and whenever his duties to his client conflict with those as an officer of the court, in the administration of justice, the former must yield to the latter."** 7 Corpus Juris Secundum § 4 Attorneys

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.------------------------------------------------------------------------------------Title Holder glenn winningham; house of fearn
With the Copy-Claim

and I have lots of first hand knowledge of how you John McBryde love to perjure your oath of office,  because you BAR member (bought and paid for) whores selling your "Justus" have made sure and will continue make sure your PIGs get completely away with their assaults, kidnappings, thefts, false imprisonments, and murders, because it brings in so much business for your so-called court, and if I turn up dead; then your criminal corporation, and your Roman Cult handlers get to collect all of the fake money in the cestui que trust account for GLENN WINNINGHAM FEARN (in my case) on deposit with the Treasury, so either way it is a win-win-win scenario for you, John McBryde and your gang of lying, thieving, perjuring, murdering, criminals, and it fails to matter what I say or do because you John McBryde and your PIGs intend to assault me with your color of law codes rules and regulations as evidenced herein and attached hereto, and because  of the literally hundreds of times you and your BAR member scum and your PIGs have in fact assaulted me with your color of law codes, rules and regulations, because it is such good for business for your BAR member scum selling your "Justus", and your so-called court, so you John McBryde can get in on it by also assaulting me with your color of law rules and regulations, like you have done numerous times, which is EXACTLY what  is intended by Graham and his Roman Cult owned and operated US Senate traitors, you perjuring treasonous  Communist, Satanist, coward mother fucking, son of a bitch  (no disrespect to dogs intended)!!!

15   You, John McBryde, (bought and paid for) Clerk masquerading as a Judge, are NOTICED that your coward DHS/DPS PIGs, like your PIG Jim Palamino, and your coward City PIGs, in Lake Worth, North Richland Hills, Grapevine, Bedford, Fort Worth, Azle, Euless, and your coward US Marshalls PIGs, and your coward Tarrant County and Walker County Sheriff PIGs, and your coward FBI PIGs,  have breached the peace hundreds of times while operating under color of law, in their private capacity as revenue officers, under the Federal Tax Lien Act of 1966
**"(h) DEFINITION's. …. "(3) MOTOR VEHICLE.-The term 'motor vehicle' means a self-propelled vehicle which is registered for highway use under the laws of any State or foreign country. "(4) SECURITY.-The term 'security' means any bond, debenture, note, or certificate or other evidence of indebtedness, issued by a corporation or a government or political subdivision thereof, with interest coupons or in registered form, share of stock, voting trust certificate, or any certificate of interest or participation in, certificate of deposit or receipt for, temporary or interim certificate for, or warrant or right to subscribe to or purchase any of the foregoing: negotiable instrument; or money."** Federal Tax Lien Act of 1966 at Public Law 89-719 at 80 Stat. 1130-1131

with their unlawful arrests when i had NOT breached the peace and there was no lawful court order
**"Any restraint, however slight, upon another's liberty to come and go as one pleases, constitutes an "arrest."** Swetnam v. W.F. Woolworth Co., 318 P.2d 364, 366, 83 Ariz. 189.

**"An illegal arrest is an assault and battery. The person so attempted to be restrained of his liberty has the same right to use force in defending himself as he would in repelling any other assault and battery."** State v. Robinson, 145 ME. 77, 72 ATL. 260

**"Each person has the right to resist an unlawful arrest. In such a case, the person attempting the arrest stands in the position of a wrongdoer and may be resisted by the use of force, as in self-defense."** State v. Mobley, 240 N.C. 476, 83 S.E. 2d 100

**"Similarly, a person cannot be convicted of resisting a peace officer in the execution of his duty unless the officer was acting strictly within the limits of his powers and duty. If the officer makes an unlawful arrest, then there is a common law right to resist that arrest."** Police Manual of Arrest, Seizure and Interrogation, 8th Edition, by The Honorable Roger E. Salhany, page 96

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.-------------------------------------------------------------------------------------------------------------Title Holder glenn winningham; house of fearn
With the Copy-Claim

16  You, John McBryde, (bought and paid for) Clerk masquerading as a Judge, are NOTICED that your treasonous US Congress PIGs have given your coward DHS/DPS PIGs, like your PIG Jim Palamino, and your coward Border PIGs, and your coward US Marshall PIGs, and your coward FBI PIGs, and your coward in Lake Worth, North Richland Hills, Grapevine, Bedford, Fort Worth, Azle, Euless, the right to assault, kidnap, falsely imprison, and even murder anybody they want as long as they do it in good faith,
"**(e)**DEFENSE.—A good faith reliance on—
**(1) a court warrant or order, a grand jury subpoena, a legislative authorization, or a statutory authorization (including a request of a governmental entity under section 2703(f) of this title);**
**(2) a request of an investigative or law enforcement officer under section 2518(7) of this title; or**
**(3) a good faith determination that section 2511(3) of this title permitted the conduct complained of;**
**is a complete defense to any civil or criminal action brought under this chapter or any other law.**" 18 US Code 2707 Civil Action

and the same thing applies in your Texas region of your criminal corporation
"**(a) No evidence obtained by an officer or other person in violation of any provisions of the Constitution or laws of the State of Texas, or of the Constitution or laws of the United States of America, shall be admitted in evidence against the accused on the trial of any criminal case.**
**(b) It is an exception to the provisions of Subsection (a) of this Article that the evidence was obtained by a law enforcement officer acting in objective good faith reliance upon a warrant issued by a neutral magistrate based on probable cause.**" Texas Code of Criminal Procedure, Article 38.23 Evidence Not to Be Used [emphasis added],

and the same thing applies in your Arizona region of your criminal corporation
"**A. A person commits unlawful imprisonment by knowingly restraining another person.**
**B. In any prosecution for unlawful imprisonment, it is a defense that:**
**1. The restraint was accomplished by a peace officer or detention officer acting in good faith in the lawful performance of his duty; or...**" Arizona Revised Statutes 13-1303. Unlawful imprisonment; classification; definition

and I have lots of first hand knowledge of how you John McBryde love to perjure your oath of office,  because you BAR member (bought and paid for) whores selling your "Justus" have made sure and will continue make sure your PIGs get completely away with their assaults, kidnappings, thefts, false imprisonments, and murders, because it brings in so much business for your so-called court, and if I turn up dead, then your criminal corporation, and your Roman Cult handlers get to collect all of the fake money in the cestui que trust account for GLENN WINNINGHAM FEARN (in my case) on deposit with the Treasury, so either way it is a win-win-win scenario for you, John McBryde and your gang of lying, thieving, perjuring, murdering, criminals, and it fails to matter what I say or do because you John McBryde and your PIGs intend to assault me with your color of law codes rules and regulations as evidenced herein and attached hereto, and because  of the literally hundreds of times you and your BAR member scum and your PIGs have in fact assaulted me with your color of law codes, rules and regulations, because it is so good for business for your BAR member scum selling your "Justus", and your so-called court, so you John McBryde can get in on it by also assaulting me with your color of law rules and regulations, like you have done numerous times, which is EXACTLY what  is intended by Graham and his Roman Cult owned and operated US Senate traitors, you perjuring treasonous Communist, Satanist, coward mother fucking, son of a bitch  (no disrespect to dogs intended)!!!

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.--------------------------------------------------------------------------------------------------------Title Holder glenn winningham; house of fearn
With the Copy-Claim

"In doing this, I shall have occasion incidentally to evince, how true it is that States and Governments were made for man, and, at the same time, how true it is that his creatures and servants have first deceived, next vilified, and, at last oppressed their master and maker." Chisholm v Georgia, 2 Dal. 419 at p 455

"A state like a merchant makes a contract. A dishonest state, like a dishonest merchant willfully refuses to discharge it." Chisholm v Georgia, 2 Dal. 419 at p 456

17  You, John McBryde, (bought and paid for) Clerk masquerading as a Judge, are NOTICED that your (bought and paid for) Clerks masquerading as Judges (whores) cannot do anything judicial, like issue warrants, or orders and if they attempt to do so, it is a fraud and a nullity
"Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to exercise such powers are necessarily nullities" Burns v. Sup., Ct., SF, 140 Cal. 1

therefore it is a kangaroo court
"Kangaroo court. Term descriptive of a sham legal proceeding in which a person's rights are totally disregarded and in which the result is a foregone conclusion because of the bias of the court or other tribunal." Black's Law Dictionary, 6th Edition, page 868

and a void judgment
"Where there is no jurisdiction there is no judge; the proceeding is as nothing. Such has been the law from the days of the Marshalsea, 10 Coke 68; also Bradley v. Fisher, 13 Wall 335,351." Manning v. Ketcham, 58 F.2d 948.

"Void judgment is one which has no legal force or effect whatever, it is an absolute nullity, its invalidity may be asserted by any person whose rights are affected at any time and at any place and it need not be attacked directly but may be attacked collaterally whenever and wherever it is interposed."  City of Lufkin v. McVicker,  510 S.W. 2d 141 (Tex. Civ. App. – Beaumont 1973)

"Void order may be attacked, either directly or collaterally, at any time"  In re Estate of Steinfeld, 630 N.E.2d 801, certiorari denied, See also Steinfeld v. Hoddick, 513 U.S. 809, (Ill. 1994).

and it is all with your approval and consent, and with the approval and consent of your (bought and paid for) Satanist BAR member judicial whores selling their "justus", you Communist Satanist mother fucking son of a bitch  (no disrespect to dogs intended)!!
"In doing this, I shall have occasion incidentally to evince, how true it is that States and Governments were made for man, and, at the same time, how true it is that his creatures and servants have first deceived, next vilified, and, at last oppressed their master and maker." Chisholm v Georgia, 2 Dal. 419 at p 455

"A state like a merchant makes a contract. A dishonest state, like a dishonest merchant willfully refuses to discharge it." Chisholm v Georgia, 2 Dal. 419 at p 456

and I have lots of first hand knowledge of how you John McBryde love to perjure your oath of office,  because you BAR member (bought and paid for) whores selling your "Justus" have made sure and will continue make sure your PIGs get completely away with their assaults, kidnappings, thefts, false imprisonments, and murders, because it brings in so much business for your so-called court, and if I turn up dead, then your criminal corporation, and your Roman Cult handlers get to

collect all of the fake money in the cestui que trust account for GLENN WINNINGHAM FEARN (in my case) on deposit with the Treasury, so either way it is a win-win-win scenario for you, John McBryde and your gang of lying, thieving, perjuring, murdering, criminals, and it fails to matter what I say or do because you John McBryde and your PIGs intend to assault me with your color of law codes rules and regulations as evidenced herein and attached hereto, and because  of the literally hundreds of times you and your BAR member scum and your PIGs have in fact assaulted me with your color of law codes, rules and regulations, because it is so good for business for your BAR member scum selling your "Justus", and your so-called court, so you John McBryde can get in on it by also assaulting me with your color of law rules and regulations, like you have done numerous times, which is EXACTLY what  is intended by Graham and his Roman Cult owned and operated US Senate traitors, <u>you perjuring treasonous  Communist, Satanist, coward mother fucking, son of a bitch  (no disrespect to dogs intended)!!!</u>

18   You, John McBryde, (bought and paid for) Clerk masquerading as a Judge, are NOTICED that, I have lots of first hand knowledge of you and your PIGs love of perjuring your oaths, because I travel on the land of Texas and elsewhere, (which i have previously served you Communist Satanist mother fucking son of a bitches and bitches, with documents stating that i am not interested in being in your unconstitutional criminal corporation called UNITED STATES OF AMERICA,
**"A State does not owe its origin to the Government of the United States, in the highest or in any of its branches. It was in existence before it. It derives its authority from the same pure and sacred source as itself: The voluntary and deliberate choice of the people... A State is altogether exempt from the jurisdiction of the Courts of the United States, or from any other exterior authority, unless in the special instances where the general Government has power derived from the Constitution itself... p. 448 "The question to be determined is, whether this State, so respectable, and whose claim soars so high, is amenable to the jurisdiction of the Supreme Court of the United States? This question, important in itself, will depend on others, more important still; and may perhaps, be ultimately resolved into one, no less radical than this- "do the people of the United States form a NATION? "By that law the several States and Governments spread over our globe, are considered as forming a society, not a NATION."** [caps in the original.] Chisholm. Ex'r v. Georgia, 2 Dall. 419, 1 L.Ed. 440 (1794)

**"Two national governments exist, one to be maintained under the Constitution, with all its restrictions, the other to be maintained by Congress outside and independently of that instrument"** Dissenting opinion of Justice Marshall Harlan. Downes v. Bidwell, 182 U.S. 244 1901.

but your coward PIGs went ahead and assaulted me with your color of law codes, rules and regulations and your United Nations BAAL priest whores like you, Terry Means, Donald Cosby, Thomas Lowe, Reed O'Connor, Jeffrey Cureton, Joe Fish, Paul Stickney, Cummings, and others became their accomplices, under their satanic UNIDROIT controlled and regulated Uniform Commercial Code
**"Whenever [the Uniform Commercial Code] <u>creates a "presumption"</u> with respect to a fact, or provides that a fact is "presumed," <u>the trier of fact must find the existence of the fact unless and until evidence is introduced that supports a finding of its nonexistence.</u>"**
Uniform Commercial Code § 1-206 Presumptions [emphasis added]

**"(a) In an action with respect to an instrument, the authenticity of, and <u>authority to make, each signature on the instrument are admitted unless specifically denied in the pleadings.</u> If the validity of a signature is denied in the pleadings, the burden of establishing validity is on the person claiming validity, but the signature is presumed to be authentic and**

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.------------------------------------------------------------------------------------------------Title Holder glenn winningham; house of fearn
With the Copy-Claim

<u>authorized</u> unless the action is to enforce the liability of the purported signer and the signer is dead or incompetent at the time of trial of the issue of validity of the signature." Uniform Commercial Code § 3.308 Proof of Signatures and Status as Holder in Due Course [emphasis added]

**"The following rules apply in an action on a certificated security against the issuer:**
**(1)  <u>Unless specifically denied in the pleadings, each signature on a security certificate or in a necessary indorsement is admitted.</u>**
**(2)  If the effectiveness of a signature is put in issue, the burden of establishing effectiveness is on the party claiming under the signature, <u>but the signature is presumed to be genuine or authorized.</u>"** Uniform Commercial Code § 8.114 Evidentiary Rules Concerning Certificated Securities [emphasis added]

when they assaulted me with their cestui que trust scam under color of law
**"But individuals, when acting as representatives of a collective group, cannot be said to be exercising their personal rights and duties, nor be entitled to their purely personal privileges. Rather they assume the rights, duties and privileges of the artificial entity or association of which they are agents or officers and they are bound by its obligations."** *Brasswell v. United States* 487 U.S. 99 (1988) quoting, *United States v. White* 322 U.S. 694 (1944),

for their Roman Cult handlers
**"Yet still it was found difficult to set bounds to <u>ecclesiastical</u> ingenuity; for when they were driven out of all their former holds, they devised a new method of conveyance, by which the lands were granted, not to themselves directly, but to nominal feoffees *to the use* of the religious houses; thus distinguishing between the *possession* and the *use,* and receiving the actual profits, while the seisin of the lands remained in the nominal feoffee, <u>who was held by the courts of equity (then under the direction of the clergy)</u> to be bound in conscience to account to his *cestui que use* for the rents and emoluments of the estate: <u>and it is to these inventions that our practitioners are indebted for the introduction of uses and trusts, the foundation of modern conveyancing.</u>"** Tomlins Law Dictionary 1835 edition, Volume 2 under the definition of Mortmain

**"<u>The Legal Estate to be in Cestui Que Use</u>"** Chapter Fifty-Six in Sec. 1617, at 31 Stat. 1432

and you have instructed your (bought and paid for) whores selling their "justus" (Clerks masquerading as Judges) to presume everybody is a cestui que trust at Chapter three – <u>Absence for Seven Years,</u> in Sec. 252, at 31 Stat. 1230, where it says;
**"SEC. 252. PRESUMPTION OF DEATH. - If any person shall leave his domicile without any known intention of changing the same, and shall not return or be heard from for seven years from the time of his so leaving, he shall be presumed to be dead, in any case wherein his death shall come in question, unless proof be made that he was alive within that time.,**

**". . . (E)very taxpayer is a cestui qui trust having sufficient interest in the preventing abuse of the trust to be recognized in the field of this court's prerogative jurisdiction . ."** In Re Bolens (1912), 135 N.W. 164.

**"A "*citizen of the United States*" is a civilly dead entity operating as a co-trustee and co-beneficiary of the *PCT (Public Charitable Trust),* the constructive, *cestui que trust* of US Inc. under the <u>14th Amendment,</u> which upholds the debt of the USA and US Inc."** Congressional Record, June 13 1967, pp. 15641-15646

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.------------------------------------------------------------------------------------------------Title Holder glenn winningham; house of fearn
With the Copy-Claim

with the objective of selling me into slavery

**"He [the prisoner] has as a consequence of his crime, not only forfeited his liberty but all his personal rights except those which the law in its humanity affords him. <u>He is for the time being a slave of the state.</u>"** 62 Va. (21 Gratt.) 790, 796 (1871)

and it is all with your approval and consent, and i am not going to rest until i see these PIGs, and their PIG BAR member whore handlers do that little dance they do at the end of a common law rope, **you Communist Satanist mother fucking son of a bitch  (no disrespect to dogs intended)!**

**"If a man be found stealing any of his brethren of the children of Israel, and maketh merchandise of him, or selleth him; then that thief shall die; and thou shalt put evil away from among you."** Deuteronomy 24:7

therefore, i will ALWAYS be travelling heavily armed and if your coward PIGs want to unlawfully arrest me, we will settle it for once and for all, right then and there, you perjuring treasonous Communist Satanist mother fucking son of a bitch  (no disrespect to dogs intended)!!

**"In doing this, I shall have occasion incidentally to evince, how true it is that States and Governments were made for man, and, at the same time, how true it is that his creatures and servants have first deceived, next vilified, and, at last oppressed their master and maker."** Chisholm v Georgia, 2 Dal. 419 at p 455

**"A state like a merchant makes a contract. A dishonest state, like a dishonest merchant willfully refuses to discharge it."** Chisholm v Georgia, 2 Dal. 419 at p 456

and I have lots of first hand knowledge of how you John McBryde love to perjure your oath of office,  because you BAR member (bought and paid for) whores selling your "Justus" have made sure and will continue make sure your PIGs get completely away with their assaults, kidnappings, thefts, false imprisonments, and murders, because it brings in so much business for your so-called court, and <u>if I turn up dead,</u> then your criminal corporation, and your Roman Cult handlers get to collect all of the fake money in the cestui que trust account for GLENN WINNINGHAM FEARN (in my case) on deposit with the Treasury, so either way it is a win-win-win scenario for you, John McBryde and your gang of lying, thieving, perjuring, murdering, criminals, and it fails to matter what I say or do because you John McBryde and your PIGs intend to assault me with your color of law codes rules and regulations as evidenced herein and attached hereto, and because  of the literally hundreds of times you and your BAR member scum and your PIGs have in fact assaulted me with your color of law codes, rules and regulations, because it is so good for business for your BAR member scum selling your "Justus", and your so-called court, so you John McBryde can get in on it by also assaulting me with your color of law rules and regulations, like you have done numerous times, which is EXACTLY what  is intended by Graham and his Roman Cult owned and operated US Senate traitors, <u>you perjuring treasonous  Communist, Satanist, coward mother fucking, son of a bitch  (no disrespect to dogs intended)!!!</u>

19  You, John McBryde, (bought and paid for) Clerk masquerading as a Judge, are NOTICED that, I have lots of first hand knowledge of you and your PIGs love of perjuring your oaths,  because your PIG United Nations BAAL priest BAR member whores masquerading as Judges know that your coward PIGs routinely engage in false arrest and false imprisonment but you and your BAR member scum want to sit there and play stupid so you John McBryde and your BAR member scum and your PIGs can collect your royalties under McBryde's color of law 31 Stat., 1191, 1220, 1221, 1225, 1248, 1256, 1258, 1262, 1363, 1364, 1365, 1366, and 1370, because your coward PIGs bring you so much business **you Communist Satanist mother fucking son of a bitch  (no disrespect to dogs intended)!!!**

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.------------------------------------------------------------------------------------Title Holder glenn winningham; house of fearn
With the Copy-Claim

**The only thing the plaintiff needs to do is to allege a false arrest, is either (1) that the defendant(cop) made an arrest or imprisonment, or (2) that the defendant(cop) affirmatively instigated, encouraged, incited,(started a fight) or caused the arrest or imprisonment.** Burlington v. Josephson, 153 Fed.2d 372,276 (1946)

**"When the plaintiff( person) has shown that he was arrested, imprisoned or restrained of his liberty by the defendant(cop), "the law presumes it to be unlawful."** People v. McGrew, 20 Pac. 92 (1888); Knight v. Baker, 133 P. 544(1926).

**"The burden is upon the defendant( cop ) to show that the arrest was by authority of law."** McAleer v. Good, 65 Atl. 934, 935 (1907); Mackie v. Ambassador, 11 P.2d 6 (1932).

**"ANY ARREST, made without a PROPER warrant, Signed by a judge and backed up by an affidavit from two persons that states, under penalty of perjury, you have broken a contract or hurt somebody, if challenged by the defendant, is presumptively invalid...the burden is upon the state" to justify it as authorized by statute, and does not violate the constitutional provisions(privileges)and Or( human rights.)** State v. Mastrian, 171 N.W.2d 695 (1969); Butler v. State, 212 So.2d 577 (Miss 1968)

**"As in the case of illegal arrests, the officer(cop) ... must keep within the law at his peril."** Thiede v. Scandia, 217 Minn. 231, 14 N.W.2d 400 (1944)

20  You, John McBryde, (bought and paid for) Clerk masquerading as a Judge, are NOTICED that, I have lots of first hand knowledge of you and your PIGs love of perjuring your oaths,  because your coward Border PIGs and your coward DHS/DPS PIGs, like your PIG Jim Palamino, and your coward City PIGs, in Lake Worth, North Richland Hills, Grapevine, Bedford, Fort Worth, Azle, Euless, and your coward US Marshall PIGs, and your coward Tarrant County and Walker County Sheriff PIGs, obviously intend to engage in warfare against me no matter what i say or do **"A mixed war is one which is made on one side by public authority, and the other by mere private persons."** <u>Black's Law Dictionary</u> 5th Ed., page 1420

and if your PIGs want to assault me with their unlawful arrest, when there has been no breach of the peace or no lawful warrant, and i shall be heavily armed, and we will settle it right then and there, for once and for all, with your coward PIGs, and any blood shed is on your hands, and it will all be with your approval and consent, you Communist Satanist mother fucking son of a bitch  (no disrespect to dogs intended)!! **"In doing this, I shall have occasion incidentally to evince, how true it is that States and Governments were made for man, and, at the same time, how true it is that his creatures and servants have first deceived, next vilified, and, at last oppressed their master and maker."** Chisholm v Georgia, 2 Dal. 419 at p 455

**"A state like a merchant makes a contract. A dishonest state, like a dishonest merchant willfully refuses to discharge it."** Chisholm v Georgia, 2 Dal. 419 at p 456

but that is what you and your BAR member scum buddies intend, which is EXACTLY what  is intended by Graham and his Roman Cult owned and operated US Senate traitors, <u>you perjuring treasonous  Communist, Satanist, coward mother fucking, son of a bitch  (no disrespect to dogs intended)!!</u>

21  You, John McBryde, (bought and paid for) Clerk masquerading as a Judge, are NOTICED that i have the right to resist an unlawful arrest with lethal force if necessary

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.------------------------------------------------------------------------------------------Title Holder glenn winningham; house of fearn
With the Copy-Claim

**"An illegal arrest is an assault and battery. The person so attempted to be restrained of his liberty has the same right to use force in defending himself as he would in repelling any other assault and battery."** State v. Robinson, 145 ME. 77, 72 ATL. 260

**"Each person has the right to resist an unlawful arrest. In such a case, the person attempting the arrest stands in the position of a wrongdoer and may be resisted by the use of force, as in self-defense."** State v. Mobley, 240 N.C. 476, 83 S.E. 2d 100

**"Similarly, a person cannot be convicted of resisting a peace officer in the execution of his duty unless the officer was acting strictly within the limits of his powers and duty. If the officer makes an unlawful arrest, then there is a common law right to resist that arrest."** Police Manual of Arrest, Seizure and Interrogation, 8th Edition, by The Honorable Roger E. Salhany, page 96

and i shall be heavily armed and i shall exercise my right to resist any unlawful arrest by your coward DHS/DPS PIGs, like your PIG Jim Palamino, and your coward City PIGs, in Lake Worth, North Richland Hills, Grapevine, Bedford, Fort Worth, Azle, Euless, or your coward Border PIGs, or your coward US Marshall PIGs, or your coward FBI PIGs, or your coward Tarrant County and Walker County Sheriff PIGs, **you Communist Satanist mother fucking son of a bitch  (no disrespect to dogs intended)!!**
**"In doing this, I shall have occasion incidentally to evince, how true it is that States and Governments were made for man, and, at the same time, how true it is that his creatures and servants have first deceived, next vilified, and, at last oppressed their master and maker."** Chisholm v Georgia, 2 Dal. 419 at p 455

**"A state like a merchant makes a contract. A dishonest state, like a dishonest merchant willfully refuses to discharge it."** Chisholm v Georgia, 2 Dal. 419 at p 456

which is EXACTLY what  is intended by Graham and his Roman Cult owned and operated US Senate traitors, you perjuring treasonous  Communist, Satanist, coward mother fucking, son of a bitch  (no disrespect to dogs intended)!!

22  You, John McBryde, (bought and paid for) Clerk masquerading as a Judge, are NOTICED that I have lots of first hand knowledge of you and your PIGs love of perjuring your oaths, because your coward PIG Jim Palamino, and your coward City PIGs conspired with your coward FBI PIGs, in Lake Worth, to assault me under color of law with their capias for a Class C Misdemeanor, that fails to be a warrant (a color of law warrant)
**"A capias is NOT a "Warrant of Arrest,"...."** Knox v State, 586 S.W. 2d 504, 506 (Tex.Crim.App. 1979) [emphasis added]

to unlawfully arrest me and kidnap me into the Lake Worth jail on or about July 27, 2018 at approximately 1:00pm in the afternoon, and they unlawfully seized my truck under the color of law, and forced me to tender over $200 in fake money (Federal Reserve Notes) to get it back from the towing company, and they unlawfully engaged in the theft of my arm (a Colt Commander) that they stole from my truck because they intended to make sure I could NOT defend myself against their unlawful arrests and their unlawful seizures, and their kangaroo court under color of law in violation of your District of Columbia codes 18 USC § 242 violating my rights and immunities under color of law, and 18 USC § 241 conspiracy to threaten, injure, coerce, and intimidate me in the free exercise of my right to ignore their color of law codes but that is what you and your (bought and paid for) whores like you John McBryde intend because I have had eleven lawsuits dismissed by you and your BAR member (bought and paid for) whores selling your "Justus" because I failed to pay your color of law filing fees and/or follow your color of law rules, and you

further intend to subject me to your satanic color of law religious ceremonies in your color of law kangaroo court in violation of 18 USC § 247, and engage in misprision of felony in violation of 18 USC § 4

which is EXACTLY what is intended by Graham and his Roman Cult owned and operated US Senate traitors, <u>you perjuring treasonous Communist, Satanist, coward mother fucking, son of a bitch (no disrespect to dogs intended)</u>!!

23  You, John McBryde, (bought and paid for) Clerk masquerading as a Judge, are NOTICED that I know that you know that I am involved with the Republic of Texas because I filed a lawsuit that you dismissed under color of law, because of my failure to pay your color of law filing fee under McBryde's case number 4:14-cv-772 because Ken Paxton, Texas Attorney General had sent a Captain Gregory Lucas of the Criminal Investigation Division of the Texas Attorney General's Office, together with Jeff McCoy of the Kerr County Sheriff's Office, together with agents from the Federal Bureau of Investigation, United States Marshall's Office, Brazos County Sheriff's Office, Texas Department of Public Safety, and City of Bryan Police to raid the Republic of Texas Congress to execute a search warrant issued by a Judge N Keith Williams, 216th District Court because of a Republic of Texas Common Law Court that had convened a proceeding, in behalf of Suzy Cammack, a member of the Republic of Texas House of Representatives, and John McBryde is an officer of the court and required to know the law, and McBryde and all of the wrongdoers named in that lawsuit are required to know that the Republic of Texas is a foreign government under McBryde's District of Columbia codes 18 USC § 11, and § 1116b, **"The term "foreign government"**, **as used in this title except in sections 112, 878, 970, 1116, and 1201, includes any government, faction, or body of insurgents within a country with which the United States is at peace, irrespective of recognition by the United States."** 18 USC § 11 Foreign Government Defined [emphasis added]

**"(b)For the purposes of this section:**
**(1) "Family" includes (a) a spouse, parent, brother or sister, child, or person to whom the foreign official or internationally protected person stands in loco parentis, or (b) any other person living in his household and related to the foreign official or internationally protected person by blood or marriage.**
**(2) "Foreign government" means the government of a foreign country, irrespective of recognition by the United States.**
**(3)"Foreign official" means—**
**(A) a Chief of State or the political equivalent, President, Vice President, Prime Minister, Ambassador, Foreign Minister, or other officer of Cabinet rank or above of a foreign government or the chief executive officer of an international organization, or any person who has previously served in such capacity, and any member of his family, while in the United States; and**
**(B) any person of a foreign nationality who is duly notified to the United States as an officer or employee of a foreign government or international organization, and who is in the United States on official business, and any member of his family whose presence in the United States is in connection with the presence of such officer or employee.**
**(4)"Internationally protected person" means—**
**(A) a Chief of State or the political equivalent, head of government, or Foreign Minister whenever such person is in a country other than his own and any member of his family accompanying him; or**
**(B) any other representative, officer, employee, or agent of the United States Government, a foreign government, or international organization who at the time and place concerned is entitled pursuant to international law to special protection against attack upon his person,**

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.------------------------------------------------------------------------------------------------Title Holder glenn winningham; house of fearn
                                                                                With the Copy-Claim

**freedom, or dignity, and any member of his family then forming part of his household.**" 18 USC § 1116

and the United States or John McBryde, or Rusty Hierholzer, Kerr County Sheriff, or the US Marshalls, or the Federal Bureau of Investigation, or the Texas Department of Public Safety, or N Keith Williams, Judge 216th District Court, or City of Bryan Police Chief, or Brazos County Sheriff, or any Chief of Police, or any County Sheriff, or any official of the District of Columbia territory called <u>The State of Texas</u>, is not required to recognize the Republic of Texas for it to be a foreign government as defined by 18 USC § 11 or 18 USC § 112, or 18 USC § 1116.

and the Constitution for the United States is the Supreme law of the land
"**This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding.**" US Constitution, Article VI, Clause 2

and  the District of Columbia is "not exceeding ten miles square" under the Supreme law of the land
"**To exercise exclusive legislation in all cases whatsoever, over such District (not exceeding ten miles square) as may, by cession of particular states, and the acceptance of Congress, become the seat of the government of the United States, and to exercise like authority over all places purchased by the consent of the legislature of the state in which the same shall be, for the erection of forts, magazines, arsenals, dockyards, and other needful buildings;**" US Constitution, Article I, Section 8, Clause 17

and <u>The State of Texas</u> is territorial
"**The Congress shall have Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States; …**" Constitution for the United States of America, Article IV, Section 2

because it is subject to federal regulations and they use Federal Reserve Notes for money
"**Sec. 15. As used in this Act the term "United States" means the Government of the United States…the term "currency of the United States" means currency which is legal tender in the United States, and includes United States notes,…Federal Reserve Notes…**" Gold Reserve Act of 1934, 48 Stat. 337

and it is under a military occupation since the civil war
"**A place, district, or country occupied by an enemy stands, in consequence of the occupation, under the Martial Law of the invading or occupying army, whether any proclamation declaring Martial Law, or any public warning to the inhabitants, has been issued or not. Martial Law is the immediate and direct effect and consequence of occupation or conquest. The presence of a hostile army proclaims its Martial Law.**" Article 1, Lieber Code [emphasis added]

"**Martial Law does not cease during the hostile occupation, except by special proclamation, ordered by the commander in chief; or by special mention in the treaty of peace concluding the war, when the occupation of a place or territory continues beyond the conclusion of peace as one of the conditions of the same.**" Article 2, Lieber Code [emphasis added]

and they are using <u>Forced Loans</u> for money

"**.....This rule does not interfere with the right of the victorious invader to tax the people or their property, <u>to levy forced loans</u>, to billet soldiers, or to appropriate property, especially houses, lands, boats or ships, and churches, for temporary and military uses**" General Orders 100 (Lieber Code) Article 37

"**The forced loans of 1862 and 1863, in the form of legal tender notes, were vital forces in the <u>struggle for national supremacy</u>. They formed a part of the public debt of the United States, ...**" Julliard v. Greenman, 110 US 432.

therefore The State of Texas is property of the United States and all Texas codes Rules and Regulations are actual federal law under the International Law Rule
"**<u>INTERNATIONAL LAW RULE</u>: Adopted for areas under Federal legislative jurisdiction....<u>Federalizes State civil law, including common law.</u>--<u>The rule serves to federalize not only the statutory but the common law of a State</u>. ... STATE AND FEDERAL VENUE DISCUSSED: <u>The civil laws effective in an area of exclusive Federal jurisdiction are Federal law</u>, notwithstanding <u>their derivation from State laws</u>, and a cause arising under such laws may be brought in or removed to a Federal district court under ... (now sections 1331 and 1441 of title 28, United States Code), giving jurisdiction to such courts of civil actions arising under the "* * *laws * * * of the United States" ....**" Jurisdiction over Federal Areas Within the States – Report of the Interdepartmental Committee for the Study of Jurisdiction over Federal Areas Within the States, Part II, A Text of the Law of Legislative Jurisdiction Submitted to the Attorney General and Transmitted to the President June 1957, page 158-165

"**We therefore decline to overrule the opinion of Chief Justice Marshall: We hold that the <u>District of Columbia is not a state within Article 3 of the Constitution</u>. In other words cases between citizens of the District and those of the states were not included of the catalogue of controversies over which the Congress could give jurisdiction to the federal courts by virtue of Article 3. In other words <u>Congress has exclusive legislative jurisdiction over citizens of Washington District of Columbia and through their plenary power nationally covers those citizens even when in one of the several states as though the district expands for the purpose of regulating its citizens wherever they go throughout the states in union</u>**" National Mutual Insurance Company of the District of Columbia v. Tidewater Transfer Company, 337 U.S. 582, 93 L.Ed. 1556 (1948)

and you John McBryde are required to know all of this, therefore, the so-called search warrant issued by N Keith Williams, is color of law and you John McBryde are required to know it, and you John McBryde are required to know that all of the Wrongdoers in his case number 4:14-cv-772 are engaged in multiple felonies under your 18 USC § 112, because they disrupted a Republic of Texas Congress and arrested everybody in the room, including the President, the Vice President, and all of the Senators and members of the House of Representatives and I was one of them and they engaged in the theft of my laptop computer and carrying case and contents, and cell phone, and they have failed to return any of it, and you John McBryde have not ONLY dismissed the case under color of law in violation of your 18 USC § 242, thereby demonstrating that you intend to be an accomplice to all of the felonies under his 18 USC § 112, but you are also engaged in misprision of felony under your 18 USC § 4, as you intend because it is all such good business for your so-called court, under McBryde's color of law 31 Stat., 1191, 1220, 1221, 1225, 1248, 1256, 1258, 1262, 1363, 1364, 1365, 1366, and 1370, <u>you perjuring treasonous Communist, Satanist, coward mother fucking, son of a bitch (no disrespect to dogs intended)!!</u>

24  You, John McBryde, (bought and paid for) Clerk masquerading as a Judge, are NOTICED that I have lots of first hand knowledge of you and your PIGs love of perjuring your oaths, because you

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.------------------------------------------------------------------------------Title Holder glenn winningham; house of fearn
                                                                                    With the Copy-Claim

and your (bought and paid for) whores masquerading as Judges, are required to know about the Clearfield doctrine

**"Governments descend to the level of a mere private corporation, and take on the characteristics of a mere private citizen . . . where private corporate commercial paper [Federal Reserve Notes] and securities [checks] is concerned . . . For purposes of suit, such corporations and individuals are regarded as entities entirely separate from government."** Clearfield Trust Co. v. United States 318 U.S. 363-371 1942

**Governments lose their immunity and descend to level of private corporations when involved in commercial activity enforcing negotiable instruments, as in fines, penalties, assessments, bails, taxes, the remedy lies in the hand of the state and its municipalities seeking remedy.** Rio Grande v. Darke, 167 P. 241,

all of which is proof of your intent to nullify your oath of office, and convert every court case into a commercial transaction, so you can sit there and play stupid, and it is proof that you have absolutely NO INTENTION of honoring your oath of office and you intend to perjure your oath of office, and you are required to know that it is impossible to pay anything with a Federal Reserve Note

**"There is a distinction between a debt discharged and one paid. When discharged, the debt still exists, though divested of its character as a legal obligation during the operation of the discharge."** Stanek v. White (1927), 172 Minn. 390, 215 N.W. 781

and you John McBryde are required to know that there has been nothing even similar to lawful money as required in Article 10, Section 10, Clause 1, gold or silver coin, in general circulation since 1964, therefore you cannot require gold or silver coin, and instead you intend to perjure your oath of office under the color of law by being a revenue officer under the Federal Tax Lien Act of 1966

**"(h) DEFINITION's. .... "**
**"(1) <u>SECURITY INTEREST</u>.-The term 'security interest' means any interest in property acquired by contract for the purpose of securing payment or performance of an obligation or indemnifying against loss or liability. A security interest exists at any time**
**(A) if, at such time, the property is in existence and the interest has become protected under local law against a subsequent judgment lien arising out of an unsecured obligation, and**
**(B) to the extent that, at such time, the holder has parted "with money or money's worth.**
**"(3) MOTOR VEHICLE.-The term 'motor vehicle' means a self-propelled vehicle <u>which is registered</u> for highway use under the laws of any State or foreign country.**
**"(4) SECURITY.-<u>The term 'security' means any</u> bond, debenture, <u>note</u>, or <u>certificate or other evidence of indebtedness, issued by a corporation or a government or political subdivision thereof</u>, with interest coupons or in registered form, share of stock, voting trust certificate, or any certificate of interest or participation in, certificate of deposit or receipt for, temporary or interim certificate for, or warrant or right to subscribe to or purchase any of the foregoing: <u>negotiable instrument: or money.</u>"** Federal Tax Lien Act of 1966 at Public Law 89-719 at 80 Stat. 1130-1131

so you John McBryde and your United Nations BAR member scum can further perjure your oaths of office by assaulting me with your International Law and your military dictatorship, and your United Nations under your BAR Treaty of 1947

and I have lots of first hand knowledge of how you John McBryde love to perjure your oath of office,  because you BAR member (bought and paid for) whores selling your "Justus" have made sure and will continue make sure your PIGs get completely away with their assaults, kidnappings, thefts, false imprisonments, and murders, because it brings in so much business for your so-called

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.--------------------------------------------------------------------------------------------Title Holder glenn winningham; house of fearn
With the Copy-Claim

court, and if I turn up dead, then your criminal corporation, and your Roman Cult handlers get to collect all of the fake money in the cestui que trust account for GLENN WINNINGHAM FEARN (in my case) on deposit with the Treasury, so either way it is a win-win-win scenario for you, John McBryde and your gang of lying, thieving, perjuring, murdering, criminals, and it fails to matter what I say or do because you John McBryde and your PIGs intend to assault me with your color of law codes rules and regulations as evidenced herein and attached hereto, and because of the literally hundreds of times you and your BAR member scum and your PIGs have in fact assaulted me with your color of law codes, rules and regulations, because it is so good for business for your BAR member scum selling your "Justus", and your so-called court, under McBryde's color of law 31 Stat., 1191, 1220, 1221, 1225, 1248, 1256, 1258, 1262, 1363, 1364, 1365, 1366, and 1370, so you John McBryde can get in on it by also assaulting me with your color of law rules and regulations, like you have done numerous times, which is EXACTLY what is intended by Graham and his Roman Cult owned and operated US Senate traitors, you perjuring treasonous Communist, Satanist, coward mother fucking, son of a bitch (no disrespect to dogs intended)!!

25    You, John McBryde, (bought and paid for) Clerk masquerading as a Judge, are NOTICED that I have lots of first hand knowledge of you and your PIGs love of perjuring your oaths, because you and your (bought and paid for) whores masquerading as Judges, intend to assault me with your color of law codes rules and regulations and I have lots of first hand knowledge of it, and ONLY a small amount of the most recent events have been described herein because you know that your FBI PIGs and your US Marshall PIGs will fail to enforce your piece of shit District of Columbia federal statutes (unless there is some political agenda) like;

a.    18 USC § 112 when you and your PIGs and your (bought and paid for) whores like you (a BAR member) assault, make violent attack, imprison, and offer violence upon foreign officials and protected persons under international law, and make violent attack upon the Republic of Texas official premises, and

b.    18 USC § 242 when you and your PIGs and your (bought and paid for) whores like you (a BAR member) violate my rights and immunities under color of law, and

c.    18 USC § 241 when you and your PIGs, and your (bought and paid for) whores like you (a BAR member) conspire together to threaten me, and intimidate me, and injure me, and coerce me in the free exercise of my right to ignore your color of law codes rules and regulations, that are actually Bills of Pains and Penalties, under color of law, and

d.    18 USC § 247 when you and your PIGs and your (bought and paid for) whores like you (a BAR member) and Lynne (a BAR member) in the Northern District, Owen (a BAR member) in the Fifth Circuit, Wake (a BAR member) in the Arizona District, and numerous whores (BAR members) in the Ninth Circuit, and Murphy (a BAR member) in Bedford, and Wayland (a BAR member) in Grapevine, and Bass (a BAR member) in North Richland Hills, and Britton (a BAR member) in Euless, and Lane (a BAR member) in Lake Worth, delCarmen (a BAR member) in Colleyville, Rodgers (a BAR member) in Fort Worth, and Hudman (a BAR member) in Azle, and McCoy (a BAR member) in Tarrant County conspire with your BAR member scum to subject me to your satanic religious ceremony in your kangaroo court, and your Bills of Attainders and your Bills of Pains and Penalties, and

e.    18 USC §1346 when you and your PIGs and your (bought and paid for) whores like you (a BAR member) and Lynne (a BAR member) in the Northern District, Owen (a BAR member) in the Fifth Circuit, Wake (a BAR member) in the Arizona District, and numerous whores (BAR members) in the Ninth Circuit, and Murphy (a BAR member) in Bedford, and Wayland (a BAR member) in Grapevine, and Bass (a BAR member) in North Richland Hills, and Britton (a BAR member) in Euless, and Lane (a BAR member) in Lake Worth, delCarmen (a BAR member) in Colleyville, Rodgers (a BAR member) in Fort Worth, and Hudman (a BAR member) in Azle, and McCoy (a BAR member) in Tarrant County fail to provide "honest services" when you are claiming to be a Judge, and should be a neutral and unbiased Judge but instead are a (bought and paid for) whore selling your "Justus", subjecting me to your District of Columbia plenary

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.-----------------------------------------------------------------------------------Title Holder glenn winningham; house of fearn
With the Copy-Claim

jurisdiction in violation of Article 1, Section 8, Clause 17, thereby perjuring your oath of office and further perjuring your oath of office by subjecting me to your District of Columbia Federal Reserve Notes under the Gold Reserve Act of 1934 at 48 Stat. 337 in violation of Article 1, Section 10 requirement to "support and defend the Constitution of the United States…" which is the supreme law of the land, and

f.   18 USC § 4 misprison of felony when you and your PIGs and your (bought and paid for) whores like you (a BAR member) and Lynne (a BAR member) in the Northern District, Owen (a BAR member) in the Fifth Circuit, Wake (a BAR member) in the Arizona District, and numerous whores (BAR members) in the Ninth Circuit, and Murphy (a BAR member) in Bedford, and Wayland (a BAR member) in Grapevine, and Bass (a BAR member) in North Richland Hills, and Britton (a BAR member) in Euless, and Lane (a BAR member) in Lake Worth, delCarmen (a BAR member) in Colleyville, Rodgers (a BAR member) in Fort Worth, and Hudman (a BAR member) in Azle, and McCoy (a BAR member) in Tarrant County fail to notify authorities of the felonies your PIGs are engaged in

which is EXACTLY what is intended by Graham and his Roman Cult owned and operated US Senate traitors, <u>you perjuring treasonous Communist, Satanist, coward mother fucking, son of a bitch (no disrespect to dogs intended)!!</u>

26  You, John McBryde, (bought and paid for) Clerk masquerading as a Judge, are NOTICED that I have lots of first hand knowledge of you and your PIGs love of perjuring your oaths, because you and your PIGs have demonstrated your intent to deny my right to pursue happiness
**"The right to follow any of the common occupations of life is an inalienable right. It was formulated as such under the phrase 'pursuit of happiness' in the Declaration of Independence."** Allgeyer vs. State of Louisiana, 165 U.S. 578, 17 S.Ct. 427, 4l L. Ed. 832 (1897) Hotel et al. vs. Longley, et al. 160 S.W. 2d. 124, 127 (1942)
**"The right to labor and to its protection from unlawful interference is a constitutional as well as common-law right. Every man has a natural right to the fruits of his own industry".** 48 American Jurisprudence, pg. 80

as evidenced by the fact that you revoked my Airframe and Powerplant License as evidenced by the revocation letter attached, even though I have never in my life breached the peace, based on hearsay evidence from the communist border PIGs in Canada, who are busy doing all the same things you and your PIGs do with their kangaroo so-called courts and their Bills of Pains and Penalties, and their color of law codes, rules and regulations, and as further evidence of the fact that you and your PIGs are conspiring with foreign governments to violate my rights and immunities under color of law, and insist on assaulting me with your color of law codes rules and regulations, in violation of your District of Columbia codes 18 USC § 242 and in conspiracy in violation of your 18 USC § 241,
and I have lots of first hand knowledge of how you John McBryde love to perjure your oath of office, because you BAR member (bought and paid for) whores selling your "Justus" have made sure and will continue make sure your PIGs get completely away with their assaults, kidnappings, thefts, false imprisonments, and murders, because it brings in so much business for your so-called court, and <u>if I turn up dead</u>, then your criminal corporation, and your Roman Cult handlers get to collect all of the fake money in the cestui que trust account for GLENN WINNINGHAM FEARN (in my case) on deposit with the Treasury, so either way it is a win-win-win scenario for you, John McBryde and your gang of lying, thieving, perjuring, murdering, criminals, and it fails to matter what I say or do because you John McBryde and your PIGs intend to assault me with your color of law codes rules and regulations as evidenced herein and attached hereto, and because of the literally hundreds of times you and your BAR member scum and your PIGs have in fact assaulted me with your color of law codes, rules and regulations, because it is so good for business for your BAR member scum selling your "Justus", and your so-called court, under McBryde's color of law

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.------------------------------------------------------------------------------------------------Title Holder glenn winningham; house of fearn
With the Copy-Claim

31 Stat., 1191, 1220, 1221, 1225, 1248, 1256, 1258, 1262, 1363, 1364, 1365, 1366, and 1370, so you John McBryde can get in on it by also assaulting me with your color of law rules and regulations, like you have done numerous times, which is EXACTLY what is intended by Graham and his Roman Cult owned and operated US Senate traitors, you perjuring treasonous Communist, Satanist, coward mother fucking, son of a bitch (no disrespect to dogs intended)!!!

27  You, John McBryde, (bought and paid for) Clerk masquerading as a Judge, are NOTICED that I have lots of first hand knowledge of you and your PIGs love of perjuring your oaths, because you and your PIGs are not satisfied denying my right to pursue happiness but you intend to further make sure I can't even see my own grand children as evidenced by the letter from my daughter that is attached because her husband Barron VanVleet works for Corrections Corporation of America prison at Eloy, Arizona, and they are threatening him when I am visiting, and I have lots of first hand knowledge of how you John McBryde love to perjure your oath of office, because you BAR member (bought and paid for) whores selling your "Justus" have made sure and will continue make sure your PIGs get completely away with their assaults, kidnappings, thefts, false imprisonments, and murders, because it brings in so much business for your so-called court, and if I turn up dead, then your criminal corporation, and your Roman Cult handlers get to collect all of the fake money in the cestui que trust account for GLENN WINNINGHAM FEARN (in my case) on deposit with the Treasury, so either way it is a win-win-win scenario for you, John McBryde and your gang of lying, thieving, perjuring, murdering, criminals, and it fails to matter what I say or do because you John McBryde and your PIGs intend to assault me with your color of law codes rules and regulations as evidenced herein and attached hereto, and because of the literally hundreds of times you and your BAR member scum and your PIGs have in fact assaulted me with your color of law codes, rules and regulations, because it is so good for business for your BAR member scum selling your "Justus", and your so-called court, under McBryde's color of law 31 Stat., 1191, 1220, 1221, 1225, 1248, 1256, 1258, 1262, 1363, 1364, 1365, 1366, and 1370, so you John McBryde can get in on it by also assaulting me with your color of law rules and regulations, like you have done numerous times, which is EXACTLY what is intended by Graham and his Roman Cult owned and operated US Senate traitors, you perjuring treasonous Communist, Satanist, coward mother fucking, son of a bitch (no disrespect to dogs intended)!!!

28  You, John McBryde, (bought and paid for) Clerk masquerading as a Judge, are NOTICED that your hired thug Barron VanVleet should fit right in with you and your Satanist order followers who are too stupid to be able to tell the difference between what is a lawful command and what fails to be a lawful command, and he is willing to sacrifice family for your international criminal corporation and will make your Roman Cult Jesuit handlers really proud, so I highly recommend him for promotion because he will fit right in with the rest of you Satanists!, and I have lots of first hand knowledge of how you John McBryde love to perjure your oath of office, because you BAR member (bought and paid for) whores selling your "Justus" have made sure and will continue make sure your PIGs get completely away with their assaults, kidnappings, thefts, false imprisonments, and murders, because it brings in so much business for your so-called court, and if I turn up dead, then your criminal corporation, and your Roman Cult handlers get to collect all of the fake money in the cestui que trust account for GLENN WINNINGHAM FEARN (in my case) on deposit with the Treasury, so either way it is a win-win-win scenario for you, John McBryde and your gang of lying, thieving, perjuring, murdering, criminals, and it fails to matter what I say or do because you John McBryde and your PIGs intend to assault me with your color of law codes rules and regulations as evidenced herein and attached hereto, and because of the literally hundreds of times you and your BAR member scum and your PIGs have in fact assaulted me with your color of law codes, rules and regulations, because it is so good for business for your BAR member scum selling your "Justus", and your so-called court, under McBryde's color of law 31 Stat., 1191, 1220, 1221, 1225, 1248, 1256, 1258, 1262, 1363, 1364, 1365, 1366, and 1370, so you John McBryde can get in on it by also assaulting me with your color of law rules and regulations, like

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.------------------------------------------------------------------------------------------Title Holder glenn winningham; house of fearn
With the Copy-Claim

you have done numerous times, which is EXACTLY what is intended by Graham and his Roman Cult owned and operated US Senate traitors, you perjuring treasonous Communist, Satanist, coward mother fucking, son of a bitch (no disrespect to dogs intended)!!!

29 You, John McBryde, (bought and paid for) Clerk masquerading as a Judge, are NOTICED that I have lots of first hand knowledge of you and your PIGs love of perjuring your oaths, because I have been assaulted at restaurants with people wanting me to put on a mask because of this corona virus hoax, and I tell them that it is color of law and explain 18 USC § 242 and then they say that they are just doing what their boss is telling them to do, and then I tell them that is another felony under 18 USC § 241, and recently I went to Texas Roadhouse in Bedford near Harwood and Hwy 121 and I have told them about it so many times they now say; "we know who you are, so sue me", and that is EXACTLY what you, John McBryde, and your (bought and paid for) whores intend because you have made sure and will continue make sure your PIGs get completely away with their assaults, kidnappings, thefts, false imprisonments, and murders, because it brings in so much business for your so-called court, and if I turn up dead, then your criminal corporation, and your Roman Cult handlers get to collect all of the fake money in the cestui que trust account for GLENN WINNINGHAM FEARN (in my case) on deposit with the Treasury, so either way it is a win-win-win scenario for you and your gang of lying, thieving, perjuring, murdering, criminals, and it fails to matter what I say or do because you and our PIGs intend to assault me with your color of law codes rules and regulations as evidenced herein and attached hereto, and because of the literally hundreds of times you and your BAR member scum and your PIGs have in fact assaulted me with your color of law codes, rules and regulations, because it is so good for business for your BAR member scum, and your so-called court, under McBryde's color of law 31 Stat., 1191, 1220, 1221, 1225, 1248, 1256, 1258, 1262, 1363, 1364, 1365, 1366, and 1370, so you can get in on it by also assaulting me with your color of law rules and regulations, like you have done numerous times, which is EXACTLY what is intended by Graham and his Roman Cult owned and operated US Senate traitors, you perjuring treasonous Communist, Satanist, coward mother fucking, son of a bitch (no disrespect to dogs intended)!!

30 You, John McBryde, (bought and paid for) Clerk masquerading as a Judge, are NOTICED that I have lots of first hand knowledge of you and your PIGs intent to make sure I get denied due process as much as possible, and your intent that I get assaulted as much as possible, and your intent that I get kidnapped and falsely imprisoned as much as possible, and my property stolen as much as possible and you have no intention of doing anything about it because it makes so much business for your so-called court, so you can assault me with your color of law rules and regulations and sell some of your "Justus", like Tracine, the Team Leader, at the Walmart at 1732 Precinct Line Road in Hurst, Texas, on 31 December 2020 who subjected me to the deprivation of my right to fail to wear a face mask because of the corona virus hoax and subjected me to the associated executive orders (color of law) in violation of your 18 USC § 242 and they conspired together to threaten me, intimidate me, coerce me and injure me in the free exercise of my right to ignore color of law executive orders, and needed to return something and Tracine claimed it was private property and I told them about their felonies under 18 USC § 242, and their conspiracy under 18 USC § 241, and Article IV Section 2 says that Congress shall have power to make all needful rules and regulations for the territory and other property of the United States, and I told them that they have a corporate franchise and are subject to regulations and are property of the United States, and they are NOT private, and that is EXACTLY what McBryde intends to generate business for his so-called court and McBryde and his (bought and paid for) whores intend to make sure I get assaulted by as much color of law as possible and they intend to make sure it continues, and he intends to deny justice to make sure that the color of law continues to make business for his so-called court and his Roman Cult handlers and if I turn up dead, then McBryde's criminal corporation, and his Roman Cult handlers get to collect all of the fake money in the cestui que trust account for GLENN WINNINGHAM FEARN (in my case) on deposit with the Treasury, so

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.------------------------------------------------------------------------------Title Holder glenn winningham; house of fearn
                                                                                                    With the Copy-Claim

John McBryde Notice and Demand 012021

either way it is a win-win-win scenario for McBryde and his gang of lying, thieving, perjuring, murdering, criminals, and it fails to matter what I say or do because McBryde and his PIGs intend to assault me with McBryde's color of law codes rules and regulations as evidenced herein and attached hereto, and because of the literally hundreds of times you and your BAR member scum and your PIGs have in fact assaulted me with your color of law codes, rules and regulations, because it is such good for business for McBryde's BAR member scum, and his so-called court, under McBryde's color of law 31 Stat., 1191, 1220, 1221, 1225, 1248, 1256, 1258, 1262, 1363, 1364, 1365, 1366, and 1370, so McBryde can get in on it by also assaulting me with his color of law rules and regulations, like McBryde has done numerous times, which is EXACTLY what is intended by Graham and his Roman Cult owned and operated US Senate traitors, you Perjuring treasonous Communist, Satanist, coward mother fucking, son of a bitch (no disrespect to dogs intended)!!

31   You, John McBryde, (bought and paid for) Clerk masquerading as a Judge, are NOTICED that I have lots of first hand knowledge of you and your PIGs intent to make sure I get denied due process as much as possible, and your intent that I get assaulted as much as possible, and your intent that I get kidnapped and falsely imprisoned as much as possible, and my property stolen as much as possible and you have no intention of doing anything about it because it makes so much business for your so-called court, so you can assault me with your color of law rules and regulations and sell some of your "Justus", like Peggy Hayes, the Food and Beverage Director, at the Airport Hilton Garden Inn at 3422 East Elwood Street in Phoenix, on 28 December 2020 who subjected me to the deprivation of my right to fail to wear a face mask because of the corona virus hoax and subjected me to the associated executive orders (color of law) in violation of your 18 USC § 242 and they conspired together to threaten me, intimidate me, coerce me and injure me in the free exercise of my right to ignore color of law executive orders, and I was about to order breakfast in the restaraunt and had sat down, and the waitress wanted to know why I failed to wear a mask, Peggy Hayes claimed it was private property and I told them about their felonies under 18 USC § 242, and their conspiracy under 18 USC § 241, and Article IV Section 2 says that Congress shall have power to make all needful rules and regulations for the territory and other property of the United States, and I told them that they have a corporate franchise and are subject to regulations and are property of the United States, and they are NOT private, and that is EXACTLY what McBryde intends to generate business for his so-called court and McBryde and his (bought and paid for) whores intend to make sure I get assaulted by as much color of law as possible and they intend to make sure it continues and he intends to deny justice to make sure that the color of law continues to make business for his so-called court and his Roman Cult handlers and if I turn up dead, then McBryde's criminal corporation, and his Roman Cult handlers get to collect all of the fake money in the cestui que trust account for GLENN WINNINGHAM FEARN (in my case) on deposit with the Treasury, so either way it is a win-win-win scenario for McBryde and his gang of lying, thieving, perjuring, murdering, criminals, and it fails to matter what I say or do because McBryde and his PIGs intend to assault me with McBryde's color of law codes rules and regulations as evidenced herein and attached hereto, and because of the literally hundreds of times you and your BAR member scum and your PIGs have in fact assaulted me with your color of law codes, rules and regulations, because it is such good for business for McBryde's BAR member scum, and his so-called court, under McBryde's color of law 31 Stat., 1191, 1220, 1221, 1225, 1248, 1256, 1258, 1262, 1363, 1364, 1365, 1366, and 1370, so McBryde can get in on it by also assaulting me with his color of law rules and regulations, like McBryde has done numerous times, which is EXACTLY what is intended by Graham and his Roman Cult owned and operated US Senate traitors, you Perjuring treasonous Communist, Satanist, coward mother fucking, son of a bitch (no disrespect to dogs intended)!!

32   You, John McBryde, (bought and paid for) Clerk masquerading as a Judge, are NOTICED that I have lots of first hand knowledge of you and your PIGs love of perjuring your oaths, because if

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.-------------------------------------------------------------------------------Title Holder glenn winningham; house of fearn
With the Copy-Claim

you or your (bought and paid for) whores (Clerks masquerading as Judges) selling their "justus", think you own me

**"Section 2 Definitions (1) In this Act,**
**_owned_ means, subject to the regulations,…..;"** Canadian Ownership and Control Determination Act

**"The Congress shall have Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States; …"** Constitution for the United States of America, Article IV, Section 2

as demonstrated by your assaulting me with your fictitious color of law regulations by your coward Border PIGs, or your coward Internal Revenue Service PIGs, or your coward US Marshall PIGs, or your coward DHS/DPS PIGs, like your PIG Jim Palamino, and your coward City PIGs, in Lake Worth, North Richland Hills, Grapevine, Bedford, Fort Worth, Azle, Euless, or your coward Tarrant County and Walker County Sheriff PIGs, all you need to do is name a date, time, and place and I will come armed and we can settle it for once and for all, **you perjuring treasonous communist Satanist mother fucking son of a bitch, (no disrespect to dogs intended),** and any blood shed will be on your hands, but your Roman Cult handlers will be overjoyed if you get to shed some innocent blood for their Roman Cult god BAAL, so come on down and make my day and make their day too!!!!

33 You, John McBryde, (bought and paid for) Clerk masquerading as a Judge, are NOTICED that I have lots of first hand knowledge of you and your PIGs love of perjuring your oaths, because you are NOT in the business of fighting terrorists! You are in the business of creating terrorists and you are busy helping your PIGs create terrorists, because it is such good business for your so-called court, and then if somebody does exercise their right to defend themselves, your PIGs can have an excuse to murder them and shed some innocent blood for your Roman Cult god BAAL, and that is EXACTLY what you and your (bought and paid for) whores intend because you have made sure and will continue make sure your PIGs get completely away with their assaults, kidnappings, thefts, false imprisonments, and murders, because it brings in so much business for your so-called court, and if I turn up dead, then your criminal corporation, and your Roman Cult handlers get to collect all of the fake money in the cestui que trust account for GLENN WINNINGHAM FEARN (in my case) on deposit with the Treasury, so either way it is a win-win-win scenario for you and your gang of lying, thieving, perjuring, murdering, criminals, and it fails to matter what I say or do because you and our PIGs intend to assault me with your color of law codes rules and regulations as evidenced herein and attached hereto, and because of the literally hundreds of times you and your BAR member scum and your PIGs have in fact assaulted me with your color of law codes, rules and regulations, because it is so good for business for your BAR member scum, and your so-called court, under McBryde's color of law 31 Stat., 1191, 1220, 1221, 1225, 1248, 1256, 1258, 1262, 1363, 1364, 1365, 1366, and 1370, so you can get in on it by also assaulting me with your color of law rules and regulations, like you have done numerous times, which is EXACTLY what is intended by Graham and his Roman Cult owned and operated US Senate traitors, you perjuring treasonous Communist, Satanist, coward mother fucking, son of a bitch (no disrespect to dogs intended)!!

34 You, John McBryde, (bought and paid for) Clerk masquerading as a Judge, are NOTICED that I have lots of first hand knowledge of you and your PIGs love of perjuring your oaths, because the first order of business of your PIGs is to make sure I am unarmed so I am unable to defend myself, so they can drag me into your kangaroo so-called court with whores like you, therefore if your PIGs want to unlawfully arrest me, there will be no discussion, and I will be armed, and we will settle the matter right then and there. I know how you want to see me and people like me dead so then your criminal corporation, and your Roman Cult handlers get to collect all of the fake money in the cestui que trust account for GLENN WINNINGHAM FEARN (in my case) on deposit

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.------------------------------------------------------------------------------------Title Holder glenn winningham; house of fearn
With the Copy-Claim

with the Treasury, so either way it is a win-win-win scenario for you and your gang of lying, thieving, perjuring, murdering, criminals, and it fails to matter what I say or do because you and your PIGs intend to assault me with your color of law codes rules and regulations as evidenced herein and attached hereto, and because of the literally hundreds of times you and your BAR member scum and your PIGs have in fact assaulted me with your color of law codes, rules and regulations, because it is such good for business for your BAR member scum and your so-called court, under McBryde's color of law 31 Stat., 1191, 1220, 1221, 1225, 1248, 1256, 1258, 1262, 1363, 1364, 1365, 1366, and 1370, so you can get in on it by also assaulting me with your color of law rules and regulations, like you have done numerous times, which is EXACTLY what is intended by Graham and his Roman Cult owned and operated US Senate traitors, **you perjuring treasonous Communist, Satanist, coward mother fucking, son of a bitch (no disrespect to dogs intended),** so come on down and make my day!!! If I blow your PIGs brains out first the first words out of my mouth will be; "he wanted to complete a commercial transaction" and if your PIG blows my brains out, **GREAT, because the sooner I am out of this fucking hole the better!!!**

**"Give me liberty or give me death"** Patrick Henry

## so go ahead make my day you Perjuring communist treasonous coward mother fucking son of a bitch!

35   John McBryde, (bought and paid for) Clerk masquerading as a Judge, this document and every document that I have served on you, and will serve on you, are permanently recorded on the fabric of space-time and shall stand as a testimony against you and your PIGs, because we were all here before this universe was created and we will all be here when it goes away, and before God, Angels and anyone who reads this as a witness, i shake the dust of the earth from off my feet against you (Matt 10:14, Mark 6:11, Luke 9:5) and your PIG thugs, like Jim Palamino, and we will be talking about this on judgment day, ....**you Perjuring Communist Satanist coward mother fucking son of a bitch (no disrespect to dogs intended)!!**

**"In doing this, I shall have occasion incidentally to evince, how true it is that States and Governments were made for man, and, at the same time, how true it is that his creatures and servants have first deceived, next vilified, and, at last oppressed their master and maker."** Chisholm v Georgia, 2 Dal. 419 at p 455

**"A state like a merchant makes a contract. A dishonest state, like a dishonest merchant willfully refuses to discharge it."** Chisholm v Georgia, 2 Dal. 419 at p 456

36   Signed and Sealed in red ink on the soil of Texas.

All of the above is submitted "UNDER PENALTIES with PERJURY".

**Notice for the principal is notice for the agent and notice for the agent is notice for the principal.**

This instrument was prepared by glenn winningham; house of fearn.

GLENN WINNINGHAM FEARN, and all derivatives thereof
my Copyright

3 January 2021

_____ L.S.
glenn winningham; house of fearn, sui juris, Texian national
sovereign living soul, holder of the office of "the people",
a man standing on the soil of Texas
fails to be a US citizen slave
fails to be a cestui que trust

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.----------------------------------------------------------------------------------------------Title Holder glenn winningham; house of fearn
With the Copy-Claim

# Pedigree Chart

Chart no. 1



**16** John Alston Winningham
B: 21 Feb 1808
M: 1635
D: 19 Jul 1904

**8** John (Jack) R. Winningham
B: 22 Dec 1838
P: ,Overton,Tennessee,USA
M: 1885
P: ,Overton,Tennessee,USA
D: 5 Jan 1889
P: ,Overton,Tennessee,USA

**17** Permelia Mayfield
B: 1818
D: 1870

**4** James Carlton Winningham
B: 28 Apr 1856
P: ,Overton,Tennessee,USA
M: 1873
P:
D: 22 Apr 1922
P: Terral,Jefferson,O,USA

**18** Gray
B:
M:
D:

**9** Evelene Gray
B: 1 Jan 1837
P: ,Overton,Tennessee,USA
D: 20 Mar 1891
P: ,Overton,Tennessee,USA

**19** Polly Hill
B:
D:

**2** Quitman Elbert Winningham
B: 11 Aug 1886
P: Overton,Tennessee,USA
M: 5 Jul 1908
P: Terral,Jefferson,O,USA
D: 28 Feb 1958
P: Ryan,Jefferson,O,USA

**20** Allan McDonald
B: 1775
M:
D:

**10** Jason McDonald
B: 22 Jan 1817
P: ,Overton,Tennessee,USA
M: 1854
P: ,Overton Co.,Tennessee,USA
D: 4 Oct 1908
P: Monroe,Overton,T,USA

**21** Susannah Sells
B: 1785
D: 1855

**5** Clementine McDonald
B: 22 Sep 1862
P: ,Overton,Tennessee,USA
D: 1895
P: ,Lampasas,Texas

**22** Buckner Ledbetter
B: 1811
M: 1825
D: 1854

**11** Mary J. Ledbetter
B: 1826
P: ,Overton,Tennessee,USA
D: 1883
P: ,Overton,Tennessee,USA

**23** Virginia Jane Lions
B: 1812
D: 1865

**1** Hazel Lorene Winningham
B:
P:
M: 5 Nov 1975
P: Cardston,Alberta,Canada
D:
P:

**12** George M. Atkins
B: 1822
P: ,,Alabama
M:
P:
D:
P: ,,Texas

**24**
B:
M:
D:

**25**
B:
D:

**6** Robert Bell Atkins
B: 20 Jan 1859
P: Jacksonville,Cherokee,T,USA
M: 21 Aug 1883
P:
D: 25 Sep 1951
P: Chickasha,Grady,O,USA

**26**
B:
M:
D:

Roderick Murray Fearn
(Spouse of no. 1)

**13** Nancy Moranda Morgan
B: 1823
P: ,,North Carolina
D:
P:

**27**
B:
D:

**28** Miles McGinnis McDowell
B: 24 Jun 1804
M: 19 Oct 1825
D: 1836

**14** Wiley Galloway McDowell
B: 5 Aug 1833
P: ,Morgan,Alabama
M: 10 Nov 1852
P:
D: 28 Oct 1887
P: ,Tippah,Missouri

**29** Ann Aycock
B: 1798
D: 1835

**3** Ruby May Atkins
B: 5 May 1890
P: Mexia,Limestone,Texas,USA
D: 27 Aug 1960
P: Ryan,Jefferson,O,USA

**30** David Dean
B: 1806
M:
D:

**7** Katherine May McDowell
B: 26 Feb 1859
P: Wesson,Copiah,Missouri
D: Sep 1937
P: Terral,Jefferson,O,USA

**15** Mary Ann Dean
B: 10 Nov 1834
P: ,,Tennessee
D:
P:

**31** Elizabeth
B: 1802
D:

13 Aug 2012

# Pedigree Chart

Chart no. 1



**16** William Winningham
B:2 Jul 1732
M:
D:

**8** James J. Winningham
B:29 Feb 1756
P:,Prince George,Virginia,USA
M:13 Jun 1792
P:
D:25 Aug 1836
P:,Randolph,North Carolina,USA

**17** Sarah
B:
D:

**18**
B:
M:
D:

**4** Adam Winningham
B:1781
P:,Randolph,North Carolina
M:1801
P:
D:Sep 1859
P:,Overton,Tennessee,USA

**9** Sarah Nichols
B:1760
P:
D:
P:,Randolph,Virginia

**19**
B:
D:

**20**
B:
M:
D:

**2** John Alston Winningham
B:21 Feb 1808
P:,Randolph,North Carolina
M:1835
P:,Overton Co.,Tennessee,USA
D:19 Jul 1904
P:,Overton,Tennessee,USA

**10**
B:
P:
M:
P:
D:
P:

**21**
B:
D:

**22**
B:
M:
D:

**5** Isobell
B:1782
P:,,Virginia
D:1845
P:,Overton,Tennessee,USA

**11**
B:
P:
D:
P:

**23**
B:
D:

**1** John (Jack) R. Winningham
B:22 Dec 1838
P:,Overton,Tennessee,USA
M:1885
P:,Overton,Tennessee,USA
D:5 Jan 1889
P:,Overton,Tennessee,USA

**24** John Mayfield
B:1724
M:
D:

**12** Stephen Mayfield
B:1755
P:,Albemarle Co,Virginia,USA
M:
P:
D:1776
P:

**25** Della
B:
D:

**26** John Gilmore
B:
M:
D:

**6** John Mayfield
B:1783
P:,Essex County,Virginia,USA
M:13 Aug 1813
P:,Overton Co,Tennessee,USA
D:11 Oct 1826
P:,Overton,Tennessee,USA

**13** Bridgett Gilmore
B:
P:
P:
P:

**27** Judith
B:
D:

Evelene Gray
(Spouse of no. 1)

**28** William Todd Livingston
B:1714
M:1749
D:1778

**14** Henry Livingston
B:1 Mar 1765
P:,King & Queen Co.,Virginia
M:21 Feb 1793
P:
D:23 May 1834
P:,Overton Co.,Tennessee,USA

**29** Sarah Ware
B:
D:1794

**3** Permelia Mayfield
B:1818
P:,Overton,Tennessee,USA
D:1870
P:,Overton,Tennessee,USA

**30** Cornelius Carmack
B:18 Jun 1736
M:1758
D:18 Jul 1824

**7** Mary Polly Livingston
B:13 Mar 1795
P:,Washington Co.,Virginia,USA
D:
P:

**15** Susannah Carmack
B:30 Dec 1770
P:,Frederick Co.,Maryland,USA
D:1856
P:,Overton Co.,Tennessee,USA

**31** Margery Jane Evans
B:
D:

# Pedigree Chart

Chart no. 1



```
                                                                              16
                                                        8 John McDowell        B:
                                                          B:                   M:
                                                          P: ,,Scotland        D:
                                                          M:                  17
                                  4 John McDowell         P:                   B:
                                    B: 1758               D:                   D:
                                    P: ,,Ireland          P:                  18
                                    M: 21 May 1790                             B:
                                    P: ,,South Carolina,United States  9      M:
                                    D: 1856               B:                   D:
                                    P: ,Lawrence,Alabama  P:                  19
                                                          D:                   B:
  2 Miles McGinnis McDowell                               P:                   D:
    B: 24 Jun 1804                                                            20
    P: ,Wilkes,Georgia                                                         B:
    M: 19 Oct 1825                     10 Philemon Thomas                      M:
    P:                                    B:                                   D:
    D: 1836                               P:                                  21
    P: ,Morgan,Alabama                    M:                                   B:
                                  5 Sarah Thomas           P:                  D:
                                    B: 15 Jun 1772         D:                 22
                                    P: ,Marlboro,South Carolina,USA  P: ,,South Carolina,United States  B:
                                    D: 13 Aug 1856                             M:
                                    P: ,Lawrence,Alabama,USA  11               D:
                                                          B:                  23
                                                          P:                   B:
                                                          D:                   D:
                                                          P:
```

```
  1 Wiley Galloway McDowell                                                   24 William Aycock
    B: 5 Aug 1833                                                                B: 1705
    P: ,Morgan,Alabama                                                           M: 1736
    M: 10 Nov 1852                     12 Richard Aycock                          D: 1765
    P:                                    B: 1739                              25 Rebecca Pace
    D: 28 Oct 1887                        P: ,,Virginia,United States             B: 1665
    P: ,Tippah,Missouri                   M: 1768                                 D:
                                  6 Henry Aycock           P: ,North Carolina  26
                                    B: 1773                D: 1786                B:
    Mary Ann Dean                   P: ,North Carolina,United States  P: ,Wilkes,Georgia,United States  M:
    (Spouse of no. 1)               M: 26 Dec 1797                               D:
                                    P:                    13 Rebecca Thurman   27
                                    D: 1826                  B: 1743              B:
                                    P: ,Morgan,A,United States  P: ,Bertie,North Carolina,USA  D:
                                                            D: 1783
                                                            P: ,Wilkes,Georgia,USA
                                                                             28 John Stovall
                                                                                B:
                                  14 Drury Stovall            M:
                                     B: 1752                  D:
  3 Ann Aycock                       P:                    29 Dorcas
    B: 1798                           M:                       B:
    P: ,Morgan,Alabama                P:                       D:
    D: 1835                           D: 1826               30 John Stone
    P: ,Morgan,Alabama                P:                       B:
                                  7 Mildred Stovall           M:
                                    B: 1780                   D:
                                    P: ,,Virginia,United States  31 Mildred Corder
                                    D: 1854                    B:
                                    P: ,Morgan,A,United States  D:
                                  15 Ann Stone
                                     B: 1751
                                     P:
                                     D: 1821
                                     P:
```

13 Aug 2012

I, the President of the Republic of Texas, by the authority vested in my office, do hereby



# Commission

## *Glenn Winningham; house of Fearn*

for the Office of

## Charge d'Affairs

Having been justly appointed by the President and elected by the members of Congress of the Republic of Texas on the tenth day of the second month in the year of our Lord and Savior Two Thousand and Nine, and entrusted to the duties and responsibilities of said Office to maintain justice and ensure domestic tranquility involving foreign lands.

Signed and Sealed on this tenth day of the second month
in the year of our Lord and Savior Two Thousand and Nine.

Signed and Sealed by: Richard-Everett; Perkins
President of the Republic of Texas



Countersigned by: Billy-Darrell; Ford
Secretary of State of the Republic of Texas

Official Signature



Law Enforcement Sensitive



Texas Department of Public Safety, Intelligence and Counterterrorism Division

# Intelligence Bulletin

(September 7, 2010)

## OFFICER SAFETY
## CONSIDERED ARMED AND DANGEROUS



**GLENN WINNINGHAM FEARN**
DOB: 09/04/1957; 5'8", 200 lbs
Prior DL's: Utah and Montana (expired)
SSN: 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
Vehicle: 2008 Red Dodge RAM

<u>Summary</u>

In mid-June 2010, GLENN WINNINGHAM FEARN, a self proclaimed member of the Republic of Texas, sent a "Notice and Demand" letter to the Montana Highway Patrol threatening to use lethal force if stopped or "unlawfully arrested." FEARN has a history of sending letters to government offices declaring his sovereignty from the United States. Arizona, New York, Texas and now Montana.

On July 16, 2010. FEARN attempted to enter Canada through a Montana Port of Entry declaring his firearms. He was required to pay a duty tax which he refused. FEARN rented a storage locker for the firearms, returned the same day and entered Canada. FEARN was driving a red Dodge pick up bearing Texas license plate 54J-BP9. FEARN'S Dodge may also bear Republic of Texas plates "2092-A Private Property." Currently, FEARN is back in the US at an unknown location to law enforcement.

FEARN was born in Canada and is a naturalized US Citizen. He has used addresses in Casa Grande, AZ and in Fort Worth, TX which were found to be a private mailing and a shipping business. He has sent multiple mailings to Law Enforcement Agencies giving notice that he would assert his right to resist with lethal force if necessary. He may be unstable, unpredictable, and most likely armed. He should be considered armed and dangerous.

Anyone with comments or questions regarding this bulletin or if contact or arrest of FEARN is made, should contact TX DPS CID Agent ████████████ at ████████████ or the DPS Texas Fusion Center at 1-866-786-5972 or e-mail at txdpsintelcenter@txdps.state.tx.us.

Dear Dad,

I had really looked forward to having you come to Arizona. I was devistated when I realized we wouldn't be able to have you around all the time because of Barron's line of work / security clearance. I don't really understand fully why that is a thing, but it is. I feel really stuck between a rock and a hard place. On one hand I want you in my life, and you are such a great Grandpa to the kids and I want you in their lives! On the other hand Barron is very stressed having you hear knowing it may be putting his job in jeopardy, this in turn makes things hard for me also. You are my Dad! How could can I not welcome you into my home?!

I have so many conflicting feelings and that is why we have had you longer than we thought you should be with us. However, the past few days I have really started to feel more and more uneasy. This has all lasted much longer than we originally thought. You have also seemed more and more reclusive, which seems out of character. I'm not sure →

42

if it is because you are trying to stay out of our way because you know you've been around much longer than planned, but my un easy feelings have only been increasing and tonight I haven't been able to sleep worrying about all this.

Dad, I love you and I don't want you to resent me or Barron for this, it isn't our fault. It just is what it is, we can't have you here any longer, I don't think we should have you even another night.

I know you have to go to New Jersey, maybe you can leave early? Maybe Wilson can have you at his place? I know Washington is not where you want to be but maybe you can stay there for a bit and re-group? Just some ideas.

Dad, I love you and I want to be a good daughter and I hope you know that I am doing my best and I hope that is good enough for you. ♡♡

Love, Jess



U.S. Department of Homeland Security
Arlington, Virginia 20598



**Transportation
Security
Administration**

JUL 0 9 2014

## By First Class, Registered and Certified Mail - Return Receipt Requested

Mr. Glenn Fearn
6340 Lake Worth Blvd
#437
Fort Worth, TX 76135

Mr. Glenn Fearn
261 Main St.
Cardston, AB T0K 0K0, Canada

Mr. Glenn Fearn
PO Box 152
Babb, MT 59411

Re:   Initial Notification of Threat Assessment
      Federal Aviation Administration Airman Certificate Number 069685426

Dear Mr. Glenn Fearn:

This letter serves as an initial notification of a threat assessment (Initial Notification).
Based upon materials available to the Transportation Security Administration (TSA),
which I have personally reviewed, and pursuant to 49 United States Code § 46111, I have
determined that you pose, or are suspected of posing, a security threat.  Accordingly,
TSA is initiating the process to revoke all certificates issued to you by the Federal
Aviation Administration (FAA).

As part of this process, TSA is concurrently notifying the FAA of the determination
that you pose, or are suspected of posing, a security threat and requesting that the FAA
suspend all certificates issued to you by the FAA.

No later than 15 calendar days after the date of service of this Initial Notification, you
may serve upon TSA a written request for copies of releasable materials and an
unclassified summary of the classified information upon which this Initial Notification
was based.

In addition, you may serve upon TSA a written reply to the Initial Notification no later
than 30 calendar days after the date of service of the Initial Notification, or 30 days after
the date of service of TSA's response to your request for copies of the releasable
materials upon which this Initial Notification was based, whichever is later.  This written
reply should include any information that you believe TSA should consider in reviewing
the basis for the Initial Notification.

In your written reply, you may request an in-person or written hearing before an
administrative law judge.  If requested, the in-person hearing will be held either at TSA
headquarters or a location selected by TSA in the metropolitan Washington, D.C. area.
The administrative law judge will issue a written decision no later than 30 calendar days
after the conclusion of the hearing.  The administrative law judge's decision may be
appealed by either party to the Transportation Security Oversight Board (TSOB).  The

2

TSOB shall issue a Final Determination, which constitutes a final agency order.  You should serve all documents upon:

> Robert G. Seasonwein
> Assistant Chief Counsel
> Security Threat Assessment Operations
> TSA Headquarters
> 12th Floor, TSA -2
> 601 South 12th Street
> Arlington, VA  20598

TSA does not disclose classified information, as defined in Executive Order 12968 section 1.1(d), and TSA reserves the right to not disclose any other information or material not warranting disclosure or protected from disclosure under law.

You may, if you choose, be represented by counsel during this process at your own expense.

Sincerely,

J. W. Halinksi
Deputy Administrator

cc:    The Honorable Michael P. Huerta
       Administrator
       Federal Aviation Administration

Title Holder: Glenn Winningham, house of Fearn                    John H. McBride, private man, Notice and Demand 091512

**By Registered Mail RR 569 487 590 US**
To:
John H. McBride, the private man acting as Judge
United States District Court for the
Northern District of Texas
501 West 10th Street, Room 401
Fort Worth, Texas 76102-3673

From:
Glenn Winningham; house of Fearn
Non-Domestic Mail
C/O 6340 Lake Worth Blvd., #437
Fort Worth, Texas
Zip Code Exempt 18 USC § 1342

### Notice and Demand

**Ecclesiastical Notice for the Principal is Notice for the Agent and Notice for the Agent is Notice for the Principal.**

Reference your case number **4:12-cv-00638-Y**

I, Me, My, Myself, a man, a living soul, a sovereign, an inhabitant of the land of Texas, and a holder of the office of "the people", with an address correction: C/O Glenn Winningham; house of Fearn, Non-Domestic Mail, C/O 6340 Lake Worth Blvd., #437, Fort Worth, Texas, **Zip Code Exempt**, without your unlawful corporation United States, do hereby **notice** you of the following:

One.   You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that I accept your Oath. Please find an Oath acceptance document attached hereto, and incorporated herein by reference in its entirety.

Two.   You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that equality under the Law is paramount and mandatory by Law.

Three. You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that your *ces ti que* trust, JOHN H. MCBRIDE, is bonded with your Risk Management Department in the amount of one million dollars, with a one hundred thousand dollar deductible, but you the private man are fully liable civilly and criminally to "we the people" for your actions.

Four.   You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that if you think or assume that you are representing Me, the heir of God (Genesis 1:26), you are **fired**!

Five.   You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that neither you, nor any other man or woman, nor any person, is competent in dealing with any of My affairs.

Six.   You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that I am competent for dealing in all of My affairs.

Seven. You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that any communication with me, by you, your successors, or your subordinates shall be signed "under the penalty of perjury".

Eight.   You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that the cestul que trust names GLENN WINNINGHAM FEARN, GLENN W FEARN, and FEARN, GLENN WINNINGHAM, or any derivative thereof, are copyrighted, and further,

Nine.   You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that any violation My copyright(s), or making a legal determination for Me, representing Me, or communicating with Me in any manner not "under penalty of perjury" would constitute an acceptance to the fee of;
    a)   ten thousand, one troy ounce, pieces of pure silver, minimum; or
    b)   one million, one troy ounce, pieces of pure silver if violated for the purpose of profit/gain; or
    c)   ten million, one troy ounce, pieces of pure silver, if violated for the purpose of profit or gain more than three times within a year,

Page 1 (plus attachments)
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.

John H McBride, private man, Notice and Demand 091512
Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim

46

for each and every violation.

**Ten.**   You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that any violation as described in the paragraph above would constitute an agreement that I could seek relief from you, all of your corporate officers and directors as well as your parent corporation(s), and its officers and directors, jointly, severally, and personally.

**Eleven.**   You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that pursuant to 18 USC § 1342, My proper name is <u>Glenn Winningham; house of Fearn</u> and My proper postal address is;
**Non Domestic Mail**
**C/O 6340 Lake Worth Blvd., #437**
**Fort Worth, Texas**
**Zip Code Exempt**
(DMM 602.1.3.e.2, 18 USC § 1342) Ezekiel 33:1-10
and if it is not shown **exactly** like this, in any communication with Me, it is further agreed by you, your subordinates, and your successors, that you **intend** to be **guilty** of **mail fraud.**

**Twelve.**   You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that all Zip Codes are in Martial Law and any communication with Me, a sovereign living soul, with the use of a zip code, is treason (breach of trust), sedition, perjury of oath, mail fraud, and other indictable offenses, because by using a fictitious mailing address, they are criminally converting My postal address from the land known as Texas to a foreign martial law jurisdiction in United States.
**"As we have said, the Federal Personal Income Tax is collected under a Military Venue within a Martial-Law jurisdiction. Federal Reserve Notes are Military Scrip circulated within a Military Venue. The problem is the people don't understand how the entire United States is covered by a Military Venue.... Under the Social Security Act, there was brought into existence Ten Federal Regional Areas. These ten federal regional areas are the same as a military base. It is not unconstitutional to circulate "military scrip" on a military base as the base is considered to be a military venue. "Military scrip" cannot circulate in the civil jurisdiction of the several States. To get around this Constitutional bar, the Congress (via the Social Security Act), created Ten Military Venues, called Federal Regional Areas. The problem the Congress realized was, while Congress could restructure the Government agencies into these Federal Regional Areas, the people could not be identified to be within this Military Venue but by their own consent. The solution was to create another Military Venue which would trick the people to voluntarily accept recognition that they are within a Military Venue. Congress solved this problem by creating the ZIP CODE. The "zip code" divides the United States into Ten Military Venues called "National Areas." When a Citizen receives mail from an agency of the federal government (such as the I.R.S.), in the return address of the federal agency is the district within the regional area the letter is sent from, and on the address of the "Citizen" it was sent to is the national area [ZIP] in which he received the correspondence from the I.R.S.. In other words, the correspondence was sent from one of the federal regional areas [military venue] to one of the National Areas [another military venue]. "Taxing Districts" are established within one of the Federal Regional Areas, which places the collection of taxes under a martial law jurisdiction."**
Dyett v Turner 439 P2d 266 @ 269, 20 U2d 403 [1968] The Non-Ratification of the Fourteenth Amendment by Assistant Director A.H. Ellett, Utah Supreme Court

**Thirteen.**   You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that any communication to the *cestui que* trust GLENN WINNINGHAM FEARN, GLENN W.FEARN, or FEARN WINNINGHAM GLENN, or any derivative thereof, in addition to the copyright violations, it is treason (breach of trust), sedition, perjury of oath, and other indictable offenses because they are criminally converting My name for the specific purpose of violating My god given rights, because a trust has no rights, and is a slave (property).

**Fourteen.**   You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that if you communicate with Me, that in your communication, I shall be addressed **only** as "Glenn" because I am **not** a "Mr.", or a "Mister", or a "Sir", or a "Lord", or anything but "Glenn", and I have no titles of nobility, and it is further agreed that any deviation from this requirement shall be further proof of your **intent** to **perjure your oath**, engage in **sedition**, and **breach of trust**, and your **intent** to be **guilty** of all of these crimes and more.

Title Holder: Glenn Winningham, house of Fearn                                    John H. McBride, private man, Notice and Demand 091512

Fifteen.    You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that it is My intent, **never** to act as **surety**, or in any way be the guarantor, or an accommodation party for the fictitious entities (trusts) created by you, or your subordinates, or other government officials through **fraud**, **coercion**, **intimidation**, and **perjury of oath** and neither you, nor your successors, nor your subordinates, as implied under your oaths, shall attempt to impose, or even offer to impose such a thing on Me.

Sixteen.    You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that I am **not** a United States citizen, but I am an American National, and an inhabitant of the land known as Texas.

Seventeen.    You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that all living souls that are inhabiting the land known as Texas, are all American nationals, because at common law anyone who is on the land has all the rights protected by common law, and they have more rights than one of your US citizens.

Eighteen.    You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that "United States" in Title 6, United States Code is <u>the District of Columbia, the Commonwealth of Puerto Rico, the Virgin Islands, Guam, American Samoa, the Commonwealth of the Northern Mariana Islands</u>, and is NOT Montana, Texas, Arizona, Delaware, Maryland, or any of the states;
**"The term "United States", when used in a geographic sense, means any State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, the Virgin Islands, Guam, American Samoa, the Commonwealth of the Northern Mariana Islands, any possession of the United States, and any waters within the jurisdiction of the United States."**
6 USC § 101 (17) (A).

Nineteen.    You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that a "state" in Title 6 United States Code is "<u>The District of Columbia, the Commonwealth of Puerto Rico, the Virgin Islands, Guam, American Samoa, the Commonwealth of the Northern Mariana Islands</u>" and NOT Montana, Texas, Arizona, Delaware, Maryland, or any of the states;
**"The term "State" means any State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, the Virgin Islands, Guam, American Samoa, the Commonwealth of the Northern Mariana Islands, and any possession of the United States."**
6 USC § 101 (15).

Twenty.    You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that your military troops on the border are engaged in sedition by forcing their foreign martial law on Me in violation of 18 USC § 2384 which says;
**"If two or more persons in any State or Territory, <u>or in any place subject to the jurisdiction of the United States</u>, conspire to overthrow, put down, or to destroy by force the Government of the United States, <u>or to levy war against them</u>, <u>or to oppose by force the authority thereof</u>, or by force to prevent, hinder, or delay the execution of any law of the United States, or by force to seize, take, or possess any property of the United States contrary to the authority thereof, they shall each be fined under this title or imprisoned not more than twenty years, or both."**

Twenty-one.    You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that you are presumed to know the law;
**"In arriving at our decision in this matter we do not depart in any way from our holding in Huendling v. Jensen [\*300] that** [HN9] **the doctrine of judicial immunity extends to courts of limited jurisdiction. But, when a minor magistrate acts wholly without jurisdiction, civil liability attaches for his malicious and corrupt abuse of process and his willful and malicious oppression of any person under the pretense of acting in his official capacity. See Huendling v. Jensen, 168 N.W.2d at 749 and authorities cited."**
188 N.W.2d 294; 1971 Iowa Sup. LEXIS 863; 64 A.L.R.3d 1242

**"Officers of the court have no immunity, when violating a constitutional right, for they are deemed to know the law."** Owens v Independence 100 S.CT. 1398

Twenty-two.   You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that there is no such thing as a drivers license under Texas law.
*This court has held that there is no such license known to Texas Law as a "driver's license."* Frank John Callas v. State, 167 Tex. Crim. 375; 320 S.W. 2d 360

*We have held that there is no such license as a driver's license known to our law.* Claude D. Campbell v. State, 160 Tex. Crim. 627; 274 S.W.2d 401

*An information charging the driving of a motor vehicle upon a public highway without a driver's license charges no offense, as there is no such license as a driver's license known to the law.* Keith Brooks v. State 158 Tex. Crim. 546; 258 S.W.2d 317

*There being no such license as a "driver's" license known to the law, it follows that the information, in charging the driving of a motor vehicle upon a highway without such a license, charges no offense.*
W. Lee Hassell v. The State, 149 Tex. Crim. 333; 194 S.W.2d 400

Twenty-three. You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that in the event that I get stopped by one of your subordinates, and since there is no such thing as a drivers license, I will not have one, however, I will have a;
a)   a PHOTO IDENTIFICATION AFFIDAVIT which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2006-159373, and is also recorded with the republic of Texas Robertson County Recorder at Book 1, Line 9, as well as;
b)   a TRAFFIC STOP LAWFUL NOTICE which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2008-040493, and is also recorded with the republic of Texas Robertson County Recorder at Book 1, Line 17, as well as;
c)   a NON-NEGOTIABLE NOTICE AND DEMAND to all Corporate Commercial Agents, which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2010-034479,
true copies of each of which are attached hereto, and incorporated herein by reference in their entirety.

Twenty-four.   You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that because I am not involved in commerce in any way, I do not have a Motor Vehicle pursuant to 18 USC § 31 which says;
**"The term "Motor Vehicle" means every description of carriage or other contrivance propelled or drawn by mechanical power and used for commercial purposes on the highways in the transportation of passengers, passengers and property, or property or cargo.
The term "used for commercial purposes" means the carriage of persons or property for any fare, fee, rate, charge or other consideration, or directly or indirectly in connection with any business, or other undertaking intended for profit."**

Twenty-five.   You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that My private conveyance may have plates on it purporting to be associated with the republic of Texas similar to those, which are attached hereto, and incorporated herein by reference in their entirety, but in any event, it will be identified with the words PRIVATE VEHICLE, or NON-COMMERCIAL, or PRIVATE PROPERTY, in large unmistakable letters, on the rear bumper area. You are NOTICED that the reasons for these words being placed in the rear bumper area is because a Certificate of Title certifies that the state has the title, which means the state owns the vehicle, and these words provide notice that this vehicle is not owned by the state, even though it may have state plates on it, and any claim to the contrary is perjury of oath by any officer of the court or the state.

Twenty-six.   You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that that all documents that are recorded with the Pinal County Recorder may be viewed at their website at;
http://pinalcountyaz.gov/Departments/Recorder/Pages/DocumentSearch.aspx

Twenty-seven. You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that because of the Maxim of Law *ejusdem generis,* in definition sections of statutes the entities listed are all the same kind of entities,

49

"EJUSDEM GENERIS. Of the same kind, class, or nature. In the construction of laws, wills, and other instruments, the "ejusdem generis rule" is, that where general words follow an enumeration of persons or things, by words of a particular and specific meaning, such general words are not to be construed in their widest extent, but are to be held as applying only to persons or things of the same general kind or class as those specifically mentioned. Black, Interp. of Laws, 141; Goldsmith v. U. S., C.C.A.N.Y., 42 F.2d 133, 137; Aleksich v. Industrial Accident Fund, 116 Mont. 69, 151 P.2d 1016, 1021." Black's Law Dictionary 4th Edition, Page 608, Example: if a law refers to automobiles, trucks, tractors, motorcycles and other motor-powered vehicles, "vehicles" would not include airplanes, since the list was of land-based transportation.

"EJUSDEM GENERIS [Latin "of the same kind or class"] A canon of construction that when a general word or phrase follows a list of specifics, the general word or phrase will be interpreted to include only items of the same type as those listed. • For example, in the phrase horses, cattle, sheep, pigs, goats, or any other farm animal, the general language or any other farm animal — despite its seeming breadth — would probably be held to include only four-legged, hoofed mammals typically found on farms, and thus would exclude chickens. — Cf. EXPRESSIO UNIUS EST EXCLUSIO ALTERIUS; NOSCITUR A SOCIIS; RULE OF RANK." Black's Law Dictionary 8th Edition page 1568

Twenty-eight.  You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that in statute writing, the maxim of law says that the word "includes" means only that which comes after it and it excludes all else by its use;
"Inclusio unius est exclusio alterius. The inclusion of one is the exclusion of another. 11 Co. 58." Bouvier's 1856 Law Dictionary

"EXPRESSIO UNIUS EST EXCLUSIO ALTERIUS expressio unius est exclusio alterius [Law Latin] A canon of construction holding that to express or include one thing implies the exclusion of the other, or of the alternative.  For example, the rule that "each citizen is entitled to vote" implies that noncitizens are not entitled to vote. — Also termed inclusio unius est exclusio alterius; expressum facit cessare tacitum. Cf. EJUSDEM GENERIS; NOSCITUR A SOCIIS; RULE OF RANK. [Cases: Contracts 162; Statutes 195. C.J.S. Contracts §§ 307, 318–322, 327, 331; Statutes § 323.]" Black's Law Dictionary 8th Edition Page 1750

Twenty-nine.  You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that in statute writing, the word "includes" is a word of limitation.
<u>Montello Salt v. Utah 221 US 455</u>
"'include' or the participial form thereof, is defined 'to comprise within'; 'to hold'; 'to contain'; 'enclosed'; 'comprised'; 'comprehend'; 'embrace'; 'involve'."

"Include 1.  To confine within; to hold; to contain; as, the shell of a nut includes the kernel; a pearl is included in a shell. [But in these senses we more commonly use inclose.] 2.  To comprise; to comprehend; to contain." American Dictionary of The English Language, Noah Webster, 1828

"Include. (Lat. inclaudere, to shut in, keep within.) To confine within, hold as in an inclosure, take in, attain, shut up, contain, inclose, comprise, comprehend, embrace, involve. Premier Products Co. v. Cameron, 240 Or. 123, 400 P.2d 227, 228." Black's Law Dictionary 6th Edition, page 763

"INCLUDE. (Lat. inclaudere, to shut in, keep within). To confine within, hold as in an inclosure, take in, attain, shut up, contain, inclose, comprise, comprehend, embrace, involve. Miller v. Johnston, 173 N.C. 62, 91 S.E. 593. Prairie Oil and Gas Co. v. Motter, D.C.Kan., 1 F.Supp. 464, 468; Decorated Metal Mfg. Co. v. U. S., 12 Ct.Cust.App. 140; In re Sheppard's Estate, 179 N.Y.S. 409, 412, 189 App.Div. 370; Rose v. State, 184 S.W. 60, 61, 122 Ark. 509; United States ex rel. Lyons v. Hines, 103 F.2d 737, 740, 70 App.D.C. 36, 122 A.L.R. 674." Black's Law Dictionary 4th Edition, page 905,

Thirty.  You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that the words "person" and "whoever" are ONLY used for corporations and fictitious entities, and an "individual" is a 15 USC § 44 unincorporated corporation (cestui que trust);
"the words "person" and "whoever" include corporations, companies, associations, firms, partnerships, societies, and joint stock companies, as well as individuals;" 1 USC § 1

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.                                                                                          Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim

Title Holder: Glenn Winningham, house of Fearn                    John H. McBride, private man, Notice and Demand 091512

Thirty-one.     You, John H. McBride, the private man acting as Judge, United States District Court for
the Northern District of Texas, and subordinates and successors, are NOTICED as implied under
your oaths, that it is a felony for "whoever" to claim to be a US citizen when it is known that they are
not, and even though I can prove that I am NOT a "whoever", I do not bear false witness, therefore I
cannot claim to be a US citizen, when I know that I am NOT;
**"Whoever falsely and willfully represents himself to be a citizen of the United States shall be
fined under this title or imprisoned not more than three years, or both."** 18 USC § 911

Thirty-two.     You, John H. McBride, the private man acting as Judge, United States District Court for
the Northern District of Texas, and subordinates and successors, are NOTICED as implied under
your oaths, that a United States citizen is a "person";
**"All persons born or naturalized in the United States, and subject to the jurisdiction thereof,
are citizens of the United States..."** 14th Amendment Section 1

Thirty-three.    You, John H. McBride, the private man acting as Judge, United States District Court for
the Northern District of Texas, and subordinates and successors, are NOTICED that I do not have
any firsthand knowledge of any birth, and anything else about any birth is hearsay, and inadmissible
as evidence in any court, because both of my parents are now dead, and I have not been given an
opportunity to cross examine them, or their doctor involved, under oath, to determine the veracity of
their information.

Thirty-four.    You, John H. McBride, the private man acting as Judge, United States District Court for
the Northern District of Texas, and subordinates and successors, are NOTICED that your hired
thugs operate exclusively under the color of law, and I <u>demand</u> and <u>have</u> My God given rights as
affirmed and secured by the Magna Carta, the Northwest Ordinance, the Articles of Confederation,
and the US Constitution, not to be subjected to your foreign martial law jurisdiction, under the color
of law.
**"Color"** means **"An appearance, semblance, or simulacrum, as distinguished from that which
is real. A prima facia or apparent right. Hence, a deceptive appearance, a plausible, assumed
exterior, concealing a lack of reality; a disguise or pretext. See also colorable."** Black's Law
Dictionary, 5th Edition, on page 240.

**"Colorable"** means **"That which is in appearance only, and not in reality, what it
purports to be, hence counterfeit feigned, having the appearance of truth."** Windle v. Flinn,
196 Or. 654, 251 P.2d 136, 146.

**"Color of Law"** means **"The appearance or semblance, without the substance, of
legal right. Misuse of power, possessed by virtue of state law and made possible only
because wrongdoer is clothed with authority of state is action taken under 'color of law.'"**
Atkins v. Lanning. D.C.Okl., 415 F. Supp. 186, 188.

Thirty-five.    You, John H. McBride, the private man acting as Judge, United States District Court for
the Northern District of Texas, and subordinates and successors, are NOTICED as implied under
your oaths, that I am not a person, as far as your statutes are concerned, because a "person" is:
a)  *"a variety of entities other than human beings."* Church of Scientology v  U.S. Department of
Justice, 612 F2d 417 (1979) at pg 418
b)  *"...foreigners, not citizens...."* United States v Otherson, 480 F. Supp. 1369 (1979) at pg
1373.
c)  *"Person:* ---*term* may include labor organizations, partnerships, associations, corporations,
legal representatives, trustees, trustees in bankruptcy, or receivers... <u>Scope and delineation of
term is necessary for determining those to whom Fourteenth Amendment of Constitution affords
protection since this Amendment expressly applies to ---person.</u>"
*Black's Law Dictionary, Sixth Edition*

and a sovereign is not a "person" in a legal sense and as far as a statute is concerned;
a)  *" 'in common usage, the term 'person' does not include the sovereign, [and] statutes
employing the [word] are normally construed to exclude it.'* Wilson v Omaha Tribe, 442
US653 667, 61 L Ed 2d 153, 99 S Ct 2529 (1979) (quoting United States v Cooper Corp. 312
US 600, 604, 85 L Ed 1071, 61 S Ct 742 (1941). See also United States v Mine Workers, 330
US 258, 275, 91 L Ed 884, 67 S Ct 677 (1947)"* Will v Michigan State Police, 491 US 58, 105 L.
Ed. 2d 45, 109 S.Ct. 2304
b)  *"a sovereign is not a person in a legal sense"* In re Fox, 52 N. Y. 535, 11
Am. Rep. 751; U.S. v. Fox, 94 U.S. 315, 24 L. Ed. 192

Thirty-six.    You, John H. McBride, the private man acting as Judge, United States District Court for
the Northern District of Texas, and subordinates and successors, are NOTICED as implied under
your oaths, that the <u>only</u> legitimate power that is held by <u>any</u> governmental entity, is power that
"We the people" delegated, and "we the people" are not subject to your codes, rules, and

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title
Holder.
John H McBride, private man, Notice and Demand 091512
Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim

regulations, and I <u>demand and have My God given Right</u> to complete and total access to <u>all</u> of My Common Law rights as affirmed and secured by the Magna Carta, the Northwest Ordinance, the Articles of Confederation, and the US Constitution,

**"Sovereignty itself is, of course, not subject to law, for it is the author and source of law; ... while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts."**
Yick Wo v Hopkins, 118 US 356, at pg 370;

**"The governments are but trustees acting under derived authority and have no power to delegate what is not delegated to them. But the people, as the original fountain might take away what they have delegated and entrust to whom they please. ... The sovereignty in every state resides in the people of the state and they may alter and change their form of government at their own pleasure."** Luther v. Borden, 48 US 1, 12 Led 581.

Thirty-seven.   You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that "We the people" have all the rights of the King or Queen as applicable,
**"The people or sovereign are not bound by general word in statutes, restrictive of prerogative right, title or interest, unless expressly named. Acts of limitation do not bind the King or the people. The people have been ceded all the rights of the King, the former sovereign,......It is a maxim of the common law, that when an act is made for the common good and to prevent injury, the King shall be bound, though not named, but when a statute is general and prerogative right would be divested or taken from the King (or the people) he shall not be bound."** People v Herkimer, 4 Cowen (NY) 345, 348 (1825)

**"Every citizen & freeman is endowed with certain rights & privileges to enjoy which no written law or statute is required. These are the fundamental or natural rights, recognized among all free people."** U.S. v. Morris, 125 F 322, 325.

Thirty-eight.   You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that you have no immunity whatsoever, because all officers of all governments are presumed to know the law, and the Magna Carta requires it, as does Ezra 7:23-26, and I <u>demand and have My God given rights</u> have <u>all</u> of those private men and women acting as public servants are held to their Oaths, and all that their Oaths imply,
**"Officers of the court have no immunity, when violating a constitutional right, for they are deemed to know the law."** Owens v Independence 100 S.C.T. 1398 (Ezra 7:23-26)

Thirty-nine.   You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that the phrase "due process of law", as found in Article Five in Amendment, for the Constitution for the United States of America, means by indictment at common law and by trial at common law and conviction before a jury of My peers,
**"Ld. Coke in his commentary upon this statute says that these words "by the law of the land" mean "by the due course and process of law"; which he afterwards explains to be, "by indictment and presentment of good and lawful men where such deeds are done in due manner or by writ original of the common law" 2 Inst. 45,50"** Tayler v Porter, 4 Hill 773 (1843) New York Supreme Court.

Forty.   You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that the <u>only</u> way you can do <u>anything</u> to cause Me injury in <u>any</u> way is with a jury of My peers or the law of the land (common law), as affirmed for "persons" only in Article Five in Amendment;
**"No person shall be...deprived of life, liberty, or property without due process of law..."** Article Five in Amendment, Constitution for the United States of America

Forty-one.   You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that I am not a United States citizen, but I am a American national, because nationality is common law.
**"It is however, true that in all common-law countries it has always and consistently been held that the wife and minor children take the nationality of the husband and father.  That is common-law doctrine."** In Re Page 12 F (2d) 135.

Forty-two.   You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that you are not authorized, nor shall you serve commercial process on Me.

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.
Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim

Forty-three.    You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that changes that are few, and simple, and independent can be considered Amendments;
**"...Includes only the power to amend any section in such a manner that such Amendment, if approved, would be complete within itself, relate to one subject and not substantially affect any other section of the Constitution or require further Amendments to the Constitution to accomplish its purpose."** Adams v Gunter, 238 So.2d 824

Forty-four.    You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that a revision is affects many parts of a document;
**". . . the wide and diverse range of subject matters proposed to be voted upon, and the revisional effect which it would necessarily have on our basic plan of government. The proposal is offered as a single amendment but it obviously is multifarious. It does not give the people an opportunity to express approval or disapproval severally as to each major change suggested. . . ."** McFadden v Jordan, 196 P.2d 787

Forty-five.    You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that the so-called Fourteenth Amendment is actually a revision because it changes many things in the Constitution, including property rights, citizenship, taxes, apportionment, the debt, and more.

Forty-six.    You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that Congress does not have the authority to revise the constitution, therefore, the Fourteenth Amendment is a nullity;
**"An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed."** Norton vs Shelby County, 118 U.S. 425, p. 442

Forty-seven.    You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that the so-called fourteenth amendment is for slaves;
**"The (14th) amendment referred to slavery. Consequently, the only persons embraced by its provisions, and for which Congress was authorized to legislate in the manner were those then in slavery."** Bowling v. Commonwealth, (1867), 65 Kent. Rep. 5, 29.

**"No white person born within the limits of the United States and subject to their jurisdiction, or born without those limits and subsequently naturalized under their laws, owes his status of citizenship to the recent amendments to the Federal Constitution."** Van Valkenburg v. Brown, 43 Cal 43

**"All citizens of the United States shall have the same right, in every State and Territory, as is enjoyed by white citizens thereof to inherit, purchase, lease, sell, hold, and convey real and personal property."** 42 USC § 1982

**"The term resident and citizen of the United States is distinguished from a Citizen of one of the several states, in that the former is a special class of citizen created by Congress."** U.S. v. Anthony 24 Fed. 829 (1873)

Forty-eight.    You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that as implied under your oaths, that you have no authority to impose anything in the so-called Fourteenth Amendment or any subsequent amendment on Me.

Forty-nine.    You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that I do not have to stop, or communicate with you, your successors, or your subordinates, that you and your hired thugs are terrorists;
**"Terrorism - noun – 2 A system of government that seeks to rule by intimidation."** Funk and Wagnal's New Practical Standard Dictionary (1946).

Fifty.    You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that you are My agent;

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.
Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim

"the government is but an agency to the state," -- the state being the sovereign people. *State v. Chase, 175 Minn, 259, 220 N.W. 951, 953.*

Fifty-one.    You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that the **Internal Revenue Code**, and the **Transportation Code**, and the **Immigration Code**, and the **Customs Code**, are NOT positive law, and you have no authority whatsoever, to impose anything in any of them, and you shall **not** attempt to impose **anything** in any **color of law** Statutes, Codes, Rules, or Regulations, on Me.

Fifty-two.    You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that a "person" is a fictitious entity, as found in the Texas Transportation Code and the Texas Government Code, and an "individual" as found in the Texas Transportation Code is a 15 USC § 44 unincorporated corporation (*cestui que* trust);
""**Person" means an individual, firm, partnership, association, or corporation.**"
Texas Transportation Code Section 541.001 (4)

""**Person" includes corporation, organization, government or governmental subdivision or agency, business trust, estate, trust, partnership, association, and any other legal entity.**"
Texas Government Code 311.005 (2)

Fifty-three.    You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that in the Texas region of the District of Columbia, an operator is a fictitious entity;
""**Operator" means, as used in reference to a vehicle, a person who drives or has physical control of a vehicle.**" Texas Transportation Code Section 541.001 (1)

Fifty-four.    You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that in the Texas region of the District of Columbia Police Officers are ONLY authorized to arrest fictitious entities for traffic violations;
""**Police officer" means an officer authorized to direct traffic or arrest persons who violate traffic regulations.**" Texas Transportation Code Section 541.002 (4)

Fifty-five.    You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that the word "state" in the Texas Transportation Code means any agency of the United States;
""**State," when referring to a part of the United States, includes any state, district, commonwealth, territory, and insular possession of the United States and any area subject to the legislative authority of the United States of America.**"
Texas Government Code 311.005(7)

""**United States" includes a department, bureau, or other agency of the United States of America.**" Texas Government Code 311.005(9)

""**State" has the meaning assigned by Section 311.005, Government Code, and includes a province of Canada.**" Texas Transportation Code Section 541.002 (5)

Fifty-six.    You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that Maryland has to recognize Texas law, because of the "full faith and credit" clause of the "We the People" document, and I have a common law <u>right</u> to travel from state to state and enjoy all of the rights and privileges of citizenship, and any <u>right</u> is <u>not subject to regulation</u> in any way.

Fifty-seven.    You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that "transportation" is <u>punishment</u> and is unknown to common law;
"**TRANSPORTATION, punishment. In the English law, this punishment is inflicted by virtue of sundry statutes; it was unknown to the common law. 2 H. Bl. 223. It is a part of the judgment or sentence of the court, that the party shall be transported or sent into exile. 1 Ch. Cr. Law, 789 to 796: Princ. of Pen. Law, c. 4 §2.**" Bouvier's Law Dictionary 1856 Edition

Fifty-eight.    You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that "traffic" is commercial;

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.————————————————————————————Title Holder Glenn Winningham; house of Fearn
                                                                                                        With the Copy-Claim

"TRAFFIC. Commerce, trade, sale or exchange of merchandise, bills, money and the like."
Bouvier's Law Dictionary 1856 Edition

Fifty-nine.   You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that your Transportation Code is NOT Positive Law and is an absolute nullity;
"An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed." Norton vs Shelby County, 118 U.S. 425, p. 442,

"Positive Law. Law actually and specifically adopted by proper authority for the government or an organized jural society." Black's Law Dictionary, 5th Edition [Emphasis added]

"absolute nullity. Civil law. 1. An act that is void because it is against public policy, law, or order. • The nullity is noncurable. It may be invoked by any party or by the court. See La. Civ. Code arts 7, 2030. 2. The state of such a nullity." Black's Law Dictionary 8th Edition, p 3391

Sixty.   You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that because I am a sovereign living soul, and a holder of the office of "the people", and an inhabitant of the land of Texas, that it also holds true that I am not a "person" as found in any of your corporate commercial codes, rules, and regulations, and therefore, your law merchant, a/k/a private international law, a/k/a martial law, a/k/a canon law, does not apply to Me, and if you, your successors, or one of your subordinates, attempts to impose one of your law merchant so-called contracts upon Me, your subordinate and you will be engaging in Perjury of Oath, Sedition, and Treason, as well as giving aid and comfort to the enemy in a time of war.
Inasmuch as every government is an artificial person, an abstraction, and a creature of the mind only, a government can interface only with other artificial persons. The imaginary, having neither actuality nor substance, is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that no government, as well as any law, agency, aspect, court, etc. can concern itself with anything other than corporate, artificial persons and the contracts between them.
Penhallow v. Doane's Administraters 3 U.S. 54; 1 L.Ed. 57; 3 Dall. 54, (1795)

"No action can be taken against a sovereign in the non-constitutional courts of either the United States or the state courts & any such action is considered the crime of Barratry. Barratry is an offense at common law."  State vs. Batson, 17 S.E. 2d 511, 512, 513.

"...where any state proceeds against a private individual in a judicial forum it is well settled that the state, county, municipality, etc. waives any immunity to counters, cross claims and complaints, by direct or collateral means regarding the matters involved." Luckenback v. The Thekla, 295 F 1020, 226 Us 328; Lyders v. Lund, 32 F2d 308;

"When enforcing mere statutes, judges of all courts do not act judicially" (and thus are not protected by "qualified" or "limited immunity," - SEE: Owen v. City, 445 U.S. 662; Bothke v. Terry, 713 F2d 1404) - - "but merely act as an extension as an agent for the involved agency -- but only in a "ministerial" and not a "discretionary capacity..." Thompson v. Smith, 154 S.E. 579, 583; Keller v. P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464. Immunity for judges does not extend to acts which are clearly outside of their jurisdiction. Bauers v. Heisel, C.A. N.J. 1966, 361 F.2d 581, Cert. Den. 87 S.Ct. 1367, 386 U.S. 1021, 18 L.Ed. 2d 457 (see also Muller v. Wachtel, D.C.N.Y. 1972, 345 F.Supp. 160; Rhodes v. Houston, D.C. Nebr. 1962, 202 F.Supp. 624 affirmed 309 F.2d 959, Cert. den 83 St. 724, 372 U.S. 909, 9 L.Ed. 719, Cert. Den 83 S.Ct. 1282, 383 U.S. 971, 16 L.Ed. 2nd 311, Motion denied 285 F.Supp. 546).

"Where there is no jurisdiction there is no judge; the proceeding is as nothing. Such has been the law from the days of the Marshalsea, 10 Coke 68; also Bradley v. Fisher, 13 Wall 335,351." Manning v. Ketcham, 58 F.2d 948.

and all judgments entered in My case are void judgments, and I can collaterally attack them in any way, and at any time, because the Courts have further decreed, want of jurisdiction makes "...all acts of judges, magistrates, sheriffs, local police, all void and not just voidable." Nestor v. Hershey, 425 F2d 504.

Sixty-one.   You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that the use of any statutes, codes, rules, regulations, or court citations, within any document created by Me, at any time, is only to notice that which is applicable to you, and is not

intended, not shall it be construed, to mean that I have conferred, submitted to, or entered into any jurisdiction alluded to thereby.

Sixty-two.    You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that I am not bankrupt like you and your corporation, and I have in my possession much more than thirty pieces of silver, each piece of which is one troy ounce of pure silver, and I <u>demand and have My God given right</u> not to be treated like a pauper;
"**The better to secure and perpetuate mutual friendship and intercourse among the people of the different States in this Union, the free inhabitants of each of these States, <u>paupers, vagabonds, and fugitives from justice excepted</u>, shall be entitled to all privileges and immunities of free citizens in the several States; and the people of each State shall free ingress to and from any other State...**" Article IV of the Articles of Confederation

Sixty-three.  ·  You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that because I have "people", "land", and "resources" (lawful money) that I am a nation under international law.

Sixty-four.    You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that while I do travel on the land known as Texas, or elsewhere on Turtle Island, from time to time, but I am not even remotely interested in being in your criminal corporation called United States, or in any of its political subdivisions called STATE OF TEXAS, or STATE OF TENNESSEE, or STATE OF DELAWARE, or any such municipal corporation, and I shall not be in any of your criminal municipal corporations,
"**There has been created a fictional federal State (of)  xxxxxx within a state. See Howard v. Sinking Fund of Louisville, 344 U.S. 624, 73 S.Ct. 465, 476, 97 L.Ed. 617 (1953);**" Schwarts v. O'Hara TP School District, 100 A 2d. 621, 625, 375, Pa. 440

and any attempt by you, or your subordinates, to coerce or intimidate Me into your municipal corporation is **perjury of oath, treason, and sedition, <u>at a minimum</u>**, by whoever does it, and you.

Sixty-five.    You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that I am not party to, nor subject to the term "<u>conflict of laws</u>."
"**... [T]he body of learning we call <u>conflict of laws</u> elsewhere is called private international law because it is applied to adjustment of <u>private interests</u>, while public international law is applicable to the relations between states.**" Garner v. Teamsters, Chauffeurs & Helpers Local Union, 346 US 485, 495; 98 L Ed 228; 74 S Ct 161 [emphasis added]

"**In the sense of <u>public</u> international law, the several states of the Union are neither foreign to the United States nor are they foreign to each other, but <u>such is not the case in the field of private international law</u>.**" Robinson v. Norato, 71 Ri 256, 43 A2d 467, 162 ALR 362. [emphasis added]

and the <u>Uniform Commercial Code</u>, by the copyright owner's own admission, is <u>Private International Law</u>. To simplify and explain the course of events that leads us to the mass confusion of "Public is Private" and "Private is Public", I have immediately below included as follows:

The first "connection" from the highest, and most potent, position is:

a. **77 Stat. 630-631, P.L. 88-243 (1963) and P.L. 88-244 (1963)** introduces and "makes law" providing the Uniform Commercial Code (UCC) as <u>Private Law</u> enacted for the municipal District of Columbia and the United States (federal government). These laws/actions were/are expressly in force and effect on <u>citizens</u> of the federal government. PL 88-243, 77 Stat 630 is "**AN ACT To enact the Uniform Commercial Code for the District of Columbia, and for other purposes.**" [emphasis added] This is where the uniform commercial code enters as the implied "law of the land" for the Federal Government.

For sake of simplicity, a "Public Law", as referenced, P.L. 88-244, is Private Law only meant for private <u>corporate citizens</u>, not "We The People".

**(i)** "A <u>private law</u> is one which is confined to particular individuals, associations, or <u>corporations</u>": 50 AmJur 12, p.28

**(ii)** A <u>private law</u> can be enforced by a court of competent jurisdiction when statutes for its enforcement are enacted: 20 AmJur 33, pgs. 58, 59.

Page 11 (plus attachments)
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.

John H McBride, private man, Notice and Demand 091512
Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim

**(iii)** Statutes creating corporations are <u>private acts</u>: 20 AmJur 35, p. 60.

**(iv)** In this connection, the **Federal Reserve Act** is <u>private law</u>. Federal Reserve banks derive their existence and corporate power from the Federal Reserve Act: <u>*Armano v. Federal Reserve Bank*</u> 468 F.Supp 674 (1979).

**(v)** The distinction between <u>public and private acts</u> is not always sharply defined when published statutes are printed in their final form: <u>*Case v. Kelly*</u> 133 U.S. 21 (1890).

**b.** it is all **private law and International Law** (but, may be referred to as **<u>Private International Law</u>**), and it is owned by the same people that <u>own</u> public law 88-243 (1968). **The UCC was written and is owned by UNIDROIT.** it is in the Vatican (actually, it is only about one hundred yards from the "Holy See"), and

**(i)** To properly address "public law", one must understand that it is "Private Corporate Charter" that owns the "P.L." and it is all "statutory". Public Law was converted to Public Policy in 1938 (policy = political = police). All private corporations, including governments, are under "public policy" and are to deal <u>only</u> with other corporations, as exemplified herein.

**(ii)** Private Man is not affected by public law, public policy, private law, or anything else, as long as, Private Man does not harm another Private Man. He is not "statutory", but Lawful.

**(iii)** Public means: of, concerning, or affecting the common unity of the people, the Assemblage of Private Man.

**(iv)** Private means: not available for public use, control, or participation, belonging to a particular person or persons, as opposed to the public or the government (remember, as a corporation, the government becomes no more than any other corporate "person"), not holding an official or public position.

**(v)** "<u>**The entire taxing and monetary systems are, hereby, placed under the U.C.C.**</u>" The Federal Tax Lien Act of 1966. [emphasis added]

**c. The U.S. pays $260,000 per year to UNIDROIT for the use of the copyrighted UCC.** The International Registry is the private law of UNIDROIT, and since the United States has signed onto the UNIDROIT statute, (International Institute for the Unification of Private Law), which is all about Private International Law, which is another name for the Uniform Commercial Code, and UNIDROIT is owned and operated by the Vatican, and they intend to enforce their satanic religious ceremony on Me and millions of other people on the land of America, and elsewhere, and this is further proof that the corporation called United States is owned and operated by the Vatican to further their satanic agenda, and they are using their commercial law to enforce their martial law jurisdiction.

Sixty-six.       You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that My rights are "<u>unalienable</u>" as found in the positive law embodied in the Declaration of Independence (1776), which means that they <u>cannot</u> be alienated under <u>any</u> circumstances, and you and your subordinates know this because they always criminally convert My name in some way with all block capital letters, into a dead thing (trust) to facilitate their violation of My rights.
**"it will be admitted on all hands that with the exception of the powers granted to the states and the federal government, through the Constitutions, the people of the several states are unconditionally sovereign within their respective states."**
Ohio L. Ins. & T. Co. v. Debolt, 16 How. 416, 14 L.Ed. 997.

Sixty-seven.    You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that any (so-called) contract which appears to alienate <u>any</u> of My God given rights, as one of "the people", involving <u>any</u> government in America, or <u>any</u> agency of any government in America, is a <u>nullity</u>, because the government <u>cannot</u> commit <u>treason</u> (breach of trust), and <u>any</u> presumption to the contrary by <u>any</u> Officer of <u>any</u> Court, is Perjury of Oath, Treason, and sedition at a minimum.

Sixty-eight.    You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that all corporations are by definition incorporated into the government, therefore any so-called contract with any corporation is by definition a nullity, because the government cannot commit treason, by getting me into some so-called contract by which I lose my God given rights.

Sixty-nine.    You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that the **only** valid contract involving Me, one of "the people", is a common law contract, between living souls, with full disclosure, in writing, with full knowledge, and intent, and signed in red ink on the land of Turtle Island (America), and this does **not** include **any** law merchant (so-called) contracts, or any contracts with any fictitious entities.

Seventy.    You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that all corporations are, by definition, **incorporated** into the government, therefore they are all agencies of the government, and **all** contracts with **any** government agency is a **nullity**, as far as **any** violation of My rights is concerned, whether the so-called contract is in writing or not. **"absolute nullity. Civil law. 1. An act that is void because it is against public policy, law, or order. • The nullity is noncurable. It may be invoked by any party or by the court. See La. Civ. Code arts 7, 2030. 2. The state of such a nullity."** Black's Law Dictionary 8th Edition, p 3391, and

Seventy-one.    You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that all so-called courts in the United States are corporate commercial courts, tribunals, and operate exclusively under martial law which originates with Canon Law and the Vatican, in violation of God's Law, Deuteronomy 4:2.
**"The United States District Court . . . . is not a true United States court established under Const. art. 3, to administer the judicial power of the United States, but was created by virtue of the sovereign congressional faculty, granted under Article 4, § 3, of making all needful rules and regulations respecting the territory belonging to the United States."** Balzac v People of Puerto Rico, 258 U.S. 298

Seventy-two.   You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that you and your subordinates create a *cestui que* trust with the name of FEARN GLENN WINNINGHAM, or GLENN WINNINGHAM FEARN, or GLENN A FEARN, or any such derivative thereof, in my case, and then you proceed against me, the living soul, with the intent of getting Me, the living soul to be a surety or accommodation party for the "trust" that you created, and you use this as a mechanism to facilitate the violation of My God given rights, deliberately, and calculatedly for your own personal gain.
**"A Divine Trust is the highest possible form of Trust and unique as the only possible type of Trust that can hold actual Form, rather than the Rights of Use of Form being Property."** Canon 1170

**"In accordance with these canons, a Divine Trust can never be terminated."** Canon 1171

**"In accordance with these canons, every child or higher order spirit that is borne from now until the end of time possesses a Divine Personality through the creation of their Divine Trust before any other legal entity or claim."** Canon 1179

Seventy-three. You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that your US citizen *cestui que trust* is a fraud, because I am NOT dead, and you know it, and under your Cestui Que Vie Act 1666, 1666 CHAPTER 11, 18, and 19 Cha 2, in Section IV it says;
**"if the supposed dead Man prove to be alive, then the Title is revested..."**

Seventy-four.   You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that your so-called court operates exclusively under martial law and the proof of that is found in the military gold fringed flag that hangs in your rooms.
**"The gold-fringed flag only stands inside military courts that sit in summary court martial proceedings against civilians and such courts are governed in part by local rules, but more especially by The Manual of Courts Martial, U.S., 1994 Ed., at Art. 99, (c)(1)(b), pg. IV-34,"** PIN 030567-0000, U.S. Government Printing Office, Wash. D.C.

**"LAW OF THE FLAG law of the flag. Maritime law. The law of the nation whose flag is flown by a particular vessel where it is registered. [Cases: Shipping 2.C.J.S. Shipping § 1.]"** Black's Law Dictionary 8th Edition page 2591

**"A shipowner who sends his vessel into a foreign port gives notice by his flag to all who enter into contracts with the master that he intends the law of that flag to regulate such**

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.————————————————————————————————————————— Title Holder Glenn Winningham; house of Fearn
                                                                                                     With the Copy-Claim

contracts, and that they must either submit to its operation or not contract with him."
Ruhstrat v. People, 185 Ill. 133, 57 N.E. 41, 49 L.R.A. 181, 76 Am.St.Rep. 30.

Seventy-five.  You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that a large part of the filing fee, for any case filed with the Courts is used to pay for errors and omissions insurance, which is further proof that it is nothing more than a commercial transaction.

Seventy-six.  You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that you have converted all US citizens into enemies of the state with the Trading with the Enemy Act, and you are nothing but a bunch of pirates operating on the high seas of commerce looking for some prize.

Seventy-seven.       You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that the united States War of Independence was fought because of the Vatican's Canon/Martial Law was being imposed as found in the Declaration of Independence (1776), and the Causes and Necessity for Taking Up Arms (1775)
**"-He has affected to render the Military independent of and superior to the Civil power.
-He has combined with others to subject us to a jurisdiction foreign to our constitution, and unacknowledged by our laws; giving his Assent to their Acts of pretended Legislation:
-For imposing Taxes on us without our Consent:
-For depriving us in many cases, of the benefits of Trial by Jury:
-For abolishing the free System of English Laws in a neighbouring Province, establishing therein an Arbitrary government, and enlarging its Boundaries so as to render it at once an example and fit instrument for introducing the same absolute rule into these Colonies:
-He has abdicated Government here, by declaring us out of his Protection and waging War against us.
-For protecting them, by a mock Trial..."** Declaration of Independence 1776

**"...statutes have been passed for extending the jurisdiction of courts of admiralty and vice-admiralty beyond their ancient limits; for depriving us of the accustomed and inestimable privilege of trial by jury, in cases affecting both life and property;
...and for altering fundamentally the form of government established by charter.
We saw the misery to which such despotism would reduce us."**
Causes and Necessity of Taking Up Arms 1775

Seventy-eight. You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that two years after the Declaration of Independence was signed, King George III, made it absolutely clear that taxes would ONLY be imposed for the regulation of commerce;
**"Whereas taxation by the Parliament...for the purpose of raising a revenue...has been found by experience to occasion great uneasiness and disorders,...That from and after the passing of this Act the King and Parliament of Great Britain will not impose any duty, tax or assessment whatever, payable in any of His Majesty's colonies, provinces, or plantations, in North America..., except such duties as it may be expedient to impose for the regulation of commerce..."** George III CAP 12 (1778)

Seventy-nine. You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that those public servants who perjure their oaths, cease to represent the government, have no immunity, are presumed to know the law, are in fact a color of law enforcement agent.
**"An officer who acts in violation of the Constitution ceases to represent the government".**
Brookfield Const. Co. v. Stewart, 284 F. Supp. 94.

**"Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law."** In re McCowan (1917), 177 C. 93, 170 P. 1100.

**"In arriving at our decision in this matter we do not depart in any way from our holding in Huendling v. Jensen [*300] that** [HN9] **the doctrine of judicial immunity extends to courts of limited jurisdiction. But, when a minor magistrate acts wholly without jurisdiction, civil liability attaches for his malicious and corrupt abuse of process and his willful and malicious oppression of any person under the pretense of acting in his official capacity. See Huendling v. Jensen, 168 N.W.2d at 749 and authorities cited."**188 N.W.2d 294; 1971 Iowa Sup. LEXIS 863; 64 A.L.R.3d 1242

**"Officers of the court have no immunity, when violating a constitutional right, for they are deemed to know the law."** Owens v Independence 100 S.C.T. 1398

John H McBride, private man, Notice and Demand 091512
Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim

Eighty. You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that equity is supposed to follow common law except under martial law, where equity is turned upside down and follows its own course.

**"In the meantime, "Civil Law" was the form of law imposed in the Roman Empire which was largely (if not wholly) governed by martial law rule. "Equity" has always been understood to follow the law; to have "superior equity," is to turn things on their head. This is exactly what happens when martial law is imposed. If "equity" is the law, then it follows its own course rather than following the common law, thereby destroying the common law and leaving what is called "equity" in its place."**
Dyett v. Turner, 439 P2d 266 @ 269, 20 U2d 403 [1968] The Non-Ratification of the Fourteenth Amendment by Assistant Director A.H. Ellett, Utah Supreme Court

Eighty-one.    You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that your martial law jurisdiction is voluntary for "persons" and not applicable to "we the people" under any circumstances.

Eighty-two.    You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that if you were dealing with a "person" which is a fictitious entity, what you did was perfectly appropriate, but because I told you that I was one of "the people" and "God's heir" and not a fictitious entity, in every document that I have served on you, that you deliberately, and calculatedly perjured your oaths by imposing your "equity" under martial law, which is for "persons" only, which is criminal conversion of My citizenship from the land of Texas to the foreign jurisdiction the UNITED STATES.

**"People of a state are entitled to all rights, which formerly belong to the King by his prerogative."** Lansing v Smith, (1829) 4 Wendell 9,20 (NY).

**"It will be admitted on all hands that with the exception of the powers granted to the states and the federal government, through the Constitutions, the people of the several states are unconditionally sovereign within their respective states."**
Ohio L. Ins. & T. Co. v. Deboit, 16 How. 416, 14 L.Ed. 997.

**"One sovereign does not need to tell another sovereign that he/she is sovereign. The sovereign is merely sovereign by his very existence. The rule in America is that the American people are the sovereigns."** Kemper v. State, 138 Southwest 1025 (1911)

Eighty-three.   You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that I am not one of your lowlife scumbag US citizens;
**"There is a clear distinction between national citizenship and state citizenship."** 256 P. 545, affirmed 278 US 123, Tashiro vs. Jordan

**"The privileges and immunities clause of the 14th Amendment protects very few rights because it neither incorporates the Bill of Rights, nor protects all rights of individual citizens. Instead this provision protects only those rights peculiar to being a citizen of the federal government; it does not protect those rights which relate to state citizenship."** Jones v. Temmer, 89 F. Supp 1226

**"there is in our Political System, a government of each of the several states and a government of the United States  Each is distinct from the other and has citizens of its own."** US vs. Cruikshank, 92 US 542,

**"A person who is a citizen of the United States** is necessarily a citizen of the particular state in which he resides. But a person may be a citizen of a particular state and not a citizen of the United States**. To hold otherwise would be to deny to the state the highest exercise of its sovereignty, -- the right to declare who are its citizens."** State v. Fowler, 41 La. Ann. 380 6 S. 602 (1889), [emphasis added]

**"One may be a citizen of a State and yet not a citizen of the United States. Thomasson v State, 15 Ind. 449; Cory v Carter, 48 Ind. 327 (17 Am. R. 738); McCarthy v. Froelke, 63 Ind. 507; In Re Wehlitz, 16 Wis. 443."** Mc Donel v State, 90 Ind. Rep. 320 at pg 323;

Crosse v. Board of Supervisors, Baltimore, Md., 1966, 221 A. 2d 431 citing US Supreme Court Slaughter House Cases and U.S. v. Cruikshank 92 US 542, 549, 23 L. Ed 588 1875: Both before

and after the 14th Amendment to the Federal Constitution it has not been necessary for a person to be a citizen of the U.S. in order to be a citizen of his State;

Gardina v. Board of Registers 48 So. 788, 169 Ala. 155 1909: "**There are two classes of citizens, citizens of the United States and of the State. And one may be a citizen of the former without being a citizen of the latter**";

The United States Supreme Court quite thoroughly expanded on the two classes of citizenship in the case Maxwell v Dow, 20 S.C.R. 448, where it said: "**...that there was a citizenship of the United States and a citizenship of the states, which were distinct from each other, depending upon different characteristics and circumstances in the individual; that it was only privileges and immunities of the citizens of the United States that were placed by the amendment under the protection of the Federal Constitution, and that the privileges and immunities of a citizen of a state, whatever they might be, were not intended to have any additional protection by the paragraph in question, but they must rest for their security and protection where they have heretofore rested." Maxwell v Dow, 20 S.C.R. 448, at pg 451;**

"**...the privileges and immunities of citizens of the United States do not necessarily include all the rights protected by the first eight amendments to the Federal constitution against the powers of the Federal government." Maxwell v Dow, 20 S.C.R. 448, at pg 455;**

and as a state citizen, I am one of the Sovereign People, and part of the Sovereign body of People, and I have all of the rights of the King;
"**The words "people of the United States" and "citizens" are synonymous terms and mean the same thing. They both describe the political body who, according to our republican institutions form the sovereignty, and who hold the power, and conduct the government through their representatives. They are what we familiarly call the sovereign people, and every citizen of one of this people, and a constituent member of the sovereignty." Dredd Scott v Sandford 60 U.S. 393**

"**The people or sovereign are not bound by general word in statutes, restrictive of prerogative right, title or interest, unless expressly named. Acts of limitation do not bind the King or the people. The people have been ceded all the rights of the King, the former sovereign,..." People v Herkimer, 4 Cowen (NY) 345, 348 (1825)**

"**...at the revolution the Sovereignty devolved on the people; and they are truly the sovereigns of the country... the citizens of America are equal as fellow citizens, and as joint tenants in the sovereignty." Chisholm v Georgia, 2 Dall. 440, at pg 471**

"**People of a state are entitled to all rights, which formerly belong to the King by his prerogative." Lansing v Smith, (1829) 4 Wendell 9,20 (NY).**

"**It will be admitted on all hands that with the exception of the powers granted to the states and the federal government, through the Constitutions, the people of the several states are unconditionally sovereign within their respective states." Ohio L. Ins. & T. Co. v. Debolt, 16 How. 416, 14 L.Ed. 997.**

and governments are My agents with authority that I delegate, and EVERYTHING they do, with authority, is under My authority, and consistent ONLY within the four corners of the *lex scripta* and *lex non-scripta* and to do otherwise negates their authority thereby atturning them into criminals and usurpers of the Law;
"**the government is but an agency to the state,**" – the state being the sovereign people. State v. Chase, 175 Minn, 259, 220 N.W. 951, 953

"**No state legislator or executive or judicial officer <u>can war against the Constitution without violating his undertaking to support it.</u>" The constitutional theory is that we the people are the sovereigns, <u>the state and federal officials only our</u> agents.**"
Cooper v. Aaron, 358 U.S. 1, 78 S.Ct. 1401 (1958). [emphasis added]

"**A Sovereign is exempt from suit, not because of any formal conception or obsolete theory, but on the logical and practical ground that there can be no legal Right as against the authority that makes the law on which the Right depends.**"
Kawananakoa v. Polyblank, 205 U.S. 349, 353, 27 S. Ct. 526, 527, 51 L. Ed. 834 (1907).

"**governments are but trustees acting under derived authority and have no power to delegate what is not delegated to them. But the people, as the original fountain might take away what they have delegated and entrust to whom they please. ... The sovereignty in every state**

resides in the people of the state and they may alter and change their form of government at their own pleasure." –*Luther v. Borden*, 48 US 1, 12 Led 581

and there is nothing the government can do to affect "the People";
Inasmuch as every government is an artificial person, an abstraction, and a creature of the mind only, a government can interface only with other artificial persons. The imaginary, having neither actuality nor substance, is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that no government, as well as any law, agency, aspect, court, etc. can concern itself with anything other than corporate, artificial persons and the contracts between them.
Penhallow v Doane's Administrators, 3 U.S. 54 (1795) at p 93

"Sovereignty itself is, of course, not subject to law, for it is the author and source of law; but in our system, while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts." Yick Wo v Hopkins, 118 US 356, at pg 370;

"There is no such thing as power of inherent Sovereignty in the government of the United States. In this country sovereignty resides in the People, and Congress can exercise no power which they have not, by their Constitution entrusted to it; All else is withheld."
Julliard v Greenman 110 U.S. 421

and as a member of the Sovereignty, I am completely immune from those laws inconsistent with the *lex scripta* and the *lex non-scripta*;
"The state citizen is immune from any and all government attacks and procedure, absent contract." see, Dred Scott vs. Sanford, 60 U.S. (19 How.) 393 or as the Supreme Court has stated clearly, "…every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellowmen without his consent." CRUDEN vs. NEALE, 2 N.C. 338 2 S.E. 70, [emphasis added]

"The rights of the individuals are restricted only to the extent that they have been voluntarily surrendered by the citizenship to the agencies of government." City of Dallas v Mitchell, 245 S.W. 944

"State citizens are the only ones living under free government, whose rights are incapable of impairment by legislation or judicial decision." Twining v. New Jersey, 211 U.S. 97, 1908

"State Citizenship is a vested substantial property right, and the State has no power to divest or impair these rights." Favot v. Kingsbury, (1929) 98 Cal. App. 284, 276 P. 1083,

"The sovereignty of a state does not reside in the persons who fill the different departments of its government, but in the People, from whom the government emanated; and they may change it at their discretion. Sovereignty, then in this country, abides with the constituency, and not with the agent; and this remark is true, both in reference to the federal and state government." Spooner v. McConnell, 22 F 939 @ 943

and as a sovereign, I am also a non-taxpayer,
"Persons who are not taxpayers are not within the system and can obtain no benefit by following the procedures prescribed for taxpayers, such as the filing of claims for refunds." Economy Plumbing and Heating v. U.S., 470 F.2d 585 (Ct. Cl. 1972)

"The revenue laws are a code or a system in regulation of tax assessment and collection. They relate to taxpayers, and not to non-taxpayers. The latter are without their scope. No procedures are prescribed for non-taxpayers, and no attempt is made to annul any of their rights and remedies in due course of law. With them Congress does not assume to deal, and they are neither the subject nor the object of the revenue laws." Long v. Rasmussen, 281 F. 236, at 238

"Taxpayers are not State Citizens."  Belmont v. Town of Gulfport, 122 So. 10.

and any attempt to cause Me injury with their so-called prosecutions is the common law crime of bearing false witness, adultery, theft, ba'al worship and other transgressions of the Law set out in the *Pentateuch*, in modern language; "barratry"
"No action can be taken against a sovereign in the non-constitutional courts of either the United States or the state courts & any such action is considered the crime of Barratry. Barratry is an offense at common law." State vs. Batson, 17 S.E. 2d 511, 512, 513

**"Where there is no jurisdiction there is no judge; the proceeding is as nothing. Such has been the law from the days of the Marshalsea, 10 Coke 68; also Bradley v. Fisher, 13 Wall 335,351."** Manning v. Ketcham, 58 F.2d 948.

and because I am a state citizen, I am also a judicial power citizen;
**"The judicial power is the power to hear those matters which affect life, liberty or property of the Citizens of the State."** Sapulpa v Land, 101 Okla. 22, 223 Pac. 640, 35 A.L.R. 872

Eighty-four.    You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that the rights of State citizens are unaffected by the so-called Fourteenth Amendment;
**"The rights of (original judicial) Citizens of the States, as such, are not under consideration in the fourteenth amendment. They stand as they did before the fourteenth amendment, and are fully guaranteed under other provisions."** United States v. Anthony, 24 Fed. Cas. 829, 930 (1873).

and the United States Supreme Court quite thoroughly expanded on the two classes of citizenship in the case Maxwell v Dow, 20 S.C.R. 448, where it said: **"...that there was a citizenship of the United States and a citizenship of the states, which were distinct from each other, depending upon different characteristics and circumstances in the individual; that it was only privileges and immunities of the citizens of the United States that were placed by the amendment under the protection of the Federal Constitution, and that the privileges and immunities of a citizen of a state, whatever they might be, were not intended to have any additional protection by the paragraph in question, but they must rest for their security and protection where they have heretofore rested."** Maxwell v Dow, 20 S.C.R. 448, at pg 451; [Emphasis added]

and all of this is because of the law of nature, as described by Blackstone, and common law;
**"This law of nature, being coeval with mankind and dictated by God himself, is of course superior in obligation to any other. It is binding over all the globe in all countries, and at all times: no human laws are of any validity, if contrary to this; and such of them as are valid derive all their force, and all their authority, mediately or immediately, from this original."** Blackstone's Commentaries on the Laws of England (1765-1769) at number 41,

**"Every citizen & freeman is endowed with certain rights & privileges to enjoy which no written law or statute is required. These are the fundamental or natural rights, recognized among all free people."** U.S. v. Morris, 125 F 322, 325,

**"As general rule men have natural right to do anything which their inclinations may suggest, if it be not evil in itself, and in no way impairs the rights of others."** In Re Newman (1858), 9 C. 502.

**"All acts of the legislature apparently contrary to natural rights and justice are, in our law and must be in the nature of things, considered as void.  The laws of nature are the laws of God, whose authority can be superseded by no power on earth.  A legislature must not obstruct our obedience to him from whose punishments they cannot protect us.  All human constitutions which contradict his (God's) laws, we are in conscience bound to disobey."** 1772, Robin v. Hardaway, 1 Jefferson 109. [emphasis added]

the first ten Articles in Amendment to the Constitution for the United States of America are intended to protect certain common law rights from the federal government;
**"History is clear that the first ten amendments to the Constitution were adopted to secure certain common law rights of the people, against invasion by the Federal Government."** Bell v. Hood, 71 F.Supp., 813, 816 (1947) U.S.D.C. – So. Dist. CA. [emphasis added]

and "the law of the land" is common law, and NOT a statute;
**"The principle that no person should be deprived of life, liberty, or property except by due process of law did not originate in the American system of constitutional law, but was contained in the Magna Charta (sometimes referred to as Chapter 29), confirmed on the 19th day of June, 1215, declared:**
**"No freeman shall be taken, or imprisoned, or disseised, or outlawed, or exiled, or anywise destroyed; nor shall we go upon him, nor send upon him, but by lawful judgment of his peers or by the law of the land."**
**It has even been said that the principle was known before Magna Charta and that it was originally designed to secure the subject against arbitrary action of the crown, and to place him under the protection of the law.  It is settled beyond question that this principle came from England to America as part of the common law and has been a fundamental rule in common law.  When first adopted in Magna Charta, the phrase, "law of the land," had**

63

Title Holder: Glenn Winningham, house of Fearn                    John H. McBride, private man, Notice and Demand 091512

reference to the common law and has been a fundamental rule in common law." 16 Am. Jur. 2d, Constitutional Law, Section 543. [emphasis added]

and all of these common law rights were only affirmed by the Magna Carta and the Constitution for the United States of America, and they existed long prior to the existence of any government, and I have the right to do anything as long as I cause damage to no Man, Woman or Child, or their property, and My rights are not defined anywhere, because I have unlimited rights; "...the individual may stand upon his constitutional rights as a Citizen. He is entitled to carry on his private business in his own way. His power to contract is unlimited. He owes no duty to the state or to his neighbors to divulge his business, or to open his doors to an investigation, so far as it may tend to incriminate him. He owes no such duty to the state, since he receives nothing therefrom, beyond the protection of his life, liberty, and property. His rights are such as existed by the law of the land long antecedent to the organization of the state, and can only be taken from him by due process of law, and in accordance with the Constitution. Among his rights are a refusal to incriminate himself, and the immunity of himself and his property from arrest or seizure except under (a judicial power warrant ) a warrant of the law. He owes nothing to the public so long as he does not trespass upon their rights." Hale v. Henkel, 201 U.S. 43

and I am receiving none of your so-called benefits; "Both in Roman and English law there are certain obligations which were not in truth contractual, but which the law treats as IF they were. They are contractual in law, but not in fact, being the subject-matter of a FICTITIOUS extension of the sphere of contract to cover obligations which do not in reality fall within it." Salmond, Salmond on Jurisprudence, p. 642 (9th Edition, 1937, Sweet & Maxwell, Ltd. England).

"It is a well settled rule of law that he who seeks benefits of contract must also assume burdens." Higgins v. Monckton (1938), 28 C.A.2d 723, 83 P.2d 516.

"A quasi contractual action presupposes acceptance and retention of a benefit by one party with full appreciation of the facts, under circumstances making it inequitable for him to retain the benefit without payment of its reasonable value." Major-Blakeney Co. v. Jenkins (1953), 121 C.A.2d 325, 263 P.2d 655, hear den.; Townsend Pierson, Inc. v. Holly-Coleman Co. (1960), 178 C.A.2d 373, 2 Cal. Rptr. 812.

"Voluntary acceptance of benefit of transaction is equivalent to consent to all obligations arising from it, so far as facts are known, or ought to be known, to person accepting." Northern Assurance Co. v. Stout (1911), 16 C.A. 548, 117 P. 617.

"Constructive/quasi contracts include obligations founded on statutory duties." Donovan v. Kansas City, 175 S. W. 2d 874; In Re United Burton Co., 140 F. 495, 502.

"Persons dealing with government are charged with knowing government statutes and regulations, and they assume the risk that government agents may exceed their authority and provide misinformation" Lavin v. Marsh, 644 F.2nd 1378, 9th Cir., (1981)

"All persons in the United States are chargeable with knowledge of the Statutes-at-Large. It is well established that anyone who deals with the government assumes the risk that the agent acting in the government's behalf has exceeded the bounds of his authority" Bollow v. Federal Reserve Bank of San Francisco, 650 F.2d 1093, 9th Cir., (1981)

and all constructive/quasi contracts are based ONLY on the cestui que trust; "Constructive/quasi contracts are based solely upon a legal fiction or fiction of law." Hill v. Waxberg, 237 F.2d 936.

Eighty-five.    You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that you have no immunity when dealing with Me; Qualified immunity "protects governmental officials from liability for civil damages insofar as their conduct does not violate 'clearly established statutory or constitutional rights of which a reasonable person would have known.'" Weise v. Casper, 593 F.3d 1163, 1166 (10th Cir. 2010)(quoting Pearson v. Callahan, __ U.S. __, 129 S.Ct. 808, 815 (2009) and Harlow v. Fitzgerald, 457 U.S. 800, 818 (1982)).

"Qualified immunity defense fails if public officer violates clearly established right because a reasonably competent official should know the law governing his conduct" Jones vs Counce 7-F3d-1359-8th Cir 1993; Benitez v Wolff 985-F3d 662 2nd Cir 1993.

Page 19 (plus attachments)
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.

John H. McBride, private man, Notice and Demand 091512
Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim

"A plaintiff who seeks damages for violation of constitutional rights or statutory rights may overcome the defendant official's qualified immunity only by showing that those rights were clearly established at the time of the conduct at issue." Davis v Scherer, 82 L.Ed. 2d 139, 151.

Eighty-six.    You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that there are no judicial courts in America and have not been since 1789;
"There are no Judicial courts in America and there has not been since 1789. Judges do not enforce Statutes and Codes. Executive Administrators enforce Statutes and Codes. There have not been any Judges in America since 1789. There have just been Administrators." FRC v. GE 281 US 464, Keller v. PE 261 US 428 1Stat. 138-178

Eighty-seven. You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that a US citizen as defined by the so-called Fourteenth Amendment has to be completely subject to the jurisdiction of the United States, and therefore, is not one of "We the People" (State Citizens), but is a corporation, a *cestui que* trust, or other fictitious entity;
"The persons declared to be citizens are, "All persons born or naturalized in the United States and subject to the jurisdiction of thereof." The evident meaning of these last words is not merely subject in some respect or degree to the jurisdiction of the United States, but completely subject..." Elk v Wilkins, 112 US 94, 101, 102, (1884) [Emphasis added]

"...it is evident that they [US citizens] have not the political rights which are vested in citizens of the States. They are not constituents of any community in which is vested any sovereign power of government. Their position partakes more of the character of subjects than of citizens. They are subject to the laws of the United States, but have no voice in its management. If they are allowed to make laws, the validity of these laws is derived from the sanction of a Government in which they are not represented. Mere citizenship they may have, but the political rights of citizens they cannot enjoy..." People v. De La Guerra,40 Cal. 311, 342 (A.D. 1870) [emphasis added]

"SUBJECT. SUBJECT may imply a state of subjection to a person, such as a monarch, without much sense of membership in a political community or sharing in political rights ... It may on the other hand simply indicate membership in a political community with a personal sovereign to whom allegiance is owed." Webster's Third New International Dictionary, MERRIAM-WEBSTER INC., Publishers 1986

"[T]he term "citizen," in the United States, is analogous to the term "subject" in the common law." State vs Manual 20 NC 122, 14 C.J.S. 4, p 430

and a "US citizen" is a fictitious entity, and has no rights;
"Therefore, the U.S. citizens residing in one of the states of the union, are classified as property and franchises of the federal government as an "individual entity." Wheeling Steel Corp. v. Fox, 298 U.S. 193, 80 L. Ed. 1143, 56 S. Ct. 773

"In our opinion, it was not the intent of the legislature to restrict the operation of the statute to those only who were subjects of the United States government ..."
Prowd v. Gore (1922) 57 Cal. App. 458, 459-461 [emphasis added]

"Upon the other hand, upon the subject of citizenship, Declares only that "all persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States, and of the state wherein they reside." Here there is a limitation to person born or naturalized in the United States, which is not extended to person born in any place "subject to their jurisdiction."" Downes v. Bidwell (1900) 182 U.S. 244, 249-251, 45 L. Ed. 1088, 1092, [emphasis added]

"A "US Citizen" upon leaving the District of Columbia becomes involved in "interstate commerce", as a "resident" does not have the common-law right to travel, of a Citizen of one of the several states." Hendrick v. Maryland S.C. Reporter's Rd. 610-625. (1914)

"The right of trial by jury in civil cases, guaranteed by the 7th Amendment (Walker v. Sauvinet, 92 U. S. 90), and the right to bear arms, guaranteed by the 2nd Amendment (Presser v. Illinois, 116 U. S. 252), have been distinctly held not to be privileges and immunities of citizens of the United States guaranteed by the 14th Amendment against abridgement by the states, and in effect the same decision was made in respect of the guarantee against prosecution, except by indictment of a grand jury, contained in the 5th Amendment (Hurtado v. California, 110 U. S. 516), and in respect of the right to be

confronted with witnesses, contained in the 6th Amendment." West v. Louisiana, 194 U. S. 258.

"The technical niceties of the common law are not regarded. . . .", 1 R.C.L. 31, p. 422. "A jury does not figure, ordinarily, in the trial of an admiralty suit. . . the verdict of the jury merely advisory, and may be disregarded by the court." 1 R.C.L. 40, p. 432. "[The] rules of practice may be altered whenever found to be inconvenient or likely to embarrass the business of the court." 1 R.C.L. 32, p. 423. "A court of admiralty. . . acts upon equitable principles." 1 R.C.L. 17, p. 416. "A libel of information [accusation] does not require all the technical precision of an indictment at common law. If the allegations describe the offense, it is all that is necessary; and if it is founded upon a statute, it is sufficient if it pursues the words of the law." The Emily v. The Caroline, 9 Wheat. 381

"...the privileges and immunities of citizens of the United States do not necessarily include all the rights protected by the first eight amendments [common law rights] to the Federal constitution against the powers of the Federal government."
Maxwell v Dow, 20 S.C.R. 448, at pg 455;

"The (14th) amendment referred to slavery. Consequently, the only persons embraced by its provisions, and for which Congress was authorized to legislate in the manner were those then in slavery." Bowling v. Commonwealth, (1867), 65 Kent. Rep. 5, 29

"No white person born within the limits of the United States and subject to their jurisdiction, or born without those limits and subsequently naturalized under their laws, owes his status of citizenship to the recent amendments to the Federal Constitution."
Van Valkenburg v. Brown, 43 Cal 43

"All citizens of the United States shall have the same right, in every State and Territory, as is enjoyed by white citizens thereof to inherit, purchase, lease, sell, hold, and convey real and personal property." 42 USC § 1982

"The term resident and citizen of the United States is distinguished from a Citizen of one of the several states, in that the former is a special class of citizen created by Congress."
U.S. v. Anthony 24 Fed. 829 (1873)

and because a "<u>US citizen</u>" is a "subject", it may also be taxed,
"Tax - an impost; a <u>tribute imposed</u> on the <u>subject</u>; an excise; tallage. In public law, taxation signifies the system for raising money for public purposes by compelling the payment by individuals of sums of money called taxes.
Some general principles of taxation have been said to be: 1) the <u>subjects of every State</u> ought to contribute to the support of the government as nearly as possible in proportion to their respective abilities; that is, in proportion to the revenue which they respectively enjoy under the protection of the State. In the observation or neglect of this maxim consists what is called the equality or inequality of taxation. Smith Wealth of Nat., c. 2; 5 Mill, Pol. Econ., cc. 2, 3)." The Dictionary of English Law, Sweet and Maxwell Ltd., London, 1959. [emphasis added]

"Slater's protestations to the effect that he derives no benefit from the United States government have no bearing on his legal obligation to pay income taxes. *Cook v. Tait*, 265 U.S. 47, 44 S.Ct. 444, 68 L.Ed. 895 (1924); *Benitez Rexach v. United States*, 390 F.2d 631, (1st Circ.), *cert. denied* 393 U.S. 833, 89 S.Ct. 103, 21 L.Ed.2d 103 (1988). <u>Unless the defendant can establish that he is not a citizen of the United States, the IRS possesses authority to attempt to determine his federal tax liability.</u>" UNITED STATES of America v. William M. SLATER (1982) (D. Delaware) 545 F.Supp 179, 182. [emphasis added]

and a taxpayer is a cestui que trust;
". . . (E)very taxpayer is a cestui qui trust having sufficient interest in the preventing abuse of the trust to be recognized in the field of this court's prerogative jurisdiction . . " In Re Bolens (1912), 135 N.W. 164.

therefore, a Social Security Number is the number for a cestui que trust, (a US citizen) and has no rights, except those granted by Congress;
"The only absolute and unqualified right of a United States citizen is to residence within the territorial boundaries of the United States," US vs. Valentine 288 F. Supp. 957,

"After the adoption of the 14th Amendment, a bill which became the first Civil Rights Act was introduced in the 39th Congress, the major purpose of which was to secure to the recently freed Negroes all the civil rights secured to white men... (N)one other than citizens

of the United States were within the provisions of the Act." Hague v. C. I. O., 307 U. S. 496, 509,

and "US citizens" have no right to the custody of their children;
"Civil rights under the 14th amendment are for Federal citizens and not State Citizens; Federal citizens, as parents, have no right to the custody of their infant children except **subject** to the paramount right of the State." Wadleigh v. Newhall, Circuit Court N. Dist. Cal., Mar 13, 1905 [emphasis added]

and "US citizens" can even murder their unborn children by committing the common law crime of infanticide, and because the unborn are NOT "persons", then they are by definition State Citizens, which means the BAR members (foreign agents of the Crown) in the so-called courts are engaged in genocide against the American sovereignty, and this is proof that it has nothing to do with race, and has everything to do with slavery;
"The unborn are not included within the definition of "person" as used in the 14th Amendment." Roe v. Wade, US Supreme Court, 410 US 13, 35L. Ed. 2d 147, 1973

Eighty-eight.   You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that the so-called Fourteenth Amendment criminally converted citizenship into the opposite of what the founding fathers intended;
"And while the Fourteenth Amendment does not create a national citizenship, it has the effect of making that citizenship "paramount and dominant" instead of "derivative and dependent" upon state citizenship." Colgate v Harvey 296 US 404 at p 427

"The term resident and citizen of the United States is distinguished from a Citizen of one of the several states, in that the former is a special class of citizen created by Congress." U.S. v. Anthony 24 Fed. 829 (1873) [emphasis added]

Eighty-nine.   You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that I shall completely ignore your codes, rules, and regulations because they do NOT apply to Me, and if any of your hired thugs (color of law code enforcers) perceive any obedience by Me, to any of your codes, rules, or regulations, it shall be viewed to be a mistake, or an accident,
"The claim and exercise of a Constitutional (guaranteed) right cannot be converted into a crime". Miller v US, 230 Fed 486,489

"No State shall convert a liberty into a privilege, license it, and charge a fee therefore." Murdock v. Pennsylvania, 319 US 105

"There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights." Sherer v. Cullen, 481 F 946

"If the State converts a right (liberty) into a privilege, the citizen can ignore the license and fee and engage in the right (liberty) with impunity." Shuttlesworth v. City of Birmingham Alabama, 373 US 262:

except to say that if I expect common law remedies, I have to accept common law responsibilities, which means that I have to have respect for other people and their rights, including their right not to be injured by Me, therefore I have to travel safely, and as an example, if I am following a speed limit, it is not to be viewed by you or your subordinates that it is because I am concerned about following any of your codes, rules or regulations, but it should be viewed that I am trying to not cause injury to my neighbors who are also on the road, or my neighbors who are beside the road.

Ninety. You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that I shall NOT obey any of your codes, rules or regulations, because they are all "color of law", and I have the right to resist any attempt to force Me to obey them, with lethal force if necessary, because I have an unlimited right to resist any unlawful arrest with lethal force if necessary. It is my sincere wish that I never have to exercise that right, but I do have that right.
"These principles apply as well to an officer attempting to make an arrest, who abuses his authority and transcends the bounds thereof by the use of unnecessary force and violence, as they do to a private individual who unlawfully uses such force and violence." Jones v. State, 26 Tex. App. I; Beaverts v. State, 4 Tex. App. I 75; Skidmore v. State, 43 Tex. 93, 903.

"An illegal arrest is an assault and battery. The person so attempted to be restrained of his liberty has the same right to use force in defending himself as he would in repelling any other assault and battery." (State v. Robinson, 145 ME. 77, 72 ATL. 260).

"**Each person has the right to resist an unlawful arrest. In such a case, the person attempting the arrest stands in the position of a wrongdoer and may be resisted by the use of force, as in self-defense.**" State v. Mobley, 240 N.C. 476, 83 S.E. 2d 100.

"**One may come to the aid of another being unlawfully arrested, just as he may where one is being assaulted, molested, raped or kidnapped. Thus it is not an offense to liberate one from the unlawful custody of an officer, even though he may have submitted to such custody, without resistance.**" (Adams v. State, 121 Ga. 16, 48 S.E. 910).

"Story affirmed the right of self-defense by persons held illegally. In his own writings, he had admitted that "**a situation could arise in which the checks-and-balances principle ceased to work and the various branches of government concurred in a gross usurpation.**" There would be no usual remedy by changing the law or passing an amendment to the Constitution, should the oppressed party be a minority. Story concluded, "**If there be any remedy at all ... it is a remedy never provided for by human institutions.**" That was the "**ultimate right of all human beings in extreme cases to resist oppression, and to apply force against ruinous injustice.**" (From Mutiny on the Amistad by Howard Jones, Oxford University Press, 1987, an account of the reading of the decision in the case by Justice Joseph Story of the Supreme Court.

"**Similarly, a person cannot be convicted of resisting a peace officer in the execution of his duty unless the officer was acting strictly within the limits of his powers and duty. If the officer makes an unlawful arrest, then there is a common law right to resist that arrest.**" Police Manual of Arrest, Seizure and Interrogation, 8th Edition, by The Honorable Roger E. Salhany, page 96,

Ninety-one.   You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that if you receive commercial paper (Federal Reserve Notes, bank drafts, legal tender) for your compensation, then you do NOT receive lawful money and you are a municipal corporation and have no authority whatsoever, over Me. You and your subordinates have no more authority over Me than a Walmart rent-a-cop does.

Ninety-two.   You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that My ancestors were among those whose words created the republic of the United States of America;
"**When men entered into a State they yielded a part of their absolute rights, or natural liberty, for political or civil liberty, which is no other than natural liberty restrained by human laws, so far as is necessary and expedient for the general advantage of the public. The rights of enjoying and defending life and liberty, of acquiring and protecting reputation and property, - and, in general, of attaining objects suitable to their condition, without injury to another, are the rights of a citizen; and all men by nature have them.**" Douglass, Adm'r., v. Stephens, Delaware Chancery, Vol. 1, Page 470 (1821) [Emphasis added]

and My ancestors were in America long before the War of Independence, as found in the pedigree chart which is attached hereto, all of which is incorporated herein by reference in its entirety,
"**The term, citizens of the United States, must be understood to intend those who were citizens of a State, as such, after the Union had commenced, and the several States had assumed their sovereignties. Before this period there was no citizens of the United States...**" Manchester v. Boston, Massachusetts Reports, Vol. 16, Page 235 (1819),

and because I am a State Citizen, I am also a judicial power Citizen;
"**The judicial power is the power to hear those matters which affect life, liberty or property of the Citizens of the State.**" Sapulpa v Land, 101 Okla. 22, 223 Pac. 640, 35 A.L.R. 872,

and, because I am a judicial power Citizen, I have the power to pass sentence on each of the criminals herein described, in this Solemn Asseveration of Criminal Complaint, and My decision is not subject to appeal or modification in any way, except by a common law jury of My peers, and My decision is below, and these criminals named herein do not have the authority to convene a jury of My peers, therefore My decision is final, and their so-called courts have to recognize it, because they exist under My authority, and My court is superior to their so-called court, and further,

Ninety-three.   I, Glenn Winningham; house of Feam, a Free, White, Christian male, have no firsthand knowledge of when or where I was given birth, and any evidence of any such birth is hearsay evidence and inadmissible as evidence in a court of law, except to say that I am well past the age of majority, because I completed high school in the year one thousand nine hundred and seventy-five (almost forty years ago); and,

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.
                                        Title Holder Glenn Winningham; house of Feam
                                        With the Copy-Claim

Title Holder: Glenn Winningham, house of Fearn                    John H. McBride, private man, Notice and Demand 091512

a.  I, Glenn Winningham; house of Fearn, was given birth to Hazel Lorene; house of
Winningham, a Free, White, Christian female, an Oklahoma State Citizen, who was given
birth on the twenty-sixth day of November, in the year one thousand nine hundred and
twenty-two, in Jefferson County, in Oklahoma State, a State of the Union States of America;
and,

b.  Hazel Lorene; house of Winningham, Glenn Winningham's mother, was sired by Quitman
Elbert; house of Winningham, a Free, White, Christian male, an Oklahoma State Citizen,
who was naturally given birth on the seventeenth day of March, in the year one thousand
eight hundred and eighty-six, in Overton County, in Tennessee State, a State of the Union
States of America; and,

c.  Hazel Lorene; house of Winningham, Glenn Winningham's mother, was given birth by Ruby
May; house of Atkins, a Free, White, Christian female, an Oklahoma State Citizen, was
naturally given birth on the third day of May, in the year one thousand eight hundred and
ninety, in Mexia Town, Limestone County, in Texas State, a State of the Union States of
America; and,

d.  Quitman Elbert; house of Winningham and Ruby May; house of Atkins were one, joined in
the State of holy wedlock at the time Hazel Lorene was naturally given birth to them; and,

e.  Quitman Elbert; house of Winningham, Glenn Winningham's grandfather, was sired by
James Carlton; house of Winningham, a Free, White, Christian male, a Tennessee State
Citizen, who was naturally given birth on the twenty-eighth day of April, in the year one
thousand eight hundred and fifty-six, in Overton County, in the Tennessee State, a State of
the Union States of America; and,

f.  Quitman Elbert; house of Winningham, Glenn Winningham's grandfather, was given birth by
Clementine; house of McDonald, a Free, White, Christian female, a Tennessee State
Citizen, who was naturally given birth on the twenty-second day of September, in the year
one thousand eight hundred and sixty-two, in Overton County, in Tennessee State, a State
of the Union States of America; and,

a.  James Carlton; house of Winningham and Clementine; house of McDonald were one, joined
in the State of holy wedlock at the time Quitman Elbert was naturally given birth to them;
and,

b.  James Carlton; house of Winningham, Glenn Winningham's great grandfather, was sired by
John (Jack) R.; house of Winningham, a Free, White, Christian male, was naturally given
birth on the twenty-second day of December, in the year one thousand eight hundred and
thirty-eight, in Overton County, in Tennessee State, a State of the Union States of America;
and

c.  James Carlton; house of Winningham, Glenn Winningham's great grandfather, was given
birth by Evelene; house of Gray, a Free, White, Christian female, who was naturally given
birth on the first day of January, in the year one thousand eight hundred and thirty-seven, in
Overton County, in Tennessee State, a State of the Union States of America; and

d.  John (Jack) R.; house of Winningham  and Evelene; house of Gray were one, joined in the
State of holy wedlock at the time  James Carlton was naturally given birth to them; and,

e.  John (Jack) R.; house of Winningham, Glenn Winningham's second great grandfather, was
sired by John Alston; house of Winningham, a Free, White, Christian male, was naturally
given birth on the twenty-first day of February, in the year one thousand eight hundred and
eight, in Randolph County, in North Carolina State, a State of the Union States of America;
and

f.  John (Jack) R.; house of Winningham, Glenn Winningham's second great grandfather, was
given birth by Parmelia; house of Mayfield, a Free, White, Christian female, who was
naturally given birth, in the year one thousand eight hundred and eighteen, in Overton
County, in Tennessee State, a State of the Union States of America; and

g.  John Alston; house of Winningham  and Permelia; house of Mayfield were one, joined in the
State of holy wedlock at the time  John (Jack) R. was naturally given birth to them; and,

h.  John Alston; house of Winningham, Glenn Winningham's third great grandfather, was sired
by Adam; house of Winningham, a Free, White, Christian male, was naturally given birth, in

the year one thousand seven hundred and eighty-one, in Randolph County, in North Carolina State, a State of the Union States of America; and

i.   John Alston; house of Winningham, Glenn Winningham's third great grandfather, was given birth by Isobell, a Free, White, Christian female, who was naturally given birth, in the year one thousand seven hundred and eighty-two in Virginia State, a State of the Union States of America; and

j.   Adam; house of Winningham  and Isobell were one, joined in the State of holy wedlock at the time  John Alston was naturally given birth to them; and,

k.   Adam; house of Winningham, Glenn Winningham's fourth great grandfather, was sired by James J.; house of Winningham, a Free, White, Christian male, was naturally given birth, on the twenty-ninth day of February in the year one thousand seven hundred and fifty-six, in Prince George County, in the Virginia Colony, which ultimately became Virginia State, a State of the Union States of America; and

l.   Adam; house of Winningham, Glenn Winningham's fourth great grandfather, was given birth by Sarah; house of Nichols, a Free, White, Christian female, who was naturally given birth, in the year one thousand seven hundred and sixty in the Virginia Colony, which ultimately became Virginia State, a State of the Union States of America; and

m.   James J.; house of Winningham  and Sarah; house of Nichols were one, joined in the State of holy wedlock at the time  Adam was naturally given birth to them; and,

n.   I affirm that I, Glenn Winningham; house of Fearn, am of the Adamic race, as a White Christian male, and that I do not now nor would I ever voluntarily give up my unalienable (which means cannot be taken away) God given constitutionally secured Christian rights and responsibilities. For I, Glenn Winningham; house of Fearn, have never knowingly given up my forefather's birthright as one of the direct descendants of the posterity as is noted in the preamble of both the Arizona State Constitution (1905) and the Constitution of the united States of America of (1788), with It's Bill of Rights (1791), and also designated in The Declaration of Independence of (1776), for and because my fifth great Grandparents, who were James J.; house of Winningham and Sarah Nichols; house of Winningham, who's grave sites and gravestones are clearly marked and now serve as an At Law Public Notice of their once existence and their judicial Power Citizenship status which was passed on to me, Glenn Winningham; house of Fearn, as an inheritance for and because James J.; house of Winningham was naturally given birth in the year one thousand seven hundred and fifty-six living on the land now known as Prince George County, in the Virginia Colony, which ultimately became Virginia State, a State of the Union States of America under the Articles of Confederation (1781), and the Constitution for the republic of the United States of America, and whereas James J.; house of Winningham given birth in the year one thousand seven hundred and fifty-six, and Sarah Nichols; house of Winningham given birth in the year one thousand seven hundred and sixty were joined in the State of Holy wedlock in the year one thousand seven hundred and ninety-two, and were living on the land now known as Randolph County, Virginia, a State of the Union States of America.  And these pioneers were the People who were the part, process, and action that eventually led to the establishment of the Statehood enabling acts of Congress, eg., 1796 for Tennessee, 1821 for Missouri, 1905 for Arizona, which then allowed the 5,000 free white males within the boundaries then designated as territories to create said States; a true copy of a current pedigree chart is attached hereto, together with the Verified Abstract Declaration and Order which is recorded with the Pinal County Recorder at Fee Number 2005-028178, all of which is the unrebutted truth, and all of which is now "public policy", and all of which is incorporated herein by reference in its entirety, and further,

Ninety-four.   You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that I have an unlimited right to carry educational tools called arms, which are used for defensive purposes, whether concealed or not.
**"The carrying of arms in a quiet, peaceable, and orderly manner, concealed on or about the person, is not a breach of the peace. Nor does such an act of itself, lead to a breach of the peace."** Wharton's Criminal and Civil Procedure, 12th Ed., Vol.2: Judy v. Lashley, 5 W. Va. 628, 41 S.E. 197

Ninety-five.   You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that in the event that one of your hired thugs, color of law code enforcers, attempts to unlawfully arrest Me, and I assert My right to resist that unlawful arrest, with lethal force if

necessary, and your hired thug, color of law enforcer, kills Me, your hired thug shall be guilty of MURDER, and so shall you.
"Perhaps it should be mentioned that as a general rule <u>a person is placed under arrest when he is deprived of his liberty by an officer who intends to arrest him.</u> It is not always necessary for the officer to make a formal declaration of arrest. See: 1 Varon, Searches, Seizures and Immunities, 75 (1961);"  Henry v. United States, 361 U.S. 98, 4 L.Ed.2d 134, 80 S.Ct. 168 (1959) and United States v. Boston, 330 F.2d 937 (1964).

"The stopping of an automobile by a highway patrol officer for inspection of a driver's license, or for any other purpose where it is accomplished by the authority of the officers, is an "arrest." Robinson v. State, 198 S.W.2d 633, 635, 184 Tenn. 277

"A motorist stopped by a traffic officer for a traffic offense would be considered "arrested". . . even if the motorist was not specifically informed that he had been arrested." People ex rel. Winkle v. Bannan, 125 N.W.2d 875, 879, 372 Mich. 292.

"Any restraint, however slight, upon another's liberty to come and go as one pleases, constitutes an "arrest." Swetnam v. W.F. Woolworth Co., 318 P.2d 364, 366, 83 Ariz. 189.

Ninety-six.    You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that the Crown is a corporation domiciled in the City of London, which is owned and operated by the Vatican, and all BAR members (Attorneys) are foreign agents of the Crown, and the BAR is controlled by the Inns of Court in the City of London,
INNS OF COURT - "These are certain private unincorporated associations, in the nature of collegiate houses, located in London, and invested with the exclusive privilege of calling men to the bar;..." Black's Law Dictionary, 5th Edition page 709.

and there is an American Inns of Court Foundation, and each state has local chapters, and ALL BAR members have an emolument from a foreign power;
"EMOLUMENT. The lawful gain or profit which arises from an office."
Bouvier's Law Dictionary 1856 Edition

and ALL BAR members have received an honor from a foreign power, (Inns of Court in the City of London) and a Title of Nobility called "Esquire";
"ESQUIRE. A title applied by courtesy to officers of almost every description, to members of the bar, and others...2. In England, it is a title next above that of a gentleman, and below a knight." Bouvier's Law Dictionary 1856 Edition

and under The Articles of Confederation, Article 6, Clause 1 it says;
"....nor shall any person holding any office of profit or trust under the United States, or any of them, accept any present, emolument, office or title of any kind whatever from any King, Prince or foreign State...."

and all members of the BAR are "esquires", and an "esquire" is a title of nobility.
"ESQUIRE. A title applied by courtesy to officers of almost every description, to members of the bar, and others. 2. In England, it is a title next above that of a gentleman, and below a knight." Bouvier's Law Dictionary 1856 Edition

all BAR members have renounced their US citizenship as found in the true Article Thirteen in Amendment as taken from a certified copy of an 1819 Constitution for the United States of America.
"If any citizen of the United States shall accept, claim, receive, or retain any title of nobility or honor, or shall, without the consent of congress, accept and retain any present, pension, office, or emolument of any kind whatever, from any emperor, king, prince, or foreign power, such person shall cease to be a citizen of the United States, and shall be incapable of holding any office of trust or profit under them, or either of them." [Emphasis added]

a true copy of which is attached to the Affidavit of Criminal Complaint 04/14/07 which is recorded with the Pinal County Recorder at Fee Number 2007-059087, and the Affidavit of Criminal Complaint 06/14/07 which is recorded with the Pinal County Recorder at Fee Number 2007-073069, all of both of which are incorporated herein by reference in their entirety.

Ninety-seven. You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that the US Department of so-called Justice admitted in the US Supreme Court that the War of Independence never did end because your handlers in the Vatican orchestrated the War of 1812 to facilitate the disappearance of the true Article Thirteen in Amendment because one of the major engagements

was when the British went to the capitol and burned the national archives, and they continue to make war on us to this day, and you are helping them.

Ninety-eight.   You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that the current Thirteenth Amendment and all subsequent amendments to the US Constitution are all martial law amendments under the color of law and have no authority;
**"The dissenting opinion asserts that "The Fourteenth Amendment is a part of the Constitution of the United States." While this same assertion has been made by The United States Supreme Court, that court has never held that the amendment was legally adopted. I cannot believe that any court, in full possession of its faculties could honestly hold that the amendment was properly approved and adopted."** State v Phillips 540 Pac. Rep.2d 936

**"The thirteenth, fourteenth, and fifteenth amendments were designed mainly for the protection of the newly emancipated negroes."** United States v. Anthony, 24 Fed. Cas. 829, Case No. 14,459.

Ninety-nine.   You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied by your oaths, that as a government employee you are an individual, and an "individual" is a US citizen (cestui que trust) as found in Title 5 United States Code entitled "Records Maintained on Individuals";
**"(2) the term "individual" means a citizen of the United States or an alien lawfully admitted for permanent residence;"** 5 USC § 552a.(a)(2)

and all government employees have Social Security Numbers, and therefore all  government employees at all levels of government are "US citizens",
**"(13) the term "Federal personnel" means officers and employees of the Government of the United States, members of the uniformed services (including members of the Reserve Components), individuals entitled to receive immediate or deferred retirement benefits under any retirement program of the Government of the United States (including survivor benefits)."** 5 USC § 552a.(a)(13)

and no US citizen is competent to give evidence against Me, or represent Me, or make legal determinations for Me;
**"... "No black, or mulatto person, or Indian shall be allowed to give evidence in favor of, or against a white man."** People v. Hall (1854), 4 C. 399.

**"The words, "Indian," "Negro," "Black" and "White," are generic terms, designating race. Therefore, Chinese and all other people not white, are included in the prohibition from being witnesses against whites."** People v. Hall (1854), 4 C. 399.

**"People v. Hall (4 C. 399), excluding Chinese witnesses in suits to which white persons are parties, is affirmed."** Speer v. See Yup Co. (1859), 13 C. 73.

**"The indicium of color is not an infallible test of the competency of a witness, under the act excluding blacks, mulattoes, and Indians, from testifying for or against white persons."** People v. Elyea (1859), 14 C. 144.

**"It may be a sufficient test in many cases, but only when it is so decided as to leave no doubt of the race to which the witness belongs."** People v. Elyea (1859), 14 C. 144.

**"In a criminal action against a white person, a black or mulatto person--though the injured party--cannot, under the statute, be a witness against the defendant."** People v. Howard (1860), 17 C. 63.

**"The words "in favor of or against any white person," in the act prohibiting persons of one-half or more Indian blood, or Mongolian, or Chinese, from giving evidence, refer to the defendant alone in a criminal action.  (Per Sanderson, C. J.)"** People v. Awa (1865), 27 C. 638.

and the so-called Fourteenth Amendment did not affect this, which exists to this day;
**"The fourteenth amendment to the Constitution of the United States does not conflict with the power of the legislature in the exercise of its discretion to exclude Chinamen from the right to testify in the state courts."** People v. Brady (1870), 40 C. 198, 6 Am. Rep. 604, overruling People v. Washington (1869), 36 C. 658.

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.

Title Holder: Glenn Winningham, house of Fearn                John H. McBride, private man, Notice and Demand 091512

"Crimes Act, as amended in 1863, provided that no "Indian, Mongolian or Chinese shall be permitted to give evidence in the courts of the state in favor of or against a white man," is not in conflict with constitutional amendment 14, which provides that persons born or naturalized in the United States are citizens, etc., that no state shall make any law abrogating the privileges or immunities of citizens, nor deprive any person of life, liberty or property without due process of law, nor deny to any within its jurisdiction the equal protection of the laws; since the restrictions by such amendment imposed on states relate to substantial personal rights of liberty, property, etc., and do not extend to mere rules of evidence."
People v. Brady (1870), 40 C. 198, 6 Am. Rep. 604, overruling People v. Washington (1869), 36 C. 658.

"The evidence of a Chinaman cannot be admitted to prove a white man guilty of manslaughter." People v. Harrington (1872), 1 C.U. 768.

and these cases involving certain races, are really about <u>subjects</u>, because they are talking about those who were <u>subjects</u> at the time, and the same people are now called US citizens, therefore it is <u>citizen/subjects</u> that are not competent to give evidence against Me or any state citizen, and it also holds true that if they are not competent to give evidence for, or against Me, then it also holds true that they are not competent to make legal determinations for Me, and they are not competent to represent Me.

One hundred.  You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED as implied under your oaths, that your rules, statutes, and regulations, created by a dead corporation, do <u>not</u> apply to living souls.

One hundred one.    You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that your BAR member bencher buddies' judgment is not just voidable, it is void because they do not have the authority to violate My rights, and they know it, and so do you, but both of you intend to perjure your oaths, so you can help out your Jesuit handlers.
"Void judgment is one which has no legal force or effect whatever, it is an absolute nullity, its invalidity may be asserted by any person whose rights are affected at any time and at any place and it need not be attacked directly but may be attacked collaterally whenever and wherever it is interposed."
City of Lufkin v. McVicker,  510 S.W. 2d 141 (Tex. Civ. App. – Beaumont 1973).

"Where there is no jurisdiction there is no Assistant Director; the proceeding is as nothing. Such has been the law from the days of the Marshalsea, 10 Coke 68; also Bradley v. Fisher, 13 Wall 335,351." Manning v. Ketcham, 58 F.2d 948.

"A void judgment is one which, from its inception, is and forever continues to be absolutely null, without legal efficacy, ineffectual to bind the parties or to support a right, of no legal force and effect whatever, and incapable of enforcement in any manner or to any degree."
Loyd v. Assistant Director, Dept. of Public Safety, 480 So. 2d 577 (Ala. Civ. App. 1985).

One hundred two.    You John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that you couldn't care less about your oaths, and you are attempting to start a revolution by imposing your Canon/Martial Law on "the people", which has already caused two or more revolutions in the past.

One hundred three.    You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that you and your subordinates have violated My rights under the color of law in violation of 18 USC § 242, which says;
"Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any inhabitant of any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ........ shall be fined under this title or imprisoned not more than one year, or both; ........."
Pub. L. 103-322, Sec. 320201(a), substituted "person in any State" for "inhabitant of any State" in first paragraph.

and 18 USC § 241 says;
"If two or more persons conspire to injure, oppress, threaten, or <u>intimidate</u> any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege <u>secured to him by the Constitution or laws of the United States</u>, or because of his having so exercised the same; or <u>if two or more persons go in</u>

**disguise** on the highway, or on the premises of another, <u>with intent to prevent or hinder his</u> <u>free exercise or enjoyment of any right or privilege so secured—</u> They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death."

One hundred four.      You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that I have an unlimited right to travel that is not subject to regulation in any way;
**"The right to travel is part of the liberty of which a citizen cannot be deprived without due process law under the 5th Amendment. This Right was emerging as early as the Magna Carta."** (1215 c.e.) Kent v Dules 357 US 116 (1958)

**"Complete freedom of the highways is so old and well established a blessing that we have forgotten the days of the "Robber Barons" and toll roads,..."** Robertson v. Department of Public Works, 180 Wn. 133

**"The right to travel over a street or highway is a primary absolute right of everyone."** Foster's, Inc. v. Boise City, 118 P.2d 721, 728.

**"The use of the highway for the purpose of travel ... is not a mere privilege, but a common fundamental right of which the public ... cannot rightfully be deprived."** Chicago Motor Coach v. Chicago, 169 NE 221.

**"The right of a citizen to use the highways, including the streets of the city or town, for travel and to transport his goods, is an inherent right which cannot be taken from him."** Florida Motor Lines v. Ward, 137 So. 163, 167; State v. Quigg, (Fla. - 1927), 114 So. 859, 862;

**"The Supreme Court has recognized that personal liberty includes 'the right of locomotion, the right to move from one place to another according to inclination.'"** Davis v. City of Houston, (Tex. Civ. App., 1924), 264 S.W. 625, 629.

**"No one may be required to obtain a license in order to speak. Thus, the State can no more license the Appellant's right to travel in his automobile than it could license his right to print or to speak, for they are all inalienable rights."** Thomas v. Collins, (1944), 323 U.S. 516, 543,

and the legislature knows all of this, which is why their codes ONLY apply to corporations BY AGREEMENT wherein both parties are cognizant they are waiving the provisions of the *lex scripta* and the *lex non-scripta*, as such, are NOT positive law, and any intimidation of Me in the free exercise of My right to travel, by your hired thugs, with their military uniforms, and their guns, and their pepper spray, and their tazers, shall constitute a violation of My rights under the color of law, which is a felony, by whoever does it and you.

One hundred five.      You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that you are engaged in chicanery;
**"Chicane - Swindling, shrewd, cunning. The use of tricks and artifice.**
Chicanery
**1.   The use of trickery or sophistry to deceive (as in matters of law).**
**2.   A trick; a subterfuge.",** Black's Law Dictionary Fifth Edition

**"The use of clever but tricky talk or action to deceive, evade, etc., as in legal dealings",** Webster's New World College Dictionary

**"Deception by trickery or sophistry."**
The American Heritage Dictionary of the English Language, 4th edition, and further,

One hundred six.      You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that the judgments of your *de facto* Judges mean absolutely nothing because they have no lawful authority, it is void on its face, and even in your Canon Law system, I do NOT consent, but in any event, anything you say means absolutely **nothing,** to Me, under **any** circumstances (aside from recognition of the commands of the King James Bible as the ONLY valid law).

One hundred seven.      You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that no

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.
John H McBride, private man, Notice and Demand 091512
Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim

third party may respond for you in this matter, and if a third party does respond, it shall be proof that you intend to continue to perjure your oaths, and you intend to expend public funds for private matters, and continue to engage in sedition, and you intend to continue to engage in treason, by imposing your martial law on the heirs of God who are inhabiting the land known as Texas, and elsewhere, on Turtle Island (North America).

One hundred eight.     You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that in the event you, or your hired thugs violate My rights under the color of law, I shall liquidate your bond by sending copies of this document to your bosses, Standard and Poore's, Dunn and Bradstreet, insurance companies, and anyone else I think should see it, like the FBI, Interpol, etc. until I have received full compensation for the damages and injuries you, and your subordinates have caused.

One hundred nine.     You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that I do not have to stop, or communicate with you, your successors, or your subordinates, and if I do, it is as a courtesy ONLY, and by doing so there is no contract, and I have the right to be left alone, **"They conferred as against the government the right to be let alone – the most comprehensive of rights and the right most valued by civilized men."** Olmstead v United States 277 U.S. 438, 478 (1928), Washington v Harper, 494 U. S. 210 (1990)

One hundred ten.     You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that I am not a beneficiary, a grantor, a creator, a trustor, a trustee, or anything related to any trust and any evidence of a trust with the name GLENN WINNINGHAM FEARN, or FEARN WINNINGHAM GLENN, or any derivative thereof, (which were obtained by fraud, coercion, intimidation), is an absolute nullity, and any attempt to use your fraudulent created entity to facilitate the theft of My property is treason, sedition, perjury of oath, breach of trust, and numerous other felonies, and an "individual" is a US citizen and cestui que trust, as described herein;
**"But _individuals_, when acting as representatives of a collective group, cannot be said to be exercising their personal rights and duties, nor be entitled to their purely personal privileges. Rather they assume the rights, duties and privileges of the artificial entity or association of which they are agents or officers and they are bound by its obligations."** _Brasswell v. United States_ 487 U.S. 99 (1988) quoting, _United States v. White_ 322 U.S. 694 (1944)

One hundred eleven.  You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that I do not owe the United States, or any officer of the United States, or any allegiance, you, and all officers of the United States owe Me allegiance. You have the oath of office and all that it implies, and you owe me the allegiance.

One hundred twelve.  You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that My rights are unalienable as affirmed by the US Declaration of Independence, which means that any evidence of any so-called contract with any agency of the government (all corporations and fictitious entities) is a nullity, and your so-called privileges extend ONLY to "**persons and things**", and I am neither;
**"The rights of sovereignty extend to all persons and things, not privileged that are within the territory. They extend to all strangers resident therein; not only to those who are naturalized, and to those who are domiciled therein, having taken up their abode with the intention of permanent residence, but also to those whose residence is transitory. All strangers are under the protection of the sovereign while they are within his territory and owe a temporary allegiance in return for that protection."** Carlisle v United States 83 U.S. 147, 154 (1873)

One hundred thirteen. You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that in the event that you, or your successors, or subordinates make a legal determination for me by falsely accusing Me of being a "person", or by proceeding against Me as if I was a "person", with threats of searches, or seizures, or questions or any communication, that you, your successors, and subordinates shall be unlawfully representing Me and you, your successors, and your subordinates, shall be liable to Me for the prescribed fees listed above as preliminary minimal damages, jointly, severally, and personally, as provided herein, in addition to the criminal intent described herein.

One hundred fourteen.     You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that there are three kinds of martial law;
**Full Martial Law – Soldiers on the streets used ONLY in foreign country, or to put down an insurrection.**

Martial Law Proper -- the law of the Armed forces
Martial Law Rule -- the law of necessity and emergency used during peace times, Ex Parte Milligan 4 Wall (71 U.S.) 2, 18 L.Ed. 281, p 302, [emphasis added]

it was only 2 years before Magna Carta (1215), the criminal tyrant King John signed the Concessions to the Pope (1213), and the reason "We the People" of England rose up in rebellion against the criminal tyrant King John was because he was imposing the Vatican's martial law dictatorship on "the People", because in the Concessions to the Pope (1213) it was agreed to pay Vatican a tribute (tax) every year
"We wish it to be known to all of you, through this our charter, furnished with our seal, that... we...do offer and freely concede to... our mother the holy Roman church, and to our lord pope innocent and to his Catholic successors, the whole kingdom of England and the whole kingdom Ireland, with all their rights and appurtenances,... As a sign, moreover, of this our own we will and establish perpetual obligation and concession we will establish that from the proper and especial revenues of our aforesaid kingdoms, for all the service and customs which we ought to render for them,... the Roman church shall receive yearly a thousand marks sterling, namely at the feast of St. Michael five hundred marks, and at Easter five hundred marks-seven hundred, namely, for the kingdom of England, and three hundred for the kingdom of Ireland..." Concessions to the Pope (1213)

and William the Conqueror (1066) never did conquer the City of London, therefore it is a foreign state, and if you have ever watched the convening of the Imperial Parliament on television you will see the Queen go to a gate to the City of London (1-2 square miles in downtown London that has a wall around it) and the gate is called temple BAR, and the Queen has to get permission from the Lord Mayor to enter the city and has to walk 2 steps behind him with her head bowed (like a subject) while she is there, and the Crown is a corporation domiciled in the City of London, and if it is the Queen's corporation (Crown) it has "ER" (stands for Elizabeth Regina) superimposed over it, and the Magna Carta is full of evidence that they were imposing Martial Law on the people of England at the time, and it all comes from the Vatican, and a priest's habit IS a military uniform (Concordat July 1933; Von Papen and Pacelli)
"The wearing of clerical dress or of a religious habit by lay people, or by members of the clergy or religious orders by whom this use is forbidden by a definitive and legally valid directive of the competent ecclesiastical authority and officially communicated to the state authority, is liable to the same penalty by the state as the misuse of the military uniform."
Article 10, 1933 Concordat with the Vatican [emphasis added]

and you are enforcing a military occupation;
"Examine their State, County, and City Police. All of the civil police officers are statutorily defined as a single form of "Officer," a "Peace Officer." Do local police units have military ranks such as "Sergeants," "Captains," "Lieutenants," and "Quartermasters?" Have you ever heard the police refer to people as "civilians?" What National flag and/or State Flag is displayed at their local police department? The County Sheriff Deputies in Oregon wear the yellow fringe National Flag patch on their uniforms. Are you beginning to recognize the troops of occupation on every street of this Union? Are you under occupation? When a local policeman enforces a curfew (as they are across this Nation today), is the policeman enforcing the curfew as a Sheriff's Deputy, State Policeman, or City Policeman, or are all three enforcing the curfew as "Peace Officers" i.e. "State Military Police?" The answer falls in the Statute or Ordinance they are enforcing. "Curfew" is strictly under a Martial Law jurisdiction. How many other State Statutes, or County/City Ordinances have been enacted by the State Legislators, County Commissioners, and City Councils, under Martial Law Jurisdiction?
One more point. The "Military Police" must have a "Military Venue" to perform as the "State Military Police." The State Regional Areas under Metro-Government provide the Military Venue for the Peace Officers to enforce Martial Law Jurisdiction. Now, can you understand that the Nation is under occupation?" Dyett v Turner 439 P2d 266, The Expose of the Non-Ratification of the Fourteenth Amendment, by A. H. Ellett, Utah Supreme Court, p 137,

and under martial law rule, there is no common law;
"The exercise of Martial Law jurisdiction within the several States, is the usurpation of the Common Law and subjects the sovereign body to a jurisdiction that has no right to exist within the States."
Dyett v Turner 439 P2d 266 @ 269, 20 U2d 403 [1968] The Non-Ratification of the Fourteenth Amendment by Judge A.H. Ellett, Utah Supreme Court,

"If a Citizen acquires the same legal status (artificial character) as those protected by the Amendment (through the operation of some statutory law of Congress), then said Citizen may be brought within the venue of the Amendment as a statutory (juristic) person. By this

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.
John H McBride, private man, Notice and Demand 091512
Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim

means, Citizens birthrights become of no affect and their rights are reduce to the inferior character of statutory Civil Rights (mere legislative privileges)."
Dyett v Turner 439 P2d 266 @ 269, 20 U2d 403 [1968] The Non-Ratification of the Fourteenth Amendment by Judge A.H. Ellett, Utah Supreme Court,

"We can't even begin to count the number of times Judges, Lawyers, and Statesmen have said: "There isn't any common law anymore. It has been replaced by Statutes." They would be more truthful if they said: "There isn't any common-law any more, it has been replaced by martial law."
Dyett v Turner 439 P2d 266 @ 269, 20 U2d 403 [1968] The Non-Ratification of the Fourteenth Amendment by Judge A.H. Ellett, Utah Supreme Court,

and under martial law, equity can do anything it wants because it does not have to follow common law, which is EXACTLY what their BAR member benchers all over the country tell people all day every day; "I can do anything I want in this court", and because BAR members initiated this, those laws are nul abinitio retro-active to their inception
"it never became a law and was as much a nullity as if it had been the act or declaration of an unauthorized assemblage of individuals." (Ryan v. Lynch, 68 Ill. 160)

"In the meantime, "Civil Law" was the form of law imposed in the Roman Empire which was largely (if not wholly) governed by martial law rule. "Equity" has always been understood to follow the law; to have "superior equity," is to turn things on their head. This is exactly what happens when martial law is imposed. If "equity" is the law, then it follows its own course rather than following the common law, thereby destroying the common law and leaving what is called "equity" in its place."
Dyett v Turner 439 P2d 266 @ 269, 20 U2d 403 [1968] The Non-Ratification of the Fourteenth Amendment by Judge A.H. Ellett, Utah Supreme Court, [emphasis added]

and the War of Independence was fought because of this exact situation;
"...statutes have been passed extending the courts of admiralty and vice-admiralty far beyond their ancient limits for depriving us the accustomed and inestimable privilege of trial by jury, in cases affecting both life and property.......to supersede the course of common law and instead thereof to publish and order the use and exercise of the law martial....", Causes and Necessity of Taking Up Arms (1775)

"Next to revenue (taxes) itself, the late extensions of the jurisdiction of the admiralty are our greatest grievance. The American Courts of Admiralty seem to be forming by degrees into a system that is to overturn our Constitution and to deprive us of our best inheritance, the laws of the land. It would be thought in England a dangerous innovation if the trial, of any matter on land was given to the admiralty"
Jackson v. Magnolia, 20 How. 296 315, 342 (U.S. 1852)

and BAR members intend to replace it with their "equity" so they can do literally anything they want, which is a Fascist PAPAL military dictatorship,
"What is called 'proclaiming martial law' is no law at all; but merely for the sake of public safety, in circumstances of great emergency, setting aside all law, and acting under military power;..." 8 Atty. Gen. Op. 365, 367, February 3, 1857.

"This power [of admiralty jurisdiction] is as extensive upon land as upon water. The Constitution makes no distinction in that respect. And if the admiralty jurisdiction, in matters of contract and tort which the courts of the United States may lawfully exercise on the high seas, can be extended to the lakes under the power to regulate commerce, it can with the same propriety and upon the same construction, be extended to contracts and torts on land when the commerce is between different States. " Propeller Genessee Chief et al. v. Fitzhugh et al. 12 How. 443 (U.S. 1851)

"And it may embrace also the vehicles and persons engaged in carrying it on. It would be in the power of Congress to confer admiralty jurisdiction upon its courts, over the cars engaged in transporting passengers or merchandise from one State to another, and over the persons engaged in conducting them, and deny to the parties the trial by jury."
Propeller Genessee Chief et al. v. Fitzhugh et al. 12 How. 443 (U.S. 1851)

"Now the judicial power in cases of admiralty and maritime jurisdiction, has never been supposed to extend to contracts made on land and to be executed on land. But if the power of regulating commerce can be made the foundation of jurisdiction in its courts, and a new and extended admiralty jurisdiction beyond its heretofore known and admitted limits, may be created on water giving that authority, the same reason would justify the same exercise of power on land." Propeller Genessee Chief et al. v. Fitzhugh et al. 12 How. 443 (U.S. 1851)

John H McBride, private man, Notice and Demand 091512
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.——————————————————————Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim

and they are using civil law and municipal law to enforce their martial law jurisdiction, because all courts are "civil", and the definitions sections of their statutes define fictitious entities, and even "income" for tax purposes is defined as corporate profits;

"...it becomes essential to distinguish between what is and what is not "income," according to truth and substance without regard to form. Congress cannot, by any definition it may adopt, conclude the matter, since it cannot by legislation, alter the Constitution, from which it derives its power to legislate, and which within those limitations alone, that power can be unlawfully exercised... [Income is] Derived -- from -- capital -- the -- gain -- derived -- from -- capital, etc. Here we have the essential matter -- not gain accruing to capital, not a growth or increment of value in the investment; but a gain, a profit, something of exchangeable value ... severed from the capital however invested or employed, and coming in, being "derived," that is received or drawn by the recipient for his separate use, benefit and disposal -- that is the income derived from property. Nothing else answers the description...." [emphasis is in the original] Eisner v Macomber, 252 U.S. 189

and I have to agree to your foreign martial law jurisdiction, and there has to be consent;
"Brown, Vol. 2, 100, lays down the rule in these terms: 'The general rule, however, at present, is, that the admiralty acts only in rem, and that no person can be subject to that jurisdiction but by his consent, expressed by his entering into a stipulation [contract].'" Ramsey v. Allegrie, 12 Wall 611, p. 409. [emphasis added]

"In Kreble's Reports, p. 500, quoted by Brown, it is expressly said, that without a stipulation, the admiralty has no jurisdiction at all over the person." Ramsey v. Allegrie, 12 Wall 611, p. 410. [emphasis added]

"If the common law can try the cause, and give full redress, that alone takes away the admiralty jurisdiction." Ramsey v. Allegrie, 12 Wall 611, p. 411. [emphasis added]

"Let the cases be searched from the remotest period down to the time of Menetone v. Gibbons, 3 T. R. 267, and the ground of prohibition, and of recovery, under the 2d of Henry IV. will uniformly be found to be competency of the common law to enforce the contract. This is the principle by which even their jurisdiction in rem is controlled, and it hence follows, that in no cases in which they are prohibited from proceeding in rem, can they have the action in personam." Ramsey v. Allegrie, 12 Wall 611, p. 417. [emphasis added]

and this is also why there are no true common law juries in their martial law courts. Petit juries (six people) are NOT common law juries, and judges do NOT give instructions to a true common law jury
"It is well known that in civil cases, in courts of equity and admiralty, juries do not intervene, and that courts of equity use the trial by jury only in extraordinary cases to inform the conscience of the court." Parsons v. Bedford, et al, 3 Pet 433, 479. [emphasis added]

and Canon law, and admiralty law, and maritime Law, and civil law, and commercial law, are all names for the same thing;
"And the forms and modes of proceedings in causes of equity, and of admiralty, and maritime jurisdiction, shall be according to the civil law." Wayman and another v. Southard and another, 10 Wall 1, p. 317. [emphasis added]

"There must be uniformity in maritime law; the principles of maritime laws are applicable to commercial law, and therefore, there must be uniformity in the commercial law." Swift v. Tyson, 16 Pet 1, (1842) [emphasis added]

"Admiralty Law. The terms "admiralty" and "maritime" law are virtually synonymous." Black's Law Dictionary 6th Ed. 1990

"Civil Law, that rule of action which every particular nation, commonwealth or city has established peculiarly for itself, more properly distinguished by the name of municipal law." The Dictionary of English Law, Sweet and Maxwell Ltd., London, 1959.

and it all comes from Roman Law and the Vatican
""The Roman law is the body of rules that governed the social relations of many peoples in Europe, Asia, and Africa ...That law is an historical fact. It would have only a tepid historical interest ... if it were not for the circumstance that, before it became a purely historical fact, it was worked into the foundation and framework of what is called the civil law ...." Max Radin, Handbook of Roman Law 1 (1927)." Black's Law Dictionary 8th Edition pg 4141-4142

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.                    ---Title Holder Glenn Winningham, house of Fearn
With the Copy-Claim

and in order to get any sort of remedy from them, in their so-called courts, I have to follow the <u>Rules of Civil Procedure</u>, under their Roman Law.

One hundred fifteen.   You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that while the US Passport does have my image (picture) in it, the name is spelled in ALL BLOCK CAPITAL LETTERS, and at common law a proper name is NEVER spelled in ALL BLOCK CAPITAL LETTERS, therefore the US Passport is a 15 USC § 44 unincorporated corporation (cestui que trust) as admitted by the US Department of Justice in My US Supreme court case 07-5674, and as found in the Roman Law Capitus dimunitio which is Canon law or the law of the Cana'anites;
**"Capitis Diminutio (meaning the diminishing of status through the use of capitalization) In Roman law. A diminishing or abridgment of personality; a loss or curtailment of a man's status or aggregate of legal attributes and qualifications."**

**"Capitis Diminutio Media (meaning a medium loss of status through the use of capitalization, e.g. John DOE) - A lessor or medium loss of status. This occurred where a man loses his rights of citizenship, but without losing his liberty. It carried away also the family rights."**

**"Capitis Diminutio Maxima (meaning a maximum loss of status through the use of capitalization, e.g. JOHN DOE or DOE JOHN) - The highest or most comprehensive loss of status. This occurred when a man's condition was changed from one of freedom to one of bondage, when he became a slave. It swept away with it all rights of citizenship and all family rights." Black's Law Dictionary 4ᵗʰ Edition [emphasis added]**

One hundred sixteen.   You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that in the event that I present a US Passport, I am NOT accepting responsibility for it because I am NOT an individual as described herein;
**"But individuals, when acting as representatives of a collective group, cannot be said to be exercising their personal rights and duties, nor be entitled to their purely personal privileges. Rather they assume the rights, duties and privileges of the artificial entity or association of which they are agents or officers and they are bound by its obligations."** <u>Brasswell v. United States</u> 487 U.S. 99 (1988) quoting, <u>United States v. White</u> 322 U.S. 694 (1944).

One hundred seventeen.     You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that there is no adhesion contract with a US Passport, because the US Passport office was first started by Benjamin Franklin in 1787, which is long before the so-called Fourteenth Amendment, therefore, in my case, the US citizen talked about in the US Passport is a preamble citizen.
**"The term, citizens of the United States, must be understood to intend those who were citizens of a state, as such, after the Union had commenced, and the several states had assumed their sovereignties. Before this period there was no citizens of the United States..."** Manchester v. Boston, Massachusetts Reports, Vol. 16, Page 235 (1819)

One hundred eighteen.     You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that the US Passport application form even talks about a "non-citizen national", which is what I am. I am an American national, but I am not a US citizen, and as an American national I can carry a US Passport.

One hundred nineteen.     You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that even if I was a "person" or an "individual" as defined by your codes, rules, and regulations, I am still not responsible for anything your lowlife scumbag US citizen does because I signed it as the authorized agent with a **"By"** in front of my signature, and **"Agent"** after the signature, and also **"Without Prejudice"** and **"All Rights Reserved"** next to the signature.

One hundred twenty.  You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that I am NOT a "resident" of your corporation called United States, but I have been an inhabitant of the land of Arizona, and the land of Texas, and the land of New York, and elsewhere on the land of North America from time to time;
**"Residents, as distinguished from citizens, are aliens who are permitted to take up a permanent abode in the country. Being bound to the society by reason of their dwelling in it, they are subject to its laws so long as they remain there, and, being protected by it, they must defend it, although they do not enjoy all the rights of citizens. They have only certain privileges which the law, or custom, gives them. Permanent residents are those who have been given the right of perpetual residence. They are a sort of citizen of a less privileged**

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.———————————————————————————Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim

character, and are subject to the society without enjoying all its advantages.  Their children succeed to their status; for the right of perpetual residence given them by the State passes to their children." The Law of Nations, Vattel, Book 1, Chapter 19, Section 213, p. 87

"One does not necessarily become a non-resident by absconding or absenting himself from his place of abode." 52 Mo. App. 291

One hundred twenty-one.    You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that I am not interested, nor will I ever be interested in consenting to your US citizen slave scam, or any of your so-called contracts, and any attempt by you, or your subordinates, or successors, to impose one of your so-called contracts on Me, shall be multiple felonies, including but not limited to, treason, sedition, perjury of oath, and violating My rights under the color of law,

One hundred twenty-two.    You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that under Article Eleven in Amendment for the Constitution for the United States of America, no federal official or agent has any authority over me whatsoever, and they have no authority to even communicate with Me, and you are the one who is supposed to stop them from violating My rights; "The Judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another State, or by Citizens or Subjects of any Foreign State." Article Eleven in Amendment for the Constitution for the United States of America

One hundred twenty-three.    You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that if the Attorney General is the highest Law Enforcement Officer, and he is supposed to protect My rights, and you are an administrator working for the Attorney General, then so are you; "It is true that at common law the duty of the Attorney General is to represent the King, he being the embodiment of the state. But under the democratic form of government now prevailing the People are King so the Attorney General's duties are to that Sovereign rather than to the machinery of government." Hancock V. Terry Elkhorn Mining Co., Inc., KY., 503 S.W. 2D 710 KY Const. §4, Commonwealth Ex Rel. Hancock V. Paxton, KY, 516 S. W. 2D. PG 867.

One hundred twenty-four.    You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that you have thirty days from the date that you receive this communication, with a fifteen day extension if requested, to respond and dispute anything in this private agreement and Notice and Demand, and your failure to dispute each paragraph, on a paragraph by paragraph basis, shall constitute your acceptance and approval with full knowledge and consent, and a private agreement to all paragraphs, and in the event that you fail to respond or otherwise dispute anything in this communication, you, your successors, and your subordinates, agree and consent to be held personally responsible, civilly and criminally, for any injury made against Me, by you, your subordinates, or your successors, on the land of Maryland, and shall forever yield to the doctrines of estoppel by acquiescence, waiver, and fraud.

One hundred twenty-five.    You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that each paragraph of this document may be severed from all of the others, therefore, in the event that you have an issue with one paragraph, and you provide notice of such issue, and proof of such error in the specified fact, within the time allowed, all of the other points in this Notice and Demand are still in full force and affect.

One hundred twenty-six.    You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that in the event that you dispute a specified fact (paragraph) in this document, and fail to provide proof of such error in the specified fact, that there is in fact no dispute, and the disputed specified fact and all of the other points in our private agreement are still in full force and affect.

One hundred twenty-seven.    You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that you shall protect My God given right not to participate in your satanic commercial system, being mammon, and also to protect My right to honor God's law (Matthew 6:24).

One hundred twenty-eight.    You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that you, your successors, and your subordinates, shall protect Me from all foreign agents, including but not limited to, the FBI, the CIA, the US Marshalls, the IRS, the NSA, the City Police, the State

Title Holder: Glenn Winningham, house of Fearn                    John H. McBride, private man, Notice and Demand 091512

Police, any other police, US Customs, and any other foreign agents who are, or may yet be, on the land known as Maryland, or elsewhere on Turtle Island (North America) from time to time.

One hundred twenty-nine.    You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, are NOTICED that I DEMAND to see the stipulation by which I have agreed to enter into your foreign corporate commercial kangaroo jurisdiction, with your foreign agents of the Vatican, and your so-called Justice, and your prejudicial void judgments!

One hundred thirty.    You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, and subordinates and successors, you are NOTICED that you have no authority, and I do NOT consent to your foreign corporate commercial jurisdiction, or your kangaroo so-called court, or your Vatican handlers, and if you proceed with this case it shall be multiple felonies, including but not limited to, treason, sedition, perjury of oath, and violation of My rights under the color of law.

One hundred thirty-one.    You, John H. McBride, the private man acting as Judge, United States District Court for the Northern District of Texas, are hereby NOTICED that in the event that it is needed, I DEMAND a jury of My peers, who are not lowlife scumbag US citizens, but are Texas Citizens, or other State Citizens, as applicable.

One hundred thirty-two.    Ecclesiastically Signed and Sealed in red ink on the land known as Texas.

All of the above is submitted "UNDER PENALTIES with PERJURY" (28 USC § 1746(1)).

**Ecclesiastical Notice for the Principal is Notice for the Agent and Notice for the Agent is Notice for the Principal.**

This Ecclesiastical private instrument was prepared by Glenn Winningham; house of Fearn.

GLENN WINNINGHAM FEARN and all derivatives thereof
My Copyright(s)

_____
Glenn Winningham; house of Fearn, sui juris
sovereign living soul, holder of the office of "the people",
inhabitant of the land known as Texas
With full responsibility for My actions under God's law
as found in the Bible, and no other

   FOR THE RECORD At Law;   

## *OFFICIAL NOTICE/DEMAND by an American Sovereign*

**FOR: The living Man or Woman of God so named below offering We the People of God your OATH OR AFFIRMATION FOR SERVICE UNDER WE THE PEOPLE'S CONSTITUTIONS, FOR SERVING AS A ELECTED, EMPLOYED AND/OR APPOINTED SERVANT AS AN OFFICIAL ADMINISTRATOR OR AGENT is now NOTICED that who so ever acts with DISHONOR regarding his/her OATH OF OFFICE standing unto God is in Violation(s) of His one Natural Law and contract breech with me being one We the People of God for not upholding my organic Constitutional superior declared Sovereign Rights of God and is therefore impersonating without standing;**

In the name of God, Amen; I, me, my, myself, a living soul sui juris Texian American Sovereign of God standing in God's Kingdom without the Corporatism UNITED STATES, formally accept your contract offer for value being your Oath and/or Affirmation(s) for Office without the Corporatism UNITED STATES by affirming (swearing), "so help me God". I formally accept your offer with lawful conditions with your constitutional, legislated, delegated, regulatory authority and your timely public declaration for fiduciary officeholder by Oath and/or Affirmation by limiting your all enforcement claims brought forth, "UNDER PENALTIES with PERJURY". Further, I formally accept your Oath offers with conditions that all RETURNS must be signed Under Penalties with Perjury upholding and notwithstanding all your Oath offering(s) and/or Affirmation(s). I formally accept your Oath offers or Affirmation(s) for Office beholding unto our Creator God as being truth. KJV: Leviticus 19:12, Deuteronomy 23:23, I Kings 8:31-32, Ecclesiastes 5:3-6, Mathew 23:11-30, James 1:6-7.

It is now written that you and I have joinder standing under God in a firm binding private contract ab initio, I demand you uphold your private contract part, non ultra vires, as laid down by our Creator in His Holy Word and declared in the one We the People's organic Constitution for Texas a republic and with all other Oath offering(s) and Affirmation(s) notwithstanding. Doing otherwise initiates Dishonor unto Him and good faith breach with me of God.

Whereas the above private contract now being in force, you are personally liable for the protection for my entire Texian American Sovereignty declared rights standing in God's Kingdom without the Corporatism UNITED STATES, therefore I demand you honor my reserved declared rights imbedded in our Constitution and protected with God's Superior common law and commercial law which is created within imprescriptibility as mine and are inalienable in their entirety. Doing otherwise initiates Dishonor unto Him and good faith breach with me of God.

Absent the above private contract involving my Sovereign private affairs that are arrived at without recourse and dishonor with you and whereas your Corporatist Title being one PERSON created by THE STATE OF TEXAS/UNITED STATES is fired from assigning or appointing any 3rd party legal representation for making legal determinations involving me. Doing otherwise initiates Dishonor unto Him our Creator and good faith breach with me of God and in International Maritime Law voids your fiduciary worthiness.

I further declare I am confident for handling my own affairs. I do not own or reside on or in any water body on planet earth. I declare by Affidavit "I am of God not a Corporatism UNITED STATES OR STATE created Corporatist". If you insist on pursuing, standing against me of God without Venue or proper geographical Jurisdiction you are in Texas State Corporatism violation "Law with Color", Nation's Laws, International Laws and the most superior law over all, our creator God's one Royal law.

**KJV/Gal: 5-14; all law is fulfilled in one word; Thou shall love thy neighbor as thyself. James 2:8-10**

THEREFORE, **YOU ARE NOTICED** that you may be knowingly or unknowingly COMMITTING CRIMINAL ACTS by criminally converting Civil Statutes and my inalienable rights. These acts are being Created by simulating Court Processes using Corporatism "LAWS WITH COLOR" while being INFERIOR with We the People's Superior created organic Constitutional Jurisdiction and Venue. Therefore you may be standing in DISHONOR our OATH(S) OF OFFICE by dishonoring God the one Organic Creator Superior over all and myself a declared sui juris Texian American Sovereign of God standing in God's Kingdom without the Corporatism UNITED STATES. If found you have knowledge in COMMITTING such CRIMINAL ACTS and dishonoring your OATH(S) OF OFFICE as an Elected, Appointed, Assigned, and/or Employed official servant for We the People of God, claims may be brought against you **PERSONALLY** for you are operating outside the bounds for your constitutional, legislated, delegated, and regulatory authority. THE STATE OF TEXAS/UNITED STATES Corporatism offers **no protection for its administrators, agents, employees that are elected, contracted, employed or appointed** when they operate outside their jurisdictional bounds and against God's Superior created mankind.

I demand acknowledgement and receipt with **attached** *NOTICE/DEMAND* including any charging, billing, inquiry, summons and/or any other simulated Court process with related instrument(s) certified copies being sought against me that may require a fine, pleading, subpoena or arrest and/or causing myself injury and/or my private property. If you refuse in signing said OFFICIAL NOTICE/DEMAND then any fraudulent actions by you against me will be declared tendered and dishonored by affidavit and describing you as being an unlawful official administrator/agent/employee impersonator. I demand your signature hereon and returned within three days from receipt as an acknowledgement which may be introduced as evidence for initiated claim(s) and your signature hereon **is not a guilt admission;**

Oath of Office Acceptance For my Court Record; me, BY Glenn Winningham; house of Fearn, of God

Page 1 of 2                                   With the Copy-Claim BY _____ Seal




**FOR THE RECORD At Law;**

Official man/woman's living Name: <u>John H McBride</u>; Signature: _____

Official's Corporatism d.b.a./Title: <u>JOHN H MCBRIDE, JUDGE, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS;</u>

Official's Corporatist Bar Card No: _____ Official's Office No.: _____

Official's Elected and/or Appointed Bonding Co. name and number. _____

Regards:

_____ of God;

Glenn Winningham; house of Fearn, a Sui Juris
Living-Soul, Claimant. By Affidavit I am of God
standing in God's Kingdom without the
Corporatism UNITED STATES as a Private-Texian-
American-Sovereign and all my rights standing
reserved in God's Kingdom, without Recourse

Oath of Office Acceptance For my Court Record; me, BY Glenn Winningham; house of Fearn, of God

Page 2 of 2                        With the Copy-Claim BY _____ Seal

## Pedigree Chart

Chart no. 1



16 John Alston Winningham
B:21 Feb 1806
M:1835
D:19 Jul 1904

17 Permelia Mayfield
B:1818
D:1870

18 Gray
B:
M:
D:

19 Polly Hill
B:
D:

20 Allan McDonald
B:1775
M:
D:

21 Susannah Sells
B:1785
D:1855

22 Buckner Ledbetter
B:1811
M:1825
D:1854

23 Virginia Jane Lions
B:1812
D:1805

24
B:
M:
D:

25
B:
D:

26
B:
M:
D:

27
B:
D:

28 Miles McGinnis McDowell
B:24 Jun 1804
M:19 Oct 1826
D:1836

29 Ann Aycock
B:1786
D:1835

30 David Dean
B:1806
M:
D:

31 Elizabeth
B:1802
D:

8 John (Jack) R. Winningham
B:22 Dec 1838
P:,Overton,Tennessee,USA
M:1865
P:,Overton,Tennessee,USA
D:5 Jan 1889
P:,Overton,Tennessee,USA

9 Evelene Gray
B:1 Jan 1837
P:,Overton,Tennessee,USA
D:20 Mar 1891
P:,Overton,Tennessee,USA

10 Jason McDonald
B:22 Jan 1817
P:,Overton,Tennessee,USA
M:1854
P:,Overton Co.,Tennessee,USA
D:4 Oct 1908
P:Monroe,Overton,T,USA

11 Mary J. Ledbetter
B:1826
P:,Overton,Tennessee,USA
D:1883
P:,Overton,Tennessee,USA

12 George M. Atkins
B:1822
P:,,Alabama
M:
P:
D:
P:,Texas

13 Nancy Moranda Morgan
B:1823
P:,,North Carolina
D:
P:

14 Wiley Galloway McDowell
B:8 Aug 1833
P:,Morgan,Alabama
M:10 Nov 1852
P:
D:28 Oct 1887
P:,Tippah,Missouri

15 Mary Ann Dean
B:10 Nov 1834
P:,,Tennessee
D:
P:

4 James Carlton Winningham
B:28 Apr 1866
P:,Overton,Tennessee,USA
M:1873
P:
D:22 Apr 1922
P:Terral,Jefferson,O,USA

5 Clementine McDonald
B:22 Sep 1862
P:,Overton,Tennessee,USA
D:1895
P:,Lampasas,Texas

6 Robert Bell Atkins
B:20 Jan 1859
P:Jacksonville,Cherokee,T,USA
M:21 Aug 1883
P:
D:25 Sep 1951
P:Chickasha,Grady,O,USA

7 Katherine May McDowell
B:25 Feb 1859
P:Wesson,Copiah,Missouri
D:Sep 1937
P:Terral,Jefferson,O,USA

2 Quitman Elbert Winningham
B:11 Aug 1888
P:Overton,Tennessee,USA
M:5 Jul 1908
P:Terral,Jefferson,O,USA
D:28 Feb 1959
P:Ryan,Jefferson,O,USA

3 Ruby May Atkins
B:5 May 1890
P:Maxia,Limestone,Texas,USA
D:27 Aug 1960
P:Ryan,Jefferson,O,USA

1 Hazel Lorene Winningham
B:
P:
M:5 Nov 1975
P:Cardston,Alberta,Canada
D:
P:

Roderick Murray Fearn
(Spouse of no. 1)

13 Aug 2012

# Pedigree Chart

Chart no. 1



16 William Winningham
B: 2 Jul 1732
M:
D:

8 James J. Winningham
B: 29 Feb 1756
P: Prince George, Virginia, USA
M: 13 Jun 1792
P:
D: 25 Aug 1836
P:, Randolph, North Carolina, USA

17 Sarah
B:
D:

18
B:
M:
D:

9 Surah Nichols
B: 1760
P:
D:
P:, Randolph, Virginia

19
B:
D:

4 Adam Winningham
B: 1781
P:, Randolph, North Carolina
M: 1801
P:
D: Sep 1859
P:, Overton, Tennessee, USA

20
B:
M:
D:

10
B:
P:
M:
P:
D:
P:

21
B:
D:

2 John Alston Winningham
B: 21 Feb 1808
P:, Randolph, North Carolina
M: 1836
P:, Overton Co., Tennessee, USA
D: 19 Jul 1904
P:, Overton, Tennessee, USA

22
B:
M:
D:

5 Isobell
B: 1782
P:, Virginia
D: 1845
P:, Overton, Tennessee, USA

11
B:
P:
D:
P:

23
B:
D:

1 John (Jack) R. Winningham
B: 22 Dec 1838
P:, Overton, Tennessee, USA
M: 1865
P:, Overton, Tennessee, USA
D: 5 Jan 1889
P:, Overton, Tennessee, USA

24 John Mayfield
B: 1724
M:
D:

12 Stephen Mayfield
B: 1755
P:, Albemarle Co., Virginia, USA
M:
P:
D: 1776
P:

25 Delia
B:
D:

Evelene Gray
(Spouse of no. 1)

26 John Gilmore
B:
M:
D:

6 John Mayfield
B: 1783
P:, Essex County, Virginia, USA
M: 13 Aug 1813
P:, Overton Co., Tennessee, USA
D: 11 Oct 1826
P:, Overton, Tennessee, USA

13 Bridgett Gilmore
B:
P:
D:
P:

27 Judith
B:
D:

28 William Todd Livingston
B: 1714
M: 1749
D: 1778

14 Henry Livingston
B: 1 Mar 1765
P:, King & Queen Co., Virginia
M: 21 Feb 1793
P:
D: 23 May 1834
P:, Overton Co., Tennessee, USA

29 Sarah Ware
B:
D: 1794

3 Permelia Mayfield
B: 1818
P:, Overton, Tennessee, USA
D: 1870
P:, Overton, Tennessee, USA

30 Cornelius Carmack
B: 18 Jun 1736
M: 1768
D: 18 Jul 1824

7 Mary Polly Livingston
B: 13 Mar 1795
P:, Washington Co., Virginia, USA
D:
P:

15 Susannah Carmack
B: 30 Dec 1770
P:, Frederick Co., Maryland, USA
D: 1858
P:, Overton Co., Tennessee, USA

31 Margery Jane Evans
B:
D:

13 Aug 2012

# Pedigree Chart

Chart no. 1



**2 Miles McGinnis McDowell**
B:24 Jun 1804
P:,Wilkes,Georgia
M:19 Oct 1825
P:
D:1836
P:,Morgan,Alabama

**4 John McDowell**
B:1758
P:,Ireland
M:21 May 1790
P:,South Carolina,United States
D:1856
P:,Lawrence,Alabama

**6 John McDowell**
B:
P:,Scotland
M:
P:
D:
P:

16
B:
M:
D:

17
B:
D:

**9**
B:
P:
D:
P:

18
B:
M:
D:

19
B:
D:

**5 Sarah Thomas**
B:15 Jun 1772
P:,Marlboro,South Carolina,USA
D:13 Aug 1866
P:,Lawrence,Alabama,USA

**10 Philemon Thomas**
B:
P:
M:
P:,South Carolina,United States
D:

20
B:
M:
D:

21
B:
D:

**11**
B:
P:
D:
P:

22
B:
M:
D:

23
B:
D:

**1 Wiley Galloway McDowell**
B:5 Aug 1833
P:,Morgan,Alabama
M:10 Nov 1852
P:
D:28 Oct 1887
P:,Tippah,Missouri

**Mary Ann Dean**
(Spouse of no. 1)

**3 Ann Aycock**
B:1798
P:,Morgan,Alabama
D:1835
P:,Morgan,Alabama

**6 Henry Aycock**
B:1773
P:,North Carolina,United States
M:26 Dec 1797
P:
D:1826
P:,Morgan,A,United States

**12 Richard Aycock**
B:1739
P:,Virginia,United States
M:1766
P:,North Carolina
D:1786
P:,Wilkes,Georgia,United States

**24 William Aycock**
B:1705
M:1738
D:1765

**25 Rebecca Pace**
B:1665
D:

26
B:
D:

**13 Rebecca Thurman**
B:1743
P:,Bertie,North Carolina,USA
D:1783
P:,Wilkes,Georgia,USA

27
B:
D:

**7 Mildred Stovall**
B:1780
P:,Virginia,United States
D:1854
P:,Morgan,A,United States

**14 Drury Stovall**
B:1752
P:
M:
P:
D:1826
P:

**28 John Stovall**
B:
M:
D:

**29 Dorcas**
B:
D:

30
B:
M:
D:

**15 Ann Stone**
B:1751
P:
P:
D:1821
P:

**30 John Stone**
B:
M:
D:

**31 Mildred Corder**
B:
D:

13 Aug 2012

**Third Party Witness Statement**
**Offered as Proof of Service**

I, Henry Norman; house of Suhl, as an *ex officio* Notary Public and an Officer of the Court, do hereby certify that I have witnessed the contents pertaining to this letter, and I personally delivered it to the Post Office, and handed it to the Clerk to be sent by Registered Mail RR 569 487 590 US, on this day of the month of September, in the year of our Lord two thousand and twelve.

**Letter or Document is identified by:**

1    an original John H. McBride, private  man Notice and Demand 091512, a total of 36 pages; and,
2    an original OFFICIAL NOTICE/DEMAND by an American Sovereign!, a total of 2 pages; and,
3    a pedigree chart, a total of 3 pages;
4    one each certified copy of a Traffic Stop LAWFUL Notice Affidavit for Truth, which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2008-040493, and recorded with the republic of Texas, Robertson County Recorder at Book 1, Line 17, a total of 7 pages; and,
5    a true copy of a NON-NEGOTIABLE NOTICE AND DEMAND 022810 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2010-034479, a total of 51; and,
6    a true copy of a PHOTO IDENTIFICATION AFFIDAVIT which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2006-159373, and recorded with the republic of Texas, Robertson County Recorder at Book 1, Line 9, a total of 1 page; and,
7    an original of this Third Party Witness Statement.

All responses by John H. McBride, the private man acting as Judge, must be mailed to my attention at 924 Sportsmans Park Drive, Azle, Texas-republic, ZIP CODE EXEMPT, to ensure proper receipt of response. Documentation of the John H. McBride, the private man acting as Judge, response to this OFFICER OF THE COURT as a THIRD PARTY WITNESS is imperative. Confirming the receipt of the response in the proper time required, and that the response answered clearly the issues presented in the John H. McBride, private man, Notice and Demand 091512 is the stated function of this OFFICER OF THE COURT. Do not fail to send your response to my attention.

The Proper Response to the issues presented or the Failure to respond will be noted no later than thirty (30) calendar days from the date this letter is received by you. This is our final offer in the exhaustion of the Administrative Process for your organization to respond in a NOTICE TO CURE.

Signed and sealed in red ink on the land of Texas.

Seal of the Officer of the Court


_Sept. 12 - 2012_
Date

_H. Norman Suhl_
Notary Public



87

USPS.com® – Track & Confirm



https://tools.usps.com/go/TrackConfirmAction.actic

English        Customer Service        USPS Mobile

# USPS.COM®

Search USPS.co

Quick Tools              Ship a Package        Send Mail        Manage Your Mail        Shop

## Track & Confirm

GET EMAIL UPDATES        PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION |
|---|---|---|---|---|
| RR569487590US | Priority Mail® | Delivered | September 14, 2012, 9:11 am | FORT WORTH, TX 76102 |
| | | Arrival at Unit | September 14, 2012, 6:01 am | FORT WORTH, TX 76102 |
| | | Dispatched to Sort Facility | September 13, 2012, 5:30 pm | AZLE, TX 76020 |
| | | Acceptance | September 13, 2012, 11:56 am | AZLE, TX 76020 |







1 of 1

9/14/2012 4:00 PM




UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

# Sovereign Citizen Quick Reference

**Mobile Division**

Sovereign Citizen (SC) activity typically involves criminal behavior that is generally non-violent but has lead to threats and plots against Court Officials by the more extremist adherents. Below are some indicators that you have encountered a SC during your normal duties and be a signal that additional precautions against fraudulent filings and personal harm be used.

**Initial Indicators of SC noticed by filings:**
- Presentation to the courts of voluminous motions that contain:
  - References to UCC codes
  - References to Probate type language including estates, trusts, wills, and beneficiaries
  - Reference case law that is outdated, irrelevant, and/or taken out of context
  - Use outdated language
  - Use red ink in written statements, thumb prints, and/or signatures
- Present documents that identify the defendant as a sovereign, law enforcement officer, tribal member, or ambassador
- Sign documents with unusual signature, statements, or letters
  - Examples include "JOHN:DOE", "John.Doe.com", "Authorized Signature", "Without Prejudice UCC 1-208", "Agent", "SLS" (sovereign living soul), "TDC" (threats deception coercion)
- Request courts sign documents or respond to complicated and rambling inquires usually with a statement to the effect of "failure to reply indicates acceptance of all motions and dismissal of all charges".

**When making a court appearance:**
- May not want to pass into the "well" of the court.
- Claim that the court does not have jurisdiction over them
- Request to read statements that attempt to justify their sovereignty
- Ask the Judge, court officials, attorneys, and/or witnesses for identification or verification of their authority (will commonly ask for "Oath of Office" or "Delegation of Authority")
- Present papers to the courts but not want the court to retain them
- Try to convince the Jury that they have ultimate authority and should not take any directions given by the Judge
- Defendant may invite other sovereign citizens to court in an effort to disrupt, intimidate, and/or film the proceedings
- If the Judge calls for a recess to try to figure out what the sovereign citizen is talking about, the defendant may claim that the Judge has abandoned the court and claim authority to dismiss the case

**Following Trial:**
- Court officials may receiving threatening communication
- Fraudulent liens and claims may be filed against the Judge, witnesses, Jury, other court officials, or their families

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE



PRIORITY MAIL
~UM FLAT RATE
~GE REQUIRED

RECEIVED
FEB 2 3 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

From:
General Post Office, ZIP CODE EXEMPT
[glenn winningham; house of team]
in care of: 6340 Lake Worth Boulevard, #437
Fort Worth, Texas [RR 76135]
Non-Domestic Mail, Without the US Inc.

18 U.S. Code § 1701: Obstruction of mails generally ...

Private Property – No Trespassing

TO: US DIST COURT
NORTH TEXAS
FT WORTH DIV
501 W 10TH ST
FT WORTH TX
76102






UNITED STATES
POSTAL SERVICE®

Retail

UNITED STATES
POSTAL SERVICE

P

US POSTAGE PAID
$15.50

Origin: 76054
02/22/21
4842260054-86

PRIORITY MAIL 1-DAY®

.4 Lb 1.90 Oz

1005

C024

EXPECTED DELIVERY DAY: 02/23/21

SHIP
TO:
501 W 10TH ST
Fort Worth TX 76102-3637

USPS TRACKING® NUMBER

9505 5137 1626 1053 2065 24