4-20-CV-161-0

# FINAL NOTICE OF DEFAULT



RECEIVED

AUG - 1 20__

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**By Certified Mail**
**7018 0040 0000 6091 9591**
Karen Mitchell, Clerk
District Court of United States
for the Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242

**By Certified Mail**
**7018 0040 0000 6091 9607**
David C Godbey, Chief Judge
District Court of United States
for the Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242

RECEIVED

AUG 2 1 2023
CK
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF T_ _

**And By Certified Mail**
**7018 0040 0000 6091 9614**
To:
Irma Carrillo Ramirez, Magistrate Judge
District Court of United States
for the Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242

**And By Certified Mail**
**7018 0040 0000 6091 9621**
To:
Karen Gren Scholer, Judge
District Court of United States
for the Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242

You are in default in providing the method of payment and you are notified that your Attorneys have failed to complete this form that was served on 20 Jun 2023, with 15 days to respond and more time available if requested.
By Certified Mail To:

| Karen Mitchell, Clerk | **7022 2410 0003 4142 7526** |
| David C Godbey, Chief Judge | **7022 2410 0003 4142 7533** |
| Irma Carrillo Ramirez, Magistrate Judge | **7022 2410 0003 4142 7540** |
| Karen Gren Scholer, Judge | **7022 2410 0003 4142 7557** |

You failed to respond.

A Notice of Default and Opportunity to Cure was served on you on or about 5 July, 2023, with 5 additional days to respond and more time available if requested.
By Certified Mail To:

| Karen Mitchell, Clerk | **7018 0040 0000 6091 9652** |
| David C Godbey, Chief Judge | **7022 2410 0003 4142 7489** |
| Irma Carrillo Ramirez, Magistrate Judge | **7022 2410 0003 4142 7496** |
| Karen Gren Scholer, Judge | **7022 2410 0003 4142 7502** |

You failed to respond to that as well, true copies of proof of service are attached hereto, all of each  of which are incorporated herein by reference in its entirety

This is an effort to pay a debt, and I need to know how to lawfully satisfy this requirement.

I have attached a copy for your reference!

This is giving me great evidence against you and your Roman Cult handlers, and your intent to engage in multiple felonies, Violating rights and immunities under color of law, Conspiracy to threaten, intimidate, coerce, and injure me in the free exercise of my rights, Mail Fraud, sending threatening mail, Impersonation, perjury of oath, and more!

This is your Final Notice of Default and your failure to provide the required information means that I owe nothing.

Have a great day!!!

L. S.

Date

glenn winningham; house of fearn, sui juris, a man
sovereign living soul, holder of the office of "the people"
Judicial Power Citizen by right of blood
With full responsibility for my actions
under YHWH's law as found in the Holy Bible and no other
With a postal address of;
Non-Domestic Mail, ZIP CODE EXEMPT
C/O 6340 Lake Worth Boulevard
Fort Worth. Texas [RR 76135]
Non-Domestic Mail, Without the United States, Inc.

# USPS Tracking®️

FAQs >

**Tracking Number:**

## 70180040000060919607

Remove ✕

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, in DALLAS, TX 75242.

## Get More Out of USPS Tracking:

### USPS Tracking Plus®️

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

DALLAS, TX 75242
August 1, 2023, 12:45 pm

**See All Tracking History**

---

**U.S. Postal Service™️**
**CERTIFIED MAIL®️ RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®️.

Dallas, TX 75242

| Certified Mail Fee $4.35 | |
| --- | --- |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $0.00
☐ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required         $0.00
☐ Adult Signature Restricted Delivery $

Postage  $0.90

Total Postage and Fees  $8.80

Sent To  David C Godbey

Street and Apt. No., or PO Box No.

City, State, ZIP+4®️

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

Text & E

USPS T

Product

Track Another

Enter track

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

David C Godbey, Chief Judge

District Court of United States
For the Northern District of Texas
c/o 1100 Commerce Street
Dallas, Texas 75242

9590 9402 7964 2305 5149 67

2. Article Number (Transfer from service label)

7018 0040 0000 6091 9607

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☑ Agent
                        ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 8/2/23

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®️
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®️
☐ Registered Mail™️
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™️
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 70180040000060919621

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, c
DALLAS, TX 75242.

## Get More Out of USPS Tracking:

**USPS Tracking Plus®**

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

DALLAS, TX 75242
July 31, 2023, 12:48 pm

**See All Tracking History**

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

Dallas, TX 75242

For delivery information, visit our website at *www.usps.com®*.

Certified Mail Fee  $4.35                                    0160
$3.55                                                          18
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)              $
☐ Return Receipt (electronic)            $    $0.00       Postmark
☐ Certified Mail Restricted Delivery     $    $0.00         Here
☐ Adult Signature Required               $    $0.00
☐ Adult Signature Restricted Delivery    $
Postage
$0.90
Total Postage and Fees
$8.80
Sent To
Karen Gren Scholer
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    **See Reverse for Instructions**

---

Text & Emai

USPS Track

Product Info

Track Another Packa

Enter tracking c

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
   so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

1. Article Addressed to:

Karen Gren Scholer, Judge

District Court of United States
For the Northern District of Texas
c/o 1100 Commerce Street
Dallas, Texas 75242

9590 9402 7964 2305 5149 74

2. Article Number *(Transfer from service label)*

7018 0040 0000 6091 9621

PS Form **3811**, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
                     ☐ Addressee
B. Received by *(Printed Name)*   C. Date of Delivery
Anthony Christo   8/1/23
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ _____ ail
   ail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted
   Delivery
☐ Signature Confirmation™
☐ Signature Confirmation
   Restricted Delivery

Domestic Return Receipt

# USPS Tracking®

FAQs ❯

**Tracking Number:**

## 70180040000060919614

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception are[a]
DALLAS, TX 75242.

### Get More Out of USPS Tracking:

**USPS Tracking Plus®**

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

DALLAS, TX 75242
July 31, 2023, 12:48 pm

**See All Tracking History**



# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 70180040000060919591

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, o
DALLAS, TX 75242.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**

DALLAS, TX 75242
July 31, 2023, 12:48 pm

**See All Tracking History**

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Dallas, TX 75242

Certified Mail Fee   $4.35    0160
   $     $3.55    122
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $ $0.00
☐ Return Receipt (electronic)    $ $0.00
☐ Certified Mail Restricted Delivery   $ $0.00
☐ Adult Signature Required    $ $0.00
☐ Adult Signature Restricted Delivery $
Postage    $0.90
$
Total Postage and Fees   $8.80
$
Sent To
Karen Mitchell
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

Text á

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Anthony Christo_   ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>Anthony Christo 8/1/23 |
| 1. Article Addressed to:<br><br>Karen Mitchell, Clerk<br>District Court of United States<br>For the Northern District of Texas<br>c/o 1100 Commerce Street<br>Dallas, TX 75242<br><br>9590 9402 5701 9346 5990 75 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type    ☐ Priority Mail Express®<br>☐ Adult Signature    ☐ Registered Mail™<br>☐ Adult Signature Restricted Delivery   ☐ Registered Mail Restricted Delivery<br>☒ Certified Mail®    ☐ Return Receipt for Merchandise<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery    ☐ Signature Confirmation™<br>☐ Collect on Delivery Restricted Delivery   ☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7018 0040 0000 6091 9591 | Restricted Delivery |

USPS

Produ

Track Anoth

Enter tra

# NOTICE OF DEFAULT AND OPPORTUNITY TO CURE

**By Certified Mail**
**7018 0040 0000 6091 9652**
To:
Karen Mitchell, Clerk
personal
District Court of United States
for the Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242

**And By Certified Mail**
**7022 2410 0003 4142 7489**
To:
David C Godbey, Chief Judge
personal
District Court of United States
for the Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242

**And By Certified Mail**
**7022 2410 0003 4142 7496**
To:
Irma Carrillo Ramirez, Magistrate Judge
personal
District Court of United States
for the Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242

**And By Certified Mail**
**7022 2410 0003 4142 7502**
To:
Karen Gren Scholer, Judge
personal
District Court of United States
for the Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242

You are in default in providing the method of payment and you are notified that if your Attorneys fail to complete this form that was filed on 14 June 2023 as follows;

By Certified Mail To:
Karen Mitchell, Clerk          **7022 2410 0003 4142 7526**
David C Godbey, Chief Judge          **7022 2410 0003 4142 7533**
Irma Carrillo Ramirez, Magistrate Judge          **7022 2410 0003 4142 7540**
Karen Gren Scholer, Judge          **7022 2410 0003 4142 7557**

I have attached a copy for your reference!

I will give you an additional five (5) days to dispute the fact that you have failed to provide a method of payment as required. More time is available if requested.

This is giving me great evidence against you and your Roman Cult handlers, and your intent to engage in multiple felonies, Violating rights and immunities under color of law, Conspiracy to threaten, intimidate, coerce, and injure me in the free exercise of my rights, Mail Fraud, sending threatening mail, Impersonation, perjury of oath, and more!

Have a great day!!!

_____   L. S.
Date

glenn winningham; house of fearn, sui juris, a man
sovereign living soul, holder of the office of "the people"
Judicial Power Citizen by right of blood
With full responsibility for my actions
under YHWH's law as found in the Holy Bible and no other
With a postal address of;
Non-Domestic Mail, ZIP CODE EXEMPT
C/O 6340 Lake Worth Boulevard
Fort Worth. Texas [RR 76135]
Non-Domestic Mail, Without the United States, Inc.

2 |

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 70180040000060919652

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:30 pm on July 10, 2023 in DALLAS, TX 75242.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**

DALLAS, TX 75242
July 10, 2023, 12:30 pm

**See All Tracking History**



# USPS Tracking®

FAQs >

**Tracking Number:**          Remove ✕

## 70222410000341427502

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:38 pm on July 11, 2023 in DALLAS, TX 75242.

**Get More Out of USPS Tracking:**

    **USPS Tracking Plus®**

### Delivered
**Delivered, Front Desk/Reception/Mail Room**

DALLAS, TX 75242
July 11, 2023, 12:38 pm

**See All Tracking History**



# USPS Tracking®

FAQs >

**Tracking Number:**

## 70222410000341427496

Remove ✕

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:30 pm on July 10, 2023 in DALLAS, TX 75242.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered
**Delivered, Front Desk/Reception/Mail Room**

DALLAS, TX 75242
July 10, 2023, 12:30 pm

**See All Tracking History**



# USPS Tracking®

FAQs >

**Tracking Number:**

**Remove** ✕

## 70222410000341427489

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:41 pm on July 24, 2023 in DALLAS, TX 75242.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

## Delivered
**Delivered, Front Desk/Reception/Mail Room**

DALLAS, TX 75242
July 24, 2023, 12:41 pm

**See All Tracking History**



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postmark
Here

Postage

Total Postage and Fees

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

e Less ∧

FORM 1020
District Court of United States for the Northern District of Texas
A private corporation

**By Certified Mail**
**7022 2410 0003 4142 7526**
To:
Karen Mitchell, Clerk
personal
District Court of United States
for the Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242

**And By Certified Mail**
**7022 2410 0003 4142 7533**
To:
David C Godbey, Chief Judge
personal
District Court of United States
for the Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242

**And By Certified Mail**
**7022 2410 0003 4142 7540**
To:
Irma Carrillo Ramirez, Magistrate Judge
personal
District Court of United States
for the Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242

**And By Certified Mail**
**7022 2410 0003 4142 7557**
To:
Karen Gren Scholer, Judge
personal
District Court of United States
for the Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242

# Case No. **3-22-cv-1752**              Date: **June 14, 2023**

### NOTICE TO ATTORNEYS AT DISTRICT COURT OF UNITED STATES FOR THE NORTHERN DISTRICT OF TEXAS

An attorney or a Private Corporation is assumed to know the law, it is the obligation of an attorney or a Private Corporation, to see that any alleged **FINES, FEES, CHARGES, etc.,** are collected lawfully, correctly, and completely. In order to correctly "quote" pay this alleged **FINES, FEES, CHARGES, etc.,**, Glenn Winningham Fearn, requires the following information, from attorneys at **District Court of United States for the Northern District of Texas**. Complete this FORM and return it to the address you have on file to enable Glenn Winningham Fearn to understand and lawfully comply with this alleged **FINES, FEES, CHARGES, etc.,**. This Form raises formal questions with regards to this alleged **FINES, FEES, CHARGES, etc.,** that only your attorneys can answer.

1. under the caption You must either pay the what does the number _____ 402.00 refer to: (check one) obligations of the United States Government  ☐; National bank currency ☐ Bonds ☐; Certificates of Indebtedness ☐; Federal Reserve Notes ☐; Bills☐ ; or Other☐_____ (Explain)

2. Does that statement refer to: consideration of obligations or other securities of the United States, directly or indirectly? (Check one)☐ Yes ☐ No;

3. Does the computation of this alleged **Final Notice of Deficiency and Order** require consideration of obligations or other securities of the United States, directly or indirectly? (Check one) Yes ☐ or No ☐

Most individuals can complete this FORM in three minutes. You are required by law (UCC 3-104 & 3-115) to complete this FORM, before any payment may be made. As a private corporation you are assumed to know the law, and not misleading. You made several statements in your **Final Notice of Deficiency and Order** to Glenn Winningham Fearn that Glenn Winningham Fearn owes something to someone. It is your obligation to answer the forgoing questions on FORM 1020 or a default will be issued by Glenn Winningham Fearn against **District Court of United States for the Northern District of Texas** a private corporation, for trying to mislead Glenn Winningham Fearn by asking Glenn Winningham Fearn for something that he doesn't owe, or you don't know what that something is, so as attorneys, you are assumed to know the law.

Have a great day!!!

L. S.

14 June 2023
Date

glenn winningham; house of fearn, sui juris, a man sovereign living soul, holder of the office of "the people"
Judicial Power Citizen by right of blood
With full responsibility for my actions
under YHWH's law as found in the Holy Bible and no other
With a postal address of;
Non-Domestic Mail, ZIP CODE EXEMPT
C/O 6340 Lake Worth Boulevard
Fort Worth. Texas [RR 76135]
Non-Domestic Mail, Without the United States, Inc.

2 |

I am an attorney at **District Court of United States for the Northern District of Texas** a Private Corporation. I have read the foregoing Form 1020 and know it to be true, correct and complete, not misleading in anyway. I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____, 2023.

**Print:** NAME

_____
(Print name)

Sign   NAME

_____
(Sign Name)

**BAR Number:**

_____
(Bar Number Here)

_____
This Form 1020 must be completed and returned within 15 days of mailing / delivery / filing. More time is available if requested. Failure to complete and return this Form 1020 in 15 days will result in a default being prepared for **District Court of United States for the Northern District of Texas** based upon the information Glenn Winningham Fearn has, and the default is your admittance that the **FINES, FEES, CHARGES, etc.,** that was provided to Glenn Winningham Fearn was in error or in violation of the law, no other mailing will be needed.

Failure to provide Glenn Winningham Fearn with requested information, in the time allowed the Attorneys at **District Court of United States for the Northern District of Texas** are admitting with their Silence that **District Court of United States for the Northern District of Texas** is dishonest. Estoppel arises where person is under duty to another to speak or failure to speak is inconsistent with honest dealings. Silence by **District Court of United States for the Northern District of Texas**, will be treated by Glenn Winningham Fearn that **FINES, FEES, CHARGES, etc.,** as dishonest dealings and balance is paid in full.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **GLENN WINNINGHAM,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **No. 3:22-CV-1752-S (BH)** |
| | ) | |
| **CORY BLOUNT, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | **Referred to U.S. Magistrate Judge[1]** |

### FINAL NOTICE OF DEFICIENCY AND ORDER

You have still not filed a civil complaint that complies with the requirement in Fed. R. Civ. P. 8(a) of a "short and plain statement of the claim showing that the pleader is entitled to relief." **You must submit an amended complaint that complies with Rule 8(a) and identifies your claims against each defendant within fourteen (14) days of the date of this order.**

You have not paid the filing fee for this civil case or submitted a proper request to proceed *in forma pauperis.* Your second *Application to Proceed In District Court without Prepaying Fees or Costs (Long Form),* filed September 16, 2022 (doc. 27), does not provide sufficient information to decide if you may proceed without payment of the fee because it still does not answer any of the questions. It is therefore **ORDERED UNFILED. You must either pay the $402 filing fee or submit a fully completed and signed application to proceed *in forma pauperis* within fourteen (14) days from the date of this order.**[2]

You must immediately notify the Court of any change of address and its effective date by filing a notice entitled "NOTICE TO THE COURT OF CHANGE OF ADDRESS". The notice should contain **only** information about to the change of address and effective date.

Failure to comply with this order may result in the dismissal of your suit under Federal Rule of Civil Procedure 41(b).

**The Clerk of the Court shall mail the plaintiff (1) a form application to proceed *in forma pauperis*, and (2) a copy of Fed. R. Civ. P. 8. No process shall issue except upon order of the Court.**

---

[1] By *Special Order No. 3-251*, this *pro se* case has been automatically referred for full case management.

[2] A $52 administrative fee will be assessed in addition to the $350 filing fee, resulting in a total filing fee of $402 for a civil action in which the plaintiff has not sought or been granted leave to proceed *in forma pauperis. See* District Court Miscellaneous Fee Schedule.

SO ORDERED this 26th day of September, 2022.

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ×

## 70222410000341427533

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:34 pm on June 20, 2023 in DALLAS, TX 75242.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

DALLAS, TX 75242
June 20, 2023, 12:34 pm

**See All Tracking History**



# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 70222410000341427557

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:34 pm on June 20, 2023 in DALLAS, TX 75242.

### Get More Out of USPS Tracking:

**USPS Tracking Plus®**

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

DALLAS, TX 75242
June 20, 2023, 12:34 pm

**See All Tracking History**



# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 70222410000341427540

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:34 pm on June 20, 2023 in DALLAS, TX 75242.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

**Delivered**

**Delivered, Front Desk/Reception/Mail Room**

DALLAS, TX 75242
June 20, 2023, 12:34 pm

**See All Tracking History**





# USPS Tracking®

FAQs >

**Tracking Number:**

## 70222410000341427526

Remove ✕

Copy

Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:34 pm on June 20, 2023 in DALLAS, TX 75242.

### Get More Out of USPS Tracking:

**USPS Tracking Plus®**

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

DALLAS, TX 75242
June 20, 2023, 12:34 pm

See All Tracking History



# United States District Court
## Northern District of Texas

*Select Division*

8/4/2023

Glenn Winningham Fearn
6430 Lakeworth Blvd #437
Fort Worth, TX 76135

Re: Your correspondence received in the U.S. District Clerk's Office on  8/1/2023
Case No./Style:

You have more than one case filed in the Northern District of Texas, and your document does
not provide a case number. Write the correct case number on your document and return it for
filing. The document may be filed in only one case.  If you want to file it in more than one case,
you must provide separate copies for each case

4-20-CV-161-O

Sincerely,

Deputy Clerk -  axm

PRIORITY
MAIL

PRIORITY MAIL
MEDIUM FLAT RATE
POSTAGE REQUIRED



From:
General Post Office, ZIP CODE EXEMPT
[glenn winningham: house of team]
in care of: 6340 Lake Worth Boulevard, #437
Fort Worth, Texas [RR 76135]
Non-Domestic Mail, Without the US Inc.

18 U.S. Code § 1701: Obstruction of mails generally....

Private Property – No Trespassing

US POSTAGE PAID

$17.10

Retail

08/16/23
484250053-88

PRIORITY MAIL®

12 Lb 10.6 Oz

RDC 01

EXPECTED DELIVERY DAY: 08/17/23

SHIP
TO:  1100 COMMERCE ST
     DALLAS TX 75242-1001

C001

USPS TRACKING® #

9505 5120 2493 3228 8243 01

To:
The Clerk
District Court of United States
Northern District of Texas
1100 Commerce Street
Dallas, Texas
75242

1152